NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
DLA Piper LLP (US)
Eliot R. Hudson (SBN 66251)
555 Mission Street, Suite 2400, San Francisco, CA 94105
Tel: 415.615.6026

Benjamin W. Turner (SBN 256092)
550 South Hope Street Suite 2400, Los Angeles, CA 90071
Tel: 310.595.3000

ATTORNEY(S) FOR: Defendant Protectve Insurance Company

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Personnel Staffing Group, LLC, dba MVP Staffing | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| Protective Insurance Company | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendant Protective Insurance Company
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Personnel Staffing Group, LLC | Plaintiff |
| Daniel S. Barnett | Manager, Personnel Staffing Group, LLC |
| Protective Insurance Company | Defendant |
| Protective Insurance Corporation | Parent company of Protective Insurance Company |

August 2, 2019                           /s/ Eliot R. Hudson
Date                                     Signature
                                         Eliot R. Hudson

                                         Attorney of record for (or name of party appearing in pro per):

                                         Defendant Protective Insurance Company

CV-30 (05/13)                 **NOTICE OF INTERESTED PARTIES**


American LegalNet, Inc.
www.FormsWorkFlow.com