1  Nicholas P. Roxborough, Esq. (SBN 113540)
2  Joseph C. Gjonola, Esq. (SBN 241955)
   Ryan R. Salsig, Esq. (SBN 231016)
3  Donna M. Leung, Esq. (SBN 305955)
4  ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
   5820 Canoga Avenue, Suite 250
5  Woodland Hills, California 91367
6  Tel: (818) 992-9999
   Fax: (818) 992-9991
7
   Attorneys for Plaintiff
8  PERSONNEL STAFFING GROUP, LLC,
9  dba MVP STAFFING

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12
   PERSONNEL STAFFING GROUP,              Case No.  2:19-cv-06728-ODW-JEM
13  LLC, DBA MVP STAFFING, a Florida
14  limited liability company,
                                          **DECLARATION OF DANIEL**
15                 Plaintiff,             **BARNETT  IN SUPPORT OF**
                                          **PLAINTIFF'S OPPOSITION TO**
16         v.                             **DEFENDANT PROTECTIVE**
17                                        **INSURANCE COMPANY'S MOTION**
18  PROTECTIVE INSURANCE                  **TO DISMISS OR STAY PURSUANT**
   COMPANY, an Indiana Corporation, and   **TO FRCP 12(b)(1)**
19  DOES 1 through 50,
20                                        DATE:        October 21, 2019
                   Defendant.            TIME:        1:30 p.m.
21                                        LOCATION:    Courtroom 5D
22
23
24
25
26
27
28

## DECLARATION OF DANIEL BARNETT

I, DANIEL BARNETT, declare as follows:

     1.     I am the Chief Executive Officer of Personnel Staffing Group, LLC dba MVP Staffing (hereinafter referred to as "Personnel"). This declaration is submitted in support of Personnel's Opposition to Defendant Protective Insurance Company's (hereinafter referred to as "Protective") Motion to Dismiss or Stay Pursuant to FRCP 12(b)(1). This declaration is based upon matters within my own personal knowledge and on my review of the business records kept and maintained by Personnel. If called upon to testify, I could and would competently testify to the following.

     2.     I am also a custodian of the books, records, and files of Personnel. I have personally worked on said books, records, and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Personnel, on behalf of Personnel, which were made at or about the time of the events recorded, and which are made, received or maintained in the ordinary course of Personnel's business at or near the time of the acts, conditions or events to which they relate.

     3.     For the periods January 1, 2017 to June 30, 2017 and June 30, 2017 to June 30, 2018 Personnel obtained workers' compensation insurance policies from Protective Insurance Company. The policies covered Protective employees in 42 states. True and correct copies of the polices are attached hereto as Exhibits A through D, and are referred to hereinafter as the "Policies." The Policies were high deductible policies whereby Personnel was responsible to pay the first $500,000 of each workers' compensation claim.

     4.     The Policies are several hundred pages in length and do not have continuing page numbers that would allow reference to be made easily to specific pages of the Policies and attached endorsements. Therefore, in order to facilitate reference to specific pages of the Policies, I have attached as separate exhibits certain

1   sections of the Policies that are of special import.  True and correct copies of the

2   following excerpts from the Policies are attached as the following Exhibits.

3          "Policy Amendatory Endorsement-California" – Exhibit E;

4          "Duty to Defend-California" – Exhibit F;

5          "Employers' Liability Coverage Amendatory Endorsement-California" –

6   Exhibit G;

7          "Optional Premium Increase Endorsement-California"  - Exhibit H;

8          "California Cancellation Endorsement" – Exhibit I;

9          "California Large Risk Deductible Endorsement" – Exhibit J;

10        5.     I have compiled the payroll data for California and Indiana under the

11   policy periods.  The following table sets forth the actual payroll for the Policies for

12   California and Indiana:

13

| Period | California Payroll | Indiana Payroll |
| --- | --- | --- |
| 01/01/2017-06/30/2017 | $209,574,863 | $1,306,371 |
| 06/30/2017-06/30/2018 | $479,290,962 | $3,106,112 |

17        6.     Personnel has nine (9) field offices in California, the largest number of

18   field offices out of any other state.   Personnel has zero (0) offices in Indiana.  As the

19   number of employees is concentrated in California, I spend every other week in

20   California managing the field offices.

21   //

22   //

23   //

24        7.     Protective has provided Personnel with a loss run, valued as of June 30,

25   2019.  I have compiled certain summary statistics based on calculations and

26   summations I have made from the loss run.  As of  June 2019, 6,579 claims had been

27

28

made under the Policies. Of that number, 4,351 were claims made by California employees, while only 16 were claims made by Indiana employees.

8. Based on the same loss run, the total incurred value of the claims under the Policies for all states is $58,070,069.41. Of this amount, $44,836,585.85 was incurred on claims made by California employees. $45,731 was incurred on claims made by Indiana employees.

9. In regards to the claims in California, Protective hired the Korey Richardson law firm to handle the various California claims. All of the attorneys assigned to defend the workers' compensation claims worked in California, out of the Los Angeles office.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of September, 2019, at Chicago, Illinois.

_____
DANIEL BARNETT

# EXHIBIT A

DECLARATION OF DANIEL BARNETT  IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT PROTECTIVE INSURANCE COMPANY'S MOTION TO DISMISS OR STAY PURSUANT TO FRCP 12(b)(1)

**Protective**
Insurance Company

111 Congressional Blvd., Suite 500 | Carmel, IN 46032

WORKERS' COMPENSATION AND EMPLOYER'S LIABILITY
INSURANCE POLICY INFORMATION PAGE



New
Renewal of Number

**Policy No.  RW008962**

**Producer:**   **Assurance Agency, Ltd.**
**1750 E. Golf Road, Suite 1100**
**Schaumburg, IL 60173**

1.  The Insured/Mailing address:

☐ Individual   ☐ Partnership   ☒ LLC
☐ Corporation or _____

**Personnel Staffing Group, LLC DBA Barnett Management**
**1751 Lake Cook Road, Suite 600**
**Deerfield, IL 60015**

Insured's Identification No.(s).
**FEIN 010759364**

**CARRIER CODE: 14788**

**Interstate Risk ID No.  917965579**

Other workplaces not shown above: **See WC1001LOC**

2.  Policy Period: The policy period is from **01/01/2017** to **01/01/2018** 12:01 A.M. Standard Time, at the insured's mailing address.

3.  Coverage

A.  Workers Compensation Insurance: Part One of the policy applies to the Workers Compensation Law of the states listed here: **Massachusetts, Oregon, Wisconsin**

B.  Employers Liability Insurance: Part Two of the policy applies to work in each state listed in item 3.A. The limits of our liability under Part Two are:

| | | |
|---|---|---|
| Bodily Injury by Accident | $ 1,000,000 | each accident |
| Bodily Injury by Disease | $ 1,000,000 | policy limit |
| Bodily Injury by Disease | $ 1,000,000 | each employee |

C.  Other States Insurance: Part Three of the policy applies to the states, if any, listed here:   **All states except North Dakota, Ohio, Washington, Wyoming and any other state where qualified as a self-insured.**

D.  This policy includes these endorsements and schedules: **WC1001IC, WC1001LOC, WC1001, WC000104A, WC000106A, WC000313, WC000301A, WC000402, WC000404, WC000414, WC000419, WC000421D, WC000422B, WC000424, WC000503C, WC000515A, WC200301, WC200302A, WC200303D, WC200405, WC200501, WC200601A, WC360306, WC360406, WC360601E, WC360604, WC480601C, WC480606B, WI1001**

4.  Premium: The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans. All information required below is subject to verification and change by audit.

| Classifications | Code No. | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| **See Attached Schedule** | | | | |

| Experience Rating Modification Factor | Premium Discount | Expense Constant | Other | | |
|---|---|---|---|---|---|
| **Interstate Final 0.75 effective 01/01/2017** | | **$338** | | Total Estimated Annual Premium Deposit Premium Minimum Premium | $   **725,511** |

[  ] This is a Three Year Fixed Rate Policy

Premium Adjustment Period: ☒ Annual;   ☐ Semiannual;   ☐ Quarterly;   ☐ Monthly

**For information, or to make a complaint, call 1-800-231-6024**

Countersigned by _____
Authorized Representative

THIS INFORMATION PAGE WITH THE WORKERS' COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF COMPLETES THE ABOVE NUMBERED POLICY.
©2013 National Council on Compensation Insurance

ID: I.D253 (12/13)

A Baldwin & Lyons Company

Decl. Barnett, Ex. A-1

COVERAGE THAT REVOLVES AROUND YOU

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**      WC 00 00 00 C

(Ed. 1-15)

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

In return for the payment of the premium and subject to all terms of this policy, we agree with you as follows:

### GENERAL SECTION

**A. The Policy**

This policy includes at its effective date the Information Page and all endorsements and schedules listed there. It is a contract of insurance between you (the employer named in Item 1 of the Information Page) and us (the insurer named on the Information Page). The only agreements relating to this insurance are stated in this policy. The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.

**B. Who is Insured**

You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

**C. Workers Compensation Law**

Workers Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page. It includes any amendments to that law which are in effect during the policy period. It does not include any federal workers or workmen's compensation law, any federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

**D. State**

State means any state of the United States of America, and the District of Columbia.

**E. Locations**

This policy covers all of your workplaces listed in Items 1 or 4 of the Information Page; and it covers all other workplaces in Item 3.A. states unless you have other insurance or are self-insured for such workplaces.

### PART ONE
### WORKERS COMPENSATION INSURANCE

**A. How This Insurance Applies**

This workers compensation insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. Bodily injury by accident must occur during the policy period.

2. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

**B. We Will Pay**

We will pay promptly when due the benefits required of you by the workers compensation law.

**C. We Will Defend**

We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance. We have the right to investigate and settle these claims, proceedings or suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

**D. We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;

2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the amount payable under this insurance;

3. litigation costs taxed against you;

4. interest on a judgment as required by law until we offer the amount due under this insurance; and

5. expenses we incur.

**E. Other Insurance**

We will not pay more than our share of benefits and costs covered by this insurance and other

1 of 6

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

Decl. Barnett, Ex. A-2

**WC 00 00 00 C**   WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 1-15)

insurance or self-insurance. Subject to any limits of liability that may apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance will be equal until the loss is paid.

**F. Payments You Must Make**

You are responsible for any payments in excess of the benefits regularly provided by the workers compensation law including those required because:

1. of your serious and willful misconduct;
2. you knowingly employ an employee in violation of law;
3. you fail to comply with a health or safety law or regulation; or
4. you discharge, coerce or otherwise discriminate against an employee in violation of the workers compensation law.

If we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

**G. Recovery From Others**

We have your rights, and the rights of persons entitled to the benefits of this insurance, to recover our payments from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

**H. Statutory Provisions**

These statements apply where they are required by law.

1. As between an injured worker and us, we have notice of the injury when you have notice.
2. Your default or the bankruptcy or insolvency of you or your estate will not relieve us of our duties under this insurance after an injury occurs.
3. We are directly and primarily liable to any person entitled to the benefits payable by this insurance. Those persons may enforce our duties; so may an agency authorized by law. Enforcement may be against us or against you and us.
4. Jurisdiction over you is jurisdiction over us for purposes of the workers compensation law. We are bound by decisions against you under that law, subject to the provisions of this policy that are not in conflict with that law.
5. This insurance conforms to the parts of the workers compensation law that apply to:

   a. benefits payable by this insurance;

   b. special taxes, payments into security or other special funds, and assessments payable by us under that law.

6. Terms of this insurance that conflict with the workers compensation law are changed by this statement to conform to that law.

Nothing in these paragraphs relieves you of your duties under this policy.

**PART TWO**
**EMPLOYERS LIABILITY INSURANCE**

**A. How This Insurance Applies**

This employers liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. The bodily injury must arise out of and in the course of the injured employee's employment by you.
2. The employment must be necessary or incidental to your work in a state or territory listed in Item 3.A. of the Information Page.
3. Bodily injury by accident must occur during the policy period.
4. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.
5. If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

**B. We Will Pay**

We will pay all sums that you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

The damages we will pay, where recovery is permitted by law, include damages:

1. For which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed against such third party as a result of injury to your employee;

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

Decl. Barnett, Ex. A-3

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**      WC 00 00 00 C

(Ed. 1-15)

2. For care and loss of services; and

3. For consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee; provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

4. Because of bodily injury to your employee that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

## C. Exclusions

This insurance does not cover:

1. Liability assumed under a contract. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

2. Punitive or exemplary damages because of bodily injury to an employee employed in violation of law;

3. Bodily injury to an employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;

4. Any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5. Bodily injury intentionally caused or aggravated by you;

6. Bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

7. Damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions;

8. Bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 U.S.C. Sections 901 et seq.), the Nonappropriated Fund Instrumentalities Act (5 U.S.C. Sections 8171 et seq.), the Outer Continental Shelf Lands Act (43 U.S.C. Sections 1331 et seq.), the Defense Base Act (42 U.S.C. Sections 1651–1654), the Federal Mine Safety and Health Act (30 U.S.C. Sections 801 et seq. and 901–944), any other federal workers or workmen's compensation law or other federal occupational disease law, or any amendments to these laws;

9. Bodily injury to any person in work subject to the Federal Employers' Liability Act (45 U.S.C. Sections 51 et seq.), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws;

10. Bodily injury to a master or member of the crew of any vessel, and does not cover punitive damages related to your duty or obligation to provide transportation, wages, maintenance, and cure under any applicable maritime law;

11. Fines or penalties imposed for violation of federal or state law; and

12. Damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 U.S.C. Sections 1801 et seq.) and under any other federal law awarding damages for violation of those laws or regulations issued thereunder, and any amendments to those laws.

## D. We Will Defend

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings and suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance. We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

## E. We Will Also Pay

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding, or suit we defend:

1. Reasonable expenses incurred at our request, but not loss of earnings;

2. Premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3. Litigation costs taxed against you;

4. Interest on a judgment as required by law until we offer the amount due under this insurance; and

5. Expenses we incur.

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

Decl. Barnett Ex. A-4

**WC 00 00 00 C**   WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 1-15)

F. **Other Insurance**

We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

G. **Limits of Liability**

Our liability to pay for damages is limited. Our limits of liability are shown in Item 3.B. of the Information Page. They apply as explained below.

1. Bodily Injury by Accident. The limit shown for "bodily injury by accident—each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.

   A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

2. Bodily Injury by Disease. The limit shown for "bodily injury by disease—policy limit" is the most we will pay for all damages covered by this insurance and arising out of bodily injury by disease, regardless of the number of employees who sustain bodily injury by disease. The limit shown for "bodily injury by disease—each employee" is the most we will pay for all damages because of bodily injury by disease to any one employee.

   Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

3. We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

H. **Recovery From Others**

We have your rights to recover our payment from anyone liable for an injury covered by this insurance. You will do everything necessary to protect those rights for us and to help us enforce them.

I. **Actions Against Us**

There will be no right of action against us under this insurance unless:

1. You have complied with all the terms of this policy; and

2. The amount you owe has been determined with our consent or by actual trial and final judgment.

This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability. The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

**PART THREE**
**OTHER STATES INSURANCE**

A. **How This Insurance Applies**

1. This other states insurance applies only if one or more states are shown in Item 3.C. of the Information Page.

2. If you begin work in any one of those states after the effective date of this policy and are not insured or are not self-insured for such work, all provisions of the policy will apply as though that state were listed in Item 3.A. of the Information Page.

3. We will reimburse you for the benefits required by the workers compensation law of that state if we are not permitted to pay the benefits directly to persons entitled to them.

4. If you have work on the effective date of this policy in any state not listed in Item 3.A. of the Information Page, coverage will not be afforded for that state unless we are notified within thirty days.

B. **Notice**

Tell us at once if you begin work in any state listed in Item 3.C. of the Information Page.

**PART FOUR**
**YOUR DUTIES IF INJURY OCCURS**

Tell us at once if injury occurs that may be covered by this policy. Your other duties are listed here.

1. Provide for immediate medical and other services required by the workers compensation law.

2. Give us or our agent the names and addresses of the injured persons and of witnesses, and other information we may need.

3. Promptly give us all notices, demands and legal papers related to the injury, claim, proceeding or suit.

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

Decl. Barnett, Ex. A-5

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**　　　　WC 00 00 00 C

(Ed. 1-15)

4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.

5. Do nothing after an injury occurs that would interfere with our right to recover from others.

6. Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

## PART FIVE
## PREMIUM

### A. Our Manuals

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

### B. Classifications

Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

### C. Remuneration

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

1. all your officers and employees engaged in work covered by this policy; and

2. all other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

### D. Premium Payments

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

### E. Final Premium

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:

1. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

2. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short-rate cancelation table and procedure. Final premium will not be less than the minimum premium.

### F. Records

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

### G. Audit

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

Decl. Barnett, Ex. A-6

**WC 00 00 00 C**                    WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 1-15)

**PART SIX**
**CONDITIONS**

A. **Inspection**

We have the right, but are not obliged to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. Insurance rate service organizations have the same rights we have under this provision.

B. **Long Term Policy**

If the policy period is longer than one year and sixteen days, all provisions of this policy will apply as though a new policy were issued on each annual anniversary that this policy is in force.

C. **Transfer of Your Rights and Duties**

Your rights or duties under this policy may not be transferred without our written consent.

If you die and we receive notice within thirty days after your death, we will cover your legal representative as insured.

D. **Cancelation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy. We must mail or deliver to you not less than ten days advance written notice stating when the cancelation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancelation notice.

4. Any of these provisions that conflict with a law that controls the cancelation of the insurance in this policy is changed by this statement to comply with the law.

E. **Sole Representative**

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, and give or receive notice of cancelation.

IN WITNESS WHEREOF, Protective Insurance Company has caused this policy to be signed by its Offficer(s).

_____
PRESIDENT

_____
SECRETARY

© Copyright 2013 National Council on Compensation Insurance, Inc. All rights reserved.

Decl. Barnett, Ex. A-7

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:  PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
POLICY NO:  RW008962
EFFECTIVE DATE: 01/01/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **MASSACHUSETTS** | | | | |
| STORAGE WAREHOUSE NOC | 8292 | 2,901,000 | 3.46 | $100,375 |
| CLERICAL | 8810 | 1,828,000 | 0.08 | $1,462 |
| TOTAL MANUAL PREMIUM | | | | $101,837 |
| EL INCREASED LIMITS | 9812 | | 2.0% | $2,037 |
| EXPERIENCE MOD | 9898 | | 0.75 | ($25,969) |
| TOTAL STANDARD EST. PREMIUM | | | | $77,905 |
| EXPENSE CONSTANT | 0900 | | | $338 |
| TERRORISM | 9740 | | 0.03 | $1,419 |
| ESTIMATED ANNUAL PREMIUM | | | | $79,663 |
| MA INDUSTRIAL ACCIDENT SURCHARGE | | | 5.80% | $4,430 |
| TOTAL AMOUNT | | | | $84,093 |

Decl. Barnett, Ex. A-8

# PROTECTIVE INSurance COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:   PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
       POLICY NO:       RW008962
       EFFECTIVE DATE: 01/01/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| **OREGON** | | | | |
| CLERICAL | 8810 | IF ANY | 0.16 | $0 |
| TOTAL STANDARD EST. PREMIUM | | | | $0 |
| CATASTROPHE | 9741 | | 0.02 | $0 |
| TERRORISM | 9740 | | 0.02 | $0 |
| ESTIMATED ANNUAL PREMIUM | | | | $0 |
| OR PREMIUM ASSESSMENT | | | 6.20% | $0 |
| TOTAL AMOUNT | | | | $0 |

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:    PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
           POLICY NO:     RW008962
           EFFECTIVE DATE: 01/01/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **WISCONSIN** | | | | |
| CEREAL OR BAR MFG | 2016 | 10,548,000 | 2.04 | $215,179 |
| PRINTING | 4299 | 2,396,000 | 2.65 | $63,494 |
| PHARMACEUTICAL OR SURGICAL GOODS MFG. | 4693 | 921,000 | 1.32 | $12,157 |
| FOOD SUNDIRES MFG NOC | 6504 | 4,183,000 | 3.88 | $162,300 |
| STORAGE WAREHOUSE NOC | 8292 | 4,854,000 | 7.66 | $371,816 |
| CLERICAL | 8810 | 1,369,000 | 0.24 | $3,286 |
| TOTAL MANUAL PREMIUM | | | | $828,233 |
| E.L. INCREASED LIMITS | 9812 | | 2.8% | $23,191 |
| EXPERIENCE MOD | 9898 | | 0.75 | ($212,857) |
| TOTAL STANDARD EST. PREMIUM | | | | $638,567 |
| TERRORISM | 9740 | | 0.02 | $4,854 |
| CATASTROPHE | 9741 | | 0.01 | $2,427 |
| TOTAL AMOUNT | | | | $645,849 |

Decl. Barnett, Ex. A-10



# ENDORSEMENT

This endorsement, effective on **01/01/2017** at 12:01 A.M. standard time, forms a part of

Policy No. **RW008962** Policy effective on **01/01/2017**

Of the Protective Insurance Company, Carrier Code 14788

Issued to **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

By Protective Insurance Company

_____
Authorized Representative

It is hereby understood and agreed the reporting provisions of this policy require that the Insured report as payroll and pay premium based on 33.3% of all amounts paid by the Insured to independent contractors. This percentage applies to all states except California, Minnesota and Oregon where the Insured will report as payroll and pay premium based on 25% of all amounts paid by the Insured to independent contractors.

These provisions apply to all independent contractors for whom the Insured does not maintain a certificate of insurance evidencing valid Workers Compensation coverage, or for whom the Company does not provide work accident insurance coverage.

All other terms and conditions of this policy remain the same.

Endorsement No.

WC1001IC (6/01)                    Decl. Barnett, Ex. A-11

(This Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

# ENDORSEMENT

This endorsement, effective on **01/01/2017** at 12:01 A.M. standard time, forms a part of

Policy No. **RW008962** Policy effective on **01/01/2017**

Of the Protective Insurance Company, Carrier Code 14788

Issued to **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

By Protective Insurance Company

_____
Authorized Representative

It is hereby understood and agreed that the following Named Insured's and Locations are included:

## NAMED INSURED SCHEDULE

| Name Link Code | Insured Name | FEIN | NAICS Code |
|---|---|---|---|
| 001 | PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT | 010759364 | 561320 |
| 002 | PERSONNEL STAFFING GROUP, LLC DBA MOST VALUABLE PERSONNEL | 010759364 | 561320 |
| 003 | PERSONNEL STAFFING GROUP, LLC DBA BALANCE | 010759364 | 561320 |

## LOCATION SCHEDULE

| Name Link Code | Address | No. of Employees | UI No. | NAICS Code |
|---|---|---|---|---|
| 001 | 1751 LAKE COOK ROAD, SUITE 600 DEERFIELD, IL 60015 | 1 | | 561320 |
| 002 | 7525 45TH AVENUE PLEASANT PRAIRIE, WI 53142 | 3 | | 561320 |
| 002 | 198 TREMONT BOSTON, MA 02116 | 2 | | 561320 |
| 003 | 198 TREMONT BOSTON, MA 02116 | 2 | | 561320 |

All other terms and conditions of this policy remain the same.

Endorsement No.

Decl. Barnett, Ex. A-12

(This Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)



# ENDORSEMENT

This endorsement, effective on **01/01/2017** at 12:01 A.M. standard time, forms a part of

Policy No. **RW008962** policy effective on **01/01/2017**

Of the Protective Insurance Company, Carrier Code 14788

Issued to **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

By Protective Insurance Company

_____
Authorized Representative

It is hereby understood and agreed that the tax multiplier(s) for this policy are estimates only and will be adjusted annually to correspond to the actual taxes and assessments incurred by the company.

All other terms and conditions of this policy remain unchanged.

Endorsement No.

WC1001 (6/01)

Decl. Barnett, Ex. A-13

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    **WC 00 01 04 A**

(Ed. 10-04)

## FEDERAL EMPLOYERS' LIABILITY ACT COVERAGE ENDORSEMENT

This endorsement applies only to work subject to the Federal Employers' Liability Act (45 USC Sections 51–60) and any amendment to that Act that is in effect during the policy period.

G.  **Limits of Liability** of Part Two (Employers Liability Insurance) is replaced by the following:

G.  **Limits of Liability**

Our liability to pay for damages is limited. Our limits of liability are shown in the Schedule. They apply as explained below:

1.  Bodily Injury by Accident. The limit shown for "bodily injury by accident—each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.

    A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

2.  Bodily Injury by Disease. The limit shown for "bodily injury by disease—aggregate" is the most we will pay for all damages covered by this insurance because of bodily injury by disease to one or more employees. The limit applies separately to bodily injury by disease arising out of work in each state shown in Item 3.A. of the Information Page or in the Schedule.
    Bodily injury by disease does not include disease that results directly from bodily injury by accident.

3.  We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

If any state is named in Item 2 of the Schedule, Part Two (Employers Liability Insurance) applies in that state to work subject to the Federal Employers' Liability Act as though that state were listed in Item 3.A. of the Information Page. Part One (Workers Compensation Insurance) does not apply in a state shown in the Schedule.

Part Two (Employers Liability Insurance), C.  Exclusions, exclusion 9, does not apply to work subject to the Federal Employers' Liability Act.

Schedule

1. Limits of Liability

   Bodily Injury by Accident                                    $ 1,000,000 each accident

   Bodily Injury by Disease                                     $ 1,000,000 aggregate

2. State

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **RW008962** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |

Insurance Company                          Countersigned by _____

WC 00 01 04 A

Decl. Barnett, Ex. A-14

© 2004 National Council on Compensation Insurance, Inc.



**WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY INSURANCE POLICY**
WC 00 01 06 A

# LONGSHORE AND HARBOR WORKERS' COMPENSATION ACT COVERAGE ENDORSEMENT

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy.)

This endorsement, effective on       **01/01/2017**       at 12:01 A.M. standard time, forms a part of
                                   (DATE)

Policy No.     **RW008962**

of the          **Protective Insurance Company**
               (NAME OF INSURANCE COMPANY)

issued to        **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

Premium        _____
                                     Authorized Representative

This endorsement applies only to work subject to the Longshore and Harbor Workers' Compensation Act in a state shown in the Schedule. The policy applies to that work as though that state were listed in Item **3.A.** of the Information Page.

General Section **C. Workers' Compensation Law** is replaced by the following:

**C. Workers' Compensation Law**

Workers' Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory in Item **3.A.** of the Information Page and the Longshore and Harbor Workers' Compensation Act (33 USC Sections 901-950). It includes any amendments to those laws that are in effect during the policy period. It does not include any other federal workers or workmen's compensation law, other federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

Part Two (Employers Liability Insurance), **C. Exclusions.**, exclusion **8.**, does not apply to work subject to the Longshore and Harbor Workers' Compensation Act.

This endorsement does not apply to work subject to the Defense Base Act, the Outer Continental Shelf Lands Act, or the Nonappropriated Fund Instrumentalities Act.

**Schedule**

| **State** | **Longshore and Harbor Workers' Compensation Act Coverage Percentage** |
|---|---|
| Each state named in Item 3.A. or 3.C. of the Information Page | Percentages as promulgated by NCCI |

The rates for classifications with code numbers not followed by the letter "F" are rates for work not ordinarily subject to the Longshore and Harbor Workers' Compensation Act. If this policy covers work under such classifications, and if the work is subject to the Longshore and Harbor Workers' Compensation Act, those non-F classification rates will be increased by the Longshore and Harbor Workers' Compensation Act Coverage Percentage filed by the insurance company.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    **WC 00 03 01 A**

(Ed. 2-89)

### ALTERNATE EMPLOYER ENDORSEMENT

This endorsement applies only with respect to bodily injury to your employees while in the course of special or temporary employment by the alternate employer in the state named in Item 2 of the Schedule. Part One (Workers Compensation Insurance) and Part Two (Employers Liability Insurance) will apply as though the alternate employer is insured. If an entry is shown in Item 3 of the Schedule the insurance afforded by this endorsement applies only to work you perform under the contract or at the project named in the Schedule.

Under Part One (Workers Compensation Insurance) we will reimburse the alternate employer for the benefits required by the workers compensation law if we are not permitted to pay the benefits directly to the persons entitled to them.

The insurance afforded by this endorsement is not intended to satisfy the alternate employer's duty to secure its obligations under the workers compensation law. We will not file evidence of this insurance on behalf of the alternate employer with any government agency.

We will not ask any other insurer of the alternate employer to share with us a loss covered by this endorsement.

Premium will be charged for your employees while in the course of special or temporary employment by the alternate employer.

The policy may be canceled according to its terms without sending notice to the alternate employer.

Part Four (Your Duties If Injury Occurs) applies to you and the alternate employer. The alternate employer will recognize our right to defend under Parts One and Two and our right to inspect under Part Six.

Schedule

1. **Alternate Employer**                                              **Address**
   Where required by written contract
2. **State of Special or Temporary Employment**

3. **Contract or Project**

**This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.**

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | 01/01/2017 | | |
| Endorsement Effective | 01/01/2017 | Policy No. **RW008962** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

© 1984, 1988 National Council on Compensation Insurance.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                          WC 00 03 13

(Ed. 4-84)

**WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT**

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule. (This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.)

This agreement shall not operate directly or indirectly to benefit anyone not named in the Schedule.

Schedule

Where required by written contract

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **RW008962** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 00 03 13
(Ed. 4-84)

Decl. Barnett, Ex. A-17

© 1983 National Council on Compensation Insurance.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                                    **WC 00 04 04**

(Ed. 4-84)

## PENDING RATE CHANGE ENDORSEMENT

A rate change filing is being considered by the proper regulatory authority. The filing may result in rates different from the rates shown on the policy. If it does, we will issue an endorsement to show the new rates and their effective date.

If only one state is shown in Item 3.A. of the Information Page, this endorsement applies to that state. If more than one state is shown there, this endorsement applies only in the state shown in the Schedule.

Schedule

**State**

**MASSACHUSETS, OREGON, WISCONSIN**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **RW008962** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |

Insurance Company                                    Countersigned by _____

**WC 00 04 04**
(Ed. 4-84)

© 1983 National Council on Compensation Insurance. Decl. Barnett, Ex. A-18

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                     **WC 00 04 02**

**(Ed. 4-84)**

## ANNIVERSARY RATING DATE ENDORSEMENT

The premium and rates for this policy, and the experience rating modification factor, if any, may change on your anniversary rating date shown in the Schedule.

Schedule

Anniversary Rating Date <u>06</u> (Month) <u>30</u> (Day)

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **RW008962** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 00 04 02
(Ed. 4-84)

Decl. Barnett, Ex. A-19

© 1983 National Council on Compensation Insurance.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 00 04 14

(Ed. 7-90)

## NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT

Experience rating is mandatory for all eligible insureds. The experience rating modification factor, if any, applicable to this policy, may change if there is a change in your ownership or in that of one or more of the entities eligible to be combined with you for experience rating purposes. Change in ownership includes sales, purchases, other transfers, mergers, consolidations, dissolutions, formations of a new entity and other changes provided for in the applicable experience rating plan manual.

You must report any change in ownership to us in writing within 90 days of such change. Failure to report such changes within this period may result in revision of the experience rating modification factor used to determine your premium.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **RW008962** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 00 04 14**
(Ed. 7-90)

Decl. Barnett, Ex. A-20

© 1990 National Council on Compensation Insurance.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    **WC 00 04 19**

(Ed. 1-01)

### PREMIUM DUE DATE ENDORSEMENT

This endorsement is used to amend:

Section D. of Part Five of the policy is replaced by this provision.

### PART FIVE
### PREMIUM

D.   **Premium** is amended to read:

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid. **The due date for audit and retrospective premiums is the date of the billing.**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **RW008962** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

**WC 00 04 19**
(Ed. 1-01)

Decl. Barnett, Ex. A-21

© 2000 National Council on Compensation Insurance, Inc.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 00 04 21 D**

(Ed. 1-15)

## CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM) PREMIUM ENDORSEMENT

This endorsement is notification that your insurance carrier is charging premium to cover the losses that may occur in the event of a Catastrophe (other than Certified Acts of Terrorism) as that term is defined below. Your policy provides coverage for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism). This premium charge does not provide funding for Certified Acts of Terrorism contemplated under the Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement (WC 00 04 22 B), attached to this policy.

For purposes of this endorsement, the following definitions apply:

- Catastrophe (other than Certified Acts of Terrorism): Any single event, resulting from an Earthquake, Noncertified Act of Terrorism, or Catastrophic Industrial Accident, which results in aggregate workers compensation losses in excess of $50 million.
- Earthquake: The shaking and vibration at the surface of the earth resulting from underground movement along a fault plane or from volcanic activity.
- Noncertified Act of Terrorism: An event that is not certified as an Act of Terrorism by the Secretary of Treasury pursuant to the Terrorism Risk Insurance Act of 2002 (as amended) but that meets all of the following criteria:
  a.  It is an act that is violent or dangerous to human life, property, or infrastructure;
  b.  The act results in damage within the United States, or outside of the United States in the case of the premises of United States missions or air carriers or vessels as those terms are defined in the Terrorism Risk Insurance Act of 2002 (as amended); and
  c.  It is an act that has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.
- Catastrophic Industrial Accident: A chemical release, large explosion, or small blast that is localized in nature and affects workers in a small perimeter the size of a building.

The premium charge for the coverage your policy provides for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism) is shown in Item 4 of the Information Page or in the Schedule below.

### Schedule

| State | Rate | Premium |
|-------|------|---------|
|       |      |         |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **RW008962** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

**WC 00 04 21 D**
(Ed. 1-15)

Decl. Barnett, Ex. A-22

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserve.

## TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT DISCLOSURE ENDORSEMENT

This endorsement addresses the requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2015. It serves to notify you of certain limitations under the Act, and that your insurance carrier is charging premium for losses that may occur in the event of an Act of Terrorism.

Your policy provides coverage for workers compensation losses caused by Acts of Terrorism, including workers compensation benefit obligations dictated by state law.   Coverage for such losses is still subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and/or state laws, rules, or regulations.

### Definitions

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments thereto, including any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2015.

"Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States as meeting all of the following requirements:

a.   The act is an act of terrorism.

b.   The act is violent or dangerous to human life, property or infrastructure.

c.   The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

d.   The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss" means any loss resulting from an act of terrorism (and, except for Pennsylvania, including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer Deductible" means, for the period beginning on January 1, 2015, and ending on December 31, 2020, an amount equal to 20% of our direct earned premiums, during the immediately preceding calendar year.

### Limitation of Liability

The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a calendar year and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

### Policyholder Disclosure Notice

1.   Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses exceed:

a.   $100,000,000, with respect to such Insured Losses occurring in calendar year 2015, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.

b.   $120,000,000, with respect to such Insured Losses occurring in calendar year 2016, the United States Government would pay 84% of our Insured Losses that exceed our Insurer Deductible.

c.   $140,000,000, with respect to such Insured Losses occurring in calendar year 2017, the United States Government would pay 83% of our Insured Losses that exceed our Insurer Deductible.

d.   $160,000,000, with respect to such Insured Losses occurring in calendar year 2018, the United States Government would pay 82% of our Insured Losses that exceed our Insurer Deductible.

e.   $180,000,000, with respect to such Insured Losses occurring in calendar year 2019, the United States Government would pay 81% of our Insured Losses that exceed our Insurer Deductible.

f.   $200,000,000, with respect to such Insured Losses occurring in calendar year 2020, the United States Government would pay 80% of our Insured Losses that exceed our Insurer Deductible.

Decl. Bennett, Ex. A-23

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserve.

WC 00 04 22 B      WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 1-15)

2. Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceed $100,000,000,000.

3. The premium charge for the coverage your policy provides for Insured Losses is included in the amount shown in Item 4 of the Information Page or in the Schedule below.

Schedule

| State | Rate | Premium |
|-------|------|---------|
|       |      |         |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. RWO08962 | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

WC 00 04 22 B
(Ed. 1-15)

Decl. Barnett, Ex. A-24

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserve.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 00 04 24

(Ed. 1-17)

## AUDIT NONCOMPLIANCE CHARGE ENDORSEMENT

Part Five—Premium, Section G. (Audit) of the Workers Compensation and Employers Liability Insurance Policy is revised by adding the following:

If you do not allow us to examine and audit all of your records that relate to this policy, and/or do not provide audit information as requested, we may apply an Audit Noncompliance Charge. The method for determining the Audit Noncompliance Charge by state, where applicable, is shown in the Schedule below.

If you allow us to examine and audit all of your records after we have applied an Audit Noncompliance Charge, we will revise your premium in accordance with our manuals and Part 5—Premium, E. (Final Premium) of this policy.

Failure to cooperate with this policy provision may result in the cancellation of your insurance coverage, as specified under the policy.

### Schedule

| State(s) | Basis of Audit Noncompliance Charge | Maximum Audit Noncompliance Charge Multiplier |
|---|---|---|
| WI | $725,511 | 2 |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **RW008962** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 00 04 24**
(Ed. 1-17)

Decl. Barnett, Ex. A-25

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**  **WC 00 05 03 C**

(Ed. 1-15)

## RETROSPECTIVE RATING PLAN PREMIUM ENDORSEMENT
## ONE-YEAR PLAN

This endorsement is added to Part Five (Premium) because you chose to have the cost of the insurance rated retrospectively. This endorsement explains the rating plan and how the retrospective rating plan premium will be determined.

This endorsement applies in the states listed in the Schedule. It determines the retrospective rating plan premium for the insurance provided during the rating plan period by this policy and any policy listed in the Schedule. The rating plan period is the one-year period beginning with the effective date of this endorsement.

The amount of retrospective rating plan premium depends on five standard elements and two elective elements.

A. **Retrospective Rating Plan Premium Standard Elements**

The five standard elements are explained here.

1. Standard premium is the premium we would charge during the rating plan period if you had not chosen a retrospective rating plan. Standard premium does not include the following elements and any other elements excluded based on our manuals:
   - Premium discount
   - Expense constant
   - Premium resulting from the nonratable element codes
   - Premium developed by the occupational disease rates for employers subject to the Federal Mine Safety and Health Act
   - Premium developed by the catastrophe provisions

2. Basic premium is less than standard premium. It is standard premium multiplied by a percentage called the basic premium factor. The basic premium factor varies depending on the total amount of standard premium. The basic premium factor includes:
   - General administration costs of the carrier
   - Cost of loss control services
   - Insurance charge

   The basic premium factor does not cover premium taxes or claims adjustment expenses. Those elements are usually provided for in the tax multiplier and the loss conversion factor.

   The Schedule shows a range of basic premium factors for differing amounts of estimated standard premium. The actual basic premium factor will be determined after the standard premium is determined. If earned standard premium is not within the range of the estimated standard premiums shown in the Schedule, the basic premium will be recalculated.

3. Incurred losses are all amounts we pay or estimate we will pay for losses, interest on judgements, expenses to recover against third parties, and employers liability loss adjustment expenses. This includes paid and outstanding losses (including any reserves set on open claims). If the allocated loss adjustment expense (ALAE) option is elected, then incurred losses will include ALAE.

   **Note:** The rating formula for incurred losses will not include a loss for the following elements or any other elements excluded from our manuals, as applicable:
   - Resulting from the nonratable element codes
   - For the disease-related portion of losses covered under the Federal Mine Safety and Health Act
   - Resulting from the application of catastrophe provisions
   - Reported as fully fraudulent
   - Reported as noncompensable

4. Converted incurred losses are based on the incurred losses for a policy or policies to which the retrospective rating plan applies. A loss conversion factor is applied to incurred losses to produce the converted incurred losses. The loss conversion factor is shown in the Schedule.

5. Taxes are a part of the premium we collect. Taxes are determined as a percentage of basic premium, converted incurred losses, and any elective elements. The percentage is called the tax multiplier. It varies by state and by federal and nonfederal classifications. The tax multipliers are shown in the Schedule.

Decl. Barnett Ex. A-26

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WC 00 05 03 C**        **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 1-15)

B. **Retrospective Rating Plan Premium Elective Elements**

Two other elements are included in determining retrospective rating plan premium if you elected to include them. They are the excess loss premium for the loss limitation and the retrospective development premium. They are explained here.

1. The election of a loss limitation means that the amount of incurred loss to be included in the retrospective rating plan premium is limited to an amount called the loss limitation. The loss limitation applies separately to each person who sustains bodily injury by disease and separately to all bodily injury arising out of any one accident.

   The charge for this loss limitation is called the excess loss premium. Excess loss premium is a percentage of standard premium multiplied by the loss conversion factor. The percentage is called the excess loss premium factor.

   Excess loss premium factors vary by state, by classification, and by the amount of the loss limitation. If you chose this elective element, the loss conversion factor, the loss limitation, the excess loss premium factors, and the states where they apply are shown in the Schedule.

2. The retrospective development element is used to help stabilize premium adjustments. The premium for this element is charged with the first three calculations of a retrospective rating plan premium and is called the retrospective development premium. It is a percentage of standard premium multiplied by the loss conversion factor. The percentage of standard premium is called the retrospective development factor.

   Retrospective development factors vary by state, by electing a loss limitation, and by first, second, and third calculations of retrospective rating plan premium. If you chose this elective element, the retrospective development factors are shown in the Schedule.

C. **Retrospective Rating Plan Premium Formula**

Insurance policies listed in the Schedule will be combined with this policy to calculate the retrospective rating plan premium. If the policies provide insurance for more than one insured, the retrospective rating plan premium will be determined for all insureds combined, not separately for each insured.

1. Retrospective rating plan premium is the sum of basic premium, converted losses, plus the excess loss premium and retrospective development premium elective elements if you chose them. This sum is multiplied by the applicable tax multiplier shown in the Schedule.

2. The retrospective rating plan premium will not be less than the minimum or more than the maximum retrospective rating plan premium. The minimum and maximum retrospective rating plan premiums are determined by applying the minimum and maximum retrospective rating plan premium factors, shown in the Schedule, to the standard premium.

3. If this endorsement applies to more than one policy or state, the standard premium will be the sum of the standard premiums for each policy and state.

D. **Calculation of Retrospective Rating Plan Premium**

1. We will calculate the retrospective rating plan premium using all loss information we have as of a date six months after the rating plan period ends and annually thereafter.

   We may make a special valuation of a retrospective rating plan premium as of any date that you are declared bankrupt or insolvent, make an assignment for the benefit of creditors, are involved in reorganization, receivership, or liquidation, or dispose of all your interest in work covered by the insurance. You will pay the amount due to us if the retrospective rating plan premium is more than the total standard premium as of the special valuation date.

2. After any calculation of retrospective rating plan premium, you and we may agree that it is the final calculation.

3. After each calculation of the retrospective rating plan premium, you will pay promptly the amount due us, or we will refund the amount due you. Each insured is responsible for the payment of all standard premium and retrospective rating plan premium calculated under this endorsement.

E. **Insureds Operating in More Than One State**

If any of the policies provide insurance in a state not listed in the Table of States, and if you begin work in that state during the retrospective rating plan period, this endorsement will apply to that insurance if this retrospective rating plan applies in that state on an interstate basis. The retrospective rating plan premium standard elements, and the elective elements you chose, will be determined by our manuals for that state, and added to the Schedule by endorsement.

Decl. Barnett Ex. A-27

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    WC 00 05 03 C

(Ed. 1-15)

F.  **Cancellation of a Policy Under a Retrospective Rating Plan**

1.  If the policy to which this endorsement is attached is cancelled, the effective date of the cancellation will become the end of the rating plan period of all insurance subject to this endorsement.

2.  If other policies listed in the Schedule of this endorsement are cancelled, the effective date of cancellation will become the end of the rating plan period for all insurance subject to this endorsement unless we agree with you, by endorsement, to continue the rating plan period.

3.  If we cancel for nonpayment of premium, the maximum retrospective rating plan premium will be based on the standard premium for the rating plan period, increased pro rata to 365 days, and will include all of the applicable retrospective rating plan factors shown in the Schedule.

4.  If you cancel, the standard premium for the rating plan period will be increased by our short rate table and procedure. This short rate premium will be the minimum retrospective rating plan premium and will be used to determine the basic premium.

    The short rate premium will be used to determine the excess loss premium and retrospective development premium if you chose these elective elements.

    The maximum retrospective rating plan premium will be based on the standard premium for the rating plan period, increased pro rata to 365 days.

5.  Section F.4. will not apply if you cancel because:

    a.  All work covered by the insurance is completed

    b.  All interest in the business covered by the insurance is sold

    c.  You retire from all business covered by the insurance

### Schedule

1.  Other policies subject to this Retrospective Rating Plan Premium Endorsement      _____

    _____

2.  Loss Limitation: **$   500,000** _____

3.  Loss Conversion Factor   **1.090** _____

    Minimum Retrospective Rating Plan Premium Factor    **Basic x Tax** _____

    Maximum Retrospective Rating Plan Premium Factor    **Unlimited** _____

4.  The basic premium factors shown here are based on estimates of standard premium. If the actual standard premium is within the range of estimated standard premiums shown here, the basic premium factor will be obtained by linear interpolation to the nearest one-tenth of 1%. If the actual standard premium is not within the range of estimated standard premiums, shown below, the basic premium factor will be recalculated.

|                            | 50%            | 100%          | 150%           |
|----------------------------|----------------|---------------|----------------|
| Estimated Standard Premium: | $ _____ | $ **716,472** | $ _____ |
| Basic Premium Factor:       | _____   | **0.237**     | _____   |

5.  The tax multipliers, excess loss premium factors, and retrospective development factors, and the states where they apply, are shown in the Table of States.

Decl. Barnett, Ex. A-28

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WC 00 05 03 C**　　　　　　　**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 1-15)

TABLE OF STATES

| State | Excess Loss Premium Factors | | Tax Multiplier | | Retrospective Development Factors | | |
|---|---|---|---|---|---|---|---|
| | State (Other than "F" Classes) | Federal ("F" Classes Only) | State (Other than "F" Classes) | Federal ("F" Classes Only) | 1st | 2nd | 3rd |
| MA | | | 1.03687 | These tax multipliers are adjustable. See endorsements: WC1001 & WC200501 | | | |
| WI | | | 1.03687 | | | | |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **RW008962** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

**WC 00 05 03 C**
(Ed. 1-15)

Page 4 of 4

Decl. Barnett, Ex. A-29

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 00 05 15 A

(Ed. 01-10)

## RETROSPECTIVE RATING PLAN PREMIUM ENDORSEMENT—FLEXIBILITY OPTIONS

This endorsement is added to Part Five (Premium) because you chose to have the cost of the insurance rated retrospectively.

The retrospective rating plan premium endorsement attached to the policy is changed by the selection of one or more of the options shown below in the Schedule.

Schedule

1.  Incurred losses are changed to include allocated loss adjustment expense in these states: _____
    **All states listed in item 3A of the Information Page.** _____

2.  The correctly calculated basic premium factor for 100% of the estimated standard premium shall be used without linear interpolation, for each calculation of retrospective premium.

3.  Each calculation of retrospective rating plan premium will use all loss information we have as of a date agreed to by you and us.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **RW008962** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 00 05 15 A**
(Ed. 01-10)

© Copyright 2009 National Council on Compensation Insurance Inc. All Rights Reserved.

Decl. Barnett, Ex. A-30

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                                    **WC 20 03 01**

(Ed. 4-84)

## MASSACHUSETTS LIMITS OF LIABILITY ENDORSEMENT

This endorsement applies only to the insurance provided by Part Two (Employers Liability Insurance) because Massachusetts is listed in Item 3.A. of the Information Page.

Our liability to you under Section 25 of Chapter 152 of the General Laws of Massachusetts is not subject to the limit of liability that applies to Part Two (Employers Liability Insurance).

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **RW008962** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

**WC 20 03 01**
(Ed. 4-84)

© 1984 National Council on Compensation Insurance. Decl. Barnett, Ex. A-31

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 20 03 02 A

(Ed. 9-08)

## MASSACHUSETTS—ASSESSMENT CHARGE

Massachusetts General Laws, Chapter 152, Section 65, as amended by Chapter 572 of the Acts of 1985, establishes a workers compensation special fund and a workers compensation trust fund.

On behalf of the Department of Industrial Accidents (DIA), the insurance company providing workers compensation coverage is required to bill and collect an assessment charge covering the special and trust funds from insured employers and remit the amounts collected to the State Treasury.

The assessment charge, which is determined by applying a rate (subject to annual change) to the DIA's standard premium, as defined and outlined in 452 CMR 7.00, developed under your policy, is shown as a separate item on the information page of the policy. The rate may be different for private employers and for the Commonwealth and its political subdivisions.

The income derived from the assessment charge will be used to fund the operating expenses of the DIA and to fund certain employee benefits as described in Chapter 152.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **RW008962** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

WC 20 03 02 A
(Ed. 9-08)

© Copyright 2008 National Council on Compensation Insurance. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                 **WC 20 03 03 D**

(Ed. 8-10)

### MASSACHUSETTS NOTICE TO POLICYHOLDER ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Massachusetts is shown in Item 3.A. of the Information Page.

1.   Rates and Premium

The policy contains rates and classifications that apply to your type of business. If you have any questions regarding the rates or classifications, please contact your agent or us.

You may obtain pertinent rating information by submitting a written request to the Workers' Compensation Rating and Inspection Bureau of Massachusetts at the address shown in this endorsement or to us at our company address shown on this endorsement. We may require you to pay a reasonable charge for furnishing the information.

You may also submit a written request for a review of the method by which your classification, rates, premiums or audit results were determined. If we fail to grant or reject your request within thirty days after it is made or if you are not satisfied by the results of our review, you may submit a written request for review to the Workers' Compensation Rating and Inspection Bureau of Massachusetts ("WCRIBMA") at the address shown in this endorsement. If the WCRIBMA fails to grant or reject your request within thirty days after it is made or [i]f you are not satisfied with the results of the WCRIBMA review, you may appeal to the Commissioner of Insurance at the address shown in this endorsement.

2.   Reserves or Settlements

You may request a loss run, which contains reserve and settlement information for claims that relate to the premium for this policy. Such a request must be in writing and should be sent to our address shown on this endorsement. We will provide you with that information within thirty (30) days of receipt of your request, and at reasonable intervals thereafter.

If you have any questions or believe that we set unreasonable reserves or made unreasonable settlements that affected your premiums or losses, you may make a written request through your agent or directly to us for a meeting with our company representative. If you are not satisfied with the results of the meeting, you may make a written appeal to the Insurance Commissioner at the address shown on the endorsement.

3.   Named Insured

You are responsible for immediately reporting all changes in name or legal status to us in writing at the company address shown in this Endorsement.

If you want to add a named insured or replace the named insured with another legal entity on any policy issued through the Massachusetts Assigned Risk Pool you must submit a new Assigned Risk Pool Application, including a Confidential Request for Information Form (ERM), to the Workers' Compensation Rating and Inspection Bureau of Massachusetts at the address shown in this Endorsement.

4.   Insured's Mailing Address

Notices relating to this Policy will be mailed or delivered to your mailing address. Your mailing address is that which is shown in Item 1 of the Information Page or in a change of address Endorsement to the Policy. You are responsible for notifying us in writing at the company address shown in this Endorsement about any change to your mailing address.

© Copyright 2010 National Council on Compensation Insurance, Inc. All rights reserved.

Decl. Barnett. Ex. A-33

**WC 20 03 03 D**          WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 8-10)

Addresses

The Workers' Compensation Rating and
Inspection Bureau of Massachusetts
Attention: Customer Service Department
101 Arch Street, 5th Floor
Boston, MA 02210
www.wcribma.org

Assurance Agency, Ltd.
1750 E. Golf Road,
Suite 1100
Schaumburg, IL 60173

Commissioner of Insurance
Division of Insurance
Department of Banking and Insurance
1000 Washington St 8th Floor
Boston, MA 02118-2218

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **RW008962** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

**WC 20 03 03 D**
(Ed. 8-10)

Page 2 of 2

© Copyright 2010 National Council on Compensation Insurance, Inc. All Rights Reserved.

Decl. Barnett, Ex. A-34

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY        WC 20 04 05

(Ed. 6-01)

## MASSACHUSETTS PREMIUM DUE DATE ENDORSEMENT

Section D. of Part Five of the policy is replaced by this provision:

### PART FIVE
### PREMIUM

D.   **Premium Payments** is amended to read:

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid. **The audit and retrospective premiums shall be paid by the due date indicated on the billing statement.**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **RW008962** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 20 04 05
(Ed. 6-01)

© 2001 National Council on Compensation Insurance, Inc.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

WC 20 05 01

(Ed. 4-95)

## MASSACHUSETTS RETROSPECTIVE PREMIUM ENDORSEMENT
## FLEXIBILITY OPTIONS

The Retrospective Premium Endorsement attached to the policy is changed by the information shown in the Schedule.

### Schedule

1.  Incurred losses are changed to include allocated loss adjustment expense in Massachusetts.

2.  Each calculation of retrospective premium will use all loss information we have as of a date agreed to by you and us.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **RW008962** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 20 05 01**
(Ed. 4-95)

© 1995 National Council on Compensation Insurance, Inc.

Decl. Barnett, Ex. A-36

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 20 06 01 A

(Ed. 7-08)

## MASSACHUSETTS CANCELLATION ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Massachusetts is shown in Item 3.A. of the Information Page.

The **Cancellation** Condition of the policy is replaced by the following:

**Cancellation**

1.  You may cancel this policy by mailing or delivering to us advance written notice requesting cancellation.   Such cancellation shall not be effective until ten days after written notice is given by us to The Workers' Compensation Rating and Inspection Bureau of Massachusetts (Bureau), or until notice has been received by the Bureau that you have secured insurance from another insurance company, whichever occurs first. Our notice to the Bureau may be given by electronic transmission.

2.  We may cancel this policy only if based on one or more of the following reasons: (i) nonpayment of premium; (ii) fraud or material misrepresentation affecting your policy; or (iii) a substantial increase in the hazard insured against.   Such cancellation shall not be effective until ten days after written notice is given by us to you and The Workers' Compensation Rating and Inspection Bureau of Massachusetts (Bureau), or until notice has been received by the Bureau that you have secured insurance from another insurance company, whichever occurs first. Our notice to the Bureau may be given by electronic transmission.

3.  We will mail or deliver the notice of cancellation to you at your last address, which shall be the mailing address shown in Item 1 of the Information Page or the change of mailing address shown in an Endorsement to the Policy. Pursuant to M.G.L. Chapter 175, Section 187C, a written notice of cancellation shall be deemed effective when mailed by us if we obtain a certificate of mailing receipt from the United States Postal Service showing your name and address as stated in the policy.

4.  Any of these provisions that conflict with the law that controls the cancellation of this insurance policy is changed by this statement to comply with the law.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **RW008962** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

WC 20 06 01 A
(Ed. 7-08)

© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.

Decl. Barnett Ex. A-37

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                WC 36 03 06

(Ed. 1-02)

## OREGON LIMITS OF LIABILITY ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Oregon is shown in Item 3.A. of the Information Page.

The limits of our liability under Part Two of the policy are:

| | | |
|---|---|---|
| Bodily Injury by Accident | $1,000,000 | or the amount shown in Item 3.B. of the Information Page, whichever is greater, each accident |
| Bodily Injury by Disease | $1,000,000 | or the amount shown in Item 3.B. of the Information Page, whichever is greater, policy limit |
| Bodily Injury by Disease | $1,000,000 | or the amount shown in Item 3.B. of the Information Page, whichever is greater, each employee |

This change applies to the insurance this policy provides for Oregon operations only.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Policy Effective        **01/01/2017**

Endorsement Effective   **01/01/2017**            Policy No. **RW008962**                Endorsement No.

Insured                 **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**        Premium

Insurance Company    **Protective Insurance Company**    Countersigned by _____

WC 36 03 06
(Ed.1-02)

Decl. Barnett, Ex. A-38

© 2001 National Council on Compensation Insurance, Inc.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                          WC 36 04 06

(Ed. 10-01)

## OREGON PREMIUM DUE DATE ENDORSEMENT

This endorsement is used to amend:

Section D. of Part Five of the policy is replaced by this provision.

**PART FIVE
PREMIUM**

D.     **Premium** is amended to read:

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid. **The due date for audit and retrospective premiums is the date specified in the billing invoice for the policy.**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **RW008962** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

**WC 36 04 06**
(Ed. 10-01)

© 2001 National Council on Compensation Insurance, Inc.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    **WC 36 06 01 E**

(Ed. 1-08)

## OREGON CANCELLATION ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Oregon is shown in Item 3.A. of the Information Page.

The **Cancellation** Condition of the policy is replaced by this Condition:

D. **Cancellation**
1. You may cancel this policy. You must mail or deliver advance written notice to us, stating when the cancellation is to take effect. If you provide for other insurance or self-insurance, your cancellation of coverage will take effect upon the effective date of that insurance.
2. We may cancel this policy. We will mail to you advance written notice stating when the cancellation is to take effect.
   a. If we cancel based on our decision not to offer insurance to all employers within your premium category, we will mail the notice of cancellation at least 90 days before the cancellation is to take effect.
   b. If we cancel for other reasons, we will mail the notice of cancellation at least 45 days before the cancellation is to take effect.
   c. If we cancel for nonpayment, we will mail notice of cancellation at least 10 days before the cancellation is to take effect.
3. Mailing notice to you at your last known mailing address will be sufficient to prove notice.
4. The policy period will end at 12:00 midnight on the day stated in the cancellation notice.
5. When coverage is placed with another carrier as of the policy expiration date, a rejected renewal policy shall be withdrawn without charge, provided notice of nonrenewal is mailed and postmarked on or before the expiration date and is received from the insured by the insurer no later than 10 calendar days after said expiration date.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **RW008962** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 36 06 01 E**
(Ed. 1-08)

Decl. Barnett, Ex. A-40

© Copyright 2007 National Council on Compensation Insurance, Inc. All Rights Reserved.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 36 06 04

(Ed. 01-17)

## OREGON AMENDATORY ENDORSEMENT

This endorsement applies because Oregon is shown in Item 3.A. of the Information Page.

Part Two—Employers Liability Insurance, Section C. (Exclusions), Item 5. of the policy is replaced by the following:

5.  Any bodily injury intentionally caused or aggravated by you, or that is the result of your engaging in conduct equivalent to an intentional tort, however defined, including as described by ORS 656.156, or other tortious conduct, or conduct or activity as described by ORS 656.018(3), such that you lose your immunity from civil liability under the workers compensation laws of Oregon;

Part Two—Employers Liability Insurance, Section C. (Exclusions) of the policy is revised by adding the following:

13. Any cause of action or remedy arising out of or under ORS 656.019 or ORS 654.305 through ORS 654.336.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | |
|---|---|---|
| Policy Effective | **01/01/2017** | |
| Endorsement Effective | **01/01/2017** | Policy No. **RW008962** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ |

**WC 36 06 04**
(Ed. 01-17)

## Decl. Barnett, Ex. A-41

© Copyright 2016 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    **WC 48 06 01 C**

(Ed. 4-01)

### WISCONSIN LAW ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Wisconsin is shown in Item 3.A. of the Information Page.

This policy is amended to reflect the following changes and/or additions to clarify or comply with Wisconsin Law:

I.   If our agent has knowledge of a change in or a violation of a policy condition, this will be considered our knowledge and will not void the policy or defeat a recovery for a claim.

II.  "Workers Compensation Law" means Chapter 102, Wisconsin Statutes. It does not include and this policy does not apply to any obligation under Chapter 40, Wisconsin Statutes, or Section 66.191, Wisconsin Statutes, or any amendment to these laws.

III. Any language involving "Actions Against Us" is replaced and amended to provide that no legal action may be brought against us until there has been full compliance with all the terms of this policy.

IV.  If any injury occurs that may be covered by this insurance, the policy is amended to provide that you must notify us of that injury as soon as reasonably possible.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **RW008962** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 48 06 01 C
(Ed. 4-01)

Decl. Barnett, Ex. A-42

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     WC 48 06 06 B

(Ed. 1-02)

## WISCONSIN CANCELLATION AND NONRENEWAL ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Wisconsin is shown in Item 3.A. of the Information Page.

The Cancellation Section (D) of the Part Six—Conditions is deleted and replaced by the following:

A. **Cancellation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect. If you purchase replacement insurance, the cancellation becomes effective on the date the new coverage becomes effective. If no replacement coverage is purchased, the cancellation will be effective thirty (30) days after the receipt of written notice by the Wisconsin Compensation Rating Bureau.

2. We may cancel the policy for any reason if the policy has been in effect for less than sixty (60) days. If the policy is issued for a term longer than one year or for an indefinite term, we may cancel the policy for any reason on an annual anniversary of the policy effective date. We may cancel the policy at any other time for the following reasons:

   a. You fail to pay all premiums when due, however, we must deliver or mail, first class, not less than thirty (30) days advance written notice stating when the cancellation is to take effect;

   b. A material misrepresentation;

   c. A substantial breach of the obligations, conditions or warranties under the policy; or

   d. A substantial change in the risk we assumed under the policy, unless it was reasonable for us to foresee the change or expect the risk when we issued the policy.

3. If we cancel for any permissible reason other than nonpayment of premium, we must deliver or mail, first class, not less than *thirty (30) days notice stating when the cancellation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

4. The policy period will end on the day and hour stated in a notice of cancellation.

B. **Nonrenewal**

1. You have the right to have the insurance renewed unless we deliver or mail to you not less than *sixty (60) days advance written notice stating our intention not to renew this policy.

2. We do not have to renew the insurance if you do not pay the renewal premium billing by the due date or if you accept replacement insurance, are insured elsewhere, requested or agree to nonrenewal, or if the policy is expressly designated as being nonrenewable.

3. If we renew the insurance, we may use the policy forms, rates and rating plans we are then using for similar risks. We may limit the policy to a term equivalent to the term of the expiring policy or one year, whichever is less.

4. If we offer to renew the policy on less favorable terms, we will mail or deliver written notice of the new terms by first class mail to you, the policyholder, at least sixty (60) days prior to the renewal date. The definition of "terms" does not include manual rates, experience modification factors, or classification of risks.

**WC 48 06 06 B**

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 1-02)

If we provide such notice within sixty (60) days prior to the renewal date, the new terms will not take effect until sixty (60) days after the notice is mailed or delivered, in which case, you, the policyholder, may elect to cancel the renewal policy at any time during the sixty (60) day period. The notice will include a statement of your right to cancel. If you elect to cancel the renewal policy during the sixty (60) day period, the return premium or additional premium charges shall be calculated proportionally on the basis of the old premiums.

We need not mail or deliver this notice if the only change adverse to you is a premium increase that;

(a)  is less than 25%; or,

(b)  results from a change based on your action that alters the nature and extent of the risk insured against, including, but not limited to, a change in the classifications for the business.

\*     Any written agreement attached to and made a part of the policy, between the insurance carrier and policyholder that extends the cancellation or nonrenewal notification time frame, will supersede the aforementioned notification requirements found in items A.3. and B.1., respectively.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **RW008962** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 48 06 06 B**
(Ed. 1-02)

(This Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)



# ENDORSEMENT

This endorsement, effective on         **01/01/2017**         at 12:01 A.M. standard time, forms a part of

Policy No.        **RW008962**         policy effective on         **01/01/2017**

Of the         Protective Insurance Company, Carrier Code 14788

Issued to        **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

By         Protective Insurance Company

_____
Authorized Representative

In addition to the Loss Conversion Factor listed on WC 00 05 03 C, Retrospective Premium Endorsement, a loss conversion factor of <u>1.08</u> applies to Wisconsin indemnity loss payments.

All other terms and conditions of this policy remain unchanged.

Endorsement No.

Decl. Barnett, Ex. A-45

WI 1001 (11/05)

## NOTIFICATION TO POLICYHOLDERS
## OF LOSS PREVENTION SERVICES

**Protective Insurance Company**
(Name of Carrier)

is required by law to provide policyholders with certain loss prevention services.  If you would like
more information or have any questions, please call _____ **(800) 231-6024** _____.

PIC 8054 (6/01)

Decl. Barnett, Ex. A-46

# NOTICE TO EMPLOYEES



# NOTICE TO EMPLOYEES

# The Commonwealth of Massachusetts

## DEPARTMENT OF INDUSTRIAL ACCIDENTS

600 Washington Street, Boston, Massachusetts 02111

617-727-4900 - http://www.mass.gov/dia

As required by Massachusetts General Law, Chapter 152, Sections 21, 22 & 30, this will give you notice that I (we) have provided for payment to our injured employees under the above-mentioned chapter by insuring with:

Protective Insurance Company

NAME OF INSURANCE COMPANY

P.O. BOX 7099 INDIANAPOLIS, IN 46207-7099

ADDRESS OF INSURANCE COMPANY

RW008962                                                    01/01/2017 - 01/01/2018

POLICY NUMBER                                              EFFECTIVE DATES

Assurance Agency, Ltd        1750 E. Golf Road, Suite 1100 Schaumburg, IL 60173  1-847-797-5700

NAME OF INSURANCE AGENT          ADDRESS                              PHONE #

EMPLOYER                         ADDRESS

EMPLOYER'S WORKERS' COMPENSATION OFFICER (IF ANY)                        DATE

## MEDICAL TREATMENT

The above named insurer is required in cases of personal injuries arising out of and in the course of employment to furnish adequate and reasonable hospital and medical services in accordance with the provisions of the Workers' Compensation Act. A copy of the First Report of Injury must be given to the injured employee. The employee may select his or her own physician. The reasonable cost of the services provided by the treating physician will be paid by the insurer, if the treatment is necessary and reasonably connected to the work related injury. In cases requiring hospital attention, employees are hereby notified that the insurer has arranged for such attention at the

NAME OF HOSPITAL                                          ADDRESS

## TO BE POSTED BY EMPLOYER

Decl. Barnett, Ex. A-47

## OREGON INSURANCE GUARANTY ASSOCIATION

Most insurers doing business in Oregon participate in the Oregon Insurance Guaranty Association. In the event an insurer fails, the Association settles unpaid claims on behalf of consumers. Oregon law requires that policies be surcharged directly to recover the costs of handling those claims.

If your policy is surcharged, the term "Oregon Insurance Guaranty Association Surcharge" along with an indicated dollar amount will be displayed with the statement of your surcharge.

OR 01 (4/07)

## NOTICE TO EMPLOYER
### Occupational Safety and Health Loss Control Consultative Services

Oregon Revised Statues 654.097 requires workers' compensation insurers to maintain and provide occupational safety and health loss control consultative services to its insured employers. Such services include workplace surveys to identify health and safety problems, reviews of employer injury records with appropriate persons, development of plans for improvement of employer health and safety loss records, telephone consultations, and a periodic newsletter of safety and loss prevention. If applicable, the insurer can provide employers with an on-site evaluation of their loss prevention service needs. These services are provided at no additional charge.

Oregon employer's have a responsibility to provide a safe and healthful workplace as required by the Oregon Safe Employment Act (ORS 654.001 to 654.295 and 654.991).

To obtain services, contact:

Protective Insurance Company
Loss Prevention Department
111 Congressional Blvd., Suite 500
Carmel, IN 46032

Oregon employers have the right to make a complaint to the OR-OSHA Division if an insurer fails to respond to a request from one of its insured employers for loss prevention services or otherwise fails to provide services as offered or required.

Employers should re-produce this notice and distribute it to each of their fixed places of employment in Oregon.

OR 02 (4/07)

Decl. Barnett, Ex. A-49

**Protective**
Insurance Company

P.O. Box 2000 | Carmel, IN 46082-2000 | protectiveinsurance.com

## NOTICE

You may appeal this billing to the Director of the Department of Insurance and Finance, State of Oregon, by applying in writing to the Director within 60 days after receiving this premium audit billing. The appeal must state your ground for questioning the billing, and must include your contentions of error by your insurer and your request for correction and relief.

The appeal must be sent to the following address:

> Director
> Department of Insurance and Finance
> Insurance Division
> 350 Winter St. NE
> Salem, OR  97309

OR 03 (1/10)

Decl. Barnett, Ex. A-50

## CLASS CODE DESCRIPTIONS
(As required by Oregon Statute O.R.S. § 737.310)

**7219  State Special: applies in AK, CA, FL, ID, LA, MA, MT, NJ, NY, OR, TN**

**PHRASEOLOGY  AK, FL, ID, LA, MA, MT, OR, TN**—TRUCKING: NOC—ALL EMPLOYEES & DRIVERS

**OR**—TRUCKING NOC—DRIVERS & THEIR HELPERS[          ]

**SCOPE  AK, FL, ID, LA, MA, MT, OR, TN**—Code 7219 is applied to insureds engaged in the hauling of general merchandise under contract for one or more individuals or concerns provided such operations are not otherwise classified in the manual. The classification includes incidental rigging when performed by these truckers. It is not applied to specialty trucking operations described at the end of this scope.

It should be noted that an important distinction between Code 7219 and Code 7380—Drivers, Chauffeurs and Their Helpers—NOC, is that while both apply only if they are "not otherwise classified" (NOC codes), Code 7219 is applicable to the transportation of goods not owned by an insured, whereas Code 7380 is applicable to the driving of vehicles and/or the transportation of goods owned by the insured.

Trucking concerns usually maintain terminals, central loading platforms or a temporary storage depot where merchandise is stored for a short period pending transfer to another destination. Platform persons engaged in loading or unloading merchandise as well as miscellaneous employees such as terminal employees, garage employees and repairers are considered to be an integral part of trucking operations and are assigned to Code 7219.

Additionally, bona fide drivers of insureds classified under the stevedoring codes, 7309F, 7317F and 7327F, or the freight handling codes, 7350F and 7360, are assigned to Code 7219.

When trucking operations constitute a secondary business conducted as a separate undertaking or enterprise, the payroll of an individual may be divided and allocated to a classification other than Code 7219. This may occur when insureds use their trucks during a portion of a trip to haul goods owned by the insured and use the same vehicles on another portion of the trip to haul goods owned by others. Provided *Basic Manual* rules are met, Code 7219 or another appropriate trucking code is applicable when the insured hauls goods belonging to others on one portion of a trip, and Code 7380 or another applicable class that includes drivers may be assigned to that portion of the trip devoted exclusively to hauling goods owned by the insured.

Insureds engaged solely in towing automobiles, trucks, tractors, or semitrailers fall within the scope of this classification provided they do not perform any other operations. Also, Code 7219 contemplates automobile haulaway or driveaway operations when such operations are performed by specialists having no equity in the automobiles so transported.

Code 7219 is also applied to insureds engaged in hauling explosives or ammunition under contract for one or more individuals or concerns.

Code 7219 also applies to drivers of concrete ready-mix operations when the materials are not owned by the insured, either while in storage or in transit. When the insured's contract involves only trucking of pre-mixed concrete ingredients or trucking including the concurrent concrete mixing in transit, all operations incidental to the loading of trucks and delivery of concrete are assigned to Code 7219.

7231

**PHRASEOLOGY** MAIL, PARCEL OR PACKAGE DELIVERY AND COURIER OR MESSENGER SERVICE COMPANIES—ALL EMPLOYEES & DRIVERS

**Note:** Applies to couriers, messengers, and others who deliver nonowned envelopes, parcels, or packages exclusively for local delivery. Mail, parcels, or packages, as shown in the classification phraseology, refers to those items where the delivery tariff or charge is allocable to the individual envelope, parcel, or package. This classification would not be applicable to truckers hauling packaged goods or merchandise where the haulage or transport charge is based on a truckload or partial truckload, the cumulative weight of the packages and/or parcels being transported or a flat contract price for the consignment. The term "local" is intended to limit the radius of operations to that which would permit a driver to complete the assigned deliveries and return to the point of dispatch within the normal workday.

**Description:**

Code 7231 is intended to apply to those insureds who deliver and, as a messenger and courier service of nonowned mail, parcel or packages or under contract with private enterprises, provide a pickup and delivery service for mail consisting of small individual parcels or packages in addition to envelopes. These items are usually picked up at post offices and delivered to the customer's location. However, these insureds also, as a contract messenger and courier service, deliver nonowned items or pick up mail or parcels from their customers and deliver to locations specified by the customer, performing a local delivery service comparable to that provided by the US Postal Service.

Please refer to this classification's phraseology above for additional requirements that an insured must meet to qualify for Code 7231. An important distinction between Code <u>7380</u>—Drivers, Chauffeurs, Messengers and Their Helpers NOC—Commercial and Code 7231 is that messengers and couriers assigned to Code 7231 deliver nonowned goods whereas Code <u>7380</u> is assigned to messengers who deliver owned goods.

**Equipment and Materials:**

- Hand trucks

**Additional Application and Information:**

- Although in most instances, private passenger automobiles, station wagons, sedan deliveries, vans and pickup trucks will be utilized, there is no specific restriction to the type of motor vehicle used for the delivery operations.
- This classification also includes mechanics and garage employees who maintain, service or repair the equipment.

8810

**PHRASEOLOGY** CLERICAL OFFICE EMPLOYEES NOC

**Note:** Subject to the Standard Exception manual rule.

**Description:**

Code 8810 is applied to clerical office employees provided they are not otherwise classified in the *Basic Manual*. Clerical employees who perform telecommuting activities may qualify for Code 8871—Clerical Telecommuter Employees. Refer to Code 8871's scope for conditions under which a telecommuting employee's pay should be assigned to this code.

Code 8810 employees are common to so many businesses that they are considered to be Standard Exceptions unless they are specifically included within the phraseology of a basic classification. The duties of a clerical office - employee include creation or maintenance of financial or other employer records, handling correspondence, computer composition, technical drafting, and telephone duties, including sales by phone. The clerical office classification continues to apply to a qualified clerical office employee who performs a duty outside of a qualified clerical office area when that duty does not involve direct supervision or physical labor and is directly related to that employee's duties in the office. These duties do not exclude depositing funds at the bank, purchasing office supplies, and pickup or delivery of mail, provided they are incidental and directly related to that employee's duties in the office. However, for purposes of this rule, the definition of clerical duties excludes outside sales or outside representatives; any work exposed to the operative hazards of the business; and any work, such as a stock or tally clerk, which is necessary, incidental, or related to any operations of the business other than a clerical office.

A clerical office is a work area separated and distinguishable from all other work areas and hazards of the employer by floors, walls, partitions, counters, or other physical barriers.

A clerical office excludes work or service areas and areas where inventory is located, products are displayed for sale, or to which the purchaser customarily brings the product from another area for payment.

If the principal business of an insured is a clerical operation (such as a bank or insurance company), the operations of all employees not included in the definition of clerical shall be assigned to the separate basic classification that most closely describes their work. Examples of this procedure are the assignment of bank guards to a classification other than Code 8810 and the assignment of computer repair technicians to an appropriate computer repair classification.

Certain Internet service providers may also have their principal business described by a clerical classification. Under these circumstances, these Internet service providers are classified in the same manner as banks and insurance companies described above. These risks usually offer electronic mail services and access to World Wide Web sites, Internet chat rooms, and Internet news groups.

Other employments or operations assigned by analogy to Code 8810 include bank tellers; telephone answering services; designers, proofreaders, and editors of newspaper publishers or magazine printers; employees performing computerized photographic composition or automated platemaking, which is used in the graphic arts industry as well as specialists engaged in such operations; drafting personnel of consulting engineering firms; clubs employing only clerical employees; horse and dog racetrack pari-mutuel clerks and cashiers; bus terminal ticket sellers; airline or helicopter ticket sellers and information clerks away from airport or heliport locations; and employees of highway toll roads confined to keeping books and records.

Check cashing businesses are assigned to Code 8810 provided that services offered by these operations are limited exclusively to check cashing and other financial services such as but not limited to the sale of money orders and lottery tickets, the making of loans, the sale of postage stamps, and the collection of bills due from utility customers. In the event check cashing businesses sell any nonfinancial services such as but not limited to food, beverages, or tobacco or sell services such as copying or faxing documents, the check cashing store is assigned in its entirety to the appropriate store code. Refer to *Basic Manual* procedures for classifications of banks to determine how support personnel such as guards and couriers employed by check cashing operations assigned to Code 8810 are classified.

Decl. Barnett, Ex. A-53

Code 8810 is applicable to traveling auditing, accounting, or other type clerical employees of business concerns such as manufacturers, chain stores, restaurants, hotels, gasoline stations, etc., who perform clerical duties at their temporary location. These traveling clerical employees, sometimes referred to as "internal auditors," may travel to various branches and remain at these branches for a period of several days or weeks, auditing or monitoring procedures at these locations. These employees are not included within the scope of Code 8803—Accountants—Traveling and are assigned to Code 8810. These employees are not classified to Code 8803 since their employers are not in the business of providing auditing or accounting services for others.

**Special Conditions:**

In instances where clerical or drafting employees perform any other duties, the total payroll of such employees would be assigned to the highest rated classification representing any part of their work. This is in accordance with Rule 2-G (Rule IV-E-2. 1996 edition).

Decl. Barnett, Ex. A-54

## NOTICE OF RIGHT TO FILE A COMPLAINT

KEEP THIS NOTICE WITH YOUR INSURANCE PAPERS

**PROBLEMS WITH YOUR INSURANCE?**-If you are having problems with your insurance company or agent, do not hesitate to contact the insurance company or agent to resolve your problem.

**Protective Insurance Company**
**111 Congressional Blvd., Suite 500**
**Carmel, IN 46032**
**(800) 231-6024**
**(317) 636-9800**

You can also contact the **OFFICE OF THE COMMISSIONER OF INSURANCE**, a state agency which enforces Wisconsin's insurance laws, and file a complaint. You can contact the **OFFICE OF THE COMMISSIONER OF INSURANCE** by writing to:

Office of the Commissioner of Insurance
Complaint Department
P.O. Box 7873
Madison, WI 53707-7873

or you can call 1-800-236-8517 outside of Madison or 266-0103 in Madison, and request a complaint form.

WI 01 (1/10)

Decl. Barnett, Ex. A-55

 **Protective**
Insurance Company

P.O. Box 7099 | Indianapolis, IN 46207-7099 | protectiveinsurance.com

RE: WORKERS' COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

On behalf of Protective Insurance Company, thank you for your Workers' Compensation business.

Protective Insurance Company, with licenses in all 50 states and all Canadian provinces, has been providing property and casualty insurance products for companies in the transportation industry for over 50 years and is a recognized leader in this market.

**If an employee or member of your staff suffers an employment-related injury or illness that involves medical care or loss of work time, please contact us at 1-800-479-0981 within 24 hours of the claim being reported to you.**

All calls will be answered by an experienced professional that specializes in handling First Reports of Injury. We anticipate that you will find them knowledgeable, professional and most helpful throughout the reporting process. For additional claim reporting information, please see the attached Workers' Compensation Quick Reference Guide.

If you have any other questions or concerns regarding the reporting process or your policy, please do not hesitate to contact us at **1-800-479-0981.**

Sincerely,

David Ghesquiere
Claims Director
Protective Insurance Company

Decl. Barnett, Ex. A-56

 **Protective**
Insurance Company

P.O. Box 7099 | Indianapolis, IN 46207-7099 | protectiveinsurance.com

# WORKERS' COMPENSATION
# QUICK REFERENCE GUIDE

**If an employee or member of your staff suffers an employment-related injury or illness that involves medical care or loss of work time, please contact us by phone <u>within 24 hours</u> of the claim being reported to you.** All calls will be answered by an experienced professional that specializes in handling First Reports of Injury. We anticipate that you will find them knowledgeable, professional and most helpful throughout the reporting process.

## <u>Claim Reporting Instructions:</u>

- **Call toll-free, 24 hours a day, 7 days a week, 1-800-479-0981**

  - **Employees cannot call in their own claim**

<u>**In order to serve you better, you will need to have the following information available when calling:**</u>

☐ Name, Address, Social Security #, Age, Sex, Telephone # and Email address of Injured Employee

☐ Name of Employing Agency, Federal Tax ID #, Address, Telephone # and Contractor ID #

☐ Terminal Address, Terminal #, Telephone # of Terminal and Terminal Manager Name

☐ Date, Time, and Description of Incident (how, where, why)

☐ Part of Body Injured and Type of Injury (cut, scrape, burn, etc.)

☐ Hourly/Weekly/Monthly Wage of Injured Employee

☐ Work Schedule of Injured Employee (hours per day, days per week, start/end times)

☐ Name and Address of Physician/Hospital where Employee was treated

☐ Has Injured Employee Returned to Work?  If so, date of return?  Lost Work Time involved?

☐ Anyone witness the incident?  Anyone else involved in the incident?

☐ Information on Vehicle that Injured Employee was using (ID #, type, etc.)

**A blank Workers' Compensation - First Report of Injury or Illness form [Accord 4 (2005/02)] and sample Workers' Compensation – First Report of Injury form are attached hereto.**

**Protective**
Insurance Company

P.O. Box 7099 | Indianapolis, IN 46207-7099 | protectiveinsurance.com

# Return to Work Programs:  Get Your Injured Employees Back To Work Faster and Save Money

## The following are some of the reasons why a Return to Work Program could benefit your business:

1. **Increase the Likelihood of Employees Returning to Work**. Injured employees off work longer than 6 months have only a 50% likelihood of ever returning to their job; that likelihood decreases to less than 10% if time lost exceeds 1 year.

2. **Injured Employees Return to Work up to 50 Percent Sooner**. In companies that have well-managed return-to-work programs including transitional duty, up to 90 percent of injured employees go back to work within four days of the injury.

3. **Reduce Claims Costs up to 70 Percent**. Not only are lost-time days reduced, but studies show medical costs are also reduced.

4. **Faster Recovery Period**. Good return-to-work programs treat work as therapy to help the employee recover up to 3 times faster than if they stayed at home.

5. **Reduce Award Costs**. The potential for an employee to become totally and permanently disabled is greatly decreased.

6. **Reduce Contentious Litigation**. Employees are less likely to feel their rights have been violated causing them to engage a lawyer.

7. **Avoid Hiring and Training a Replacement Worker**. Temporary labor can be expensive, especially when the new worker must be trained.

8. **Reduce Fraud**. Return-to-work programs demonstrate that getting injured doesn't necessarily mean getting paid for being out of work.

9. **Increase Employee Morale**. Return-to-work programs are a testament that employees are a valuable company asset rather than a disposable resource.

10. **It's Effective!!!** More than 90 percent of employers using return-to-work programs say they are effective.

## If you would like to learn more about a Return to Work Program for your business, please contact Protective Insurance Company at (800) 644-5501, extension 7688.

Decl. Barnett, Ex. A-58

**ACORD®** | **WORKERS COMPENSATION - FIRST REPORT OF INJURY OR ILLNESS**

| EMPLOYER (NAME & ADDRESS INCL ZIP) | CARRIER/ADMINISTRATOR CLAIM NUMBER * | | REPORT PURPOSE CODE * |
|---|---|---|---|
| | JURISDICTION * | JURISDICTION CLAIM NUMBER * | |
| | INSURED REPORT NUMBER | | OSHA CASE NUMBER |
| | EMPLOYER'S LOCATION ADDRESS (IF DIFFERENT) | | LOCATION #: |
| INDUSTRY CODE / EMPLOYER FEIN | | | PHONE # |

## CARRIER/CLAIMS ADMINISTRATOR

| CARRIER (NAME, ADDRESS & PHONE NO) | POLICY PERIOD | CLAIMS ADMINISTRATOR (NAME, ADDRESS & PHONE NO) |
|---|---|---|
| **Protective Insurance** **111 Congressional Blvd.** **Carmel, IN 46032** | TO / CHECK IF APPROPRIATE / SELF INSURANCE | **Protective Insurance** **111 Congressional Blvd.** **Carmel, IN 46032** |
| CARRIER FEIN * **35-6021485** / POLICY/SELF-INSURED NUMBER | | ADMINISTRATOR FEIN * **35-6021485** |
| AGENT NAME & CODE NUMBER: | | |

## EMPLOYEE/WAGE

| NAME (LAST, FIRST, MIDDLE) | DATE OF BIRTH | SOCIAL SECURITY NUMBER | DATE HIRED | STATE OF HIRE |
|---|---|---|---|---|
| ADDRESS (INCL ZIP) | SEX / MALE / FEMALE / UNKNOWN | MARITAL STATUS / UNMARRIED SINGLE/DIVORCED / MARRIED / SEPARATED / UNKNOWN | OCCUPATION/JOB TITLE / EMPLOYMENT STATUS | |
| PHONE | # OF DEPENDENTS | | NCCI CLASS CODE * | |

| RATE | PER: | DAY / WEEK | MONTH OTHER: | AVERAGE WEEKLY WAGES | # DAYS WORKED/WEEK | FULL PAY FOR DAY OF INJURY? | | YES / YES | NO / NO |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | DID SALARY CONTINUE? | | | |

## OCCURRENCE/TREATMENT

| TIME EMPLOYEE BEGAN WORK AM/PM | DATE OF INJURY/ILLNESS | TIME OF OCCURRENCE AM/PM | LAST WORK DATE | DATE EMPLOYER NOTIFIED | DATE DISABILITY BEGAN |
|---|---|---|---|---|---|
| CONTACT NAME/PHONE NUMBER | | TYPE OF INJURY/ILLNESS | | PART OF BODY AFFECTED | |
| DID INJURY/ILLNESS EXPOSURE OCCUR ON EMPLOYER'S PREMISES? YES / NO | | TYPE OF INJURY/ILLNESS CODE * | | PART OF BODY AFFECTED CODE * | |
| DEPARTMENT OR LOCATION WHERE ACCIDENT OR ILLNESS EXPOSURE OCCURRED | | ALL EQUIPMENT, MATERIALS, OR CHEMICALS EMPLOYEE WAS USING WHEN ACCIDENT OR ILLNESS EXPOSURE OCCURRED | | | |
| SPECIFIC ACTIVITY THE EMPLOYEE WAS ENGAGED IN WHEN THE ACCIDENT OR ILLNESS EXPOSURE OCCURRED | | WORK PROCESS THE EMPLOYEE WAS ENGAGED IN WHEN ACCIDENT OR ILLNESS EXPOSURE OCCURRED | | | |

| HOW INJURY OR ILLNESS/ABNORMAL HEALTH CONDITION OCCURRED. DESCRIBE THE SEQUENCE OF EVENTS AND INCLUDE ANY OBJECTS OR SUBSTANCES THAT DIRECTLY INJURED THE EMPLOYEE OR MADE THE EMPLOYEE ILL | CAUSE OF INJURY CODE * |
|---|---|

| DATE RETURN(ED) TO WORK | IF FATAL, GIVE DATE OF DEATH | WERE SAFEGUARDS OR SAFETY EQUIPMENT PROVIDED? | YES / NO |
|---|---|---|---|
| | | WERE THEY USED? | YES / NO |

| PHYSICIAN/HEALTH CARE PROVIDER (NAME & ADDRESS) | HOSPITAL OR OFFSITE TREATMENT (NAME & ADDRESS) | INITIAL TREATMENT |
|---|---|---|
| | | NO MEDICAL TREATMENT |
| | | MINOR: BY EMPLOYER |
| | | MINOR CLINIC/HOSP |
| | | EMERGENCY CARE |
| WITNESSES (NAME & PHONE #) | | OVERNIGHT HOSPITALIZATION |
| | | FUTURE MAJOR MEDICAL/LOST TIME ANTICIPATED |
| DATE ADMINISTRATOR NOTIFIED | DATE PREPARED | PREPARER'S NAME & TITLE | PHONE NUMBER |

Decl. Barnett, Ex. A-59

**ACORD® WORKERS COMPENSATION - FIRST REPORT OF INJURY OR ILLNESS**

| EMPLOYER (NAME & ADDRESS INCL ZIP) | CARRIER/ADMINISTRATOR CLAIM NUMBER * | | REPORT PURPOSE CODE * |
|---|---|---|---|
| D&J Trucking<br>123 Sesame Street<br>Salem, NM 02541 | JURISDICTION *<br>NM | JURISDICTION CLAIM NUMBER * | |
| **SAMPLE COPY** | INSURED REPORT NUMBER | | OSHA CASE NUMBER |
| | EMPLOYER'S LOCATION ADDRESS (IF DIFFERENT) | | LOCATION #: |

| INDUSTRY CODE | EMPLOYER FEIN | | PHONE #<br>555-555-5555 |
|---|---|---|---|
| 98411 | 99-9999999 | | |

**CARRIER/CLAIMS ADMINISTRATOR**

| CARRIER (NAME, ADDRESS & PHONE NO) | POLICY PERIOD | CLAIMS ADMINISTRATOR (NAME, ADDRESS & PHONE NO) |
|---|---|---|
| Protective Insurance<br>111 Congressional Blvd.<br>Carmel, IN 46032 | TO<br><br>CHECK IF APPROPRIATE<br><br>SELF INSURANCE | Protective Insurance<br>111 Congressional Blvd.<br>Carmel, IN 46032 |

| CARRIER FEIN *<br>35-6021485 | POLICY/SELF-INSURED NUMBER<br>IW001234 | ADMINISTRATOR FEIN *<br>35-6021485 |
|---|---|---|

| AGENT NAME & CODE NUMBER: |
|---|

**EMPLOYEE/WAGE**

| NAME (LAST, FIRST, MIDDLE)<br>Doe, John | DATE OF BIRTH<br>01/01/76 | SOCIAL SECURITY NUMBER<br>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 | DATE HIRED<br>05/05/05 | STATE OF HIRE<br>NM |
|---|---|---|---|---|

| ADDRESS (INCL ZIP)<br>106 Main Street<br>Salem, NM 01234 | SEX<br>X MALE<br>FEMALE<br>UNKNOWN | MARITAL STATUS<br>UNMARRIED SINGLE/DIVORCED<br>X MARRIED<br>SEPARATED<br>UNKNOWN | OCCUPATION/JOB TITLE<br>Driver<br>EMPLOYMENT STATUS<br>Full Time |
|---|---|---|---|

| PHONE<br>555-222-3333 | # OF DEPENDENTS<br>1 | NCCI CLASS CODE *<br>7229 |
|---|---|---|

| RATE<br>100.00 | PER: | X DAY<br>WEEK | MONTH<br>OTHER: | AVERAGE WEEKLY WAGES 500.00 | # DAYS WORKED/WEEK<br>5 | FULL PAY FOR DAY OF INJURY? X YES / NO<br>DID SALARY CONTINUE? YES / X NO |
|---|---|---|---|---|---|---|

**OCCURRENCE/TREATMENT**

| TIME EMPLOYEE BEGAN WORK<br>8:00 X AM / PM | DATE OF INJURY/ILLNESS<br>02/02/06 | TIME OF OCCURRENCE<br>9:00 X AM / PM | LAST WORK DATE<br>02/02/06 | DATE EMPLOYER NOTIFIED<br>02/02/06 | DATE DISABILITY BEGAN<br>02/03/06 |
|---|---|---|---|---|---|

| CONTACT NAME/PHONE NUMBER<br>David Jennings, D&J Trucking, 555-555-5555 | TYPE OF INJURY/ILLNESS<br>Strain | PART OF BODY AFFECTED<br>Back |
|---|---|---|

| DID INJURY/ILLNESS EXPOSURE OCCUR ON EMPLOYER'S PREMISES?<br>YES X NO | TYPE OF INJURY/ILLNESS CODE * | PART OF BODY AFFECTED CODE * |
|---|---|---|

| DEPARTMENT OR LOCATION WHERE ACCIDENT OR ILLNESS EXPOSURE OCCURRED<br>Jiffy Truck Stop, Salem, NM | ALL EQUIPMENT, MATERIALS, OR CHEMICALS EMPLOYEE WAS USING WHEN ACCIDENT OR ILLNESS EXPOSURE OCCURRED |
|---|---|

| SPECIFIC ACTIVITY THE EMPLOYEE WAS ENGAGED IN WHEN THE ACCIDENT OR ILLNESS EXPOSURE OCCURRED<br>Raising landing gear | WORK PROCESS THE EMPLOYEE WAS ENGAGED IN WHEN ACCIDENT OR ILLNESS EXPOSURE OCCURRED |
|---|---|

| HOW INJURY OR ILLNESS/ABNORMAL HEALTH CONDITION OCCURRED. DESCRIBE THE SEQUENCE OF EVENTS AND INCLUDE ANY OBJECTS OR SUBSTANCES THAT DIRECTLY INJURED THE EMPLOYEE OR MADE THE EMPLOYEE ILL<br>Raising landing gear, felt pull in low back | CAUSE OF INJURY CODE * |
|---|---|

| DATE RETURN(ED) TO WORK<br>02/04/06 | IF FATAL, GIVE DATE OF DEATH | WERE SAFEGUARDS OR SAFETY EQUIPMENT PROVIDED? X YES / NO<br>WERE THEY USED? X YES / NO |
|---|---|---|

| PHYSICIAN/HEALTH CARE PROVIDER (NAME & ADDRESS)<br>Med-Check<br>111 Medical Drive<br>Salem, NM | HOSPITAL OR OFFSITE TREATMENT (NAME & ADDRESS) | INITIAL TREATMENT<br>NO MEDICAL TREATMENT<br>MINOR: BY EMPLOYER<br>X MINOR CLINIC/HOSP<br>EMERGENCY CARE<br>OVERNIGHT HOSPITALIZATION<br>FUTURE MAJOR MEDICAL/LOST TIME ANTICIPATED |
|---|---|---|

| WITNESSES (NAME & PHONE #)<br>Jane Doe | | | |
|---|---|---|---|

| DATE ADMINISTRATOR NOTIFIED<br>02/02/06 | DATE PREPARED<br>02/02/06 | PREPARER'S NAME & TITLE<br>David Jennings, Owner, D&J Trucking | PHONE NUMBER<br>555-555-5555 |
|---|---|---|---|

ACORD 4 (2005/02)  SEE BACK FOR IMPORTANT STATE INFORMATION/SIGNATURE  © ACORD CORPORATION 1993-2005
REPRINTED WITH PERMISSION OF IAIABC

# Baldwin & Lyons, Inc.
## *The Pledge of Excellence*

# PRIVACY NOTICE

This privacy notice applies to Baldwin & Lyons, Inc., Protective Insurance Company, Sagamore Insurance Company, Protective Specialty Insurance Company, B&L Brokerage Services, and B&L Insurance, Ltd. (Bermuda), which are collectively referred to in this notice as "we," "our" and "us." This notice is addressed to all of our current and former policyholders, who are collectively referred to as "you," "your" or "yours."

We are committed to protecting your privacy. We will not share your nonpublic personal information with other companies for marketing purposes. There is no need to opt out. To learn more about how we collect, use, disclose and protect your personal information, please read the following Privacy Notice.

## Why We Collect Information

We collect and use information to evaluate your request for our insurance or other products or services, to evaluate benefit claims, to administer our products or services and to process transactions requested by you.

## Types of Information We Collect

We may collect the following types of information if you choose to provide it:

• **Underwriting and Application Information.** As an insurance company, we must research and evaluate insurance applicants. During this evaluation, we gather information on individual and corporate applicants from government and insurance industry bureaus, and financial information services, such as Standard and Poor's, previous insurers and credit reporting agencies. This nonpublic personal information includes, but is not limited to, name, mailing address, email addresses, phone number(s), date of birth, household and additional driver information, occupation and place of employment, and vehicle information.

• **Consumer Report Information.** We use information from consumer reporting agencies to confirm or supplement information that we gather from your application. Consumer reports typically contain information such as motor vehicle reports, claim histories and other information. We will only disclose this information to service or underwrite your policy. We do not share this information with third parties; however, this information may be shared among our affiliated companies where permitted by law.

• **Event Registration Forms.** We periodically hold presentations for our customers and insureds. In order to register individuals for these events, we need to gather names, mailing addresses, phone numbers, fax numbers and email addresses. This information is only used to coordinate and plan these events and will not be shared with third parties except where permitted by law.

• **Claims Reporting and Information.** In order to quickly and fairly process claims, we need to collect names, mailing addresses, phone numbers, information pertinent to the claim, loss or accident, the names of witnesses, and information about individuals involved in the claim, loss or accident. We also collect information about your insurance coverage selections and premiums, claims history and past payments, and billing information. Additionally, we may compile personal information about you so that we can properly adjust, settle and investigate any claims made against your policy with us. This information is primarily collected to settle claims made against your policy and will not be shared with third parties except where permitted by law.

• **Publication and Software Requests.** Our customers and prospective clients occasionally express an interest in receiving software and safety publications from us. In order to process these requests, we need to collect names, mailing addresses, email addresses, fax numbers and phone numbers. This information is used only to satisfy publication and software requests and will not be shared with third parties except where permitted by law.

• **Customer Service.** In order to better service your account, we may need to collect names, mailing addresses, phone numbers, fax numbers, credit card and checking account numbers, or email addresses. This information is only used to assist our representatives in servicing your account with us and will not be shared with third parties except where permitted by law.

• **Agency or Producer Service Information.** Our independent producers and agents use Internet communication systems, to submit information to us regarding your account. This includes, but is not limited to, underwriting information as described above, endorsement requests, requests for certificates of insurance, additional insured requests, cancellation information and general requests for product information. We expect our independent agents and producers to follow our privacy policy when handling your personal information. However, your independent agent or producer is required by law to develop its own privacy policies. Please note that these privacy policies may significantly differ from ours. Thus, we recommend that you refer to the privacy policies of your independent agent or producer to safeguard your personal information.

111 Congressional Blvd., Suite 500 | Carmel, IN 46032 | P:(800) 644-9501 | F: (317) 636-0014 | baldwinandlyons.com

The above list is not all-inclusive and we may collect other types of information about you. However, be assured that we are committed to protecting your privacy and the confidentiality of your personal and financial information and that we will make every effort to keep you updated on the types of information we are collecting about you.

### Protecting Nonpublic Personal Information

We restrict access to nonpublic personal information about you to the select employees and agents or producers who need that information to service your account, or to provide you with our products and services. If your information is not necessary for an employee's job, it will not be made available to them.

The information we collect about you is kept within the companies of Baldwin & Lyons and will not be disclosed except when required to service your account or where permitted by law. Your nonpublic personal information is not available to the general public. Access to our computer systems is limited by user code and department.

### How and When We Disclose Nonpublic Personal Information

We will share information about you only as permitted by law. We will not share your nonpublic personal information with other companies for marketing purposes. There is no need to opt out.

We may disclose information to our affiliates and unaffiliated third parties for the purpose of processing insurance claims and servicing your account with us. For instance, we disclose information to our claims representatives, appraisers, insurance producers and brokers, law enforcement, courts and government agencies. All other disclosures are made according to your authorization or as required or permitted by law.

We may disclose or contribute information to state agencies, insurance databases or rating organizations to prevent fraud, perform research, comply with federal, state or local laws, or to comply with civil, criminal or regulatory investigations. We may also share information with actuarial or reinsurance professionals.

We will not disclose your medical information without first obtaining your consent unless otherwise permitted by law and necessary to process your claim.

### Website Information

You can browse our websites without divulging any personal information. However, we have created several customer service applications for our policyholders, potential customers, insureds, claimants and investors on our websites. If you would like to access these specific applications, you will need to submit information to us such as your name, home address, telephone number, email address, credit card or checking account information, or other personal identifiers so that we can service your account. By using any of our websites, you agree to the terms of this Privacy Notice.

We also provide links to other websites on the Internet. Please be aware that these links are provided as a benefit to you and we are not responsible for the privacy practices or the content of any other websites that you may be linked to through our websites. We recommend that you refer to the privacy policies of these linked sites as their privacy policies may significantly deviate from ours.

A copy of this notice may be obtained by visiting our websites, or by calling 1-800-644-5501.

Any questions about this Privacy Notice can be directed to:

Baldwin & Lyons, Inc.
Attn: Legal Department
111 Congresssional Blvd. Suite 500
Carmel, Indiana 46032

(03-2015)

ID: 10002



# WORKERS' COMPENSATION
# POLICY

## PREPARED SPECIFICALLY FOR

Personnel Staffing Group, LLC DBA Barnett Management

January 1, 2017 - January 1, 2018

**Protective**
Insurance Company

# EXHIBIT B

DECLARATION OF DANIEL BARNETT  IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT PROTECTIVE INSURANCE COMPANY'S MOTION TO DISMISS OR STAY PURSUANT TO FRCP 12(b)(1)



**Protective** Insurance Company

111 Congressional Blvd., Suite 500 | Carmel, IN 46032

**WORKERS' COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY INFORMATION PAGE** 

<u>New</u>
Renewal of Number

**Policy No. WD001482**

**Producer:** Assurance Agency, Ltd.
1750 E. Golf Road, Suite 1100
Schaumburg, IL 60173

1.  The Insured/Mailing address:

☐ Individual   ☐ Partnership   ☒ LLC
☐ Corporation or _____

**Personnel Staffing Group, LLC DBA Barnett Management**
**1751 Lake Cook Road, Suite 600**
**Deerfield, IL 60015**

Insured's Identification No.(s).
**FEIN 010759364**

**CARRIER CODE: 14788**

Other workplaces not shown above: **See WC1001LOC**

Interstate Risk ID No. 917965579
CA Bureau ID No. 9463334R
NJ Bureau ID No. 757513
PA Bureau ID No. 3363657

2.  Policy Period: The policy period is from **01/01/2017** to **01/01/2018** 12:01 A.M. Standard Time, at the insured's mailing address.

3.  Coverage

   A.  Workers Compensation Insurance: Part One of the policy applies to the Workers Compensation Law of the states listed here:  **Alabama, Arizona, California, Connecticut, Delaware, Florida, Georgia, Illinois, Indiana, Iowa, Kansas, Kentucky, Maryland, Michigan, Minnesota, Mississippi, Missouri, Nevada, New Hampshire, New Jersey, New York, North Carolina, Oklahoma, Pennsylvania, South Carolina, Tennessee, Texas, Virginia, West Virginia**

   B.  Employers Liability Insurance: Part Two of the policy applies to work in each state listed in item 3.A. The limits of our liability under Part Two are:

   | | | |
   |---|---|---|
   | Bodily Injury by Accident | $ **1,000,000** | each accident |
   | Bodily Injury by Disease | $ **1,000,000** | policy limit |
   | Bodily Injury by Disease | $ **1,000,000** | each employee |

   C.  Other States Insurance: Part Three of the policy applies to the states, if any, listed here:  **All states except North Dakota, Ohio, Washington, Wyoming and any other state where qualified as a self-insured.**

   D.  This policy includes these endorsements and schedules:  **See WC1001E**

4.  Premium: The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans. All information required below is subject to verification and change by audit.

| Classifications | Code No. | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| **See Attached Schedule** | | | | |

| Experience Rating Modification Factor | Premium Discount | Expense Constant | Other | |
|---|---|---|---|---|
| **Interstate Final 0.75 effective 01/01/2017** | **$606,552** | **$290** | | Total Estimated Annual Premium    $    **4,336,483** Deposit Premium Minimum Premium |

[  ] This is a Three Year Fixed Rate Policy

Premium Adjustment Period: ☒ Annual;   ☐ Semiannual;   ☐ Quarterly;   ☐ Monthly

**For information, or to make a complaint, call 1-800-231-6024**

Countersigned by _____

_Authorized Representative_

THIS INFORMATION PAGE WITH THE WORKERS' COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF COMPLETES THE ABOVE NUMBERED POLICY.

©2013 National Council on Compensation Insurance

ID: 10223 (12/13)

A Baldwin & Lyons Company

**Decl. Barnett, Ex. B-1**

COVERAGE THAT REVOLVES AROUND ⟨YOU⟩

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**  **WC 00 00 00 C**

(Ed. 1-15)

### WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

In return for the payment of the premium and subject to all terms of this policy, we agree with you as follows:

### GENERAL SECTION

**A. The Policy**

This policy includes at its effective date the Information Page and all endorsements and schedules listed there. It is a contract of insurance between you (the employer named in Item 1 of the Information Page) and us (the insurer named on the Information Page). The only agreements relating to this insurance are stated in this policy. The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.

**B. Who is Insured**

You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

**C. Workers Compensation Law**

Workers Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page. It includes any amendments to that law which are in effect during the policy period. It does not include any federal workers or workmen's compensation law, any federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

**D. State**

State means any state of the United States of America, and the District of Columbia.

**E. Locations**

This policy covers all of your workplaces listed in Items 1 or 4 of the Information Page; and it covers all other workplaces in Item 3.A. states unless you have other insurance or are self-insured for such workplaces.

### PART ONE
### WORKERS COMPENSATION INSURANCE

**A. How This Insurance Applies**

This workers compensation insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. Bodily injury by accident must occur during the policy period.

2. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

**B. We Will Pay**

We will pay promptly when due the benefits required of you by the workers compensation law.

**C. We Will Defend**

We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance. We have the right to investigate and settle these claims, proceedings or suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

**D. We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;

2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the amount payable under this insurance;

3. litigation costs taxed against you;

4. interest on a judgment as required by law until we offer the amount due under this insurance; and

5. expenses we incur.

**E. Other Insurance**

We will not pay more than our share of benefits and costs covered by this insurance and other

1 of 6

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

Decl. Barnett, Ex. B-2

**WC 00 00 00 C**        WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 1-15)

insurance or self-insurance. Subject to any limits of liability that may apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance will be equal until the loss is paid.

**F.  Payments You Must Make**

You are responsible for any payments in excess of the benefits regularly provided by the workers compensation law including those required because:

1. of your serious and willful misconduct;
2. you knowingly employ an employee in violation of law;
3. you fail to comply with a health or safety law or regulation; or
4. you discharge, coerce or otherwise discriminate against any employee in violation of the workers compensation law.

If we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

**G.  Recovery From Others**

We have your rights, and the rights of persons entitled to the benefits of this insurance, to recover our payments from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

**H.  Statutory Provisions**

These statements apply where they are required by law.

1. As between an injured worker and us, we have notice of the injury when you have notice.
2. Your default or the bankruptcy or insolvency of you or your estate will not relieve us of our duties under this insurance after an injury occurs.
3. We are directly and primarily liable to any person entitled to the benefits payable by this insurance. Those persons may enforce our duties; so may an agency authorized by law. Enforcement may be against us or against you and us.
4. Jurisdiction over you is jurisdiction over us for purposes of the workers compensation law. We are bound by decisions against you under that law, subject to the provisions of this policy that are not in conflict with that law.
5. This insurance conforms to the parts of the workers compensation law that apply to:

a. benefits payable by this insurance;
b. special taxes, payments into security or other special funds, and assessments payable by us under that law.

6. Terms of this insurance that conflict with the workers compensation law are changed by this statement to conform to that law.

Nothing in these paragraphs relieves you of your duties under this policy.

**PART TWO
EMPLOYERS LIABILITY INSURANCE**

**A.  How This Insurance Applies**

This employers liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. The bodily injury must arise out of and in the course of the injured employee's employment by you.
2. The employment must be necessary or incidental to your work in a state or territory listed in Item 3.A. of the Information Page.
3. Bodily injury by accident must occur during the policy period.
4. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.
5. If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

**B.  We Will Pay**

We will pay all sums that you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

The damages we will pay, where recovery is permitted by law, include damages:

1. For which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed against such third party as a result of injury to your employee;

2 of 6

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

Decl. Barnett, Ex. B-3

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**　　　**WC 00 00 00 C**

(Ed. 1-15)

2. For care and loss of services; and

3. For consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee; provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

4. Because of bodily injury to your employee that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

C. **Exclusions**

This insurance does not cover:

1. Liability assumed under a contract. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

2. Punitive or exemplary damages because of bodily injury to an employee employed in violation of law;

3. Bodily injury to an employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;

4. Any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5. Bodily injury intentionally caused or aggravated by you;

6. Bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

7. Damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions;

8. Bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 U.S.C. Sections 901 et seq.), the Nonappropriated Fund Instrumentalities Act (5 U.S.C. Sections 8171 et seq.), the Outer Continental Shelf Lands Act (43 U.S.C. Sections 1331 et seq.), the Defense Base Act (42 U.S.C. Sections 1651–1654), the Federal Mine Safety and Health Act (30 U.S.C. Sections 801 et seq. and 901–944), any other federal workers or workmen's compensation law or other federal occupational disease law, or any amendments to these laws;

9. Bodily injury to any person in work subject to the Federal Employers' Liability Act (45 U.S.C. Sections 51 et seq.), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws;

10. Bodily injury to a master or member of the crew of any vessel, and does not cover punitive damages related to your duty or obligation to provide transportation, wages, maintenance, and cure under any applicable maritime law;

11. Fines or penalties imposed for violation of federal or state law; and

12. Damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 U.S.C. Sections 1801 et seq.) and under any other federal law awarding damages for violation of those laws or regulations issued thereunder, and any amendments to those laws.

D. **We Will Defend**

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings and suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance. We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

E. **We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding, or suit we defend:

1. Reasonable expenses incurred at our request, but not loss of earnings;

2. Premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3. Litigation costs taxed against you;

4. Interest on a judgment as required by law until we offer the amount due under this insurance; and

5. Expenses we incur.

3 of 6

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

Decl: Barnett; Ex. B-4

**WC 00 00 00 C**          WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 1-15)

F. **Other Insurance**

We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

G. **Limits of Liability**

Our liability to pay for damages is limited. Our limits of liability are shown in Item 3.B. of the Information Page. They apply as explained below.

1. Bodily Injury by Accident. The limit shown for "bodily injury by accident—each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.

   A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

2. Bodily Injury by Disease. The limit shown for "bodily injury by disease—policy limit" is the most we will pay for all damages covered by this insurance and arising out of bodily injury by disease, regardless of the number of employees who sustain bodily injury by disease. The limit shown for "bodily injury by disease—each employee" is the most we will pay for all damages because of bodily injury by disease to any one employee.

   Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

3. We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

H. **Recovery From Others**

We have your rights to recover our payment from anyone liable for an injury covered by this insurance. You will do everything necessary to protect those rights for us and to help us enforce them.

I. **Actions Against Us**

There will be no right of action against us under this insurance unless:

1. You have complied with all the terms of this policy; and

2. The amount you owe has been determined with our consent or by actual trial and final judgment.

This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability. The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

### PART THREE
### OTHER STATES INSURANCE

A. **How This Insurance Applies**

1. This other states insurance applies only if one or more states are shown in Item 3.C. of the Information Page.

2. If you begin work in any one of those states after the effective date of this policy and are not insured or are not self-insured for such work, all provisions of the policy will apply as though that state were listed in Item 3.A. of the Information Page.

3. We will reimburse you for the benefits required by the workers compensation law of that state if we are not permitted to pay the benefits directly to persons entitled to them.

4. If you have work on the effective date of this policy in any state not listed in Item 3.A. of the Information Page, coverage will not be afforded for that state unless we are notified within thirty days.

B. **Notice**

Tell us at once if you begin work in any state listed in Item 3.C. of the Information Page.

### PART FOUR
### YOUR DUTIES IF INJURY OCCURS

Tell us at once if injury occurs that may be covered by this policy. Your other duties are listed here.

1. Provide for immediate medical and other services required by the workers compensation law.

2. Give us or our agent the names and addresses of the injured persons and of witnesses, and other information we may need.

3. Promptly give us all notices, demands and legal papers related to the injury, claim, proceeding or suit.

4 of 6

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

Decl. Barnett, Ex. B-5

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    WC 00 00 00 C

(Ed. 1-15)

4. Cooperate with us and assist us, as we may re-quest, in the investigation, settlement or defense of any claim, proceeding or suit.

5. Do nothing after an injury occurs that would in-terfere with our right to recover from others.

6. Do not voluntarily make payments, assume obli-gations or incur expenses, except at your own cost.

## PART FIVE
## PREMIUM

A. **Our Manuals**

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifica-tions. We may change our manuals and apply the changes to this policy if authorized by law or a gov-ernmental agency regulating this insurance.

B. **Classifications**

Item 4 of the Information Page shows the rate and premium basis for certain business or work classifi-cations. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

C. **Remuneration**

Premium for each work classification is determined by multiplying a rate times a premium basis. Remu-neration is the most common premium basis. This premium basis includes payroll and all other remu-neration paid or payable during the policy period for the services of:

1. all your officers and employees engaged in work covered by this policy; and

2. all other persons engaged in work that could make us liable under Part One (Workers Com-pensation Insurance) of this policy. If you do not have payroll records for these persons, the con-tract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the em-ployers of these persons lawfully secured their workers compensation obligations.

D. **Premium Payments**

You will pay all premium when due. You will pay the premium even if part or all of a workers compensa-tion law is not valid.

E. **Final Premium**

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premi-um basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the bal-ance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be de-termined in the following way unless our manuals provide otherwise:

1. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

2. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short-rate cancelation table and procedure. Final premium will not be less than the minimum premium.

F. **Records**

You will keep records of information needed to com-pute premium. You will provide us with copies of those records when we ask for them.

G. **Audit**

You will let us examine and audit all your records that relate to this policy. These records include ledg-ers, journals, registers, vouchers, contracts, tax re-ports, payroll and disbursement records, and pro-grams for storing and retrieving data. We may con-duct the audits during regular business hours during the policy period and within three years after the pol-icy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

Decl. Barnett, Ex. B-6

WC 00 00 00 C          **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 1-15)

## PART SIX
## CONDITIONS

**A. Inspection**

We have the right, but are not obliged to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. Insurance rate service organizations have the same rights we have under this provision.

**B. Long Term Policy**

If the policy period is longer than one year and sixteen days, all provisions of this policy will apply as though a new policy were issued on each annual anniversary that this policy is in force.

**C. Transfer of Your Rights and Duties**

Your rights or duties under this policy may not be transferred without our written consent.

If you die and we receive notice within thirty days after your death, we will cover your legal representative as insured.

**D. Cancelation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy. We must mail or deliver to you not less than ten days advance written notice stating when the cancelation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancelation notice.

4. Any of these provisions that conflict with a law that controls the cancelation of the insurance in this policy is changed by this statement to comply with the law.

**E. Sole Representative**

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, and give or receive notice of cancelation.

IN WITNESS WHEREOF, Protective Insurance Company has caused this policy to be signed by its Offficer(s).

_____
PRESIDENT

_____
SECRETARY

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

Decl. Barnett, Ex. B-7

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:    PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
           POLICY NO:     WD001482
           EFFECTIVE DATE: 01/01/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **ALABAMA** | | | | |
| STORAGE WAREHOUSE NOC | 8292 | 1,860,000 | 4.43 | $82,398 |
| CLERICAL | 8810 | 39,000 | 0.27 | $105 |
| TOTAL MANUAL PREMIUM | | | | $82,503 |
| EL INCREASED LIMITS | 9812 | | 2.8% | $2,310 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.135 | ($73,364) |
| EXPERIENCE MOD | 9898 | | 0.75 | ($2,862) |
| TOTAL STANDARD EST. PREMIUM | | | | $8,587 |
| PREMIUM DISCOUNT | 0063 | | | ($1,217) |
| CATASTROPHE | 9741 | | 0.02 | $380 |
| TERRORISM | 9740 | | 0.02 | $380 |
| TOTAL AMOUNT | | | | $8,130 |

Decl. Barnett, Ex. B-8

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:      PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
             POLICY NO:     WD001482
             EFFECTIVE DATE: 01/01/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **ARIZONA** | | | | |
| ELECTRICAL WIRING - WITHIN BUILDINGS & DRIVERS | 5190 | 4,486,000 | 4.29 | $192,449 |
| STORAGE WAREHOUSE NOC | 8292 | 412,000 | 3.97 | $16,356 |
| TOTAL MANUAL PREMIUM | | | | $208,806 |
| EL INCREASED LIMITS | 9812 | | 2.0% | $4,176 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.148 | ($181,461) |
| EXPERIENCE MOD | 9898 | | 0.75 | ($7,880) |
| TOTAL STANDARD EST. PREMIUM | | | | $23,641 |
| PREMIUM DISCOUNT | 0063 | | | ($2,801) |
| CATASTROPHE | 9741 | | 0.01 | $490 |
| TERRORISM | 9740 | | 0.01 | $490 |
| TOTAL AMOUNT | | | | $21,820 |

Decl. Barnett, Ex. B-9

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:   PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
POLICY NO:   WD001482
EFFECTIVE DATE:  01/01/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **CALIFORNIA (PAGE 1 OF 2)** | | | | |
| BAKERIES & CRACKER MFG. | 2003 | 25,462,000 | 14.79 | $3,765,830 |
| BOTTLING - BEVERAGES - NO SPIRITUOUS LIQUORS | 2163 | 9,901,000 | 11.58 | $1,146,536 |
| ELECTRICAL APPARATUS MFG. NOC | 3179 | 12,433,000 | 6.06 | $753,440 |
| OFFICE MACHINE INSTALLATION, INSPECTION, ADJUSTMENT OR REPAIR | 5191 | 7,824,000 | 4.04 | $316,090 |
| CONFECTIONS AND FOOD SUNDRIES MFG. OR PROCESSING - NOC | 6504 | 12,014,000 | 14.55 | $1,748,037 |
| STORES - RETAIL - NOC | 8017 | 10,993,000 | 6.4 | $703,552 |
| STORAGE WAREHOUSE NOC | 8292 | 32,432,000 | 17.92 | $5,811,814 |
| MAILING OR ADDRESSING COMPANY OR LETTER SERVICE SHOP | 8800 | 4,826,000 | 7.32 | $353,263 |
| CLERICAL | 8810 | 839,000 | 0.77 | $6,460 |
| HOTELS - ALL EMPLOYEES | 9050 | 14,498,000 | 15.22 | $2,206,596 |
| PLASTICS - INJECTION MOLDED PRODUCTS MFG. NOC | 4498 | 7,598,000 | 10.2 | $774,996 |
| SAWMILL | 2710 | 6,361,000 | 12.83 | $816,116 |
| WOOD PRODCUTS MFG. NOC | 2842 | 6,624,000 | 17.77 | $1,177,085 |
| TOTAL MANUAL PREMIUM | | | | $19,579,815 |
| INCREASED EL LIMITS | 9812 | | 3.30% | $646,134 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.162 | ($16,949,345) |

Decl. Barnett, Ex. B-10

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:     PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
           POLICY NO:     WD001482
           EFFECTIVE DATE: 01/01/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **CALIFORNIA (PAGE 2 OF 2)** | | | | |
| EXPERIENCE MOD | 9898 | | 0.94 | ($196,596) |
| TOTAL STANDARD EST. PREMIUM | | | | $3,080,007 |
| PREMIUM DISCOUNT | 0063 | | | ($364,919) |
| TERRORISM | 9740 | | 0.03 | $45,542 |
| CATASTROPHE | 9741 | | 0.01 | $15,181 |
| ESTIMATED ANNUAL PREMIUM | | | | $2,775,810 |
| CA INDUSTRIAL RELATIONS SURCHARGE | | | 1.0037% | $55,516 |
| CA INSURANCE GUARANTEE ASSOC. SURCHARGE | | | 2.0000% | $168,218 |
| TOTAL AMOUNT | | | | $2,999,544 |

Decl. Barnett, Ex. B-11

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:   PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
POLICY NO:   WD001482
EFFECTIVE DATE: 01/01/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **CONNECTICUT** | | | | |
| STORAGE WAREHOUSE NOC | 8292 | 338,000 | 6.35 | $21,463 |
| CLERICAL | 8810 | 1,013,000 | 0.30 | $3,039 |
| TOTAL MANUAL PREMIUM | | | | $24,502 |
| EL INCREASED LIMITS | 9812 | | 2.8% | $686 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.209 | ($19,924) |
| EXPERIENCE MOD | 9898 | | 0.75 | ($1,316) |
| TOTAL STANDARD EST. PREMIUM | | | | $3,948 |
| PREMIUM DISCOUNT | 0063 | | | ($485) |
| CATASTROPHE | 9741 | | 0.02 | $270 |
| TERRORISM | 9740 | | 0.02 | $270 |
| ESTIMATED ANNUAL PREMIUM | | | | $4,003 |
| CT SUF SURCHARGE | | | 2.75% | $470 |
| CT WC FUND | | | 2.10% | $359 |
| TOTAL AMOUNT | | | | $4,832 |

Decl. Barnett, Ex. B-12

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:      PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
              POLICY NO:     WD001482
              EFFECTIVE DATE: 01/01/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **DELAWARE** | | | | |
| WAREHOUSING - OTHER THAN FURNITURE MOVING AND STORAGE | 0813 | 405,000 | 9.23 | $37,382 |
| CLERICAL | 0953 | 262,000 | 0.37 | $969 |
| TOTAL MANUAL PREMIUM | | | | $38,351 |
| EL INCREASED LIMITS | 9812 | | 3.3% | $1,266 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.159 | ($33,317) |
| TOTAL STANDARD EST. PREMIUM | | | | $6,299 |
| PREMIUM DISCOUNT | 0063 | | | ($746) |
| EXPENSE CONSTANT | 0900 | | | $290 |
| CATASTROPHE | 9741 | | 0.02 | $133 |
| TERRORISM | 9740 | | 0.02 | $133 |
| TOTAL AMOUNT | | | | $6,111 |

Decl. Barnett, Ex. B-13

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:    PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
        POLICY NO:   WD001482
        EFFECTIVE DATE: 01/01/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **FLORIDA** | | | | |
| LANDSCAPE GARDENING & DRIVERS | 0042 | 9,801,000 | 9.82 | $962,458 |
| CLOTH, CANVAS AND RELATED PRODUCTS MFG. NOC | 2501 | 7,257,000 | 3.35 | $243,110 |
| STORAGE WAREHOUSE NOC | 8292 | 5,389,000 | 6.32 | $340,585 |
| SALESPERSONS - OUTSIDE | 8742 | 1,026,000 | 0.51 | $5,233 |
| CLUB - COUNTRY, GOLF, FISHING OR YACHT - ALL EMPLOYEES & CLERICAL, SALESPERSONS, DRIVERS | 9060 | 37,653,000 | 2.54 | $956,386 |
| LAWN MAINTENANCE - COMMERCIAL OR DOMESTIC & DRIVERS | 9102 | 7,217,000 | 5.16 | $372,397 |
| CLERICAL | 8810 | 5,817,000 | 0.26 | $15,124 |
| TOTAL MANUAL PREMIUM | | | | 2,895,293 |
| EL INCREASED LIMITS | 9812 | | 1.4% | $40,534 |
| DEDUCTIBLE PREMIUM | 9664 | | 0.184 | ($2,395,635) |
| EXPERIENCE MOD | 9898 | | 0.75 | ($135,048) |
| TOTAL STANDARD EST. PREMIUM | | | | $405,144 |
| PREMIUM DISCOUNT | 0063 | | | ($48,001) |
| TERRORISM | 9740 | | 0.02 | $14,832 |
| TOTAL AMOUNT | | | | $371,975 |

Decl. Barnett, Ex. B-14

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:      PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
              POLICY NO:      WD001482
              EFFECTIVE DATE: 01/01/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **GEORGIA** | | | | |
| STORAGE WAREHOUSE NOC | 8292 | 6,920,000 | 8.37 | $579,204 |
| CLERICAL | 8810 | 339,000 | 0.26 | $881 |
| TOTAL MANUAL PREMIUM | | | | $580,085 |
| EL INCREASED LIMITS | 9812 | | 3.3% | $19,143 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.154 | ($506,947) |
| EXPERIENCE MOD | 9898 | | 0.75 | ($23,070) |
| TOTAL STANDARD EST. PREMIUM | | | | $69,211 |
| PREMIUM DISCOUNT | 0063 | | | ($9,812) |
| CATASTROPHE | 9741 | | 0.02 | $1,452 |
| TERRORISM | 9740 | | 0.02 | $1,452 |
| TOTAL AMOUNT | | | | $62,302 |

Decl. Barnett, Ex. B-15

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:    PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
        POLICY NO:    WD001482
        EFFECTIVE DATE:  01/01/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **ILLINOIS (PAGE 1 OF 3)** | | | | |
| CEREAL OR BAR MFG. | 2016 | 533,000 | 3.86 | $20,574 |
| PACKING HOUSE - ALL OPERATIONS | 2089 | 943,000 | 3.98 | $37,531 |
| ELECTRICAL APPARATUS MFG. NOC | 3179 | 3,559,000 | 3.69 | $131,327 |
| SHEET METAL PRODUCTS MFG. | 3076 | 994,000 | 6.36 | $63,218 |
| EYELET MFG. | 3270 | 1,356,000 | 5.99 | $81,224 |
| METAL STAMPED GOODS MFG. NOC | 3400 | 3,378,000 | 6.09 | $205,720 |
| PUMP MFG. | 3612 | 543,000 | 4.63 | $25,141 |
| MACHINES PARTS MFG. NOC | 3629 | 860,000 | 3.58 | $30,788 |
| TELEVISION, RADIO, TELEPHONE OR TELECOMMUNCATION DEVICE MFG. NOC | 3681 | 3,350,000 | 1.76 | $58,960 |
| CORRUGATED OR FIBERBOARD CONTAINER MFG. | 4244 | 2,855,000 | 5.42 | $154,741 |
| BAG MFG. - PAPER OF PLASTIC | 4273 | 1,409,000 | 4.99 | $70,309 |
| PRINTING | 4299 | 12,339,000 | 3.83 | $472,584 |
| BOOKBINDING | 4307 | 3,516,000 | 3.67 | $129,037 |
| PLASTICS MFG. - MOLDED PRODUCTS NOC | 4484 | 8,898,000 | 4.25 | $378,165 |
| PHARMACEUTICAL OR SURGICAL GOODS MFG. | 4693 | 9,306,000 | 2.28 | $212,177 |
| DRUG, MEDICINE OR PHARMACEUTICAL PREPARATION MFG. - INCLUDES MFG. OF INGREDIENTS | 4825 | 6,415,000 | 2.02 | $129,583 |

Decl. Barnett, Ex. B-16

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:     PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
             POLICY NO:    WD001482
             EFFECTIVE DATE: 01/01/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **ILLINOIS (PAGE 2 OF 3)** | | | | |
| DOOR AND WINDOW INSTALLATION - ALL TYPES - RESIDENTIAL AND COMMERCIAL | 5102 | 1,195,000 | 18.23 | $217,849 |
| OFFICE MACHINE INSTALLATION, INSPECTION, ADJUSTMENT OR REPAIR | 5191 | 414,000 | 1.27 | $5,258 |
| FOOD PRODUCTS MFG. NOC | 6504 | 3,174,000 | 5.27 | $167,270 |
| MAIL, PACKAGE, PARCEL DELIVERY | 7231 | 1,087,000 | 17.61 | $191,421 |
| FLORIST - STORE & DRIVERS | 8001 | 356,000 | 3.09 | $11,000 |
| STORE - HARDWARE | 8010 | 814,000 | 2.66 | $21,652 |
| STORE - RETAIL NOC | 8017 | 5,933,000 | 2.80 | $166,124 |
| STORE: WHOLESALE-NOC | 8018 | 6,297,000 | 5.08 | $319,888 |
| STORE - FURNITURE & DRIVERS | 8044 | 1,169,000 | 5.12 | $59,853 |
| VEGETABLE PACKING & DRIVERS | 8209 | 2,905,000 | 4.87 | $141,474 |
| STORAGE WAREHOUSE NOC | 8292 | 18,717,000 | 6.91 | $1,293,345 |
| SALESPERSONS-OUTSIDE | 8742 | 1,031,000 | 0.44 | $4,536 |
| MAILING OR ADDRESSING COMPANY OR LETTER SERVICE SHOP | 8800 | 19,519,000 | 3.13 | $610,945 |
| CLERICAL | 8810 | 22,933,000 | 0.20 | $45,866 |

Decl. Barnett, Ex. B-17

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:   PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
       POLICY NO:   WD001482
       EFFECTIVE DATE: 01/01/2017

| CLASSIFICATION OF OPERATIONS | | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **ILLINOIS (PAGE 3 OF 3)** | | | | | |
| HOTEL - ALL OTHER EMPLOYEES & SALESPERSONS, DRIVERS | | 9052 | 1,146,000 | 4.02 | $46,069 |
| HOTEL - RESTAURANT EMPLOYEES | | 9058 | 623,000 | 2.32 | $14,454 |
| SCRW MFG. | | 3145 | 951,000 | 3.35 | $31,859 |
| TOTAL MANUAL PREMIUM | | | | | $5,549,941 |
| EL INCREASED LIMITS | | 9812 | | 2.80% | $155,398 |
| DEDUCTIBLE PREMIUM FACTOR | | 9664 | | 0.156 | ($4,815,306) |
| EXPERIENCE MOD | | 9898 | | 0.75 | ($222,508) |
| TOTAL STANDARD EST. PREMIUM | | | | | $667,525 |
| PREMIUM DISCOUNT | | 0063 | | | ($79,088) |
| TERRORISM | | 9740 | | 0.05 | $74,259 |
| CATASTROPHE | | 9741 | | 0.01 | $14,852 |
| ESTIMATED ANNUAL PREMIUM | | | | | $677,547 |
| IL WC SURCHARGE | | | | 1.01% | $6,843 |
| TOTAL AMOUNT | | | | | $684,390 |

Decl. Barnett, Ex. B-18

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:      PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
              POLICY NO:     WD001482
              EFFECTIVE DATE: 01/01/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **INDIANA** | | | | |
| STORAGE WAREHOUSE NOC | 8292 | 2,070,000 | 4.10 | $84,870 |
| CLERICAL | 8810 | 88,000 | 0.24 | $211 |
| TOTAL MANUAL PREMIUM | | | | $85,081 |
| EL INCREASED LIMITS | 9812 | | 2.8% | $2,382 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.125 | ($76,531) |
| EXPERIENCE MOD | 9898 | | 0.75 | ($2,733) |
| TOTAL STANDARD EST. PREMIUM | | | | $8,200 |
| PREMIUM DISCOUNT | 0063 | | | ($971) |
| CATASTROPHE | 9741 | | 0.02 | $432 |
| TERRORISM | 9740 | | 0.02 | $432 |
| ESTIMATED ANNUAL PREMIUM | | | | $8,091 |
| IN SIF SURCHARGE | | | 0.8240% | $67 |
| TOTAL AMOUNT | | | | $8,158 |

Decl. Barnett, Ex. B-19

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:      PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
              POLICY NO:     WD001482
              EFFECTIVE DATE: 01/01/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **IOWA** | | | | |
| STORAGE WAREHOUSE NOC | 8292 | 11,873,000 | 5.73 | $680,323 |
| CLERICAL | 8810 | 304,000 | 0.36 | $1,094 |
| TOTAL MANUAL PREMIUM | | | | $681,417 |
| EL INCREASED LIMITS | 9812 | | 2.8% | $19,080 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.199 | ($561,098) |
| EXPERIENCE MOD | 9898 | | 0.75 | ($34,850) |
| TOTAL STANDARD EST. PREMIUM | | | | $104,549 |
| PREMIUM DISCOUNT | 0063 | | | ($12,387) |
| TERRORISM | 9740 | | 0.02 | $2,435 |
| CATASTROPHE | 9741 | | 0.01 | $1,218 |
| TOTAL AMOUNT | | | | $95,815 |

Decl. Barnett, Ex. B-20

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:     PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
            POLICY NO:     WD001482
            EFFECTIVE DATE:  01/01/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **KANSAS** | | | | |
| STORAGE WAREHOUSE NOC | 8292 | 1,267,000 | 5.94 | $75,260 |
| EL INCREASED LIMITS | 9812 | | 2.8% | $2,107 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.143 | ($66,304) |
| EXPERIENCE MOD | 9898 | | 0.75 | ($2,766) |
| TOTAL STANDARD EST. PREMIUM | | | | $8,298 |
| PREMIUM DISCOUNT | 0063 | | | ($1,176) |
| CATASTROPHE | 9741 | | 0.02 | $253 |
| TERRORISM | 9740 | | 0.02 | $253 |
| TOTAL AMOUNT | | | | $7,628 |

Decl. Barnett, Ex. B-21

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:     PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
         POLICY NO:      WD001482
         EFFECTIVE DATE: 01/01/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **KENTUCKY** | | | | |
| ELECTRICAL WIRING - WITHIN BUILDINGS & DRIVERS | 5190 | 6,133,000 | 3.83 | $234,894 |
| CLERICAL | 8810 | 503,000 | 0.21 | $1,056 |
| TOTAL MANUAL PREMIUM | | | | $235,950 |
| EL INCREASED LIMITS | 9812 | | 2.8% | $6,607 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.164 | ($202,777) |
| EXPERIENCE MOD | 9898 | | 0.75 | ($9,945) |
| TOTAL STANDARD EST. PREMIUM | | | | $29,834 |
| PREMIUM DISCOUNT | 0063 | | | ($4,851) |
| CATASTROPHE | 9741 | | 0.02 | $1,327 |
| TERRORISM | 9740 | | 0.02 | $1,327 |
| ESTIMATED ANNUAL PREMIUM | | | | $27,637 |
| KY WC FUNDING COMMISSION | | | 5.51% | $8,540 |
| TOTAL AMOUNT | | | | $36,177 |

Decl. Barnett, Ex. B-22

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:      PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
            POLICY NO:    WD001482
            EFFECTIVE DATE: 01/01/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **MARYLAND** | | | | |
| STORAGE WAREHOUSE NOC | 8292 | 780,000 | 5.73 | $44,694 |
| CLERICAL | 8810 | 2,980,000 | 0.17 | $5,066 |
| TOTAL MANUAL PREMIUM | | | | $49,760 |
| EL INCREASED LIMITS | 9812 | | 2.8% | $1,393 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.178 | ($42,048) |
| EXPERIENCE MOD | 9898 | | 0.75 | ($2,276) |
| TOTAL STANDARD EST. PREMIUM | | | | $6,829 |
| PREMIUM DISCOUNT | 0063 | | | ($968) |
| CATASTROPHE | 9741 | | 0.02 | $752 |
| TERRORISM | 9740 | | 0.05 | $1,880 |
| TOTAL AMOUNT | | | | $8,493 |

Decl. Barnett, Ex. B-23

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:     PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
            POLICY NO:     WD001482
            EFFECTIVE DATE:  01/01/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **MICHIGAN** | | | | |
| STORAGE WAREHOUSE NOC | 8292 | 2,126,000 | 5.81 | $123,521 |
| CLERICAL | 8810 | 106,000 | 0.18 | $191 |
| TOTAL MANUAL PREMIUM | | | | $123,711 |
| EL INCREASED LIMITS | 9812 | | 2.0% | $2,474 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.143 | ($108,141) |
| TOTAL STANDARD EST. PREMIUM | | | | $18,045 |
| PREMIUM DISCOUNT | 0063 | | | ($2,558) |
| TERRORISM | 9740 | | 0.02 | $446 |
| TOTAL AMOUNT | | | | $15,933 |

Decl. Barnett, Ex. B-24

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:      PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
              POLICY NO:     WD001482
              EFFECTIVE DATE: 01/01/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **MINNESOTA** | | | | |
| CLERICAL | 8810 | IF ANY | 0.22 | $0 |
| TOTAL STANDARD EST. PREMIUM | | | | $0 |
| TERRORISM | 9740 | | 0.03 | $0 |
| ESTIMATED ANNUAL PREMIUM | | | | $0 |
| MN SPECIAL COMPENSATION FUND | 0174 | | 2.55% | $0 |
| TOTAL AMOUNT | | | | $0 |

Decl. Barnett, Ex. B-25

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:    PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
        POLICY NO:    WD001482
        EFFECTIVE DATE: 01/01/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **MISSISSIPPI** | | | | |
| CEREAL OR BAR MFG. | 2016 | 250,000 | 2.99 | $7,475 |
| MACHINED PARTS MFG. NOC | 3629 | 2,634,000 | 2.84 | $74,806 |
| PHARMACEUTICAL OR SURGICAL GOODS MFG. | 4693 | 1,290,000 | 0.87 | $11,223 |
| FLORIST - STORE & DRIVERS | 8001 | 1,493,000 | 2.87 | $42,849 |
| STORE - WHOLESALE NOC | 8018 | 1,103,000 | 2.90 | $31,987 |
| MAILING OR ADDRESSING COMPANY OR LETTER SERVICE SHOP | 8800 | 955,000 | 1.78 | $16,999 |
| CLERICAL | 8810 | 617,000 | 0.33 | $2,036 |
| TOTAL MANUAL PREMIUM | | | | $187,375 |
| EL INCREASED PREMIUM | 9812 | | 2.80% | $5,246 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.126 | ($168,351) |
| EXPERIENCE MOD | 9898 | | 0.75 | ($6,068) |
| TOTAL STANDARD EST. PREMIUM | | | | $18,203 |
| PREMIUM DISCOUNT | 0063 | | | ($2,581) |
| TERRORISM | 9740 | | 0.02 | $1,668 |
| CATASTROHE | 9741 | | 0.02 | $1,668 |
| TOTAL AMOUNT | | | | $18,962 |

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:     PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
           POLICY NO:    WD001482
           EFFECTIVE DATE:  01/01/2017

| CLASSIFICATION OF OPERATIONS | | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **MISSOURI** | | | | | |
| ELECTRICAL WIRING - WITHIN BUILDINGS & DRIVERS | | 5190 | 2,436,000 | 4.20 | $102,312 |
| STORAGE WAREHOUSE NOC | | 8292 | 473,000 | 5.43 | $25,684 |
| TOTAL MANUAL PREMIUM | | | | | $127,996 |
| EL INCREASED LIMITS. | | 9812 | | 1.2% | $1,536 |
| DEDUCTIBLE PREMIUM FACTOR | | 9664 | | 0.121 | ($113,858) |
| EXPERIENCE MOD | | 9898 | | 0.75 | ($3,918) |
| TOTAL STANDARD EST. PREMIUM | | | | | $11,755 |
| PREMIUM DISCOUNT | | 0063 | | | ($1,445) |
| TERRORISM | | 9740 | | 0.02 | $582 |
| ESTIMATED ANNUAL PREMIUM | | | | | $10,892 |
| MO SIF SURCHARGE | | | | 6.00% | $5,147 |
| MO ADMINISTRATIVE SURCHARGE | | | | 1.00% | $749 |
| TOTAL AMOUNT | | | | | $16,789 |

Decl. Barnett, Ex. B-27

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:      PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
             POLICY NO:    WD001482
             EFFECTIVE DATE: 01/01/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **NEVADA** | | | | |
| SHEET METAL PRODUCTS MFG. | 3076 | 5,598,000 | 3.87 | $216,643 |
| TELEVISION, RADIO, TELEPHONE OR TELECOMMUNICATION DEVICE MFG. NOC | 3681 | 2,032,000 | 1.28 | $26,010 |
| STORAGE WAREHOUSE NOC | 8292 | 2,025,000 | 3.93 | $79,583 |
| CLERICAL | 8810 | 414,000 | 0.36 | $1,490 |
| TOTAL MANUAL PREMIUM | | | | $323,725 |
| EL INCREASED LIMITS | 9812 | | 2.8% | $9,064 |
| DEDUCTIBLE PREMIUM | 9664 | | 0.193 | ($268,561) |
| EXPERIENCE MOD | 9898 | | 0.75 | ($16,057) |
| TOTAL STANDARD EST. PREMIUM | | | | $48,171 |
| PREMIUM DISCOUNT | 0063 | | | ($5,707) |
| TERRORISM | 9740 | | 0.02 | $2,014 |
| CATASTROPHE | 9741 | | 0.02 | $2,014 |
| TOTAL AMOUNT | | | | $46,492 |

Decl. Barnett, Ex. B-28

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:   PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
        POLICY NO:    WD001482
        EFFECTIVE DATE: 01/01/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **NEW HAMPSHIRE** | | | | |
| STORAGE WAREHOUSE NOC | 8292 | 1,553,000 | 5.93 | $92,093 |
| CLERICAL | 8810 | 613,000 | 0.27 | $1,655 |
| TOTAL MANUAL PREMIUM | | | | $93,748 |
| EL INCREASED LIMITS | 9812 | | 2.8% | $2,625 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.176 | ($79,411) |
| EXPERIENCE MOD | 9898 | | 0.75 | ($4,240) |
| TOTAL STANDARD EST. PREMIUM | | | | $12,721 |
| PREMIUM DISCOUNT | 0063 | | | ($1,564) |
| CATASTROPHE | 9741 | | 0.01 | $217 |
| TERRORISM | 9740 | | 0.02 | $433 |
| TOTAL AMOUNT | | | | $11,807 |

Decl. Barnett, Ex. B-29

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:      PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
               POLICY NO:     WD001482
               EFFECTIVE DATE: 01/01/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **NEW JERSEY** | | | | |
| ELECTRICAL WIRING - WITHIN BUILDINGS & DRIVERS | 5190 | 1,996,000 | 6.23 | $124,351 |
| STORAGE WAREHOUSE NOC | 8292 | 4,725,000 | 12.58 | $594,405 |
| TOTAL MANUAL PREMIUM | | | | $718,756 |
| EL INCREASED LIMITS | 9812 | | 3.3% | $23,719 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.158 | ($625,164) |
| EXPERIENCE MOD | 9898 | | 0.819 | ($21,233) |
| TOTAL STANDARD EST. PREMIUM | | | | $96,078 |
| PREMIUM DISCOUNT | 0063 | | | ($10,158) |
| CATASTROPHE | 9741 | | 0.01 | $672 |
| TERRORISM | 9740 | | 0.03 | $2,016 |
| ESTIMATED ANNUAL PREMIUM | | | | $88,608 |
| NJ SIF SURCHARGE | 0935 | | 5.81% | $35,330 |
| TOTAL AMOUNT | | | | $123,938 |

Decl. Barnett, Ex. B-30

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:    PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
           POLICY NO:    WD001482
           EFFECTIVE DATE: 01/01/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **NEW YORK** | | | | |
| ELECTRICAL WIRING - WITHIN BUILDINGS & DRIVERS | 5190 | 484,000 | 8.78 | $42,495 |
| EL INCREASED LIMITS | 9812 | | 2.8% | $1,190 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.201 | ($34,904) |
| EXPERIENCE MOD | 9898 | | 0.75 | ($2,195) |
| TOTAL STANDARD EST. PREMIUM | | | | $6,586 |
| PREMIUM DISCOUNT | 0063 | | | ($934) |
| CATASTROPHE | 9741 | | 0.01 | $48 |
| TERRORISM | 9740 | | 0.07 | $339 |
| ESTIMATED ANNUAL PREMIUM | | | | $6,039 |
| NY STATE WC ASSESSMENT | 0932 | | 12.90% | $4,276 |
| TOTAL AMOUNT | | | | $10,315 |

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:      PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
            POLICY NO:      WD001482
            EFFECTIVE DATE: 01/01/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **NORTH CAROLINA** | | | | |
| DOOR AND WINDOW INSTALLATION - ALL TYPES - RESIDENTIAL AND COMMERICAL | 5102 | 821,000 | 6.81 | $55,910 |
| BUILDING MATERIAL DEALER - NEW MATERIALS ONLY - STORE EMPLOYEES | 8058 | 18,281,000 | 3.49 | $638,007 |
| STORAGE WAREHOUSE NOC | 8292 | 3,151,000 | 4.3 | $135,493 |
| CLERICAL | 8810 | 1,000,000 | 0.18 | $1,800 |
| TOTAL MANUAL PREMIUM | | | | $831,210 |
| EL INCREASED LIMITS | 9812 | | 2.80% | $23,274 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.175 | ($704,949) |
| EXPERIENCE MOD | 9898 | | 0.75 | ($37,384) |
| TOTAL STANDARD EST. PREMIUM | | | | $112,151 |
| PREMIUM DISCOUNT | 0063 | | | ($15,900) |
| TERRORISM | 9740 | | 0.01 | $2,243 |
| CATASTROPHE | 9741 | | 0.01 | $2,243 |
| TOTAL AMOUNT | | | | $100,738 |

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:    PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
           POLICY NO:    WD001482
           EFFECTIVE DATE:  01/01/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **OKLAHOMA** | | | | |
| STORAGE WAREHOUSE NOC | 8292 | 1,789,000 | 6.89 | $123,262 |
| CLERICAL | 8810 | 96,000 | 0.52 | $499 |
| TOTAL MANUAL PREMIUM | | | | $123,761 |
| EL INCREASED LIMITS | 9812 | | 2.8% | $3,465 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.135 | ($110,051) |
| EXPERIENCE MOD | 9898 | | 0.75 | ($4,294) |
| TOTAL STANDARD EST. PREMIUM | | | | $12,882 |
| PREMIUM DISCOUNT | 0063 | | | ($1,826) |
| CATASTROPHE | 9741 | | 0.02 | $377 |
| TERRORISM | 9740 | | 0.02 | $377 |
| TOTAL AMOUNT | | | | $11,809 |

Decl. Barnett, Ex. B-33

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:     PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
        POLICY NO:     WD001482
        EFFECTIVE DATE:  01/01/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **PENNSYLVANIA** | | | | |
| ELECTRICAL WIRING - WITHIN BUILDINGS | 0661 | 1,644,000 | 6.80 | $111,792 |
| EL INCREASED LIMITS | 9812 | | 3.3% | $3,689 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.149 | ($98,274) |
| EXPERIENCE MOD | 9898 | | 0.95 | ($860) |
| TOTAL STANDARD EST. PREMIUM | | | | $16,346 |
| PREMIUM DISCOUNT | 0063 | | | ($1,937) |
| CATASTROPHE | 9741 | | 0.02 | $329 |
| TERRORISM | 9740 | | 0.05 | $822 |
| ESTIMATED ANNUAL PREMIUM | | | | $15,560 |
| PA ASSESSMENT | 0938 | | 1.70% | $1,852 |
| TOTAL AMOUNT | | | | $17,413 |

Decl. Barnett, Ex. B-34

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:    PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
           POLICY NO:    WD001482
           EFFECTIVE DATE:  01/01/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **SOUTH CAROLINA** | | | | |
| ELECTRICAL WIRING - WITHIN BUILDINGS | 5190 | 2,495,000 | 8.37 | $208,832 |
| STORAGE WAREHOUSE NOC | 8292 | 1,823,000 | 8.16 | $148,757 |
| TOTAL MANUAL PREMIUM | | | | $357,588 |
| EL INCREASED LIMITS | 9812 | | 2.8% | $10,012 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.162 | ($308,049) |
| EXPERIENCE MOD | 9898 | | 0.75 | ($14,888) |
| TOTAL STANDARD EST. PREMIUM | | | | $44,663 |
| PREMIUM DISCOUNT | 0063 | | | ($6,332) |
| CATASTROPHE | 9741 | | 0.02 | $864 |
| TERRORISM | 9740 | | 0.02 | $864 |
| TOTAL AMOUNT | | | | $40,059 |

Decl. Barnett, Ex. B-35

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:     PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
             POLICY NO:     WD001482
             EFFECTIVE DATE:  01/01/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **TENNESSEE** | | | | |
| STORAGE WAREHOUSE NOC | 8292 | 743,000 | 4.04 | $30,017 |
| EL INCREASED LIMITS | 9812 | | 2.8% | $840 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.106 | ($27,587) |
| EXPERIENCE MOD | 9898 | | 0.75 | ($818) |
| TOTAL STANDARD EST. PREMIUM | | | | $2,453 |
| PREMIUM DISCOUNT | 0063 | | | ($348) |
| CATASTROPHE | 9741 | | 0.04 | $297 |
| TERRORISM | 9740 | | 0.02 | $149 |
| TOTAL AMOUNT | | | | $2,551 |

Decl. Barnett, Ex. B-36

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:      PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
              POLICY NO:     WD001482
              EFFECTIVE DATE: 01/01/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **TEXAS** | | | | |
| ELECTRONICAL WIRING & DRIVERS | 5190 | 10,015,000 | 5.85 | $585,878 |
| VEGETABLE PACKAGING & DRIVERS | 8209 | 830,000 | 7.39 | $61,337 |
| WAREHOUSING NOC & DRIVERS | 8292 | 6,716,000 | 5.72 | $384,155 |
| SALESPERSONS, COLLECTORS OR MESSENGERS-OUTSIDE | 8742 | 209,000 | 0.37 | $773 |
| CLERICAL | 8810 | 907,000 | 0.23 | $2,086 |
| TOTAL MANUAL PREMIUM | | | | $1,034,229 |
| EL INCREASED LIMITS | 9812 | | 2.0% | $20,685 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.216 | ($827,052) |
| EXPERIENCE MOD | 9898 | | 0.75 | ($56,965) |
| TOTAL STANDARD EST. PREMIUM | | | | $170,896 |
| PREMIUM DISCOUNT | 0063 | | | ($21,009) |
| TERRORISM | 9740 | | 0.024 | $2,079 |
| TOTAL AMOUNT | | | | $151,966 |

Decl. Barnett, Ex. B-37

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:     PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
            POLICY NO:     WD001482
            EFFECTIVE DATE: 01/01/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **VIRGINIA** | | | | |
| BUILDING MATERIAL DEALER - NEW MATERIALS ONLY - STORE EMPLOYEES | 8058 | 7,531,000 | 4.24 | $319,314 |
| CLERICAL | 8810 | 309,000 | 0.16 | $494 |
| TOTAL MANUAL PREMIUM | | | | $319,809 |
| EL INCREASED LIMITS | 9812 | | 3.3% | $10,554 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.157 | ($278,496) |
| EXPERIENCE MOD | 9898 | | 0.75 | ($12,967) |
| TOTAL STANDARD EST. PREMIUM | | | | $38,900 |
| PREMIUM DISCOUNT | 0063 | | | ($4,782) |
| TERRORISM | 9740 | | 0.05 | $3,920 |
| TOTAL AMOUNT | | | | $38,038 |

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:     PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
            POLICY NO:     WD001482
            EFFECTIVE DATE: 01/01/2017

| CLASSIFICATION OF OPERATIONS | | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **WEST VIRGINIA** | | | | | |
| STORAGE WAREHOUSE NOC | | 8292 | 3,404,000 | 3.37 | $114,715 |
| CLERICAL | | 8810 | 29,000 | 0.27 | $78 |
| TOTAL MANUAL PREMIUM | | | | | $114,793 |
| EL INCREASED LIMITS | | 9812 | | 2.8% | $3,214 |
| DEDUCTIBLE PREMIUM FACTOR | | 9664 | | 0.163 | ($98,772) |
| EXPERIENCE MOD | | 9898 | | 0.75 | ($4,809) |
| TOTAL STANDARD EST. PREMIUM | | | | | $14,426 |
| PREMIUM DISCOUNT | | 0063 | | | ($2,045) |
| CATASTROPHE | | 9741 | | 0.02 | $687 |
| TERRORISM | | 9740 | | 0.02 | $687 |
| ESTIMATED ANNUAL PREMIUM | | | | | $13,754 |
| WV REGULATORY SURCHARGE | | | | 5.00% | $3,867 |
| TOTAL AMOUNT | | | | | $17,621 |

Decl. Barnett, Ex. B-39



# ENDORSEMENT

This endorsement, effective on **01/01/2017** at 12:01 A.M. standard time, forms a part of

Policy No. **WD001482** Policy effective on **01/01/2017**

Of the Protective Insurance Company, Carrier Code 14788

Issued to **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

By Protective Insurance Company

_____
Authorized Representative

It is hereby understood and agreed the reporting provisions of this policy require that the Insured report as payroll and pay premium based on 33.3% of all amounts paid by the Insured to independent contractors.  This percentage applies to all states except California, Minnesota and Oregon where the Insured will report as payroll and pay premium based on 25% of all amounts paid by the Insured to independent contractors.

These provisions apply to all independent contractors for whom the Insured does not maintain a certificate of insurance evidencing valid Workers Compensation coverage, or for whom the Company does not provide work accident insurance coverage.

All other terms and conditions of this policy remain the same.

Endorsement No.

WC1001IC (6/01)

Decl. Barnett, Ex. B-40

# ENDORSEMENT

This endorsement, effective on **01/01/2017** at 12:01 A.M. standard time, forms a part of

Policy No.        **WD001482**        policy effective on        **01/01/2017**

Of the        Protective Insurance Company, Carrier Code 14788

Issued to        **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

By        Protective Insurance Company

_____
Authorized Representative

It is hereby understood and agreed that Item 3.D. of the Information Page is amended to read as follows:

This policy includes these endorsements and schedules:

**WC1001IC, WC1001E, WC1001LOC, NY1001, PWC-1, PWC-1-IL, PWC-1A, PWC-1B, PWC-1C, PWC-1I, PWC-1J, PWC-1L, PWC-1M, PWC-1N, PWC-1P, PWC-1Q, PWC-1R, WC101, WC-0003-0116-CW, WC000104A, WC000106A, WC000313, WC000301A, WC000402, WC000404, WC000406, WC000406A, WC000414, WC000419, WC000421D, WC000422B, WC000424, WC010402, WC020601A, WC040101A, WC040301C, WC040310, WC040360B, WC040401, WC040421, WC040601A, WC040603B, PN049901F, PN049902B, PN049904, WC060301, WC060303C, WC060601, WC070601, WC090303, WC090403B, WC090407, WC090606, WC990401, WC100601B, WC120306A, WC120601E, WC150401A, WC150404, WC150601A, WC160305, WC160601, WC160602, WC190601F, WC210303A, WC210304, WC210402B, WC220000A, WC220402, WC220601D, WC240406D, WC240601B, WC240602B, WC240604B, WC270601C, WC280404, WC280604, WC290306B, WC290411C, WC290601A, WC310308, WC310319H, WC310618, WC320301C, WC320602, WC350302, WC350601F, WC350603, WC370401, WC370602, WC370603A, WC370604, WC410402, WC420301G, WC420402A, WC420407, WC450602, WC470301A, WC470302, WC470601**

All other terms and conditions of this policy remain unchanged.

WC1001E (6/01)

Decl. Barnett, Ex. B-41

(This Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

# ENDORSEMENT

This endorsement, effective on **01/01/2017** at 12:01 A.M. standard time, forms a part of

Policy No.  **WD001482**  Policy effective on  **01/01/2017**

Of the  Protective Insurance Company, Carrier Code 14788

Issued to  **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

By  Protective Insurance Company

_____
Authorized Representative

It is hereby understood and agreed that the following Named Insured's and Locations are included:

## NAMED INSURED SCHEDULE

| Name Link Code | Insured Name | FEIN | NAICS Code |
|---|---|---|---|
| 001 | PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT | 010759364 | 561320 |
| 002 | MVP WORKFORCE, LLC | 263242640 | 561320 |
| 003 | PERSONNEL STAFFING GROUP, LLC DBA MOST VALUABLE PERSONNEL | 010759364 | 561320 |
| 004 | PERSONNEL STAFFING GROUP, LLC DBA HOTEL STAFFING SOLUTIONS | 010759364 | 561320 |
| 005 | PERSONNEL STAFFING GROUP, LLC DBA BALANCE | 010759364 | 561320 |
| 006 | PERSONNEL STAFFING GROUP, LLC DBA MACKENZIE & COMPANY | 010759364 | 561320 |
| 007 | MVP WORKFORCE, LLC DBA HOTEL STAFFING SOLUTIONS | 010759364 | 561320 |
| 008 | PERSONNEL STAFFING GROUP, LLC DBA HORIZON PERSONNEL SERVICES | 010759364 | 561320 |
| 009 | PERSONNEL STAFFING GROUP, LLC DBA KBS STAFFING | 010759364 | 561320 |
| 010 | STAFFING GROUP, LLC DBA MVP 360 | 010759364 | 561320 |

## LOCATION SCHEDULE

| Name Link Code | Address | No. of Employees | UI No. | NAICS Code |
|---|---|---|---|---|
| 003 | 7225 OPORTO MADRID BLVD BIRMINGHAM, AL 35206 | 1 | | 561320 |

Page 1 of 5

Decl. Barnett, Ex. B-42

| Name Link Code | Address | No. of Employees | UI No. | NAICS Code |
|---|---|---|---|---|
| 003 | 201 E. WASHINGTON<br>PHOENIX, AZ 85004 | 1 | | 561320 |
| 003 | 408 CHERRY STREET<br>EUDORA, AR 71640 | 1 | | 561320 |
| 005 | 12465 LEWIS STREET<br>GARDEN GROVE, CA 92840 | 6 | | 561320 |
| 009 | 12465 LEWIS STREET<br>GARDEN GROVE, CA 92840 | 6 | | 561320 |
| 003 | 12465 LEWIS STREET<br>GARDEN GROVE, CA 92840 | 6 | | 561320 |
| 003 | 2499 S WILMINGTON<br>COMPTON, CA 90220 | 5 | | 561320 |
| 003 | 801 W VICTORIA<br>COMPTON, CA 90220 | 5 | | 561320 |
| 003 | 1220-1222 E 17TH ST<br>SANTA ANA, CA 92701 | 4 | | 561320 |
| 003 | 1905 E 17TH ST<br>SANTA ANA, CA 92701 | 5 | | 561320 |
| 003 | 700 COLORADO BOULEVARD<br>DENVER, CO 80206 | 1 | | 561320 |
| 005 | 132 TERRY<br>HARTFORD, CT 06105 | 1 | | 561320 |
| 003 | 132 TERRY<br>HARTFORD, CT 06105 | 1 | | 561320 |
| 005 | 36 JEROME DRIVE<br>DOVER, DE 19901 | 1 | | 561320 |
| 003 | 36 JEROME DRIVE<br>DOVER, DE 19901 | 1 | | 561320 |
| 007 | 27050 OLD 41 RD, UNIT B<br>BONITA SPRINGS, FL 34135 | 4 | | 561320 |
| 001 | 1300 N FLORIDA MANGO ROAD<br>WEST PALM BEACH, FL 33409 | 8 | | 561320 |
| 001 | 501 S FAULKENBERG RD, STE E19<br>TAMPA, FL 33619 | 5 | | 561320 |
| 001 | 7677 SW ELLIPSE WAY<br>STUART, FL 34997 | 4 | | 561320 |
| 003 | 6965 HWY 42 SOUTH<br>LOCUST GROVE, GA 30248 | 2 | | 561320 |
| 003 | 1300 CUMMINS ROAD<br>DES MOINES, IA 50315 | 2 | | 561320 |
| 003 | 400 MEMORIAL DRIVE<br>IDAHO FALLS, ID 83402 | 1 | | 561320 |

Decl. Barnett, Ex. B-43

| Name Link Code | Address | No. of Employees | UI No. | NAICS Code |
|---|---|---|---|---|
| 007 | 5017 W CERMAK RD<br>CICERO, IL 60804 | 8 | | 561320 |
| 007 | 65 E PALATINE, STE 213<br>PROSPECT HEIGHTS, IL 60070 | 8 | | 561320 |
| 001 | 1751 LAKE COOK ROAD<br>DEERFIELD, IL 60015 | 20 | | 561320 |
| 003 | 205 W RANDOLPH<br>CHICAGO, IL 60606 | 15 | | 561320 |
| 003 | 1751 LAKE COOK ROAD<br>DEERFIELD, IL 60015 | 95 | | 561320 |
| 003 | 226 SHERIDAN<br>WAUKEGAN, IL 60085 | 15 | | 561320 |
| 003 | 2346 S. LYNHURST<br>INDIANAPOLIS, IN 46241 | 2 | | 561320 |
| 003 | 4000 W. 6TH STREET<br>LAWRENCE, KS 66049 | 2 | | 561320 |
| 003 | 12701 TOWNE PARK WAY<br>LOUISVILLE, KY 40243 | 2 | | 561320 |
| 003 | 5261 HIGHLAND ROAD<br>BATON ROGUE, LA 70808 | 1 | | 561320 |
| 005 | 198 TREMONT<br>BOSTON, MA 02116 | 2 | | 561320 |
| 003 | 198 TREMONT<br>BOSTON, MA 02116 | 2 | | 561320 |
| 003 | 5235 WESTVIEW DRIVE<br>FREDERICK, MD 21703 | 2 | | 561320 |
| 005 | 5235 WESTVIEW DRIVE<br>FREDERICK, MD 21703 | 2 | | 561320 |
| 003 | 855 LISBON<br>LEWISTON, ME 04240 | 2 | | 561320 |
| 005 | 855 LISBON<br>LEWISTON, ME 04240 | 2 | | 561320 |
| 003 | 18701 GRAND RIVER AVENUE<br>DETROIT, MI 48223 | 1 | | 561320 |
| 003 | 1950 UNIVERSITY AVENUE<br>ST. PAUL, MN 55104 | 4 | 05116737 | 561320 |
| 003 | 20 S 6TH STREET<br>COLUMBIA, MO 65201 | 1 | | 561320 |
| 003 | 2440 N HILLS STREET<br>MERIDIAN, MS 39305 | 3 | | 561320 |
| 003 | 103-8 WOODLAND ROAD<br>BATESVILLE, MS 38606 | 2 | | 561320 |

Decl. Barnett, Ex. B-44

| Name Link Code | Address | No. of Employees | UI No. | NAICS Code |
|---|---|---|---|---|
| 003 | 821 N. 27TH STREET BILLINGS, MT 59101 | 1 | | 561320 |
| 003 | 2431 SPRING FOREST ROAD RALEIGH, NC 27615 | 5 | | 561320 |
| 003 | 2025-C EASTGATE GREENVILLE, NC 27858 | 5 | | 561320 |
| 003 | 821 BAXTER ST CHARLOTTE, NC 28202 | 5 | | 561320 |
| 003 | 7000 Q STREET OMAHA, NE 68117 | 1 | | 561320 |
| 005 | 391 S. BROADWAY SALEM, NH 03079 | 2 | | 561320 |
| 003 | 391 S. BROADWAY SALEM, NH 03079 | 1 | | 561320 |
| 003 | 412 36TH STREET UNION CITY, NJ 07087 | 10 | 010759364000 | 561320 |
| 009 | 2706 CENTRAL AVENUE ALBUQUERQUE, NM 87106 | 1 | | 561320 |
| 003 | 2706 CENTRAL AVENUE ALBUQUERQUE, NM 87106 | 1 | | 561320 |
| 003 | 6120 W. TROPICANA LAS VEGAS, NV 89103 | 3 | | 561320 |
| 003 | 818 SW 3RD AVENUE PORTLAND, OR 97204 | 1 | | 561320 |
| 003 | 900 PENN AVENUE PITTSBURGH, PA 15222 | 1 | | 561320 |
| 003 | 360 KING STREET CHARLESTON, SC 29401 | 1 | | 561320 |
| 003 | 120 22ND AVENUE BROOKINGS, SD 57006 | 1 | | 561320 |
| 003 | 1930 AIR LANE NASHVILLE, TN 37210 | 1 | | 561320 |
| 003 | 15455 N DALLAS PARKWAY ADDISON, TX 75001 | 3 | | 561320 |
| 003 | 2750 W NORTHWEST HWY DALLAS, TX 75220 | 3 | | 561320 |
| 003 | 206 S. MAIN STREET, SUITE 302 CULPEPPER, VA 22701 | 2 | | 561320 |

Decl. Barnett, Ex. B-45

| Name Link Code | Address | No. of Employees | UI No. | NAICS Code |
|---|---|---|---|---|
| 003 | 1100 WOODFORD<br>BENNINGTON, VT 05201 | 1 | | 561320 |
| 005 | 1100 WOODFORD<br>BENNINGTON, VT 05201 | 1 | | 561320 |
| 003 | 7525 45TH AVENUE<br>PLEASANT PRAIRIE, WI 53142 | 3 | | 561320 |
| 003 | 1004 BULLITT STREET<br>CHARLESTON, WV 25301 | 1 | | 561320 |
| 004 | 1751 LAKE COOK ROAD<br>DEERFIELD, IL 60015 | 1 | | 561320 |
| 006 | 1751 LAKE COOK ROAD<br>DEERFIELD, IL 60015 | 1 | | 561320 |
| 008 | 1751 LAKE COOK ROAD<br>DEERFIELD, IL 60015 | 15 | | 561320 |
| 010 | 1751 LAKE COOK ROAD<br>DEERFIELD, IL 60015 | 1 | | 561320 |

All other terms and conditions of this policy remain the same.

Endorsement No.

WC1001LOC (3/10)

Decl. Barnett, Ex. B-46



**PROTECTIVE INSURANCE COMPANY**
**WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY**
**Composite Rate Endorsement**

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless another date is indicated below.

This endorsement, effective on <effective date> at 12:01 A.M. standard time, forms a part of

Policy No.:   **WD001482**

Issued to:   **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

The premium for this policy shall be computed on a composite rate basis in accordance with the Company rules, rates, rating plans, minimum premiums and other terms of the policy.

**Composite Rate Basis:**  Per $100 of Workers' Compensation Payroll

**Rate:**  $0.848

**Estimated Annual Exposure:**  $511,271,000

**Estimated Annual Premium:**  $4,336,483



**WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY INSURANCE POLICY**
WC 00 01 01 A (Ed. 4-92)

# DEFENSE BASE ACT COVERAGE ENDORSEMENT

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy.)

This endorsement, effective on **01/01/2017** at 12:01 A.M. standard time, forms a part of
(DATE)

Policy No. **WD001482** of the Protective Insurance Company
(NAME OF INSURANCE COMPANY)

issued to **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

Premium _____

Authorized Representative

This endorsement applies only to the work described in the Schedule or described on the Information Page as subject to the Defense Base Act. The policy applies to that work as though the location included in the description of the work were a state named in Item 3.A of the Information Page.

General Section **C. Workers' Compensation Law** is replaced by the following:

**C. Workers' Compensation Law**

Workers' Compensation Law means the workers' or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A of the Information Page and the Defense Base Act (42 USC Sections 1651-1654). It includes any amendments to those laws that are in effect during the policy period. It does not include any other federal workers' or workmen's compensation law, other federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

Part Two (Employers' Liability Insurance), **C. Exclusions.**, exclusion **8.**, does not apply to work subject to the Defense Base Act.

## Schedule

**Description of Work:** **All Defense Base Operations**

Decl. Barnett Ex. B-48

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 00 01 04 A**

(Ed. 10-04)

## FEDERAL EMPLOYERS' LIABILITY ACT COVERAGE ENDORSEMENT

This endorsement applies only to work subject to the Federal Employers' Liability Act (45 USC Sections 51–60) and any amendment to that Act that is in effect during the policy period.

G.  **Limits of Liability** of Part Two (Employers Liability Insurance) is replaced by the following:

G.  **Limits of Liability**

Our liability to pay for damages is limited. Our limits of liability are shown in the Schedule. They apply as explained below:

1.  Bodily Injury by Accident. The limit shown for "bodily injury by accident—each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.

    A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

2.  Bodily Injury by Disease. The limit shown for "bodily injury by disease—aggregate" is the most we will pay for all damages covered by this insurance because of bodily injury by disease to one or more employees. The limit applies separately to bodily injury by disease arising out of work in each state shown in Item 3.A. of the Information Page or in the Schedule.

    Bodily injury by disease does not include disease that results directly from bodily injury by accident.

3.  We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

If any state is named in Item 2 of the Schedule, Part Two (Employers Liability Insurance) applies in that state to work subject to the Federal Employers' Liability Act as though that state were listed in Item 3.A. of the Information Page. Part One (Workers Compensation Insurance) does not apply in a state shown in the Schedule.

Part Two (Employers Liability Insurance), C.  Exclusions, exclusion 9, does not apply to work subject to the Federal Employers' Liability Act.

Schedule

1. Limits of Liability

   Bodily Injury by Accident                                $ <u>1,000,000</u> each accident

   Bodily Injury by Disease                                 $ <u>1,000,000</u> aggregate

2. State

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |

Insurance Company                    Countersigned by _____

**WC 00 01 04 A**

Decl. Barnett, Ex. B-49

© 2004 National Council on Compensation Insurance, Inc.



**WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY INSURANCE POLICY**

WC 00 01 06 A

# LONGSHORE AND HARBOR WORKERS' COMPENSATION ACT COVERAGE ENDORSEMENT

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy.)

This endorsement, effective on       **01/01/2017**       at 12:01 A.M. standard time, forms a part of
                                     (DATE)

Policy No.      **WD001482**

of the            **Protective Insurance Company**
                (NAME OF INSURANCE COMPANY)

issued to     **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

Premium                                                
                                               Authorized Representative

This endorsement applies only to work subject to the Longshore and Harbor Workers' Compensation Act in a state shown in the Schedule. The policy applies to that work as though that state were listed in Item **3.A.** of the Information Page.

General Section **C. Workers' Compensation Law** is replaced by the following:

**C. Workers' Compensation Law**

Workers' Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory in Item **3.A.** of the Information Page and the Longshore and Harbor Workers' Compensation Act (33 USC Sections 901-950). It includes any amendments to those laws that are in effect during the policy period. It does not include any other federal workers or workmen's compensation law, other federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

Part Two (Employers Liability Insurance), **C. Exclusions.**, exclusion **8.**, does not apply to work subject to the Longshore and Harbor Workers' Compensation Act.

This endorsement does not apply to work subject to the Defense Base Act, the Outer Continental Shelf Lands Act, or the Nonappropriated Fund Instrumentalities Act.

**Schedule**

| State | Longshore and Harbor Workers' Compensation Act Coverage Percentage |
|---|---|
| Each state named in Item 3.A. or 3.C. of the Information Page | Percentages as promulgated by NCCI |

The rates for classifications with code numbers not followed by the letter "F" are rates for work not ordinarily subject to the Longshore and Harbor Workers' Compensation Act. If this policy covers work under such classifications, and if the work is subject to the Longshore and Harbor Workers' Compensation Act, those non-F classification rates will be increased by the Longshore and Harbor Workers' Compensation Act Coverage Percentage filed by the insurance company.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                WC 00 03 01 A

(Ed. 2-89)

## ALTERNATE EMPLOYER ENDORSEMENT

This endorsement applies only with respect to bodily injury to your employees while in the course of special or temporary employment by the alternate employer in the state named in Item 2 of the Schedule. Part One (Workers Compensation Insurance) and Part Two (Employers Liability Insurance) will apply as though the alternate employer is insured. If an entry is shown in Item 3 of the Schedule the insurance afforded by this endorsement applies only to work you perform under the contract or at the project named in the Schedule.

Under Part One (Workers Compensation Insurance) we will reimburse the alternate employer for the benefits required by the workers compensation law if we are not permitted to pay the benefits directly to the persons entitled to them.

The insurance afforded by this endorsement is not intended to satisfy the alternate employer's duty to secure its obligations under the workers compensation law. We will not file evidence of this insurance on behalf of the alternate employer with any government agency.

We will not ask any other insurer of the alternate employer to share with us a loss covered by this endorsement.

Premium will be charged for your employees while in the course of special or temporary employment by the alternate employer.

The policy may be canceled according to its terms without sending notice to the alternate employer.

Part Four (Your Duties If Injury Occurs) applies to you and the alternate employer. The alternate employer will recognize our right to defend under Parts One and Two and our right to inspect under Part Six.

Schedule

1. **Alternate Employer**                                                                    **Address**
   Where required by written contract
2. **State of Special or Temporary Employment**

3. **Contract or Project**

**This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.**

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |

Insurance Company    **Protective Insurance Company**    Countersigned by _____

© 1984, 1988 National Council on Compensation Insurance.

Decl. Barnett, Ex. B-51

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 00 03 13**

(Ed. 4-84)

### WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule. (This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.)

This agreement shall not operate directly or indirectly to benefit anyone not named in the Schedule.

Schedule

Where required by written contract

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 00 03 13**
(Ed. 4-84)

Decl. Barnett, Ex. B-52

© 1983 National Council on Compensation Insurance.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**   WC 00 04 02

(Ed. 4-84)

### ANNIVERSARY RATING DATE ENDORSEMENT

The premium and rates for this policy, and the experience rating modification factor, if any, may change on your anniversary rating date shown in the Schedule.

Schedule

Anniversary Rating Date <u>06</u> (Month) <u>30</u> (Day)

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 00 04 02**
(Ed. 4-84)

Decl. Barnett, Ex. B-53

© 1983 National Council on Compensation Insurance.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 00 04 04**

(Ed. 4-84)

### PENDING RATE CHANGE ENDORSEMENT

A rate change filing is being considered by the proper regulatory authority. The filing may result in rates different from the rates shown on the policy. If it does, we will issue an endorsement to show the new rates and their effective date.

If only one state is shown in Item 3.A. of the Information Page, this endorsement applies to that state. If more than one state is shown there, this endorsement applies only in the state shown in the Schedule.

Schedule

**State**

**ARIZONA, CALIFORNIA, CONNECTICUT, FLORIDA, ILLINOIS, INDIANA, MARYLAND, NEW JERSEY, NEW HAMPSHIRE**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |

Insurance Company                    Countersigned by _____

**WC 00 04 04**
(Ed. 4-84)

Decl. Barnett, Ex. B-54

© 1983 National Council on Compensation Insurance.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 00 04 06

(Ed. 8-84)

## PREMIUM DISCOUNT ENDORSEMENT

The premium for this policy and the policies, if any, listed in Item 3 of the Schedule may be eligible for a discount. This endorsement shows your estimated discount in Items 1 or 2 of the Schedule. The final calculation of premium discount will be determined by our manuals and your premium basis as determined by audit. Premium subject to retrospective rating is not subject to premium discount.

### Schedule

1.  **State**

| | Estimated Eligible Premium | | | |
|---|---|---|---|---|
| **AL, GA, KS, MD, MI, MS, NY, OK, SC, TN** | First $5,000 | Next $95,000 | Next $400,000 | Balance |
| | 0.00% | 10.90% | 12.60% | 14.40% |
| **CO, MO, NH, TX, VA** | First $5,000 | Next $95,000 | Next $400,000 | Balance |
| | 0.00% | 9.50% | 11.90% | 12.40% |
| **DE, PA** | First $10,000 | Next $190,000 | Next $1,550,000 | Balance |
| | 0.00% | 9.10% | 11.30% | 12.30% |
| **KY** | First $1,000 | Next $4,000 | Next $95,000 | Balance |
| | 0.00% | 9.40% | 14.70% | 16.30% |

2.  Average percentage discount: **12.02%**

3.  Other policies: **NONE**

4.  If there are no entries in Items 1, 2 and 3 of the Schedule, see the Premium Discount Endorsement attached to your policy number:

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

WC 00 04 06
(Ed. 8-84)

## Decl. Barnett, Ex. B-55

© 1983 National Council on Compensation Insurance.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     WC 00 04 06 A

(Ed. 7-95)

## PREMIUM DISCOUNT ENDORSEMENT

The premium for this policy and the policies, if any, listed in Item 3 of the Schedule may be eligible for a discount. This endorsement shows your estimated discount in Items 1 or 2 of the Schedule. The final calculation of premium discount will be determined by our manuals and your premium basis as determined by audit. Premium subject to retrospective rating is not subject to premium discount.

### Schedule

1. **State**  |  **Estimated Eligible Premium**

| | First $10,000 | Next $190,000 | Next $1,550,000 | BALANCE |
|---|---|---|---|---|
| **AZ, CA, FL, IL, IN, IA, NV** | 0.00% | 9.10% | 11.30% | 12.30% |

| | First $5,000 | Next $95,000 | Next $400,000 | BALANCE |
|---|---|---|---|---|
| **NC, WV** | 0.00% | 10.90% | 12.60% | 14.40% |

2. Average percentage discount: **12.02%**

3. Other policies:

4. If there are no entries in Items 1, 2 and 3 of the Schedule, see the Premium Discount Endorsement attached to your policy number:

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 00 04 06 A**
(Ed. 7-95)

### Decl. Barnett, Ex. B-56

© 1995 National Council on Compensation Insurance, Inc.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 00 04 14**

(Ed. 7-90)

### NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT

Experience rating is mandatory for all eligible insureds. The experience rating modification factor, if any, applicable to this policy, may change if there is a change in your ownership or in that of one or more of the entities eligible to be combined with you for experience rating purposes. Change in ownership includes sales, purchases, other transfers, mergers, consolidations, dissolutions, formations of a new entity and other changes provided for in the applicable experience rating plan manual.

You must report any change in ownership to us in writing within 90 days of such change. Failure to report such changes within this period may result in revision of the experience rating modification factor used to determine your premium.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 00 04 14**
(Ed. 7-90)

Decl. Barnett, Ex. B-57

© 1990 National Council on Compensation Insurance.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     **WC 00 04 19**

(Ed. 1-01)

### PREMIUM DUE DATE ENDORSEMENT

This endorsement is used to amend:

Section D. of Part Five of the policy is replaced by this provision.

### PART FIVE
### PREMIUM

D.   **Premium** is amended to read:

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid. **The due date for audit and retrospective premiums is the date of the billing.**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

**WC 00 04 19**
(Ed. 1-01)

Decl. Barnett, Ex. B-58

© 2000 National Council on Compensation Insurance, Inc.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 00 04 21 D

(Ed. 1-15)

## CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM) PREMIUM ENDORSEMENT

This endorsement is notification that your insurance carrier is charging premium to cover the losses that may occur in the event of a Catastrophe (other than Certified Acts of Terrorism) as that term is defined below. Your policy provides coverage for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism). This premium charge does not provide funding for Certified Acts of Terrorism contemplated under the Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement (WC 00 04 22 B), attached to this policy.

For purposes of this endorsement, the following definitions apply:

- Catastrophe (other than Certified Acts of Terrorism): Any single event, resulting from an Earthquake, Noncertified Act of Terrorism, or Catastrophic Industrial Accident, which results in aggregate workers compensation losses in excess of $50 million.
- Earthquake: The shaking and vibration at the surface of the earth resulting from underground movement along a fault plane or from volcanic activity.
- Noncertified Act of Terrorism: An event that is not certified as an Act of Terrorism by the Secretary of Treasury pursuant to the Terrorism Risk Insurance Act of 2002 (as amended) but that meets all of the following criteria:
    a.   It is an act that is violent or dangerous to human life, property, or infrastructure;
    b.   The act results in damage within the United States, or outside of the United States in the case of the premises of United States missions or air carriers or vessels as those terms are defined in the Terrorism Risk Insurance Act of 2002 (as amended); and
    c.   It is an act that has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.
- Catastrophic Industrial Accident: A chemical release, large explosion, or small blast that is localized in nature and affects workers in a small perimeter the size of a building.

The premium charge for the coverage your policy provides for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism) is shown in Item 4 of the Information Page or in the Schedule below.

### Schedule

| State | Rate | Premium |
|-------|------|---------|
|       |      |         |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

WC 00 04 21 D
(Ed. 1-15)

Decl. Barnett, Ex. B-59

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserve.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    **WC 00 04 22 B**

(Ed. 1-15)

## TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT DISCLOSURE ENDORSEMENT

This endorsement addresses the requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2015. It serves to notify you of certain limitations under the Act, and that your insurance carrier is charging premium for losses that may occur in the event of an Act of Terrorism.

Your policy provides coverage for workers compensation losses caused by Acts of Terrorism, including workers compensation benefit obligations dictated by state law.  Coverage for such losses is still subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and/or state laws, rules, or regulations.

### Definitions

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments thereto, including any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2015.

"Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States as meeting all of the following requirements:

a.   The act is an act of terrorism.

b.   The act is violent or dangerous to human life, property or infrastructure.

c.   The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

d.   The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss" means any loss resulting from an act of terrorism (and, except for Pennsylvania, including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer Deductible" means, for the period beginning on January 1, 2015, and ending on December 31, 2020, an amount equal to 20% of our direct earned premiums, during the immediately preceding calendar year.

### Limitation of Liability

The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a calendar year and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

### Policyholder Disclosure Notice

1.   Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses exceed:

a.   $100,000,000, with respect to such Insured Losses occurring in calendar year 2015, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.

b.   $120,000,000, with respect to such Insured Losses occurring in calendar year 2016, the United States Government would pay 84% of our Insured Losses that exceed our Insurer Deductible.

c.   $140,000,000, with respect to such Insured Losses occurring in calendar year 2017, the United States Government would pay 83% of our Insured Losses that exceed our Insurer Deductible.

d.   $160,000,000, with respect to such Insured Losses occurring in calendar year 2018, the United States Government would pay 82% of our Insured Losses that exceed our Insurer Deductible.

e.   $180,000,000, with respect to such Insured Losses occurring in calendar year 2019, the United States Government would pay 81% of our Insured Losses that exceed our Insurer Deductible.

f.   $200,000,000, with respect to such Insured Losses occurring in calendar year 2020, the United States Government would pay 80% of our Insured Losses that exceed our Insurer Deductible.

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserve.

**WC 00 04 22 B**          **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 1-15)

2. Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceed $100,000,000,000.

3. The premium charge for the coverage your policy provides for Insured Losses is included in the amount shown in Item 4 of the Information Page or in the Schedule below.

### Schedule

| State | Rate | Premium |
|-------|------|---------|
|       |      |         |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 00 04 22 B**
(Ed. 1-15)

Decl. Barnett, Ex. B-61

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserve.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     **WC 00 04 24**

(Ed. 1-17)

## AUDIT NONCOMPLIANCE CHARGE ENDORSEMENT

Part Five—Premium, Section G. (Audit) of the Workers Compensation and Employers Liability Insurance Policy is revised by adding the following:

If you do not allow us to examine and audit all of your records that relate to this policy, and/or do not provide audit information as requested, we may apply an Audit Noncompliance Charge. The method for determining the Audit Noncompliance Charge by state, where applicable, is shown in the Schedule below.

If you allow us to examine and audit all of your records after we have applied an Audit Noncompliance Charge, we will revise your premium in accordance with our manuals and Part 5—Premium, E. (Final Premium) of this policy.

Failure to cooperate with this policy provision may result in the cancellation of your insurance coverage, as specified under the policy.

### Schedule

| State(s) | Basis of Audit Noncompliance Charge | Maximum Audit Noncompliance Charge Multiplier |
|---|---|---|
| AL | $8,130 | 2 |
| AZ | $21,820 | 2 |
| DE | $6,110 | 2 |
| GA | $62,302 | 2 |
| IL | $677,547 | 2 |
| IA | $95,815 | 2 |
| KS | $7,628 | 2 |
| KY | $27,637 | 2 |
| MD | $8,493 | 2 |
| MN | $0 | 2 |
| MS | $18,962 | 2 |
| NV | $46,492 | 1 |
| NH | $11,807 | 2 |
| NC | $100,738 | 3 |
| OK | $11,809 | 2 |
| SC | $40,059 | 2 |
| TN | $2,551 | 2 |
| VA | $38,038 | 2 |
| WV | $13,754 | 2 |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 00 04 24**
(Ed. 1-17)

Decl. Barnett, Ex. B-62

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    WC 01 04 02

(Ed. 11-96)

### ALABAMA ANNIVERSARY RATING DATE ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Alabama is shown in Item 3.A. of the Information Page.

The experience rating modification factor, if any, may change on your anniversary rating date shown in the Schedule.

Schedule

Anniversary Rating Date               June               (Month)               30               (Day)

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |

Insurance Company        **Protective Insurance Company**   Countersigned by _____

WC 01 04 02
(Ed. 11-96)

© 1996 National Council on Compensation Insurance, Inc.

Decl. Barnett, Ex. B-63

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY    **WC 02 06 01 A**

(Ed. 9-15)

**ARIZONA CANCELLATION AND NONRENEWAL ENDORSEMENT**

This endorsement applies because Arizona is shown in Item 3.A. of the Information Page.

Part Six—Conditions, Section D. (Cancellation), of the policy is replaced by the following:

D. **Cancellation and Nonrenewal**

1.  You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2.  If you cancel or fail to renew this policy, we must promptly notify the Industrial Commission of Arizona.

3.  We may cancel this policy if you fail to pay premium when due, or when one or both of the parties to a professional employer agreement terminate the agreement.

4.  If we cancel or nonrenew this policy, we must mail or deliver to you and the Industrial Commission of Arizona at least 30 days' notice of the cancellation or nonrenewal. Mailing that notice to you at your mailing address shown in Item 1. of the Information Page will be sufficient to prove notice. If we nonrenew this policy and fail to give you notice of nonrenewal, coverage will not extend beyond the policy period.

5.  The policy period will end on the day and hour stated in the cancellation or nonrenewal notice.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |

Insurance Company    **PROTECTIVE INSURANCE COMPANY** Countersigned by _____

**WC 02 06 01 A**
(Ed. 9-15)

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

Decl. Barnett Ex. B-64



**WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY INSURANCE POLICY**
WC 04 01 01 A (Ed. 4-92)

# LONGSHORE AND HARBOR WORKERS' COMPENSATION ACT COVERAGE ENDORSEMENT—CALIFORNIA

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy.)

This endorsement, effective on      **01/01/2017**      at 12:01 A.M. standard time, forms a part of
                                (DATE)

Policy No.    **WD001482**

of the        Protective Insurance Company
          (NAME OF INSURANCE COMPANY)

issued to     **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

                                               Authorized Representative

This endorsement applies only to work subject to the Longshore and Harbor Workers' Compensation Act in California. The policy applies to that work as though California were listed in item 3.A of the Information Page.

General Section **C. Workers' Compensation Law** is replaced by the following:

**C. Workers' Compensation Law**

Workers' Compensation Law means the workers' or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A of the Information Page and the Longshore and Harbor Workers' Compensation Act (33 USC Sections 901-950). It includes any amendments to those laws that are in effect during the policy period. It does not include any other federal workers' or workmen's compensation law, other federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

Part Two (Employers' Liability Insurance), **C. Exclusions**, exclusion **8.** does not apply to work subject to the Longshore and Harbor Workers' Compensation Act.

This endorsement does not apply to work subject to the Defense Base Act, the Outer Continental Shelf Lands Act, or the Nonappropriated Fund Instrumentalities Act.

The estimated premium for the Longshore and Harbor Workers' Compensation Act coverage provided by this endorsement is as shown in the Schedule below or item 4. of the Information Page.

### Schedule

| Code No. | Classification | Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| | | | | |

**Total Estimated Annual Premium $ 2,775,810**

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 04 03 01 C

(Ed. 10-14)

### POLICY AMENDATORY ENDORSEMENT–CALIFORNIA

It is agreed that, anything in the policy to the contrary notwithstanding, such insurance as is afforded by this policy by reason of the designation of California in Item 3 of the Information Page is subject to the following provisions:

1.  **Minors Illegally Employed – Not Insured.** This policy does not cover liability for additional compensation imposed on you under Section 4557, Division IV, Labor Code of the State of California, by reason of injury to an employee under sixteen years of age and illegally employed at the time of injury.

2.  **Punitive or Exemplary Damages – Uninsurable.** This policy does not cover punitive or exemplary damages where insurance of liability therefor is prohibited by law or contrary to public policy.

3.  **Increase in Indemnity Payment – Reimbursement.** You are obligated to reimburse us for the amount of increase in indemnity payments made pursuant to Subdivision (d) of Section 4650 of the California Labor Code, if the late indemnity payment which gives rise to the increase in the amount of payment is due less than seven (7) days after we receive the completed claim form from you. You are obligated to reimburse us for any increase in indemnity payments not covered under this policy and will reimburse us for any increase in indemnity payment not covered under the policy when the aggregate total amount of the reimbursement payments paid in a policy year exceeds one hundred dollars ($100).

    If we notify you in writing, within 30 days of the payment, that you are obligated to reimburse us, we will bill you for the amount of increase in indemnity payment and collect it no later than the final audit. You will have 60 days, following notice of the obligation to reimburse, to appeal the decision of the insurer to the Department of Insurance.

4.  **Application of Policy.** Part One, "Workers Compensation Insurance", A, "How This Insurance Applies", is amended to read as follows:

    This workers compensation insurance applies to bodily injury by accident or disease, including death resulting therefrom. Bodily injury by accident must occur during the policy period. Bodily injury by disease must be caused or aggravated by the conditions of your employment. Your employee's exposure to those conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5.  **Rate Changes.** The premium and rates with respect to the insurance provided by this policy by reason of the designation of California in Item 3 of the Information Page are subject to change if ordered by the Insurance Commissioner of the State of California pursuant to Section 11737 of the California Insurance Code.

6.  **Long Term Policy.** If this policy is written for a period longer than one year, all the provisions of this policy shall apply separately to each consecutive twelve-month period or, if the first or last consecutive period is less than twelve months, to such period of less than twelve months, in the same manner as if a separate policy had been written for each consecutive period.

7.  **Statutory Provision.** Your employee has a first lien upon any amount which becomes owing to you by us on account of this policy, and in the case of your legal incapacity or inability to receive the money and pay it to the claimant, we will pay it directly to the claimant.

8.  Part Five, "Premium", E, "Final Premium", is amended to read as follows:

    The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

    If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:

    a.  If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.
    b.  If you cancel, final premium may be more than pro rata; it will be based on the time this policy was in force, and may be increased by our short-rate cancelation table and procedure. Final premium will not be less than the pro rata share of the minimum premium.

9.  **The Insured's Email Address.** The insured's email address must be included in Item 1 of the Information Page if the insurer intends to electronically transmit an offer of renewal for a workers' compensation insurance policy to the insured (California Insurance Code §38.5 (b).

### Decl. Barnett, Ex. B-66

**WC 04 03 01 C**          WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

**(Ed. 10-14)**

It is further agreed that this policy, including all endorsements forming a part thereof, constitutes the entire contract of insurance. No condition, provision, agreement, or understanding not set forth in this policy or such endorsements shall affect such contract or any rights, duties, or privileges arising therefrom.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WORKERS' COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY**

WC 04 03 10 (Ed. 1-95)

# DUTY TO DEFEND—CALIFORNIA

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy.)

This endorsement, effective on **01/01/2017** at 12:01 A.M. standard time, forms a part of
(DATE)

Policy No. **WD001482** Endorsement No.

of the **Protective Insurance Company**
(NAME OF INSURANCE COMPANY)

issued to **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

Premium

_____
Authorized Representative

The insurance afforded by Part One, Section C, "We Will Defend," is hereby deleted and replaced with the following:

**WE WILL DEFEND**

We have the right and duty to defend at our expense any claim or proceeding against you before the California Workers' Compensation Appeals Board or its equivalent in any other state (and any appeal of a decision therefrom) for the benefits payable by this workers' compensation insurance. We have the right to investigate and settle these claims or proceedings.

We have no duty to defend a claim, proceeding, or suit that is not covered by this insurance.

Nothing contained in this Section shall amend, modify, restrict or otherwise alter any obligations or conditions under Part Two—Employer's Liability Insurance of the policy.

Decl. Barnett, Ex. B-68

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                     WC 04 03 60 B

(Ed. 01-15)

### EMPLOYERS' LIABILITY COVERAGE AMENDATORY ENDORSEMENT–CALIFORNIA

The insurance afforded by Part Two (Employers' Liability Insurance) by reason of designation of California in item 3 of the information page is subject to the following provisions:

**A.   "How This Insurance Applies,"** is amended to read as follows:

A.   How This Insurance Applies

This employers' liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury means a physical injury, including resulting death.

1.   The bodily injury must arise out of and in the course of the injured employee's employment by you.

2.   The employment must be necessary or incidental to your work in California.

3.   Bodily injury by accident must occur during the policy period.

4.   Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5.   If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

C.   The "**Exclusions**" section is modified as follows (all other exclusions in the "**Exclusions**" section remain as is):

1.   Exclusion 1 is amended to read as follows:

1.   liability assumed under a contract.

2.   Exclusion 2 is deleted.

3.   Exclusion 7 is amended to read as follows:

7.   damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, termination of employment, or any personnel practices, policies, acts or omissions.

4.   The following exclusions are added:

1.   bodily injury to any member of the flying crew of any aircraft.

2.   bodily injury to an employee when you are deprived of statutory or common law defenses or are subject to penalty because of your failure to secure your obligations under the workers' compensation law(s) applicable to you or otherwise fail to comply with that law.

3.   liability arising from California Labor Code Section 2810.3 which relates to labor contracting.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |

Insurance Company    **Protective Insurance Company**    Countersigned by _____

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**  WC 04 04 01
(Ed. 4-84)

## ANNIVERSARY RATING DATE ENDORSEMENT

The premium and rates for this policy, and the experience rating modification factor, if any, may change on your anniversary rating date shown in the Schedule.

Schedule

Anniversary Rating Date _____06_____ (Month) _____30_____ (Day) _____17_____ (Year)

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | |
|---|---|
| Policy Effective | **01/01/2017** |
| Endorsement Effective | **01/01/2017** |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** |

Policy No. **WD001482**   Endorsement No.

Premium

Insurance Company **Protective Insurance Company**   Countersigned by _____

©1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.

From the WCIRB's California Workers' Compensation Insurance Forms Manual ©2001.

Decl. Barnett Ex. B-70

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

WC 04 04 21

(Ed. 01-08)

## OPTIONAL PREMIUM INCREASE ENDORSEMENT—CALIFORNIA

You must provide us, or our authorized representative, access to records necessary to perform a payroll verification audit. If you fail to provide access within 90 days after expiration of the policy, you are liable to pay a total premium equal to 3 times our current estimate of the annual premium for your policy. In addition, if you fail to provide access after our third request within a 90 day or longer period, you are also liable for our costs in attempting to perform the audit unless you provide a compelling business reason for your failure.

We will contact you to schedule appointments during normal business hours.

We will notify you of your failure to provide access by mailing a certified, return-receipt document stating the increased premium and the total amount of our costs incurred in our attempt(s) to perform an audit. In addition to any other obligations under this contract, 30 days after you receive the notification, you will be obligated to pay the total premium and costs referenced above. If, thereafter, you provide access to your records within three years after the policy expires, or within another mutually agreed upon time, and we succeed in performing the audit to our satisfaction, we will revise your total premium and the costs due to reflect the results of the audit.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

Decl. Barnett, Ex. B-71

**WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY INSURANCE POLICY**
WC 04 06 01 A

# CALIFORNIA CANCELATION ENDORSEMENT

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |

Insurance Company   **Protective Insurance Company**   Countersigned by _____

This endorsement applies only to the insurance provided by the policy because California is shown in Item 3.A. of the information page.

The cancelation condition in Part Six (Conditions) of the policy is replaced by these conditions:

**Cancelation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy for one or more of the following reasons:

    a. Non-payment of premium;

    b. Failure to report payroll;

    c. Failure to permit us to audit payroll as required by the terms of this policy or of a previous policy issued by us;

    d. Failure to pay any additional premium resulting from an audit of payroll required by the terms of this policy or any previous policy issued by us;

    e. Material misrepresentation made by you or your agent;

    f. Failure to cooperate with us in the investigation of a claim;

    g. Failure to comply with Federal or State safety orders;

    h. Failure to comply with written recommendations of our designated loss control representatives;

    i. The occurrence of a material change in the ownership of your business;

    j. The occurrence of any change in your business or operations that materially increases the hazard for frequency or severity of loss;

    k. The occurrence of any change in your business or operation that requires additional or different classification for premium calculation;

    l. The occurrence of any change in your business or operation which contemplates an activity excluded by our reinsurance treaties.

3. If we cancel your policy for any of the reasons listed in **(a)** through **(f)** we will give you 10 days advance written notice, stating when the cancelation is to take effect. Mailing that notice to you at your mailing address shown in item 1 of the Information Page will be sufficient to prove notice. If we cancel your policy for any of the reasons listed in items **(g)** through **(l)**, we will give you 30 days advance written notice; however, we agree that in the event of cancelation and reissuance of a policy effective upon a material change in ownership or operations, notice will not be provided.

4. The policy period will end on the day and hour stated in the cancelation notice.

Decl. Barnett, Ex. B-72

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 04 06 03 B

**(Ed. 01-15)**

### CALIFORNIA LARGE RISK DEDUCTIBLE ENDORSEMENT

1.  This endorsement applies to the workers' compensation insurance coverage, the employers' liability insurance coverage and the other states insurance coverage provided in this policy.

2.  This endorsement applies between you and us. It does not affect the rights of others under the policy. Nor does it change our obligations under the policy, except as otherwise stated in this endorsement.

3.  In consideration of a reduced premium, you have agreed to reimburse us up to the deductible amounts stated in the Schedule at the end of this endorsement for all payments legally required, including allocated loss adjustment expenses which arise out of any claim or suit we defend, where you elect to include such expenses.

4.  We will remain responsible for the full payment of all claims under this policy without regard to your ability or intention to reimburse us for the deductible amounts. The contract of insurance shall be fully enforceable by your employees or their dependents against us.

**Deductible – Each Occurrence**

5.  The deductible amount stated in the Schedule is the most you must reimburse us for indemnity and medical benefits and damages combined, including allocated loss adjustment expenses, if elected by you, for bodily injury to one or more employees as the result of any one accident or for disablement of one employee due to bodily injury by disease.

**Deductible – Policy Aggregate**

6.  The amount stated in the Schedule as aggregate is the most you must reimburse us for the sum of all indemnity and medical benefits, damages, and allocated loss adjustment expense, if elected by you, because of bodily injury by accident or bodily injury by disease for the policy period.

    (a) If we cancel the policy, the aggregate amount stated in the Schedule will be reduced to a pro rata amount based on the time this policy was in force.

    (b) If you cancel the policy as a result of your retiring from business, the aggregate deductible amount will be reduced to a pro rata amount based on the time this policy was in force.

    (c) If you cancel the policy for any reason other than retiring from business, the aggregate deductible amount will not be reduced.

    (d) If this policy is issued for a term of less than one year, the aggregate deductible amount will not be reduced.

**Effect of Deductible on Limits of Liability**

7.  The applicable limits of liability as respects the employers' liability insurance coverage provided in this policy are subject to reduction by the application of the loss reimbursement amount(s) applicable to any claim for accident or disease covered by this policy. In the event of a claim, our obligation to pay is the amount available for benefits or damages that remains after the application of the specific loss reimbursement amount. The payment of loss adjustment expense, where such expense is elected by you, will not affect the limits of the liability.

Decl. Barnett, Ex. B-73

WC 04 06 03 B          **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 01-15)

---

**Allocated Loss Adjustment Expenses**

8.  Allocated loss adjustment expenses, which is electable by you, means claims expenses directly allocated by us to a particular claim. Such expenses shall not include cost of investigation or the salaries and traveling expenses of our employees other than those salaried employees who perform services which can be directly allocated to the handling of a particular claim.

**Recovery from Others**

9.  If we recover any payments made under this policy from anyone liable for the injury, the amount we recover will be applied as follows:

    (a) First, to any payments made by us in excess of the deductible amount; and

    (b) Then the remainder, if any, will be applied to reduce the deductible amount reimbursed by you.

**Cancellation**

10. We may cancel this policy for nonpayment of any deductible amounts or for failure to comply with any security-related terms of this policy. Such cancellation of this policy shall be treated in the same manner as nonpayment of premium as provided by the California Insurance Code. We will remain fully responsible for the full amount of all claims incurred prior to the effective date of cancellation.

**Sole Representation**

11. The first Named Insured stated in the Information Page will act on behalf of all the named insureds with respect to:

    (a) Changes to this endorsement;

    (b) Obligations to receive premiums; or

    (c) Giving or receiving notice of cancellation.

**Your Duties and Understanding**

12. All bodily injuries by accident or disease for which you are responsible shall be promptly reported to us for adjustment and payment, regardless of their severity or cost. You further understand that all such bodily injuries and their cost shall be included in experience data used to determine the experience rating for your policy, regardless of the eligibility of such claims for full or partial reimbursement under the deductible provisions of this policy.

**Other Rights and Duties**

13. All other terms of the policy, including those which govern the following items, apply irrespective of this deductible endorsement:

    (a) Our right and duty to defend any claim, proceeding or suit against you; and

    (b) Your duties if injury occurs.

Decl. Barnett, Ex. B-74

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 04 06 03 B**

**(Ed. 01-15)**

<u>**Additional Charges**</u>

14. Any assessments pursuant to California statute are not part of this Plan but are included in the cost of the coverage provided by the policy to which this endorsement is attached.

**Schedule**

1.   Deductible Amount $   _____500,000_____   Each Accident

(Dollar Amount)

2.   Aggregate Limit $   _____NONE_____   Negotiated Charge $   _____NONE_____

(Dollar Amount or "None")                (Dollar Amount or "None")

3.   Allocated Loss Adjustment Expenses are   _____INCLUDED_____

("Included" or "Excluded")

4.   The Fixed Expense Charge   _____WILL_____   be adjusted retroactively, based upon actual costs.

("Will or "Will Not")

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

WC 04 06 03 B
(Ed. 01-15)

PN 04 99 01 F

(Ed. 03-15)

## POLICYHOLDER NOTICE
### YOUR RIGHT TO RATING AND DIVIDEND INFORMATION

**I.    Information Available to You**

**A.    Information Available from Us – Protective Insurance Company**

(1)  General questions regarding your policy should be directed to: **Protective Insurance Company**

**Protective Insurance Company
111 Congressional Blvd.
Carmel, IN  46032
Telephone: 800-231-6024, Fax: 317-636-7372
www.protectiveinsurance.com**

(2)  **Dividend Calculation.** If this is a participating policy (a policy on which a dividend may be paid), upon payment or non-payment of a dividend, we shall provide a written explanation to you that sets forth the basis of the dividend calculation. The explanation will be in clear, understandable language and will express the dividend as a dollar amount and as a percentage of the earned premium for the policy year on which the dividend is calculated.

(3)  **Claims Information.** Pursuant to Sections 3761 and 3762 of the California Labor Code, you are entitled to receive information in our claim files that affects your premium. Copies of documents will be supplied at your expense during reasonable business hours.

For claims covered under this policy, we will estimate the ultimate cost of unsettled claims for statistical purposes eighteen months after the policy becomes effective and will report those estimates to the Workers' Compensation Insurance Rating Bureau of California (WCIRB) no later than twenty months after the policy becomes effective. The cost of any settled claims will also be reported at that time. At twelve-month intervals thereafter, we will update and report to the WCIRB the estimated cost of any unsettled claims and the actual final cost of any claims settled in the interim. The amounts we report will be used by the WCIRB to compute your experience modification if you are eligible for experience rating.

**B.    Information Available from the Workers' Compensation Insurance Rating Bureau of California**

(1)  The WCIRB is a licensed rating organization and the California Insurance Commissioner's designated statistical agent. As such, the WCIRB is responsible for administering the *California Workers' Compensation Uniform Statistical Reporting Plan—1995* (USRP) and the *California Workers' Compensation Experience Rating Plan—1995* (ERP). Contact information for the WCIRB is: WCIRB, 1221 Broadway, Suite 900, Oakland, CA 94612, Attention: Customer Service. You may also contact WCIRB Customer Service at 1-888-229-2472, by fax at 415-778-7272, or via the Internet at the WCIRB's website: http://www.wcirb.com. The regulations contained in the USRP and the ERP are available for public viewing through the WCIRB's website.

(2)  **Policyholder Information.** Pursuant to California Insurance Code (CIC) Section 11752.6, upon written request, you are entitled to information relating to loss experience, claims, classification assignments, and policy contracts as well as rating plans, rating systems, manual rules, or other information impacting your premium that is maintained in the records of the WCIRB. Complaints and Requests for Action requesting policyholder information should be forwarded to: WCIRB, 1221 Broadway, Suite 900, Oakland, CA 94612, Attention: Custodian of Records. The Custodian of Records can be reached by telephone at 415-777-0777 and by fax at 415-778-7272.

(3)  **Experience Rating Form.** Each experience rated risk may receive a single copy of its current Experience Rating Form free of charge by completing a Policyholder Rate Sheet Request Form on the WCIRB's website at http://www.wcirb.com/ratesheet. The Experience Rating Form will include a Loss-Free Rating, which is the experience modification that would have been calculated if $0 (zero) actual losses were incurred during the experience period. This hypothetical rating calculation is provided for informational purposes only.

**II.    Dispute Process**

You may dispute our actions or the actions of the WCIRB pursuant to CIC Sections 11737 and 11753.1.

**A.    Our Dispute Resolution Process.**

If you are aggrieved by our decision adopting a change in a classification assignment that results in increased premium, or by the application of our rating system to your workers' compensation insurance, you may dispute these matters with us. If you are dissatisfied with the outcome of the initial dispute with us, you may send us a written Complaint and Request for Action as outlined below.]

You may send us a written Complaint and Request for Action requesting that we reconsider a change in a classification assignment that results in an increased premium and/or requesting that we review the manner in which our rating system has been applied in connection with the insurance afforded or offered you. Written Complaints and Requests for Action should be forwarded to:

**PROTECTIVE INSURANCE COMPANY
c/o CorVel Corporation
P.O. Box 699, Chino, CA  91710
Phone: (909) 257-3718, Fax: (909) 257-3784**

## Decl. Barnett, Ex. B-76

PN 04 99 01 F

(Ed. 03-15)

After you send your Complaint and Request for Action, we have 30 days to send you a written notice indicating whether or not your written request will be reviewed. If we agree to review your request, we must conduct the review and issue a decision granting or rejecting your request within 60 days after sending you the written notice granting review. If we decline to review your request, if you are dissatisfied with the decision upon review, or if we fail to grant or reject your request or issue a decision upon review, you may appeal to the insurance commissioner as described in paragraph II.C., below.

**B.**   **Disputing the Actions of the WCIRB.** If you have been aggrieved by any decision, action, or omission to act of the WCIRB, you may request, in writing, that the WCIRB reconsider its decision, action, or omission to act. You may also request, in writing, that the WCIRB review the manner in which its rating system has been applied in connection with the insurance afforded or offered you. For requests related to classification disputes, the reporting of experience, or coverage issues, your initial request for review must be received by the WCIRB within 12 months after the expiration date of the policy to which the request for review pertains, except if the request involves the application of the Revision of Losses rule. For requests related to your experience modification, your initial request for review must be received by the WCIRB within 6 months after the issuance, or 12 months after the expiration date, of the experience modification to which the request for review pertains, whichever is later, except if the request for review involves the application of the Revision of Losses rule. If the request involves the Revision of Losses rule, the time to state your appeal may be longer. (See Section VI, Rule 14 of the ERP).

You may commence the review process by sending the WCIRB a written Inquiry. Written Inquiries should be sent to: WCIRB, 1221 Broadway, Suite 900, Oakland, CA 94612, Attention: Customer Service. Customer Service can be reached by telephone at 1-888-229-2472, and by fax at 415-778-7272.

If you are dissatisfied with the WCIRB's decision upon an Inquiry, or if the WCIRB fails to respond within 90 days after receipt of the Inquiry, you may pursue the subject of the Inquiry by sending the WCIRB a written Complaint and Request for Action. After you send your Complaint and Request for Action, the WCIRB has 30 days to send you written notice indicating whether or not your written request will be reviewed. If the WCIRB agrees to review your request, it must conduct the review and issue a decision granting or rejecting your request within 60 days after sending you the written notice granting review. If the WCIRB declines to review your request, if you are dissatisfied with the decision upon review, or if the WCIRB fails to grant or reject your request or issue a decision upon review, you may appeal to the insurance commissioner as described in paragraph II.C., below. Written Complaints and Requests for Action should be forwarded to: WCIRB, 1221 Broadway, Suite 900, Oakland, CA 94612, Attention: Complaints and Reconsiderations. The WCIRB's telephone number is 1-888-229-2472, and the fax number is 415-371-5204.

**C.**   **California Department of Insurance – Appeals to the Insurance Commissioner.** If, after you follow the appropriate dispute resolution process described above, we or the WCIRB decline to review your request, if you are dissatisfied with the decision upon review, or if we or the WCIRB fail to grant or reject your request or issue a decision upon review, you may appeal to the insurance commissioner pursuant to CIC Sections 11737, 11752.6, 11753.1 and Title 10, California Code of Regulations, Section 2509.40 et seq. You must file your appeal within 30 days after we or the WCIRB send you the notice rejecting review of your Complaint and Request for Action or the decision upon your Complaint and Request for Action. If no written decision regarding your Complaint and Request for Action is sent, your appeal must be filed within 120 days after you sent your Complaint and Request for Action to us or to the WCIRB. The filing address for all appeals to the insurance commissioner is:

> Administrative Hearing Bureau
> California Department of Insurance
> 45 Fremont Street, 22nd Floor
> San Francisco, California 94105

You have the right to a hearing before the insurance commissioner, and our action, or the action of the WCIRB, may be affirmed, modified, or reversed.

**III.**   **Resources Available to You in Obtaining Information and Pursuing Disputes**

**A.**   **Policyholder Ombudsman.** Pursuant to California Insurance Code Section 11752.6, a policyholder ombudsman is available at the WCIRB to assist you in obtaining and evaluating the rating, policy, and claims information referenced in I.A. and I.B., above. The ombudsman may advise you on any dispute with us, the WCIRB, or on an appeal to the insurance commissioner pursuant to Section 11737 of the Insurance Code. The address of the policyholder ombudsman is WCIRB, 1221 Broadway, Suite 900, Oakland, CA 94612, Attention: Policyholder Ombudsman. The policyholder ombudsman can be reached by telephone at 415-778-7159 and by fax at 415-371-5288.

**B.**   **California Department of Insurance – Information and Assistance.** Information and assistance on policy questions can be obtained from the Department of Insurance Consumer HOTLINE, 1-800-927-HELP (4357) or http://www.insurance.ca.gov. For questions and correspondence regarding appeals to the Administrative Hearing Bureau, see the contact information in paragraph II.C.

This notice does not change the policy to which it is attached.

Decl. Barnett, Ex. B-77

PN 04 99 02 B

(Ed. 05-02)

## POLICYHOLDER NOTICE

### CALIFORNIA WORKERS' COMPENSATION INSURANCE RATING LAWS

Pursuant to Section 11752.8 of the California Insurance Code, we are providing you with an explanation of the California workers' compensation rating laws.

1.  We establish our own rates for workers' compensation. Our rates, rating plans, and related information are filed with the insurance commissioner and are open for public inspection.

2.  The insurance commissioner can disapprove our rates, rating plans, or classifications only if he or she has determined after public hearing that our rates might jeopardize our ability to pay claims or might create a monopoly in the market. A monopoly is defined by law as a market where one insurer writes 20% or more of that part of the California workers' compensation insurance that is not written by the State Compensation Insurance Fund. If the insurance commissioner disapproves our rates, rating plans, or classifications, he or she may order an increase in the rates applicable to outstanding policies.

3.  Rating organizations may develop pure premium rates that are subject to the insurance commissioner's approval. A pure premium rate reflects the anticipated cost and expenses of claims per $100 of payroll for a given classification. Pure premium rates are advisory only, as we are not required to use the pure premium rates developed by any rating organization in establishing our own rates.

4.  We must adhere to a single, uniform experience rating plan. If you are eligible for experience rating under the plan, we will be required to adjust your premium to reflect your claim history. A better claim history generally results in a lower experience rating modification; more claims, or more expensive claims, generally result in a higher experience rating modification. The uniform experience rating plan, which is developed by the insurance rating organization designated by the insurance commissioner, is subject to approval by the insurance commissioner.

5.  A standard classification system, developed by the insurance rating organization designated by the insurance commissioner, is subject to approval by the insurance commissioner. The standard classification system is a method of recognizing and separating policyholders into industry or occupational groups according to their similarities and/or differences. We can adopt and apply the standard classification system or develop and apply our own classification system, provided we can report the payroll, expenses, and other costs of claims in a way that is consistent with the uniform statistical plan or the standard classification system.

6.  Our rates and classifications may not violate the Unruh Civil Rights Act or be unfairly discriminatory.

7.  We will provide an appeal process for you to appeal the way we rate your insurance policy. The process requires us to respond to your written appeal within 30 days. If you are not satisfied with the result of your appeal, you may appeal our decision to the insurance commissioner.

### California Workers' Compensation Insurance
### Notice of Nonrenewal

Section 11664 of the California Insurance Code requires us, in most instances, to provide you with a notice of nonrenewal. Except as specified in paragraphs 1 through 6 below, if we elect to nonrenew your policy, we are required to deliver or mail to you a written notice stating the reason or reasons for the nonrenewal of the policy. The notice is required to be sent to you no earlier than 120 days before the end of the policy period and no later than 30 days before the end of the policy period. If we fail to provide you the required notice, we are required to continue the coverage under the policy with no change in the premium rate until 60 days after we provide you with the required notice.

**PN 04 99 02 B**

**(Ed. 05-02)**

We are not required to provide you with a notice of nonrenewal in any of the following situations:

1. Your policy was transferred or renewed without a change in its terms or conditions or the rate on which the premium is based to another insurer or other insurers who are members of the same insurance group as us.

2. The policy was extended for 90 days or less and the required notice was given prior to the extension.

3. You obtained replacement coverage or agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

4. The policy is for a period of no more than 60 days and you were notified at the time of issuance that it may not be renewed.

5. You requested a change in the terms or conditions or risks covered by the policy within 60 days prior to the end of the policy period.

6. We made a written offer to you to renew the policy at a premium rate increase of less than 25 percent.

   (A) If the premium rate in your governing classification is to be increased 25 percent or greater and we intend to renew the policy, we shall provide a written notice of a renewal offer not less than 30 days prior to the policy renewal date. The governing classification shall be determined by the rules and regulations established in accordance with California Insurance Code Section 11750.3(c).

   (B) For purposes of this Notice, "premium rate" means the cost of insurance per unit of exposure prior to the application of individual risk variations based on loss or expense considerations such as scheduled rating and experience rating.

This notice does not change the policy to which it is attached.

PN 04 99 04

(Ed. 12-01)

## POLICYHOLDER NOTICE

### CALIFORNIA INSURANCE GUARANTEE ASSOCIATION (CIGA) SURCHARGE

Companies writing property and casualty insurance business in California are required to participate in the California Insurance Guarantee Association. If a company becomes insolvent, the California Insurance Guarantee Association settles unpaid claims and assesses each insurance company for its fair share.

California law requires all companies to surcharge policies to recover these assessments. If your policy is surcharged, "CA Surcharge" or "CA Surcharge (CIGA Surcharge)" with an amount will be displayed on your premium notice.

This notice does not change the policy to which it is attached.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 06 03 01

(Ed. 4-84)

## CONNECTICUT APPLICATION OF WORKERS COMPENSATION INSURANCE ENDORSEMENT

This endorsement applies only to the insurance provided by Part One (Workers Compensation Insurance) because Connecticut is shown in Item 3.A. of the Information Page.

Section A, "How This Insurance Applies," of Part One, "Workers Compensation Insurance," is amended to read as follows:

This workers compensation insurance applies to injury by accident or injury by disease. Injury includes resulting death.

1.   Injury by accident must occur during the policy period.

2.   Injury by disease must be caused or aggravated by exposure during the policy period to conditions of your employment.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |

Insurance Company   **Protective Insurance Company**   Countersigned by _____

WC 06 03 01
(Ed. 4-84)

© 1984 National Council on Compensation Insurance. Decl. Barnett, Ex. B-81

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 06 03 03 C

(Ed. 07-11)

## CONNECTICUT WORKERS COMPENSATION FUNDS ENDORSEMENT

This endorsement applies only to the insurance provided by Part One (Workers Compensation Insurance) because Connecticut is shown in Item 3.A. of the Information Page.

The amount shown on the Information Page for the Connecticut workers compensation fund assessment is required of you under Section 31-345 of the Connecticut General Statutes. We will pay these assessments to the Connecticut State Treasurer. The purpose of the assessment is to finance the expenses of administering the workers compensation laws.

THE AMOUNT SHOWN ON THE INFORMATION PAGE FOR THE CONNECTICUT SECOND INJURY FUND SURCHARGE IS REQUIRED OF YOU UNDER CONNECTICUT REGULATIONS TO FINANCE THE CONNECTICUT SECOND INJURY FUND. WE WILL PAY THIS SURCHARGE TO THE CONNECTICUT STATE TREASURER.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | |
|---|---|
| Policy Effective | **01/01/2017** |
| Endorsement Effective | **01/01/2017**          Policy No. **WD001482**          Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**          Premium |

Insurance Company     **Protective Insurance Company**     Countersigned by _____

WC 06 03 03 C
(Ed. 07-11)
© Copyright 2009 National Council on Compensation Insurance, Inc. All Rights Reserved.

Decl. Barnett Ex. B-82

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    **WC 06 06 01**

(Ed 1-03)

## CONNECTICUT NONRENEWAL ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Connecticut is shown in Item 3.A. of the Information Page.

Add the following to **Part Six—Conditions** of the policy:

F.    **Nonrenewal**

We may elect not to renew the policy. Unless otherwise provided by Connecticut General Statutes Annotated Section 38a-323, we will provide you via registered mail, certified mail or by mail evidenced by a certificate of mailing, or deliver to the named insured at the address shown in the policy, at least sixty (60) days advance notice of our intention not to renew.

Mailing such notice to you at your address, shown in Item 1., of the Information Page, will be deemed sufficient notice under this section.

The notice of intent not to renew will state or be accompanied by a statement specifying the reason for such nonrenewal.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 06 06 01**
(Ed. 1-03)

Decl. Barnett, Ex. B-83

© 2002 National Council on Compensation Insurance, Inc.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**      **WC 07 06 01**

(Ed. 7-88)

### DELAWARE NONRENEWAL ENDORSEMENT

We may elect not to renew the policy. By certified mail we will mail to you, not less than 60 days advance written notice, when the nonrenewal will take effect. Mailing that notice to you at your mailing address, shown in Item 1 of the Information Page, will be sufficient to prove notice.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

**WC 07 06 01**
(Ed. 7-88)

© 1988 Delaware Compensation Rating Bureau.

Decl. Barnett, Ex. B-84

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 09 03 03**

(Ed. 8-05)

## FLORIDA EMPLOYERS LIABILITY COVERAGE ENDORSEMENT

C.   Exclusion 5, Section C. of Part Two of the policy, is replaced by following:

This insurance does not cover

5.   bodily injury intentionally caused or aggravated by you or which is the result of your engaging in conduct equivalent to an intentional tort, however defined, or other tortious conduct, such that you lose your immunity from civil liability under the workers compensation laws.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 09 03 03**
(Ed. 8-05)

© 2005 National Council on Compensation Insurance, Inc. Decl. Barnett, Ex. B-85

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    **WC 09 04 03 B**

(Ed. 1-15)

---

### FLORIDA TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT ENDORSEMENT

This endorsement addresses requirements of the Terrorism Risk Insurance Act of 2002 as amended by the Terrorism Risk Insurance Program Reauthorization Act of 2015.

**Definitions**

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

1. "Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments, including any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2015.
2. "Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States as meeting all of the following requirements:
    a. The act is an act of terrorism.
    b. The act is violent or dangerous to human life, property or infrastructure.
    c. The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.
    d. The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.
3. "Insured Loss" means any loss resulting from an act of terrorism (including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.
4. "Insurer Deductible" means, for the period beginning on January 1, 2015, and ending on December 31, 2020, an amount equal to 20% of our direct earned premiums, during the immediately preceding calendar year.

**Limitation of Liability**

The Act may limit our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a calendar year and if we have met our Insurer Deductible, we may not be liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we may only have to pay a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

**Policyholder Disclosure Notice**

1. Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses exceed:
    a. $100,000,000, with respect to such Insured Losses occurring in calendar year 2015, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.
    b. $120,000,000, with respect to such Insured Losses occurring in calendar year 2016, the United States Government would pay 84% of our Insured Losses that exceed our Insurer Deductible.
    c. $140,000,000, with respect to such Insured Losses occurring in calendar year 2017, the United States Government would pay 83% of our Insured Losses that exceed our Insurer Deductible.
    d. $160,000,000, with respect to such Insured Losses occurring in calendar year 2018, the United States Government would pay 82% of our Insured Losses that exceed our Insurer Deductible.
    e. $180,000,000, with respect to such Insured Losses occurring in calendar year 2019, the United States Government would pay 81% of our Insured Losses that exceed our Insurer Deductible.
    f. $200,000,000, with respect to such Insured Losses occurring in calendar year 2020, the United States Government would pay 80% of our Insured Losses that exceed our Insurer Deductible.

Decl. Barnett, Ex. B-86

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

Case 2:19-cv-06728-ODW-JEM   Document 18-2   Filed 09/30/19   Page 156 of 514   Page ID #:1108

2. Notwithstanding item 1 above, the United States Government may not have to make any payment under the Act for any portion of Insured Losses that exceed $100,000,000,000.

3. The premium charged for the coverage for Insured Losses under this policy is included in the amount shown in Item 4 of the Information Page or the Schedule below.

**Schedule**

Rate per $100 of Remuneration

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Policy Effective          01/01/2017

Endorsement Effective     01/01/2017          Policy No. **WD001482**          Endorsement No.

Insured          **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**          Premium

Insurance Company     **Protective Insurance Company**     Countersigned by _____

WC 09 04 03 B
(Ed. 1-15)

Decl. Barnett, Ex. B-87

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 09 04 07

(Ed. 7-13)

### FLORIDA NON-COOPERATION WITH PREMIUM AUDIT ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Florida is shown in Item 3.A. of the Information Page.

This endorsement adds the following provisions to Part Five—Premium, G. Audit, of the policy:

We are required to complete the premium audit process no later than 90 days after policy termination. If you fail to return voluntary audit requests or refuse to cooperate in completing a final physical audit, you must pay a premium to us not to exceed three times the most recent estimated annual premium on this policy subject to the following conditions:

1. We make two good faith efforts to obtain the voluntary audit report or complete the physical audit.
2. We document the audit file regarding the above attempts to obtain the required audit information.
3. After the two good faith attempts to obtain records, we send a letter by certified mail to you advising you of the specific records that are required and the premium that will be charged if you continue to refuse access to the records.

If you do not provide all of the specific records required and if we satisfy the conditions above on or before 90 days from the date of policy termination, we may continue to try and conduct the audit and/or re-open the audit for up to three years from the date of policy termination. Alternatively, we may immediately bill you a premium not to exceed three times the most recent estimated annual premium on this policy. If you provide all of the specific records required to complete the premium audit process within the three year period, we will determine your final premium in accordance with Part Five—Premium, E. Final Premium of the policy.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 09 04 07
(Ed. 7-13)

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY** #:5170

**WC 09 06 06**

(Ed. 10-98)

## FLORIDA EMPLOYMENT AND WAGE INFORMATION RELEASE ENDORSEMENT

This policy requires you to release certain employment and wage information maintained by the State of Florida pursuant to federal and state unemployment compensation laws except to the extent prohibited or limited under federal law. By entering into this policy, you consent to the release of the information.

We will safeguard the information and maintain its confidentiality. We will limit use of the information to verifying compliance with the terms of the policy.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |

Insurance Company   **Protective Insurance Company**   Countersigned by _____

**WC 09 06 06**
(Ed. 10-98)
© 1998 National Council on Compensation Insurance, Inc. Decl. Barnett, Ex. B-89

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY     WC 99 04 01

(Ed. 3-10)

### FLORIDA FINAL PREMIUM ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Florida is shown in Item 3.A. of the Information Page.

Part Five, Section E, the **Final Premium** Condition of the policy is replaced by this Condition:

### E.  Final Premium

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 99 04 01
(Ed. 3-10)

Decl. Barnett, Ex. B-90

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    **WC 10 06 01 B**

(Ed. 7-14)

---

## GEORGIA CANCELLATION, NONRENEWAL, AND CHANGE ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Georgia is shown in Item 3.A. of the Information Page.

Part Six—Conditions, Section D. (Cancellation) of the policy is replaced by the following:

### D. Cancellation, Nonrenewal, and Change

1.  You may cancel this policy. You must mail or deliver advance notice to us stating when the cancellation is to take effect, subject to the following:

    a.  If only your interest is affected, the effective date of cancellation will be the later of the date we receive notice from you or the date specified in the notice.

    b.  If by statute, regulation, or contract this policy may not be cancelled unless notice is given to a governmental agency or other third party, we will mail or deliver at least 10 days' notice to you and the third party as soon as practicable after receiving your request for cancellation.

    Our notice will state the effective date of cancellation, which will be the later of the following:

    1)  10 days from the date of mailing or delivering our notice, or

    2)  The effective date of cancellation stated in your notice to us.

2.  We may cancel or nonrenew this policy. We must mail or deliver notice at least 10 days before the effective date of cancellation if this policy has been in effect less than 60 days or if we cancel for nonpayment of premium. If this policy has been in effect 60 or more days and we cancel for a reason other than nonpayment of premium or if we nonrenew this policy, we must send to you a notice of cancellation or nonrenewal by certified mail, return receipt requested, to your last address of record at least 75 days prior to the effective date of cancellation or nonrenewal.

3.  If we increase current policy premium by more than 15% (other than any increase in premium due to change in risk or exposure, or including a change in experience modification or resulting from an audit of auditable coverages), limit or restrict coverage, we must mail by first class mail or deliver a notice of our action (including dollar amount of any increase in renewal premium more than 15%) to you at the last mailing address of record at least 45 days before the expiration date of this policy.

4.  If you fail to submit to, or allow an audit for, the current or most recently expired policy term, we may, after two documented efforts to notify you and your agent of potential cancellation, send via certified mail or statutory overnight delivery, return receipt requested, written notice to you at least 10 days prior to the effective date of cancellation in lieu of the number of days' notice otherwise required by state law. However, we must not mail a cancellation notice within 20 days of the first documented effort to notify you of potential cancellation.

5.  The policy period will end on the day and hour stated in the cancellation notice except as provided for above.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |

Insurance Company    **Protective Insurance Company**    Countersigned by _____

Decl. Barnett, Ex. B-91

© Copyright 1993–2014 National Council on Compensation Insurance, Inc. All Rights Reserved.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 12 03 06 A

(Ed. 07-11)

**ILLINOIS WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY EXCLUSION ENDORSEMENT**

C.  Change Part Two—C. Exclusions 1. as follows:

This insurance does not cover

1.  liability assumed under a contract, and/or any agreement to waive your right to limit your liability for contribution to the amount of benefits payable under the Workers Compensation Act and the Workers Occupational Disease Act. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | |
|---|---|---|
| Policy Effective | **01/01/2017** | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | Premium |

Insurance Company **Protective Insurance Company**          Countersigned by _____

WC 12 03 06 A
(Ed. 07-11)

© Copyright 2010 National Council on Compensation Insurance, Inc. All Rights Reserved.

Decl. Barnett, Ex. B-92

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    **WC 12 06 01 E**

(Ed. 01-15)

## ILLINOIS AMENDATORY ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Illinois is shown in Item 3.A. of the Information Page.

Part Two—Employers Liability Insurance, Section B. (We Will Pay), Item 3. of the policy is replaced by the following:

3. For consequential bodily injury to a party to a civil union, spouse, child, parent, brother or sister of the injured employee; provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

Part Five—Premium, Section G. (Audit) of the policy is replaced by the following:

### G. Audit

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy ends. Information developed by audit will be used to determine final premium. The National Council on Compensation Insurance has the same rights we have under this provision.

Part Six—Conditions, Section A. (Inspection) of the policy is replaced by the following:

### A. Inspection

We have the right, but are not obliged, to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes, or standards. The National Council on Compensation Insurance has the same rights we have under this provision.

Part Six—Conditions, Section D. (Cancellation) of the policy is replaced by the following:

### D. Cancellation

1. You may cancel this policy. You will mail or deliver advance written notice to us, stating when the cancellation is to take effect.

2. We may cancel this policy. We will mail to each named insured at the last known mailing address advance written notice stating when the cancellation is to take effect. We will maintain proof of mailing of the notice of cancellation. A copy of all such notices shall be sent to the broker or agent of record, if known, at the last known mailing address. The broker or agent of record may opt to accept notification electronically.

3. If we cancel because you do not pay all premium when due, we will mail the notice of cancellation at least ten days before the cancellation is to take effect. If we cancel for any other reason, we will mail the notice:

   a. At least 30 days before the cancellation is to take effect if the policy has been in force for 60 days or less;
   b. At least 60 days before the cancellation is to take effect if the policy has been in force for 61 days or more.

4. If this policy has been in effect for 60 days or more, we may cancel only for one of the following reasons:
   a. Nonpayment of premium;
   b. The policy was issued because of a material misrepresentation;
   c. You violated any of the terms and conditions of the policy;
   d. The risk originally accepted has measurably increased;
   e. The Director has determined that we no longer have adequate reinsurance to meet our needs; or
   f. The Director has determined that continuation of coverage could place us in violation of the laws of Illinois.

Decl. Barnett, Ex. B-93

© Copyright 2014 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WC 12 06 01 E**     WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 01-15)

---

5.   Our notice of cancellation will state our reasons for cancelling.

6.   The policy period will end on the day and hour stated in the cancellation notice.

Part Six—Conditions, Section E. (Sole Representative) of the policy is replaced by the following:

**E. Sole Representative**

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, or give us notice of cancellation.

Part Six—Conditions of the policy is changed by adding the following:

**F. Nonrenewal**

1.   We may elect not to renew the policy. If we fail to give at least 60 days notice prior to the expiration date of the current policy, the policy will automatically be extended for one year. We will mail to each named insured the nonrenewal notice at the last known mailing address. We will maintain proof of mailing of the nonrenewal notice. An exact and unaltered copy of such notice will also be sent to the named insured's producer, if known, or the producer of record at the last known mailing address. The named insured's producer, if known, or the producer of record may opt to accept notification electronically.

2.   Our notice of nonrenewal will state our reasons for not renewing.

3.   If we fail to provide the notice of nonrenewal as required, the policy will still terminate on its expiration date if:
     a.   You notify us or the producer who procured this policy that you do not want the policy renewed; or
     b.   You fail to pay all premiums when due; or
     c.   You obtain other insurance as a replacement of the policy.

**Note:**
1.   Cancellation and nonrenewal of the workers compensation and employers liability insurance policy is regulated by Sections 143.14, 143.15, 143.16, 143.16a, 143.17, and 143.17a of the insurance law of Illinois.
2.   This endorsement must be attached to a policy showing Illinois in Item 3.A. of the Information Page.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

WC 12 06 01 E
(Ed. 01-15)

Decl. Barnett, Ex. B-94

© Copyright 2014 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**   **WC 15 04 01 A**

(Ed. 1-10)

## KANSAS FINAL PREMIUM ENDORSEMENT

This endorsement changes how the final premium is determined. The change applies only to the premium charged because Kansas is shown in Item 3.A. of the Information Page

- Kansas final premium will not be less than the highest minimum premium for the classifications covered by this policy unless there are two or more classifications covered and the highest rated classification has less than $500 payroll.
- When this occurs the final premium will not be less than one-half of the sum of the two highest minimum premiums for any classifications covered by the policy other than Clerical Office and Salespersons.
- When the highest rated classification has less than $500 payroll and Standard Exception classifications are the only classifications showing payrolls, the final premium will not be less than the minimum premium for the classification showing the highest payroll.
- Final premium for a multiple state policy will be that of the state with the single highest minimum premium, even if that state is on an "if any" basis. If two or more states have the same highest minimum premium, the minimum premium is determined by the state with the largest amount of standard premium.
- Minimum premium is subject to final adjustment at audit and will be determined only on the basis of the classifications developing premium.
- If the final earned premium is less than the minimum premium determined at audit, then that minimum premium must be charged.
- If no classification develops premium, the final premium shall be a flat charge of $200.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Policy Effective            **01/01/2017**

Endorsement Effective   **01/01/2017**                          Policy No. **WD001482**                  Endorsement No.

Insured                        **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**          Premium

Insurance Company    **Protective Insurance Company**    Countersigned by _____

**WC 15 04 01 A**
(Ed. 1-10)

© Copyright 2009 National Council on Compensation Insurance, Inc. All Rights Reserved.   Decl. Barnett Ex. B-95

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 15 04 04**

(Ed. 3-96)

## KANSAS PENDING LOSS COST ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Kansas is shown in Item 3.A. of the Information Page.

The premium for this policy is determined by the product of loss costs developed and filed by the National Council on Compensation Insurance, Inc. and a loss cost multiplier filed by us. The loss costs and our loss cost multiplier are subject to approval by the Kansas Insurance Department. Revised loss costs developed by the National Council on Compensation Insurance, Inc. are currently pending before the Kansas Insurance Department. The Kansas Insurance Department's decision on the change may increase or decrease the premium from that used to issue your policy. If it is different, your policy will be endorsed to reflect the new premium based on the loss costs approved by the Kansas Insurance Department.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |

Insurance Company    **Protective Insurance Company**    Countersigned by _____

**WC 15 04 04**
(Ed. 3-96)

© 1996 National Council on Compensation Insurance, Inc.

Decl. Barnett, Ex. B-96

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 15 06 01 A**

(Ed. 1-87)

## KANSAS CANCELATION AND NONRENEWAL ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Kansas is shown in Item 3.A. of the Information Page.

The **Cancelation** Condition of the policy is replaced by these two Conditions:

**Cancelation**

1. You may cancel this policy. You will mail or deliver advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy. If we cancel because you fail to pay all premium when due, we will mail or deliver to you not less than 10 days advance written notice stating when the cancelation is to take effect. If we cancel for any other reason, we will mail or deliver to you not less than 30 days advance written notice stating when the cancelation is to take effect. Mailing notice to you at your last known address will be sufficient to prove notice.

3. If this policy has been in effect for 90 days or more, we may cancel only for one of the following reasons:
   a. nonpayment of premium;
   b. the policy was issued because of a material misrepresentation;
   c. you violated any of the material terms and conditions of the policy;
   d. there are unfavorable underwriting factors, specific to you, that were not present when the policy took effect;
   e. the Commissioner has determined that our continuation of coverage could place us in a hazardous financial condition or in violation of the laws of Kansas; or
   f. the Commissioner has determined that we no longer have adequate reinsurance to meet our needs.

4. Our notice of cancelation will state our reasons for canceling.

5. The policy period will end on the day and hour stated in the cancelation notice.

**Nonrenewal**

1. We may elect not to renew the policy. We will mail to you not less than 60 days advance written notice when the nonrenewal will take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

2. Our notice of nonrenewal will state our reasons for not renewing.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |

Insurance Company   **Protective Insurance Company**   Countersigned by ___*Whitt*_____

**WC 15 06 01 A**
(Ed. 1-87)
© 1986 National Council on Compensation Insurance.   Decl. Barnett, Ex. B-97

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 16 03 05

(Ed. 6-07)

### KENTUCKY PART ONE WORKERS COMPENSATION INSURANCE ENDORSEMENT

This endorsement modifies the insurance policy to which it is attached and applies to the insurance provided by this policy because Kentucky is shown in Item 3.A. of the Information Page.

F. 3. of Part One, Workers Compensation Insurance of the policy is replaced by the following:

F.  **Payments You Must Make**

3.  you fail to comply with a health or safety law or regulation; provided that, however, we are responsible for payment of any amounts in excess of the benefits regularly provided under the workers compensation law of this state if an accident is caused in any degree by the intentional failure of the employer to comply with any specific statute or lawful administrative regulation made thereunder, communicated to the employer and relative to the installation or maintenance of safety appliances or methods as provided in KRS 342.165(1); or

Except for any payments for which we are responsible as provided in Section F.3. above, if we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | _Whitld_ |

WC 16 03 05
(Ed. 6-07)

© 2007 National Council on Compensation Insurance, Inc. All rights reserved.

Decl. Barnett, Ex. B-98

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     **WC 16 06 01**

(Ed. 12-97)

### KENTUCKY CANCELATION AND NONRENEWAL ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Kentucky is shown in Item 3.A. of the Information Page.

The **Cancelation** Condition of the policy is replaced by the following:

**Cancelation**

1.  You may cancel this policy. You will deliver or mail advance written notice to us, stating when the cancelation is to take effect.

2.  We may cancel this policy. We will deliver or mail to you not less than 75 days advance written notice stating when the cancelation is to take effect and our reason or reasons for cancelation. If we cancel for nonpayment of premium or within 60 days of the date of issuance of the policy, we will deliver or mail this notice not less than 14 days prior to the effective date of cancelation. Proof of mailing of this notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3.  After coverage has been in effect more than 60 days or after the effective date of a renewal policy, we may not cancel the policy unless cancelation is based on one or more of the following reasons:

    a.  nonpayment of premium;

    b.  discovery of fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy, or presenting a claim under the policy;

    c.  discovery of willful or reckless acts or omissions on your part increasing any hazard originally insured;

    d.  changes in conditions after the effective date of the policy or any renewal substantially increasing any hazard originally insured;

    e.  a violation of any local fire, health, safety, building, or construction regulation or ordinance at any of your covered workplaces substantially increasing any hazard originally insured;

    f.  our involuntary loss of reinsurance for the policy;

    g.  a determination by the commissioner that the continuation of the policy would place us in violation of Kentucky insurance laws.

**Nonrenewal**

1.  We may elect not to renew the policy. We will deliver or mail to you not less than 75 days advance written notice stating our intention not to renew and our reason or reasons for nonrenewal. Proof of mailing of this notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

2.  If we fail to provide the notice of nonrenewal as required, the policy will be deemed to be renewed for the ensuing policy period upon payment of the appropriate premium, and coverage will continue until you have accepted replacement coverage with another insurer, until you have agreed to the nonrenewal, or until the policy is canceled.

3.  If we have delivered or mailed to you a renewal notice, bill, certificate, or policy not less than 30 days before the end of the current policy period clearly stating the amount and due date of the renewal premium charge, then the policy will terminate on the due date without further notice unless the renewal premium is received by us or our agent on or before the due date. If the policy terminates in this manner, we will deliver or mail to you within 15 days of termination at your mailing address shown in Item 1 of the Information Page a notice that the policy was not renewed and the date on which coverage ceased to exist. Proof of mailing of the renewal premium to us or our agent on or before the due date will constitute a presumption of receipt on or before the due date.

Decl. Barnett, Ex. B-99

© 1997 National Council on Compensation Insurance, Inc.

**WC 16 06 01**　　　　　　　　**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 12-97)

4.　If we offer to renew the policy for a premium amount more than 25% greater than the premium amount for the current policy term for like coverage and like risks, we will deliver or mail to you and to your agent not less than 75 days advance written notice of the renewal premium amount.  We may at our option, in order to comply with this requirement, extend the period of coverage of the current policy at the expiring premium.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | |
|---|---|
| Policy Effective | **01/01/2017** |
| Endorsement Effective | **01/01/2017**　　　　　Policy No. **WD001482**　　　　　Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**　　　Premium |

Insurance Company　　**Protective Insurance Company**　　Countersigned by _____

**WC 16 06 01**
(Ed. 12-97)

Decl. Barnett, Ex. B-100

© 1997 National Council on Compensation Insurance, Inc.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**   **WC 16 06 02**

**(Ed. 10-99)**

## KENTUCKY NOTICE OF APPEAL RIGHTS ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Kentucky is shown in Item 3.A. of the Information Page.

### NOTICE OF YOUR RIGHTS

If you believe that the rates or the rating system under this policy have been incorrectly or improperly applied, you may request a review of the manner in which the rate or rating system has been applied. You must make your request in writing to us or the National Council on Compensation Insurance, Inc. (NCCI). We or NCCI has thirty (30) days to grant or reject your request for a review and to notify you in writing whether your request has been granted or rejected. If your request is granted, we or NCCI shall conduct the review within ninety (90) days of receiving your request. If your request is rejected or if you are dissatisfied with the results of the review, you may appeal to the commissioner for further review. You must make your appeal within thirty (30) days of receipt of the rejection or of the results of your review. Your appeal is to be sent to:

Legal Division
Department of Insurance
P. O. Box 517
Frankfort, KY 40602

Your request for an appeal should include a statement of the facts and how the rates or rating system were incorrectly or improperly applied. Also, enclose copies of the results of the review and any other correspondence from us or NCCI. If your appeal shows good cause, the commissioner shall hold a hearing. The commissioner may, after the hearing, issue a final order affirming, modifying or reversing our or NCCI's action.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

**WC 16 06 02**
(Ed. 10-99)

© 1999 National Council on Compensation Insurance, Inc.

Decl. Barnett, Ex. B-101

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY        WC 19 06 01 F

(Ed. 1-16)

## MARYLAND CANCELLATION AND NONRENEWAL ENDORSEMENT

This endorsement applies because Maryland is shown in Item 3.A. of the Information Page.

Part Six—Conditions, Section D. (Cancellation) of the policy is replaced by the following:

### D. Cancellation and Nonrenewal

1. You may cancel this policy. You will mail or deliver advance written notice to us stating when the cancellation is to take effect.

2. We may cancel or nonrenew this policy as follows:

   a. If the policy is cancelled for nonpayment of premium, we will file with the Maryland Workers Compensation Commission's designee, and serve you by certificate of mailing, not less than 10 days' advance written notice stating when the cancellation will take effect.

   b. If the policy is cancelled for reasons other than nonpayment of premium or if the policy is nonrenewed, we will file with the Maryland Workers Compensation Commission's designee, and serve by certified mail or personal service to you, not less than 45 days' advance written notice stating when the cancellation or nonrenewal will take effect.

   Mailing this notice by certified mail to you at your mailing address last known to us creates a presumption of actual delivery of notice. You may be able to rebut this presumption by providing evidence that the notice was not delivered.

3. The effective dates of the cancellation or nonrenewal are determined as follows:

   a. Except for cancellation for nonpayment of premium, the policy period will end on the day and hour stated in the cancellation or nonrenewal notice, or 45 days after the date the notice is received by the Maryland Workers Compensation Commission's designee, whichever date is later.

   b. For cancellation for nonpayment of premium, the policy period will end on the day and hour stated in the cancellation notice, or 10 days after the date the notice is received by the Maryland Workers Compensation Commission's designee, whichever date is later.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 19 06 01 F
(Ed. 1-16)

## Decl. Barnett, Ex. B-102

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 21 03 03 A

(Ed. 6-97)

### MICHIGAN NOTICE TO POLICYHOLDER ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Michigan is shown in Item 3.A. of the Information Page.

1.   Rates and Premium

The policy contains rates and classifications that apply to your type of business. If you have any questions regarding the rates or classifications, please contact us or your agent.

You may obtain pertinent rating information by submitting a written request to us at our address shown on this endorsement. We may require you to pay a reasonable charge for furnishing the information.

You may also submit a written request for a review of the method by which your rates and premiums were determined. If you are not satisfied with the results of the review, you may appeal to the Commissioner of Insurance at the address shown in this endorsement.

2.   Payroll Audits

You may request a payroll audit once each calendar year. Your request must be in writing, sent to our address shown in this endorsement. You must state that you believe your payroll expenditures have changed by 20% or more, and you must state the reasons for that belief. We will complete the audit within 120 days of receipt of your request if you provide us with all information we need to perform the audit.

3.   Reserves or Redemption

You may request reserve and redemption information that relates to the premium for this policy. Your request must be in writing sent to our address shown in this endorsement. We will provide you with that information within thirty (30) days of receipt of your request.

If you believe that the policy premiums are excessive because we set unreasonable reserves or because of the unreasonable redemption of a claim, you may request a meeting with our management representative. Your request must be in writing sent to our address shown in this endorsement. If you are not satisfied with the results of the meeting, you may appeal to the Insurance Commissioner at the address shown in this endorsement.

Addresses

Commissioner of Insurance
Michigan Insurance Bureau
P.O. Box 30220
Lansing, MI 48909

Company Address
Protective Insurance Company
PO Box 7099
Indianapolis, IN 46207-7099

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

WC 21 03 03 A
(Ed. 6-97)

Decl. Barnett, Ex. B-103

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 21 03 04

(Ed. 4-84)

### MICHIGAN LAW ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Michigan is shown in Item 3.A. of the Information Page.

Michigan law requires that we attach this paragraph to your policy in the language specified by the statute. To help you understand the paragraph, the following definitions are added:

1.   We are "the insurer issuing this policy"

2.   You are "the insured employer"

3.   "Michigan workmen's compensation act" means the Workers' Disability Compensation Act of 1969"

4.   "Workmen's compensation" means workers compensation"

5.   "The bureau of workmen's compensation" means the Bureau of Workers' Disability Compensation"

"Notwithstanding any language elsewhere contained in this contract or policy of insurance, the accident fund or the insurer issuing this policy hereby contracts and agrees with the insured employer:

**Compensation**

a.   That it will pay to the persons that may become entitled thereto all workmen's compensation for which the insured employer may become liable under the provisions of the Michigan workmen's compensation act for all compensable injuries or compensable occupational diseases happening to his employees during the life of this contract or policy;

**Medical Services**

b.   That it will furnish or cause to be furnished to all employees of the employer all reasonable medical, surgical, and hospital services and medicines when they are needed, which the employer may be obligated to furnish or cause to be furnished to his employees under the provisions of the Michigan workmen's compensation act, and that it will pay to the persons entitled thereto for all such services and medicines when they are needed for all compensable injuries or compensable occupational diseases happening to his employees during the life of this contract or policy;

**Rehabilitation Services**

c.   That it will furnish or cause to be furnished such rehabilitation services for which the insured employer may become liable to furnish or cause to be furnished under the provisions of the Michigan workmen's compensation act for all compensable injuries or compensable occupational diseases happening to his employees during the life of this contract or policy;

**Funeral Expenses**

d.   That it will pay or cause to be paid the reasonable expense of the last sickness and burial of all employees whose deaths are caused by compensable injuries or compensable occupational diseases happening during the life of this contract or policy and arising out of and in the course of their employment with the employer, which the employer may be obligated to pay under the provisions of the Michigan workmen's compensation act;

**Scope of Contract**

e.   That this insurance contract or policy shall for all purposes be held and deemed to cover all the businesses the said employer is engaged in at the time of the issuance of this contract or policy and all other businesses, if any, the employer may engage in during the life thereof, and all employees the employer may employ in any of his businesses during the period covered by this policy;

Decl. Barnett, Ex. B-104

WC 21 03 04                    WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 4-84)

**Obligations Assumed**

f.   That it hereby assumes all obligations imposed upon the employer by his acceptance of the Michigan workmen's compensation act, as far as the payment of compensation, death benefits, medical, surgical, hospital care or medicine and rehabilitation services is concerned;

**Termination Notice**

g.   That it will file with the bureau of workmen's compensation at Lansing, Michigan, at least 20 days before the taking effect of any termination or cancelation of this contract or policy, a notice giving the date at which it is proposed to terminate or cancel this contract or policy; and that any termination of this policy shall not be effective as far as the employees of the insured employer are concerned until 20 days after notice of proposed termination or cancelation is received by the bureau of workmen's compensation;

**Conflicting Provisions**

h.   That all the provisions of this contract, if any, which are not in harmony with this paragraph are to be construed as modified hereby, and all conditions and limitations in the policy, if any, conflicting herewith are hereby made null and void."

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 21 03 04
(Ed. 4-84)                    Decl. Barnett, Ex. B-105

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    **WC 21 04 02 B**

(Ed. 1-15)

## MICHIGAN TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT DISCLOSURE ENDORSEMENT

This endorsement addresses requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2015.

### Definitions

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2015.

"Act of terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States as meeting all of the following requirements:

   a.   The act is an act of terrorism.
   b.   The act is violent or dangerous to human life, property or infrastructure.
   c.   The act resulted in damage within the United States, or outside the United States in the case of the premises of United States missions or certain air carriers or vessels.
   d.   The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss" means any loss resulting from an act of terrorism (including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer Deductible" means: for the period beginning on January 1, 2015, and ending on December 31, 2020, an amount equal to 20% of our direct earned premiums during the immediately preceding calendar year.

### Limitation of Liability

The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a calendar year, and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

Decl. Barnett, Ex. B-106

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WC 21 04 02 B**                    WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 1-15)

---

**Policyholder Disclosure Notice**

1.  Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses exceed:
    a.  $100,000,000, with respect to such Insured Losses occurring in calendar year 2015, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.
    b.  $120,000,000, with respect to such Insured Losses occurring in calendar year 2016, the United States Government would pay 84% of our Insured Losses that exceed our Insurer Deductible.
    c.  $140,000,000, with respect to such Insured Losses occurring in calendar year 2017, the United States Government would pay 83% of our Insured Losses that exceed our Insurer Deductible.
    d.  $160,000,000, with respect to such Insured Losses occurring in calendar year 2018, the United States Government would pay 82% of our Insured Losses that exceed our Insurer Deductible.
    e.  $180,000,000, with respect to such Insured Losses occurring in calendar year 2019, the United States Government would pay 81% of our Insured Losses that exceed our Insurer Deductible.
    f.  $200,000,000, with respect to such Insured Losses occurring in calendar year 2020, the United States Government would pay 80% of our Insured Losses that exceed our Insurer Deductible.

2.  Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceed $100,000,000,000.

3.  The premium charged for the coverage for Insured Losses under this policy is included in the amount shown in Item 4 of the Information Page or the Schedule below.

**Schedule**

| State | Rate per $100 of Remuneration |
|---|---|
| | |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 21 04 02 B**
(Ed. 1-15)

Decl. Barnett Ex. B-107

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 22 00 00 A

(Ed. 11-03)

### MINNESOTA AMENDATORY ENDORSEMENT

This endorsement applies only to the insurance provided because Minnesota is shown in Item 3.A. of the Information Page.

### PART TWO—EMPLOYERS LIABILITY INSURANCE

E.    **We Will Also Pay** is amended to read:

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding, or suit we defend:

1.    Reasonable expenses incurred at our request, but not loss of earnings;

2.    Premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3.    Litigation costs taxed against you;

4.    Your share of pre- or postjudgement interest assuming that the principal amount of that judgement is within the applicable policy limits under this insurance; and

5.    Expenses we incur.

H.    **Recovery From Others** is amended to read:

Our ability to exercise your rights to recover our payment from anyone liable for injury covered by this insurance does not apply if that other person is insured for the same loss by us. This limitation applies only if the loss was caused by the nonintentional acts of the person against whom subrogation is sought.

### PART FIVE—PREMIUM

G.    **Audit** is amended to read:

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data.

We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends, except as it pertains to Part Two—Employer's Liability Insurance which shall be one year. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

Decl. Barnett, Ex. B-108

DEFINITIONS

As used in this policy, "rate service organization" shall mean the Minnesota Workers' Compensation Insurers Association, Inc.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 22 00 00 A**
(Ed. 11-03)

Decl. Barnett, Ex. B-109

© 2002 Minnesota Workers' Compensation Insurers Association, Inc.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                WC 22 04 02

(Ed. 9-95)

### MINNESOTA ANNIVERSARY RATING DATE ENDORSEMENT

The experience rating modification factor, if any, may change on your anniversary rating date shown in the Schedule.

Schedule

Anniversary Rating Date                 06              (Month)              30              (Day)

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

WC 22 04 02
(Ed. 9-95)

Decl. Barnett, Ex. B-110

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**   **WC 22 06 01 D**

(Ed. 8-06)

## MINNESOTA CANCELLATION AND NONRENEWAL ENDORSEMENT

This endorsement applies only to the insurance provided because Minnesota is shown in Item 3.A. of the Information Page.

**Cancellation of a New Policy**

If this policy is a new policy and has been in effect for fewer than 90 days, we may cancel for any reason by giving you notice at least 60 days before the effective date of Cancellation.

**Cancellation of Other Policies**

If this policy has been in effect for 90 days or more, or if it is a renewal of a policy we issued, we may cancel **for one or more** of the following reasons:

1. Nonpayment of premium;

2. Misrepresentation or fraud made by you or with your knowledge in obtaining the policy or in pursuing a claim under the policy;

3. An act or omission by you that substantially increases or changes the risk insured;

4. Refusal by you to eliminate known conditions that increase the potential for loss after notification by us that the condition must be removed;

5. Substantial change in the risk assumed, except to the extent that we should reasonably have foreseen the change or contemplated the risk in writing this policy;

6. Loss of reinsurance by us which provided coverage to us for a significant amount of the underlying risk insured. Any notice of cancellation pursuant to this item shall advise you that you have 10 days from the date of receipt of the notice to appeal the cancellation to the commissioner of commerce and that the commissioner will render a decision as to whether the cancellation is justified because of the loss of reinsurance within 30 business days after receipt of the appeal;

7. A determination by the commissioner that the continuation of the policy could place us in violation of the Minnesota insurance laws; or

8. Nonpayment of dues to an association or organization, other than an insurance association or organization, where payment of dues is a prerequisite to your obtaining or continuing this policy. This item shall not apply to persons who are retired at 62 years of age or older or who are disabled according to Social Security standards.

If we cancel your policy for any of the reasons listed in (2) through (8), we will give notice at least 60 days before the effective date of cancellation.

**Notice of Cancellation**

Any notice of cancellation under this endorsement shall be in writing and shall be sent by first class mail or delivered to you and any agent, to the last mailing addresses known to us. A cancellation notice for nonpayment of premium must be sent at least 30 days before the actual date of cancellation and shall state the amount of premium due and the due date, and shall state the effect of nonpayment by the due date. Cancellation shall not be effective if payment of the amount due is made prior to the effective date of cancellation in the notice. A cancellation notice for some other reason shall state the specific reason for cancellation and shall state the effective date of cancellation. The policy will end on that date.

**Refunds Due You**

If this policy is canceled, we will send you any premium refund due. If we cancel, the refund will be pro rata. If you cancel, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

Decl. Barnett, Ex. B-111

© 2006 Minnesota Workers' Compensation Insurers Association, Inc.

**WC 22 06 01 D**      WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 8-06)

**Nonrenewal of Your Policy**

Any notice of nonrenewal shall be in writing and shall be sent by first class mail, or delivered to you and any agent, to the last mailing addresses known to us, at least 60 days before the expiration date.

We need not mail or deliver this nonrenewal notice if you have:

1.    Insured elsewhere;

2.    Accepted replacement coverage; or

3.    Requested or agreed not to renew this policy.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 22 06 01 D**
(Ed. 8-06)

2 of 2

Decl. Barnett, Ex. B-112

© 2006 Minnesota Workers' Compensation Insurers Association, Inc.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     WC 24 04 06 D

(Ed. 8-16)

### MISSOURI EMPLOYER-PAID MEDICAL ENDORSEMENT

This endorsement applies because Missouri is shown in Item 3.A. of the Information Page.

As a Missouri employer, you have the right, as provided by Section 287.957 of the Revised Statutes of Missouri, to have medical-only claims that do not exceed 20% of the current primary and excess loss split point amount, as shown in the Schedule below, excluded from your experience rating modification calculation. This will only be allowed when you pay all of the employee's medical costs; there is no lost time from the employment, other than the first three days or less of disability; and no claim is filed. The current primary and excess loss split point amount is provided in the rating values of NCCI's *Experience Rating Plan Manual*. **You still must report all injuries, regardless of the dollar amount, to the Division of Workers' Compensation and to us.**

However, it should be noted that if, at any time, the medical expenses that are paid out of pocket due to a particular injury ever exceed 20% of the current primary and excess loss split point amount and/or the employee misses more than three days from work due to the injury, then this injury must be reported to us as a claim. We will pay the full amount of the claim, which includes any reimbursements due to you for past medical expenses incurred by you for this particular claim. As a result, the total amount of losses incurred by us due to this claim will be included in your experience rating modification calculation.

### Schedule

**20% of the Current Primary and Excess Loss Split Point Amount** _____ **$16,500** _____

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 24 04 06 D**
(Ed. 8-16)

Decl. Barnett, Ex. B-113

© Copyright 1998–2016 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    **WC 24 06 01 B**

(Ed. 1-96)

## MISSOURI CANCELATION AND NONRENEWAL ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Missouri is shown in Item 3.A. of the Information Page.

The **Cancelation** Condition of the policy is replaced by the following:

**Cancelation**

1.   You may cancel this policy. You will mail or deliver advance written notice to us, stating when the cancelation is to take effect.

2.   We may cancel this policy. We will mail or deliver to you not less than 60 days advance written notice stating when the cancelation is to take effect and our reason for cancelation. Proof of mailing of this notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3.   The 60-day notice requirement does not apply where cancelation is based on one or more of the following reasons:
     a.   nonpayment of premium;
     b.   fraud or material misrepresentation affecting the policy or in the presentation of a claim under the policy;
     c.   a violation of policy terms;
     d.   changes in conditions after the effective date of the policy materially increasing the hazards originally insured;
     e.   our insolvency;
     f.   our involuntary loss of reinsurance for the policy.

4.   The policy period will end on the day and hour stated in the cancelation notice.

**Nonrenewal**

1.   We may elect not to renew the policy. We will mail to you not less than 60 days advance written notice stating when the nonrenewal will take effect and our reason for nonrenewal. Proof of mailing of this notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

2.   If we fail to provide the notice of nonrenewal as required, the policy will still terminate on its expiration date if:
     a.   we show you our willingness to renew the policy but you notify us or the agent or broker who procured this policy that you do not want the policy renewed; or
     b.   you fail to pay all premiums when due; or
     c.   you obtain other insurance as a replacement of the policy.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 24 06 01 B**
(Ed. 1-96)

Decl. Barnett, Ex. B-114

© 1995 National Council on Compensation Insurance, Inc.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

WC 24 06 02 B

(Ed. 7-06)

## MISSOURI PROPERTY AND CASUALTY GUARANTY ASSOCIATION NOTIFICATION ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Missouri is shown in Item 3.A. of the Information Page.

Missouri Property and Casualty Insurance Guaranty Association Coverage Limits:

1. Subject to the provisions of the Missouri Property and Casualty Insurance Guaranty Association Act (Act), if we are a member of the Missouri Property and Casualty Insurance Guaranty Association (Association), the Association will pay claims covered under the Act if we become insolvent.

2. The Act contains various exclusions, conditions and limitations that govern a claimant's eligibility to collect payment from the Association and affect the amount of any payment. The following limitation applies subject to all other provisions of the Act:

    a. Claims covered by the Association do not include a claim by or against an insured of an insolvent insurer if the insured has a net worth of more than $25 million on the later of the end of the insured's most recent fiscal year or the December thirty-first of the year next preceding the date the insurer becomes an insolvent insurer; provided that an insured's net worth on such date shall be deemed to include the aggregate net worth of the insured and all of its affiliates as calculated on a consolidated basis.

    If the insured prepares an annual report to shareholders, or an annual report to management reflecting net worth, then such report for the fiscal year immediately preceding the date of insolvency of the insurer will be used to determine net worth.

    However, the association will not:

    (1) Pay an amount in excess of the applicable limit of insurance of the policy from which a claim arises; or

    (2) Return to an insured any unearned premium in excess of $25,000.

    These limitations have no effect on the coverage we will provide under this policy.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

**WC 24 06 02 B**
(Ed. 7-06)

Decl. Barnett, Ex. B-115

© Copyright 2006 National Council on Compensation Insurance, Inc. All Rights Reserved.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 24 06 04 B

(Ed. 1-17)

## MISSOURI AMENDATORY ENDORSEMENT

This endorsement applies because Missouri is shown in Item 3.A. of the Information Page.

Part Five—Premium, Section G. (Audit) of the policy is replaced by the following:

### G. Audit

You will let us examine and audit all your records that relate to this policy during regular business hours during and after the policy period ends. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

Audits shall be completed, billed, and premiums returned within 120 days of policy expiration or cancellation. This standard of 120 days shall not be applicable if:

1. A delay is caused by your failure to respond to reasonable audit requests provided that the requests are timely and adequately documented; or
2. A delay is by the mutual agreement of you and us provided that the agreement is adequately documented.

If you or we have any objection to the results of any audit, you or we shall have up to three years from the date of expiration or cancellation of this policy in which to send a written notice demanding a reconsideration of the audit.  The written notice shall be based upon sufficiently clear and specific facts as to why the audit should be reconsidered.

If you do not allow us to examine and audit all of your records that relate to this policy, and/or do not provide audit information as timely and reasonably requested, we may apply an Audit Noncompliance Charge equal to a maximum of up to two times the estimated annual premium. The method for determining the Audit Noncompliance Charge is shown in the Schedule below.

If you allow us to examine and audit all of your records after we have applied an Audit Noncompliance Charge, we will revise your premium in accordance with our manuals and Part 5—Premium, E. (Final Premium) of this policy.

Failure to cooperate with this policy provision may also result in the cancellation of your insurance coverage, as specified under the policy and allowed under Missouri law.

Decl. Barnett, Ex. B-116

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WC 24 06 04 B**          WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 1-17)

## SCHEDULE

| Basis of Audit<br>Noncompliance Charge | Maximum<br>Audit Noncompliance Charge<br>Mulitplier |
|:---:|:---:|
| $10,892 | 2 |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT | | Premium |

Insurance Company                    Countersigned by _____

**WC 24 06 04 B**
(Ed. 1-17)

Decl. Barnett, Ex. B-117

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 27 06 01 C

(Ed. 10-08)

## NEVADA CANCELLATION AND NONRENEWAL ENDORSEMENT

This endorsement applies to the insurance provided by this policy, because Nevada is shown in Item 3.A. of the Information Page.

Part Six—Conditions, D. Cancellation of the policy is replaced by the following:

**A.    Midterm Cancellation**

1.    You may cancel this policy by mailing or delivering advance written notice to us stating when the cancellation is to take effect.

2.    We will provide you not less than 10 days notice if this policy is cancelled because you failed to pay a premium or remit an amount due because of an endorsement for a deductible when due.

3.    We will provide you not less than 30 days notice for any other cancellation reason permitted under Nevada law, including failure to pay additional premium charged due to an audit of any payroll under the terms of the current or previous policy.

4.    No policy of industrial insurance that has been in effect for at least 70 days or that has been renewed may be cancelled, except on any one of the following grounds:

a.    A failure by the policyholder to pay a premium for the policy of industrial insurance when due, including the failure of the policyholder to remit an amount due because of an endorsement for a deductible;

b.    A failure by the policyholder to:

(1) Report any payroll;

(2) Allow the insurer to audit any payroll in accordance with the terms of the policy or any previous policy issued by the insurer; or

(3) Pay any additional premium charged because of an audit of any payroll as required by the terms of the policy or any previous policy issued by the insurer;

c.    A material failure by the policyholder to comply with any federal or state order concerning safety or any written recommendation of the insurer's designated representative for loss prevention;

d.    A material change in ownership of the policyholder or any change in the policyholder's business or operations that:

(1) Materially increases the hazard for frequency or severity of loss;

(2) Requires additional or different classifications for the calculation of premiums; or

(3) Contemplates an activity that is excluded by any reinsurance treaty of the insurer;

e.    A material misrepresentation made by the policyholder; or

f.    A failure by the policyholder to cooperate with the insurer in conducting an investigation of a claim.

5.    We cannot cancel the policy when the referenced reasons are corrected by you within the time specified in the written notice of cancellation.

**B.    Nonrenewal**

1.    We may elect not to renew the policy. We will provide to you a written notice of our intention not to renew at least 60 days before the expiration date.

2.    We need not provide notice of our intention not to renew if you have accepted replacement coverage, if you have requested or agreed to nonrenewal, or if the policy is expressly designated as nonrenewable.

**C.    Information About Claims Paid**

1.    If you request information for the renewal of the policy, we will provide you with information regarding claims paid on your behalf.

2.    We will provide the information within 30 working days after we receive your written request. We may charge a reasonable fee for providing the information.

**D.    Notices**

1.    We will provide advance written notice of cancellation or nonrenewal as provided in A and B above. This notice must be served personally on or sent by first-class mail or electronic transmission to the employer.

2.    Notices will state the effective date of the cancellation or nonrenewal and will be accompanied by a written explanation of the specific reasons for the cancellation or nonrenewal.

3.    A written notice of cancellation is not required if we mutually agree with you to cancel the policy and reissue a new policy based upon a material change in the ownership or operation of your business.

Decl. Barnett Ex. B-118

© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WC 27 06 01 C**                    **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 10-08)

---

**E.   Compliance With Law**

1.   Any of these provisions that conflict with a law that controls the cancellation or renewal or nonrenewal of the insurance in this policy is changed by this statement to comply with the law.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 27 06 01 C**
(Ed.10-08)

Decl. Barnett, Ex. B-119

© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**   **WC 28 04 04**

(Ed. 1-08)

### NEW HAMPSHIRE PENDING RATE CHANGE ENDORSEMENT

A rate change filing is being considered by the proper regulatory authority. The filing may result in rates different from the rates shown on the policy. If the approval of the pending rate change filing results in changes to the rates on this policy, we will issue an endorsement within 60 days of the effective date of rates approved by the regulatory authority to show the new rates and their effective date.

If New Hampshire is shown in Item 3.A. of the Information Page, this endorsement applies to that state.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 28 04 04**
(Ed. 1-08)

Decl. Barnett, Ex. B-120

© Copyright 2007 National Council on Compensation Insurance. Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**　　　　　WC 28 06 04

(Ed. 4-92)

## NEW HAMPSHIRE AMENDATORY ENDORSEMENT

This endorsement applies only to the New Hampshire coverage provided by the policy because New Hampshire is shown in Item 3.A. of the Information Page.

For New Hampshire coverage, the Cancelation condition of the policy is amended and replaced by:

1. You may cancel this policy. You must mail or deliver advance written notice to us.

2. We may cancel this policy. We will file a written termination notice with the Commissioner of the Department of Labor and will send a copy to you.

3. In case of nonpayment of premium, the cancelation will take effect 30 days after the termination notice is filed.

4. In case of cancelation for reasons other than nonpayment of premium, cancelation will take effect 45 days after the notice of termination is filed.

5. If you have obtained coverage from another insurance carrier or have qualified as a self-insurer, cancelation is effective on the date you obtained the coverage or qualified as a self-insurer.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 28 06 04**
(Ed. 4-92)

Decl. Barnett, Ex. B-121

© 1992 National Council on Compensation Insurance.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

*Effective July 1, 2007*                                    **WC 29 03 06 B**

### NEW JERSEY PART TWO LIMIT OF LIABILITY ENDORSEMENT

This endorsement applies only to the insurance provided by Part Two (Employers Liability Insurance) because New Jersey is shown in Item 3.A. of the Information Page.

With respect to Exclusion C5, this insurance does not cover any and all intentional wrongs within the exception allowed by N.J.S.A. 34:15-8 including but not limited to, bodily injury caused or aggravated by an intentional wrong committed by you or your employees, or bodily injury resulting from an act or omission by you or your employees, which is substantially certain to result in injury.

With respect to Exclusion C7, we will defend any claim, proceeding or suit for damages where bodily injury is alleged. We have the right to investigate and settle. We will not defend or continue to defend after the applicable limits of insurance have been paid. Such policy limits include any legal costs assessed against you on behalf of your employee(s).

We may not limit our liability to pay damages for which we become legally liable to pay because of bodily injury to an infant under the age of 18 years in a proceeding made pursuant to Article 2 as provided in N.J.S.A. 34:15-10.

This insurance does not provide for the payment of any common law negligence damages or other damages when the provisions of Article 2 of the New Jersey Workers Compensation Law have been rejected by you and your employee(s) as provided in N.J.S.A. 34:15-9.

With respect to paragraph F., the "Other Insurance" provisions is replaced with the following:

**F.   Other Insurance**

We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

This insurance, however, is excess over any other applicable insurance with respect to claims for bodily injury arising out of employer practices, policies, acts or omissions enumerated in C-7 above, whether such other insurance is stated to be primary, contributory, excess, contingent or otherwise.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

Decl. Barnett, Ex. B-122

© Compensation Rating and Inspection Bureau

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY         WC 29 04 11 C

*Effective January 1, 2016*

### NEW JERSEY PREMIUM DISCOUNT ENDORSEMENT SCHEDULE Y

The New Jersey premium for this policy and the policies, if any, listed in Item 2 of the Schedule may be eligible for a discount. This endorsement shows the discount rates in Item 1 of the Schedule. The final calculation of premium discount will be determined by our Manual and your New Jersey standard premium as determined by audit.

In certain cases where New Jersey retrospective rating applies, all of the premium may not be subject to retrospective rating. In such cases:

So much of the New Jersey Standard Premium as is subject to retrospective rating shall not be subject to discount. The remainder is subject to discount and the discount is calculated as follows:

    (a)  Determine the discount as though none of the standard premium is subject to retrospective rating.

    (b)  Determine the discount as though only the premium subject to retrospective rating is discounted.

    (c)  The difference between (a) and (b) is the applicable premium discount.

### Schedule

1. Premium Discount. The first **$10,000** of the Standard Premium shall be charged in full without discount, the next **$190,000** shall be subject to a discount of **8.5%**, the next **$1,550,000** shall be subject to a discount of **10.2%**, and the remainder shall be subject to a discount of **10.9%**.

2. Other policies:

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

**WC 29 04 11 C**
(Ed. 1-16)

Decl. Barnett, Ex. B-123

© Compensation Rating and Inspection Bureau



**WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY INSURANCE POLICY**

WC 29 06 01 A

# NEW JERSEY LARGE RISK—LARGE DEDUCTIBLE ENDORSEMENT

1. This endorsement applies to the insurance provided by:

   Part One (Workers' Compensation Insurance) Part Two (Employers' Liability Insurance) and Part Three (Other States Insurance)

2. This endorsement applies between you and us. It does not affect the rights of others under the policy. Nor does it change our obligations under Part One, Part Two or Part Three of the policy, except as otherwise stated in this endorsement.

3. In consideration of a reduced premium you have agreed to reimburse us up to the deductible amounts stated in the Schedule at the end of this endorsement for all payments legally required, including allocated loss adjustment expense which arises out of any claim or suit we defend, where you elect to include such expense.

4. We will remain responsible for the full payment of all claims under this policy without regard to your ability or intention to reimburse us for the deductible amounts. The contract of insurance shall be fully enforceable by your employees or their dependents against us in accordance with NJSA 34:15-83.

**Deductible—Each Occurrence/Each Claim**

5. The deductible amount stated in the Schedule is the most you must reimburse us for indemnity and medical benefits and damages combined, including allocated loss adjustment expense if elected by you, for bodily injury to one or more employees as the result of any one accident or for disablement of one employee due to bodily injury by disease.

**Deductible—Policy Aggregate**

6. The amount stated in the Schedule as aggregate is the most you must reimburse us for the sum of all indemnity and medical benefits, damages, and allocated loss adjustment expense if elected by you, because of bodily injury by accident or bodily injury by disease for the policy period.

   (a) If we cancel the policy, the aggregate amount stated in the Schedule will be reduced to a pro rata amount based on the time this policy was in force.

   (b) If you cancel the policy as a result of your retiring from business, the aggregate deductible amount will be reduced to a pro rata amount based on the time this policy was in force.

   (c) If you cancel the policy for any reason other than retiring from business, the aggregate deductible amount will not be reduced.

   (d) If this policy is issued for a term of less than one year, the aggregate deductible amount will not be reduced.

**Effect of Deductible on Limits of Liability**

7. The applicable limits of liability as respects Part Two (Employers' Liability Insurance) are subject to reduction by the application of the loss reimbursement amount(s) applicable to any claim for accident or disease covered by this policy. In the event of a claim, our obligation to pay is the amount available for benefits or damages that remains after the application of the specific loss reimbursement amount. The payment of loss adjustment expense, where such expense is elected by you, will not affect the limits of liability.

**Allocated Loss Adjustment Expense**

8. Allocated loss adjustment expense, which is electible by you, means claim expenses directly allocated by us to a particular claim. Such expense shall not include cost of investigation or the salaries and traveling expenses of our employees other than those salaried employees who perform services which can be directly allocated to the handling of a particular claim.

**Recovery From Others**

9. If we recover any payments made under this policy from anyone liable for the injury, the amount we recover will be applied as follows:

   (a) First, to any payments made by us in excess of the deductible amount and

   (b) Then the remainder, if any, will be applied to reduce the deductible amount reimbursable by you.

**Cancellation**

10. If you fail to reimburse us for any amounts as required by this endorsement, we may cancel this policy for nonpayment in accordance with the provisions of statute. We will remain fully responsible for the full amount of all claims incurred prior to the effective date of cancellation.

**Sole Representation**

11. The first Named Insured stated in the Information Page will act on behalf of all the named insureds with respect to:

    (a) Changes to this endorsement

    (b) Obligations to receive premiums

Decl. Barnett, Ex. B-124

(c) Giving or receiving notice of cancellation.

**Your Duties and Understandings**

**12.** All bodily injuries by accident or disease for which you are responsible shall be promptly reported to us for adjustment and payment, regardless of their severity or cost. You further understand that all such bodily injuries and their cost shall be included in experience data used to determine the experience rating for your policy, regardless of the eligibility of such claims for full or partial reimbursement under the deductible provisions of this policy.

**Other Rights and Duties**

**13.** All other terms of the policy, including those which govern the following items, apply irrespective of this deductible endorsement:

(a) Our right and duty to defend any claim, proceeding or suit against you and

(b) Your duties if injury occurs.

**Additional Charges**

**14.** The surcharges for the Second Injury Fund and Uninsured Employers Fund and the premium charge for the expense constant are not part of the Large Risk—Large Deductible Program but are included in the total cost of the coverage provided by the policy to which this endorsement is attached.

## SCHEDULE

| Coverage | Deductible Amount Basis | |
|---|---|---|
| Bodily Injury By Accident | $500,000 | each accident |
| Bodily Injury By Disease | $500,000 | each employee |
| All Covered Bodily Injury | $ None (Dollar Amount or "None") | aggregate |

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy.)

This endorsement, effective on        **01/01/2017**        at 12:01 A.M. standard time, forms a part of
                                              (DATE)

Policy No.        **WD001482**

of the        **Protective Insurance Company**
                  (NAME OF INSURANCE COMPANY)

issued to        **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

Premium (if any) $  Incl.        _____
                                                    Authorized Representative

WC 497a (1-94)
WC 29 06 01 A

Decl. Barnett, Ex. B-125

Page 2 of 2

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 31 03 08**

(Ed. 4-84)

### NEW YORK LIMIT OF LIABILITY ENDORSEMENT

This endorsement applies only to the insurance provided by Part Two (Employers Liability Insurance) because New York is shown in Item 3.A. of the Information Page.

We may not limit our liability to pay damages for which we become legally liable to pay because of bodily injury to your employees if the bodily injury arises out of and in the course of employment that is subject to and is compensable under the Workers' Compensation Law of New York.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 31 03 08**
(Ed. 4-84)

Decl. Barnett, Ex. B-126

**NEW YORK WORKERS COMPENSATION AND**　　　　　　　　　　　　　　　　　　　　　　**WC 31 06 18**
**EMPLOYERS LIABILITY MANUAL**
**Original Printing**　　　　　　　　　　*Effective March 1, 2015*

## NEW YORK WORKERS COMPENSATION
## POLICYHOLDER NOTICE OF RIGHT TO APPEAL

**Policyholder Disputes**

Policyholders are entitled to inquire, challenge and dispute issues relating to classification, ownership, premium auditing, and/or other New York Compensation Insurance Rating Board (NYCIRB) rulings or decisions pertaining to this policy. Please refer to the Employer's Appeal Process noted below.

Inquiries may also be directed to the New York State Department of Financial Services (DFS) at:
http://www.dfs.ny.gov/about/contactus.htm#consumer
or by calling the Consumer Hotline at 800- 342 – 3736 (Monday through Friday, 8:30 AM to 4:30 PM).

**Policyholder Right to Appeal**

An insured, or its representative, (hereafter referred to as "insured"), may appeal the application of a rule or procedure contained in the NY Workers Compensation & Employers Liability Manual.  Rules or procedures are defined as those determinations, either by a carrier or the Rating Board, which define the variables which makeup the policy conditions. Examples include: classification codes, ownership information, premium audits, and any other determination which may affect the policy.

To be considered for review, a written request explaining the reason(s) for the appeal must be submitted to the Rating Board. Upon receipt of the request for review, the following actions will be taken:

1. A staff member will review the request and respond to the insured within sixty (60) days, in writing, acknowledging receipt of the request, granting the insured its request or sustaining its original ruling.

2. The insured, if not satisfied with the outcome in 1. above, may then request, in writing, a conference with members of the Rating Board staff. The request must state the nature of the complaint and contain any supporting documents. The appropriate Department Vice President or his or her designated representative, if appropriate, will preside at the conference.

3. If the dispute is not resolved at the conference, the insured may then appeal to the Underwriting Committee of the Rating Board for a hearing to consider the staff ruling. This appeal must be in writing and must specify the reason(s) for the appeal and the nature of the complaint.

   Following, receipt of the appeal, the insured will be notified regarding the time and place for the hearing. The appeal will be heard at the next Underwriting Committee meeting for which appropriate time can be given for this matter.  Subsequent to the hearing, the insured will be advised, in writing, of the Underwriting Committee decision regarding its complaint.

4. If the Underwriting Committee ruling is not satisfactory to the insured, the insured may then request a hearing at the New York State Department of Financial Services to consider the decision of the Rating Board's Underwriting Committee.

5. The New York State Department of Financial Services decision may be appealed to a higher court, by either the insured or the Rating Board

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

Decl. Barnett, Ex. B-127

© 2015 New York Compensation Insurance Rating Board

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 31 03 19 H

## NEW YORK CONSTRUCTION CLASSIFICATION PREMIUM ADJUSTMENT PROGRAM
### EXPLANATORY ENDORSEMENT

The New York Construction Classification Premium Adjustment Program (NYCCPAP) allows premium credits for some employers in the construction industry. These credits exist to recognize the difference in wage rates between employers within the same construction industries in New York.

The declarations section of this policy will show a credit of 0.00% if you are not eligible for this credit, or if you are eligible for this credit and have not yet applied for a credit. Credits are earned for average wages in excess of $23.24 per hour for each eligible class. If your policy shows one of the following classification codes, and you are experience rated, you are eligible to apply for an NYCCPAP credit:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0042 | 5057 | 5193 | 5429 | 5491 | 5606 | 6003 | 6229 | 6325 | 9526 |
| 3365 | 5059 | 5213 | 5443 | 5506 | 5610 | 6005 | 6233 | 6400 | 9527 |
| 3724 | 5069 | 5221 | 5445 | 5507 | 5645 | 6017 | 6235 | 6701 | 9534 |
| 3726 | 5102 | 5222 | 5462 | 5508 | 5648 | 6018 | 6251 | 7536 | 9539 |
| 3737 | 5160 | 5223 | 5473 | 5536 | 5651 | 6045 | 6252 | 7538 | 9545 |
| 5000 | 5183 | 5348 | 5474 | 5538 | 5701 | 6204 | 6260 | 7601 | 9549 |
| 5022 | 5184 | 5402 | 5479 | 5545 | 5703 | 6216 | 6306 | 7855 | 9553 |
| 5037 | 5188 | 5403 | 5480 | 5547 | 5709 | 6217 | 6319 | 8227 | |
| 5040 | 5190 | 5428 | | | | | | | |

The basis for determining the credit is the limited payroll of each employee for the number of hours worked (excluding overtime premium pay) for each construction classification (other than employees engaged in the construction of one or two-family residential housing) for the third quarter, as reported to taxing authorities, for the year preceding the policy date. Total payroll is to continue to be reported for employees engaged in the construction of one or two-family residential housing. For example:

| Policy Inception Date | Third Quarter Payroll |
|---|---|
| 4/1/14 thru 3/31/15 | 2013 |
| 4/1/15 thru 3/31/16 | 2014 |
| 4/1/16 thru 3/31/17 | 2015 |
| 4/1/17 thru 3/31/18 | 2016 |
| 4/1/18 thru 3/31/19 | 2017 |
| 4/1/19 thru 3/31/20 | 2018 |

If you have any eligible classes on your policy, you should have been notified by your insurance carrier or the New York Compensation Insurance Rating Board approximately four months prior to the inception date of this policy. If you believe you may be eligible for a credit and have not received an application, you should immediately contact your agent, insurance carrier, or the New York Compensation Insurance Rating Board.

Credits are calculated by the New York Compensation Insurance Rating Board. You must submit a completed application to: Attention: Field Services Department, New York Compensation Insurance Rating Board, 733 Third Avenue, New York, New York 10017.

Applications must be received by the Rating Board three (3) months prior to the policy renewal effective date. The Rating Board will accept and process an application if it is received between the policy effective and expiration date, however, it must be accompanied by a letter stating the reason for the delay. Under no circumstances will an application be accepted for any policy if it is received after the expiration date of the policy. For short-term policies the application must be received prior to the expiration date of the short-term policy. If it is received after the policy expiration, no credit will be calculated.

The New York Workers Compensation and Employers Liability Insurance Manual, and not this endorsement, govern the implementation and use of the NYCCPAP.

For online entry of the information requested on this form refer to http://www.nycirb.org/cpap

© 2011 New York Compensation Insurance Rating Board.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 31 03 19 H

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 31 03 19 H

© 2011 New York Compensation Insurance Rating Board.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 32 03 01 C**

(Ed. 1-14)

## NORTH CAROLINA AMENDED COVERAGE ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because North Carolina is shown in Item 3.A. of the Information Page.

The **Cancellation** Condition of the policy is replaced by this Condition:

D. **Cancellation and Nonrenewal**

1. You may cancel this policy.

   If you cancel this policy, you must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2. We may cancel this policy.

   (a) If this policy has been in effect for fewer than 60 days and is not a renewal policy, we may cancel this policy for any reason by giving you at least 30 days prior written notice of cancellation and the reasons for cancellation by registered or certified mail, return receipt requested.

   (b) If this policy has been in effect for at least 60 days or is a renewal policy, we may not cancel this policy without your prior written consent, except for any one of the following reasons:

      (1) Nonpayment of premium in accordance with the policy terms.

      (2) An act or omission by you or your representative that constitutes material misrepresentation or nondisclosure of a material fact in obtaining the policy, continuing the policy, or presenting a claim under the policy.

      (3) Increased hazard or material change in the risk assumed that could not have been reasonably contemplated by you and us at the time of assumption of the risk.

      (4) Substantial breach of contractual duties, conditions, or warranties that materially affects the insurability of the risk.

      (5) A fraudulent act against us by you or your representative that materially affects the insurability of the risk.

      (6) Willful failure by you or your representative to institute reasonable loss control measures that materially affect the insurability of the risk after written notice by us.

      (7) Loss of facultative reinsurance or loss of or substantial changes in applicable reinsurance as provided in G.S. 58-41-30.

      (8) Your conviction of a crime arising out of acts that materially affect the insurability of the risk.

      (9) A determination by the Commissioner that the continuation of this policy would place us in violation of the laws of North Carolina.

      (10) You fail to meet the requirements contained in our corporate charter, articles of incorporation, or bylaws, when we are a company organized for the sole purpose of providing members of an organization with insurance coverage in North Carolina.

   (c) If we cancel for any of the reasons listed in paragraph (b), we must provide you with at least 15 days prior written notice of cancellation stating the precise reason for cancellation. We may provide this notice by registered or certified mail, return receipt requested, to you and any other person designated in the policy to receive notice of cancellation at the addresses shown in the policy or, if not indicated in the policy, at the last known addresses. Whenever notice of cancellation is given by registered or certified mail, cancellation will not be effective unless and until that method is employed and completed. Notice of cancellation may also be given by any method permitted for service of process pursuant to Rule 4 of the North Carolina Rules of Civil Procedure. Failure to send notice as provided in this paragraph to any other person designated in the policy to receive notice of cancellation invalidates the cancellation only as to that other person's interest.

© Copyright 2001– 2014 National Council on Compensation Insurance, Inc. All Rights Reserved.

Decl. Barnett, Ex. B-130

**WC 32 03 01 C**          WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 1-14)

   (d) Cancellation for nonpayment of premium is not effective if the amount due is paid before the effective date stated in the notice of cancellation.

3. We may refuse to renew this policy:

   (a) If this policy is for a term of one year or less, we must provide you with notice of nonrenewal at least 45 days prior to the expiration date of the policy.

   (b) If this policy is for a term of more than one year or for an indefinite term, then to nonrenew the policy at the policy anniversary date we must provide you with notice of nonrenewal at least 45 days prior to the anniversary date of the policy.

   (c) The notice of nonrenewal must state the precise reason for nonrenewal. Failure to send this notice, as provided in paragraphs 3 and 5, to any other person designated in the policy to receive this notice invalidates the nonrenewal only as to that other person's interest.

   (d) Any nonrenewal attempted or made that is not in compliance with paragraphs (a), (b) and (c) is not effective. Paragraphs (a), (b) and (c) do not apply if you have obtained insurance elsewhere, have accepted replacement coverage, or have requested or agreed to nonrenewal.

4. Whenever we lower coverage limits, raise deductibles, or raise premium rates for reasons within our exclusive control and other than at your request, we will mail you written notice of the change at least 30 days in advance of the effective date of the change. As used in this paragraph, the phrase, "reasons within our exclusive control" does not mean experience modification changes, exposure changes, or loss cost rate changes.

5. We must provide the notice required by paragraphs 3 and 4 by mail to you and any other person designated in the policy to receive this notice at the addresses shown in the policy or, if not indicated in the policy, at the last known addresses. Mailing copies of the notice by regular first-class mail satisfies the notice requirements of paragraphs 3, 4 and 5.

6. We will also send copies of the notice required by this endorsement to the agent or broker of record, though failure to send copies of the notice to the agent or broker of record will not invalidate a cancellation or nonrenewal. Mailing copies of the notice by regular first-class mail to the agent or broker of record satisfies the requirements of this paragraph. Notice of nonrenewal may also be given by any method permitted for service of process pursuant to Rule 4 of the North Carolina Rules of Civil Procedure.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |

Insurance Company     **Protective Insurance Company**     Countersigned by _____

**WC 32 03 01 C**
(Ed. 1-14)

2 of 2

© Copyright 2001– 2014 National Council on Compensation Insurance, Inc. All Rights Reserved.

Decl. Barnett, Ex. B-131

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

WC 32 06 02

(Ed. 01-10)

## PRO-RATA CANCELLATION ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because North Carolina is shown in item 3.A. of the Information Page.

If the policy is cancelled by the insured for a reason stated in the schedule below, the final premium for the policy shall be calculated pro-rata based on the time this policy was in-force. In no circumstances shall final premium be less than minimum premium.

### SCHEDULE

Notwithstanding the provisions above, in no event will the number of days notice for cancellation or for non-renewal be fewer than the number of days required by North Carolina law.

To the extent that any terms of this endorsement conflict with any other terms or conditions of the policy, the provisions of this endorsement will prevail.

All other terms, conditions, and exclusions of the policy remain the same.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |

Insurance Company **Protective Insurance Company**      Countersigned by _____

WC 32 06 02
(Ed. 01-10)

Decl. Barnett, Ex. B-132

© Copyright 2009 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     WC 35 03 02

(Ed. 1-87)

## OKLAHOMA EMPLOYERS LIABILITY AMENDED COVERAGE ENDORSEMENT

This endorsement applies only to the insurance provided by Part Two (Employers Liability Insurance) because Oklahoma is shown in Item 3.A. of the Information Page.

1.  Section B. **We Will Pay** is replaced by the following:

    B.  **We Will Pay**

    We will pay all sums you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

    The damages we will pay, where recovery is permitted by law, include damages:

    1.  for which you are liable to a third party by reason of a claim or suit against you by the third party to recover the damages claimed against such third party as a result of injury to your employee; and

    2.  for care and loss of services.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 35 03 02
(Ed. 1-87)

Decl. Barnett, Ex. B-133

© 1987 National Council on Compensation Insurance.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                              **WC 35 06 01 F**

(Ed. 2-14)

### OKLAHOMA CANCELLATION, NONRENEWAL AND CHANGE ENDORSEMENT

This endorsement applies to the insurance provided by the policy because Oklahoma is shown in Item 3.A. of the Information Page.

The **Cancellation** Condition in Part Six (Conditions) of the policy is replaced by the following condition:

**D.   Cancellation**

1.   You may cancel this policy. You must mail or deliver to us not less than 30 days advance written notice stating when the cancellation is to take effect. Cancellation of coverage will be effective at 12:01 a.m. thirty (30) days after the date the cancellation notice is received by us, unless a later date is specified in the notice to us. You may cancel this policy effective less than 30 days after written notice is received by us where you have obtained other coverage or have become a self-insurer.

2.   We may cancel this policy. We will mail to you advance written notice stating when the cancellation is to take effect.

   a. At any time during the policy period, we may cancel for nonpayment of premium. If we cancel for nonpayment of premium, we will mail notice of cancellation to you and to the Workers Compensation Commission at least 10 days before the cancellation is to take effect.

   b. If we cancel this policy for a reason other than nonpayment of premium, we will mail notice of cancellation to you and to the Workers Compensation Commission at least 30 days before the cancellation is to take effect.

   c. If this policy has been in effect for more than 45 business days or is a renewal policy, we may cancel for only one or more of the following reasons:

   (1) Nonpayment of premium;

   (2) Discovery of fraud or material misrepresentation in the procurement of the insurance or with respect to any claims submitted under it;

   (3) Discovery of willful or reckless acts or omissions on the part of the named insured which increase any hazard insured against;

   (4) The occurrence of a change in the risk which substantially increases any hazard insured against after insurance coverage has been issued or renewed;

   (5) A violation of any local fire, health, safety, building, or construction regulation or ordinance with respect to any insured property or the occupancy thereof which substantially increases any hazard insured against;

   (6) A determination by the Insurance Commissioner that the continuation of the policy would place the insurer in violation of the insurance laws of this state;

   (7) Conviction of the named insured of a crime having as one of its necessary elements an act increasing any hazard insured against; or

   (8) Loss of or substantial changes in applicable reinsurance.

3.   Mailing notice of cancellation to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

4.   The policy period will end on the day and hour stated in the cancellation notice.

5.   Any of these provisions that conflict with a law that controls the cancellation of the insurance in this policy is changed by this statement to comply with the law.

Part 6 (Conditions) of the policy is amended by adding the following provisions:

**F.   Nonrenewal**

1.   If we elect not to renew this policy, we will mail or deliver written notice of nonrenewal to you at least 45 days before:

   a.   The expiration date of this policy; or

   b.   An anniversary date of this policy, if it is written for a term longer than one year or with no fixed expiration date.

2.   Any notice of nonrenewal will be mailed or delivered to you at the mailing address shown in Item 1 of the Information Page. If notice is mailed:

   a.   It will be considered to have been given to you on the day it is mailed.

   b.   Proof of mailing will be sufficient proof of notice. Decl. of Barnett, Ex. B-134

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WC 35 06 01 F**           **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 2-14)

3.  If notice of nonrenewal is not mailed or delivered at least 45 days before the expiration date or an anniversary date of this policy, coverage will remain in effect until 45 days after notice is given. Earned premium for such extended period of coverage will be calculated pro rata based on the rates applicable to the expiring policy.

4.  We will not provide notice of nonrenewal if:

    a.  We, or another company within the same insurance group, have offered to issue a renewal policy; or

    b.  You have obtained replacement coverage or have agreed in writing to obtain replacement coverage.

5.  If we have provided the required notice of nonrenewal as described above, and thereafter extend the policy for a period of 90 days or less, we will not provide an additional nonrenewal notice with respect to the period of extension.

G.  **Notice of Premium or Coverage Changes Upon Renewal**

1.  If we elect to renew this policy, we will give written notice of any premium increase, change in deductible, or reduction in limits or coverage, to you, at the mailing address shown in Item 1 of the Information Page.

2.  Any such notice will be mailed or delivered to you at least 45 days before:

    a.  The expiration date of this policy; or

    b.  An anniversary date of this policy, if it is written for a term longer than one year or with no fixed expiration date.

3.  If notice is mailed:

    a.  It will be considered to have been given to you on the day it is mailed.

    b.  Proof of mailing will be sufficient proof of notice.

4.  If you accept the renewal, the premium increase or deductible, limits or coverage changes will be effective the day following the prior policy's expiration or anniversary date.

5.  If notice is not mailed or delivered at least 45 days before the expiration date or anniversary date of this policy, the premium, deductible, limits and coverage in effect prior to the changes will remain in effect until the earlier of:

    a.  45 days after notice is given; or

    b.  The effective date of replacement coverage obtained by you.

6.  If you then elect not to renew, any earned premium for the resulting extended period of coverage will be calculated pro rata at the lower of the new rates or rates applicable to the expiring policy.

7.  We will not provide notice of the following:

    a.  Changes in a rate or plan filed with or approved by the Insurance Commissioner or filed pursuant to the Property and Casualty Competitive Loss Cost Rating Act and applicable to an entire class of business; or

    b.  Changes based upon the altered nature of extent of the risk insured; or

    c.  Changes in policy forms filed with or approved by the Insurance Commissioner and applicable to an entire class of business.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

**WC 35 06 01 F**
(Ed. 2-14)

Decl. Barnett, Ex. B-135

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY  WC 35 06 03

(Ed. 12-93)

### OKLAHOMA FRAUD WARNING ENDORSEMENT

This endorsement applies only to the insurance provided by the Policy because Oklahoma is shown in Item 3.A. of the Information Page.

**WARNING: ANY PERSON WHO KNOWINGLY, AND WITH INTENT TO INJURE, DEFRAUD OR DECEIVE ANY INSURER, MAKES ANY CLAIM FOR THE PROCEEDS OF AN INSURANCE POLICY CONTAINING ANY FALSE, INCOMPLETE OR MISLEADING INFORMATION IS GUILTY OF A FELONY.**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 35 06 03**
(Ed. 12-93)

Decl. Barnett, Ex. B-136

© 1993 National Council on Compensation Insurance.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 37 04 01

(Ed. 1-17)

## PENNSYLVANIA AUDIT NONCOMPLIANCE CHARGE ENDORSEMENT

Part Five—Premium, Section G. (Audit) of the Workers Compensation and Employers Liability Insurance Policy is revised by adding the following:

If you do not allow us to examine and audit all of your records that relate to this policy, and/or do not provide audit information as requested, we will apply an Audit Noncompliance Charge (ANC).

The charge is determined by applying the ANC Multiplier to the ANC Basis shown in the table below:

| ANC Basis | ANC Multiplier |
|---|---|
| Estimated Annual Premium | Two times |

If you allow us to examine and audit all of your records after we have applied an Audit Noncompliance Charge, we will remove the ANC charge and revise your premium in accordance with our manuals and Part 5—Premium, E. (Final Premium) of this policy.

The application of the ANC is subject to the following conditions

a) Carriers must comply with all applicable state laws and/or regulations related to audits of workers compensation insurance policies.

b) The Audit Noncompliance Charge Endorsement is optional. When used, the Audit Noncompliance Charge Endorsement and/or applicable state-specific endorsement must be attached to the policy at inception of the policy term being audited.

c) The carrier must make two attempts to obtain the audit information and/or complete the audit. At each attempt, the carrier must notify the employer regarding the specific required records and the amount of the ANC to be applied if the employer continues to refuse to comply with the audit.

d) The carrier must adequately document the audit file regarding the above attempts to obtain the required audit information.

This ANC rule applies to mail/email, telephone, computer (remote access), and physical audits, unless otherwise provided by state law.

Decl. Barnett, Ex. B-137

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

WC 37 04 01

(Ed. 1-17)

### PENNSYLVANIA AUDIT NONCOMPLIANCE CHARGE ENDORSEMENT

The scenarios listed below may occur and are treated as follows:

| If an ANC is applied and the employer… | Then the carrier… |
|---|---|
| Pays the ANC and later allows the audit | • Performs the final audit and determines the final policy premium based on the results of the audit; and<br><br>• Refunds the ANC to the employer, or applies the ANC amount to any outstanding balance on the policy<br><br>Submits a unit statistical correction report to remove the ANC charge from the previously reported Unit Statistical data. |
| Does **not** pay the ANC but later allows the audit | Performs the final audit and determines the final policy premium based on the results of the audit |
| Pays the ANC but does **not** later allow the audit | Does not change the previously reported:<br>• Unit Statistical data<br>• Noncompliance transactions |
| Does not pay the ANC and does **not** later allow the audit | |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | 01/01/2017 | | |
| Endorsement Effective | 01/01/2017 | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 37 04 01**
(Ed. 1-17)

© 2016 PENNSYLVANIA COMPENSATION RATING BUREAU

Decl. Barnett, Ex. B-138

Page 2 of 2

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     WC 37 06 02

(Ed. 4-84)

### PENNSYLVANIA NOTICE

An Insurance Company, its agents, employees, or service contractors acting on its behalf, may provide services to reduce the likelihood of injury, death or loss. These services may include any of the following or related services incident to the application for, issuance, renewal or continuation of, a policy of insurance:

1. surveys;
2. consultation or advice; or
3. inspections.

The "Insurance Consultation Services Exemption Act" of Pennsylvania provides that the Insurance Company, its agents, employees or service contractors acting on its behalf, is not liable for damages from injury, death or loss occurring as a result of any act or omission by any person in the furnishing of or the failure to furnish these services.

The Act does not apply:

1. if the injury, death or loss occurred during the actual performance of the services and was caused by the negligence of the Insurance Company, its agents, employees or service contractors;
2. to consultation services required to be performed under a written service contract not related to a policy of insurance; or
3. if any acts of omissions of the Insurance Company, its agents, employees or service contractors are judicially determined to constitute a crime, actual, malice, or gross negligence.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 37 06 02
(Ed. 4-84)

Decl. Barnett, Ex. B-139

© 1984 Pennsylvania Compensation Rating Bureau.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 37 06 03 A

(Ed. 8-95)

## PENNSYLVANIA ACT 86-1986 ENDORSEMENT

NONRENEWAL, NOTICE OF INCREASE OF PREMIUM, AND RETURN OF UNEARNED PREMIUM

This endorsement applies only to the insurance provided by the policy because Pennsylvania is shown in Item 3.A. of the Information Page.

The policy conditions are amended by adding the following regarding nonrenewal, notice of increase in premium, and return of unearned premium.

**Nonrenewal**

1.  We may elect not to renew the policy. We will mail to each named insured, by first class mail, not less than 60 days advance notice stating when the nonrenewal will take effect. Mailing that notice to you at your mailing address last known to us will be sufficient to prove notice.
2.  Our notice of nonrenewal will state our specific reasons for not renewing.
3.  If we have indicated our willingness to renew, we will not send you a notice of nonrenewal. However, the policy will still terminate on its expiration date if:
    a.  you notify us or the agent or broker who procured this policy that you do not want the policy renewed; or
    b.  you fail to pay all premiums when due; or
    c.  you obtain other insurance as a replacement of the policy.

**Notice of Increase in Premium**

1.  We will provide you with not less than 30 days advance notice of an increase in renewal premium of this policy, if it is our intent to offer such renewal.
2.  The above notification requirement will be satisfied if we have issued a renewal policy more than 30 days prior to its effective date.
3.  If a policy has been written or is to be written on a retrospective rating plan basis, the notice of increase in premium provision of this endorsement does not apply.

**Return of Unearned Premium**

1.  If this policy is canceled and there is unearned premium due you:
    a.  If the Company cancels, the unearned premium will be returned to you within 10 business days after the effective date of cancelation.
    b.  If you cancel, the unearned premium will be returned within 30 days after the effective date of cancelation.
2.  Because this policy was written on the basis of an estimated premium and is subject to a premium audit, the unearned premium specified in 1.a. and 1.b. above, if any, shall be returned on an estimated basis. Upon our completion of computation of the exact premium, an additional return premium or charge will be made to you within 15 days of the final computation.
3.  These return of unearned premium provisions shall not apply if this policy is written on a retrospective rating plan basis.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | 01/01/2017 | | |
| Endorsement Effective | 01/01/2017 | Policy No. WD001482 | Endorsement No. |
| Insured | PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT | | Premium |
| Insurance Company | Protective Insurance Company | Countersigned by | |

WC 37 06 03 A
(Ed. 8-95)

Decl. Barnett, Ex. B-140

© 1995 Pennsylvania Compensation Rating Bureau.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY     WC 37 06 04

(Ed. 10-99)

## PENNSYLVANIA EMPLOYER ASSESSMENT ENDORSEMENT

Act 57 of 1997 requires that " . . . the assessments for the maintenance of the Subsequent Injury Fund, the Workmen's Compensation supersedes Fund and the Workmen's Compensation Administration Fund under sections 306.2, 443 and 446 of the act of June 2, 1915 (P.L. 736, No. 338), known as the "Workers' Compensation Act, shall be imposed, collected and remitted through insurers in accordance with regulations promulgated by the Department of Labor and Industry."

### EMPLOYER ASSESSMENT FORMULA:

| **Employer** | = | Act of 1997 Employer | **X** | Employer Assessment |
|---|---|---|---|---|
| **Assessment** | | Assessment Factor | | Premium Base |

**Act 57 of 1997 Employer Assessment Factor**
A factor expressed to four decimal places proposed by the Pennsylvania Compensation Rating Bureau and approved by the Pennsylvania Insurance Commissioner.

**Employer Assessment Premium Base**
Calculation of Employer Assessment Premium Base proceeds by adding back to the total policy premium the amount of any Small Deductible Premium Credit or Large Deductible Premium Credit.

### CODE 0938

| **EMPLOYER ASSESSMENT FACTOR** | **EMPLOYER ASSESSMENT** |
|---|---|
| 1.70% | $1,852 |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 37 06 04
(Ed. 10-99)

Decl. Barnett, Ex. B-141

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 41 04 02

(Ed. 8-03)

## TENNESSEE PENDING LOSS COST AND ASSIGNED RISK RATE ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Tennessee is shown in Item 3.A. of the Information Page.

The premium for the policy is determined (in part) by the product of loss costs developed and filed by the National Council on Compensation Insurance, Inc., and/or an assigned risk loss cost multiplier developed by the Tennessee Department of Commerce and Insurance.

A loss cost filing and/or a change to the assigned risk loss cost multiplier is being considered by the proper regulatory authority. The approval and/or modification of either (or both) may result in rates different from the rates shown on the policy. If it does, we will issue an endorsement to show the new rates and their effective date.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 41 04 02
(Ed. 8-03)

Decl. Barnett, Ex. B-142

© 2003 National Council on Compensation Insurance, Inc.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    **WC 42 03 01 G**

(Ed. 6-14)

## TEXAS AMENDATORY ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Texas is shown in Item 3.A. of the Information Page.

## GENERAL SECTION

B. **Who Is Insured** is amended to read:
   You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership or joint venture, and if you are one of its partners or members, you are insured, but only in your capacity as an employer of the partnership's or joint venture's employees.

D. **State** is amended to read:
   State means any state or territory of the United States of America, and the District of Columbia.

## PART ONE—WORKERS COMPENSATION INSURANCE

E. **Other Insurance** is amended by adding this sentence:
   This Section only applies if you have other insurance or are self-insured for the same loss.

F. **Payments You Must Make**
   This Section is amended by deleting the words "workers compensation" from number 4.

H. **Statutory Provisions**
   This Section is amended by deleting the words "after an injury occurs" from number 2.

## PART TWO—EMPLOYERS LIABILITY INSURANCE

C. **Exclusions**
   Sections 2 and 3 are amended to add:
   This exclusion does not apply unless the violation of law caused or contributed to the bodily injury.
   Section 6 is amended to read:
   6.  bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America, Mexico or Canada who is temporarily outside these countries.

D. **We Will Defend**
   This Section is amended by deleting the last sentence.

## PART FOUR—YOUR DUTIES IF INJURY OCCURS

Number 6 of this part is amended to read:
   6.  Texas law allows you to make weekly payments to an injured employee in certain instances. Unless authorized by law, do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

Decl. Barnett Ex. B-143

© Copyright 2014 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WC 42 03 01 G**          **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 6-14)

## PART FIVE—PREMIUM

A. **Our Manuals** is amended by adding this sentence:

In this part, "our manuals" means manuals approved or prescribed by the Texas Department of Insurance.

C. **Remuneration**

Number 2 is amended to read:

2. All other persons engaged in work that would make us liable under Part One (Workers Compensation Insurance) of this policy. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured workers compensation insurance.

E. **Final Premium**

Number 2 is amended to read:

2. If you cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

## PART SIX—CONDITIONS

A. **Inspection** is amended by adding this sentence:

Your failure to comply with the safety recommendations made as a result of an inspection may cause the policy to be canceled by us.

C. **Transfer of Your Rights and Duties** is amended to read:

Your rights and duties under this policy may not be transferred without our written consent. If you die, coverage will be provided for your surviving spouse or your legal representative. This applies only with respect to their acting in the capacity as an employer and only for the workplaces listed in Items 1 and 4 on the Information Page.

D. **Cancelation** is amended to read:

1. You may cancel this policy. You must mail or deliver advance notice to us stating when the cancelation is to take effect.

2. We may cancel this policy. We may also decline to renew it. We must give you written notice of cancelation or nonrenewal. That notice will be sent certified mail or delivered to you in person. A copy of the written notice will be sent to the Texas Department of Insurance—Division of Workers' Compensation.

3. Notice of cancelation or nonrenewal must be sent to you not later than the 30th day before the date on which the cancelation or nonrenewal becomes effective, except that we may send the notice not later than the 10th day before the date on which the cancelation or nonrenewal becomes effective if we cancel or do not renew because of:

   a. Fraud in obtaining coverage;

   b. Misrepresentation of the amount of payroll for purposes of premium calculation;

   c. Failure to pay a premium when payment was due;

   d. An increase in the hazard for which you seek coverage that results from an action or omission and that would produce an increase in the rate, including an increase because of failure to comply with reasonable recommendations for loss control or to comply within a reasonable period with recommendations designed to reduce a hazard that is under your control;

   e. A determination by the Commissioner of Insurance that the continuation of the policy would place us in violation of the law, or would be hazardous to the interests of subscribers, creditors, or the general public.

4. If another insurance company notifies the Texas Department of Insurance—Division of Workers' Compensation that it is insuring you as an employer, such notice shall be a cancelation of this policy effective when the other policy starts.

© Copyright 2014 National Council on Compensation Insurance, Inc. All Rights Reserved.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 42 03 01 G

(Ed. 6-14)

## PART SEVEN—OUR DUTY TO YOU FOR CLAIM NOTIFICATION

### A.  Claims Notification

We are required to notify you of any claim that is filed against your policy. Thereafter we shall notify you of any proposal to settle a claim or, on receipt of a written request from you, of any administrative or judicial proceeding relating to the resolution of a claim, including a benefit review conference conducted by the Texas Department of Insurance—Division of Workers' Compensation. You may, in writing, elect to waive this notification requirement.

We shall, on the written request from you, provide you with a list of claims charged against your policy, payments made and reserves established on each claim, and a statement explaining the effect of claims on your premium rates. We must furnish the requested information to you in writing no later than the 30th day after the date we receive your request. The information is considered to be provided on the date the information is received by the United States Postal Service or is personally delivered.

**COMPLAINT NOTICE:** SHOULD ANY DISPUTE ARISE ABOUT YOUR PREMIUM OR ABOUT A CLAIM THAT YOU HAVE FILED, CONTACT THE AGENT OR WRITE TO THE COMPANY THAT ISSUED THE POLICY. IF THE PROBLEM IS NOT RESOLVED, YOU MAY ALSO WRITE THE TEXAS DEPARTMENT OF INSURANCE, CONSUMER PROTECTION (111–1A), P.O. BOX 149091, AUSTIN, TEXAS 78714-9091, FAX # (512) 475-1771. THIS NOTICE OF COMPLAINT PROCEDURE IS FOR INFORMATION ONLY AND DOES NOT BECOME A PART OR CONDITION OF THIS POLICY.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | 01/01/2017 | | |
| Endorsement Effective | 01/01/2017 | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

**WC 42 03 01 G**
(Ed. 6-14)

Decl. Barnett Ex. B-145

© Copyright 2014 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**   **WC 42 04 02 A**

(Ed. 3-97)

### TEXAS ANNIVERSARY RATING DATE ENDORSEMENT

The premium for this policy and the experience rating modification factor, if any, may change on your anniversary rating date shown in the Schedule.

Schedule

Anniversary Rating Date __06__ (Month) __30__ (Day)

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 42 04 02 A**
(Ed. 3-97)

Decl. Barnett, Ex. B-146

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**        **WC 42 04 07**

(Ed. 3-02)

### TEXAS—AUDIT PREMIUM AND
### RETROSPECTIVE PREMIUM ENDORSEMENT

Section D of Part Five of the policy is replaced by the following provision:

### PART FIVE—PREMIUM

**D.    Premium Payments**

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid. The billing statement or invoice for audit additional premiums and/or retrospective additional premiums establishes the date that the premium is due.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 42 04 07**
(Ed. 3-02)

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 45 06 02

(Ed. 7-93)

## VIRGINIA AMENDATORY ENDORSEMENT

This endorsement applies only to the Virginia insurance provided by the policy because Virginia is shown in Item 3.A. of the Information Page.

For Virginia insurance, Part Six D. (Conditions—Cancelation) is replaced by:

1.  Yours truly, may cancel this policy. You must mail or deliver advance written notice to us. You must provide written notice of your cancelation, including the date of and reasons for the cancelation, to the Workers Compensation Commission.

2.  We may cancel this policy. We will provide you with 30 days notice of cancelation. We will provide the Workers Compensation Commission with immediate notice of such cancelation. This provision does not apply if you have obtained other insurance and that insurer has notified the Workers Compensation Commission that it is now providing your insurance.

3.  In the event of cancelation by you or us, you must provide 30 days written notice of the cancelation to your covered employees.

4.  We may nonrenew your policy. We will provide 30 days notice to you and to the Workers Compensation Commission of our decision to nonrenew. This provision does not apply if you have obtained other insurance and that insurer has notified the Workers Compensation Commission that it is now providing your insurance.

5.  If you fail to pay the premium due on this policy, we may cancel the policy by providing 10 days notice to you and to the Workers Compensation Commission.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 45 06 02**
(Ed. 7-93)

## Decl. Barnett, Ex. B-148

© 1993 National Council on Compensation Insurance.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY WC 47 03 01 A

Ed. 7-08

## WEST VIRGINIA EMPLOYERS LIABILITY INSURANCE INTENTIONAL ACT EXCLUSION ENDORSEMENT

Part Two—Employers Liability Insurance, C.—Exclusions, 5. is replaced by the following:

This insurance does not cover:

5.  bodily injury intentionally caused or aggravated by you or which is the result of your engaging in conduct equivalent to an intentional tort, however defined, including by your deliberate intention as that term is defined by W. Va. Code § 23-4-2(d)(2).

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 47 03 01 A**
(7-08)

Decl. Barnett, Ex. B-149

© Copyright 2007 National Council on Compensation Insurance, Inc. All Rights Reserved.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 47 03 02

(Ed. 7-06)

**WEST VIRGINIA WORKERS COMPENSATION INSURANCE RECOVERY FROM OTHERS ENDORSEMENT**

Part One—Workers Compensation Insurance, G.—Recovery From Others, is replaced by the following:

We have your rights to recover our payments from anyone liable for the injury.  You will do everything necessary to protect those rights for us and to help us enforce them.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |

Insurance Company      **Protective Insurance Company**    Countersigned by _____

WC 47 03 02
(Ed. 7-06)

Decl. Barnett, Ex. B-150

© Copyright 2006 National Council on Compensation Insurance, Inc. All Rights Reserved.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY         WC 47 06 01

(Ed. 7-08)

## WEST VIRGINIA CANCELLATION ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because West Virginia is shown in Item 3.A of the Information Page.

Part Six, D (Conditions—Cancellation) is replaced by:

D. **Cancellation**

1. You may cancel this policy. You must mail or deliver advance written notice to us by stating when the cancellation is to take effect.

2. We may cancel this policy at any time by providing you thirty (30) days advance written notice.

3. Not withstanding #2 above, if you fail to pay any premium due or refuse to comply with a premium audit under this policy, we may cancel the policy by providing you ten (10) days advance written notice.

4. We may also choose not to renew this policy by providing sixty (60) days advance written notice.

5. Our mailing of the Notice of Cancellation or Non-Renewal to your mailing address as listed in Item 1 of the information page will be sufficient notice of our intent to cancel. We will also provide notice of the cancellation or non-renewal of the policy to the West Virginia Insurance Commissioner at least ten (10) days prior to the effective date of the termination, within ten (10) days of receipt of your request for cancellation, as applicable.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **01/01/2017** | | |
| Endorsement Effective | **01/01/2017** | Policy No. **WD001482** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company**   Countersigned by | | |

WC 47 06 01
(Ed. 7-08)

Decl. Barnett, Ex. B-151

© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.

(This Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)



# ENDORSEMENT

This endorsement, effective on     **01/01/2017**     at 12:01 A.M. standard time, forms a part of

Policy No.     **WD001482**     of the Protective Insurance Company

Issued to     **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

By     Protective Insurance Company

_____
Authorized Representative

In addition to the Loss Conversion Factor listed on Endorsement PWC-1, "Deductible Endorsement," the following Loss Conversion Factor applies to New York losses only.

<u>1.0818</u>     on all payments made for inpatient and outpatient hospital care, services of freestanding comprehensive clinics and ambulatory surgery centers, and laboratory services of certified laboratories for New York drawn specimens no matter where the laboratory is located.

THIS LOSS CONVERSION FACTOR IS AN ANNUAL ESTIMATE.

This loss conversion factor is an estimate applying to loss payments made during the policy period.

On the policy anniversary date and every twelve months thereafter a new estimate will be established applying to loss payments made in the subsequent twelve months.

Each twelve month period for which an estimated loss conversion factor has been applied will be adjusted by applying a final loss conversion factor as established by the State of New York. This final adjustment for each period will be made twelve months after the period ends.

**This loss conversion factor applies in addition to and not in place of the loss conversion factor listed on PWC-1, "Deductible Endorsement."**

Endorsement No.

Decl. Barnett, Ex. B-152

NY1001 (03/00)

(This Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

On behalf of all insureds under the policy to which this endorsement is attached, I have carefully read, understand and accept the terms and contents of this endorsement.

<u>PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT</u>

Insured

_____
Date of Execution

By  _____

_____
Title

Endorsement No.

Decl. Barnett, Ex. B-153

NY1001 (03/00)



# PROTECTIVE INSURANCE COMPANY
## WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY
### Deductible Endorsement

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless another date is indicated below.

This endorsement, effective on **01/01/2017** at 12:01 A.M. standard time, forms a part of
(date)

Policy No.   **WD001482**

Issued to   **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

_____
Authorized Representative

This deductible endorsement applies between you and us. It does not affect or alter the rights of others under the policy. You will reimburse us for any deductible amounts that we advance or are required by law to pay.

State(s) to which this endorsement applies: **Alabama, Connecticut, Georgia, Indiana, Iowa, Kentucky, Michigan, Mississippi, New York, Pennsylvania, Tennessee, Texas, West Virginia**

**Applicable deductibles:**

| Coverage | Deductible Amount | |
|---|---|---|
| Bodily Injury by Accident: | $ 500,000 | each accident |
| Bodily Injury by Disease: | $ 500,000 | each employee |

| **Applicable factors:** | **AL** | **CT** | **GA** | **IN** | **IA** | **KY** | **MI** | **MS** |
|---|---|---|---|---|---|---|---|---|
| **Excess & Expense Factor:** | 0.121 | 0.189 | 0.123 | 0.118 | 0.186 | 0.148 | 0.166 | 0.187 |
| **Variable Expense Factor:** | 0.105 | 0.097 | 0.199 | 0.056 | 0.063 | 0.095 | 0.070 | 0.069 |
| **Est. Deductible Prem. Factor:** | 0.135 | 0.209 | 0.154 | 0.125 | 0.199 | 0.164 | 0.178 | 0.201 |
| **Loss Adjustment Factor:** | 1.090 | 1.090 | 1.090 | 1.090 | 1.090 | 1.090 | 1.090 | 1.090 |

| **Applicable factors:** | **NY** | **PA** | **TN** | **TX** | **WV** |
|---|---|---|---|---|---|
| **Excess & Expense Factor:** | 0.187 | 0.136 | 0.101 | 0.200 | 0.150 |
| **Variable Expense Factor:** | 0.069 | 0.090 | 0.050 | 0.076 | 0.082 |
| **Est. Deductible Prem. Factor:** | 0.201 | 0.149 | 0.106 | 0.216 | 0.163 |
| **Loss Adjustment Factor:** | 1.090 | 1.090 | 1.090 | 1.090 | 1.090 |

Decl. Barnett, Ex. B-154

PWC-1 (1/92)

**A.    How This Deductible Applies**

You agree to pay, up to the deductible amount shown above, the total of:

1.  all benefits required of you by the worker's compensation law (including benefits payable under PART THREE - OTHER STATES INSURANCE or under any endorsement); plus

2.  all sums you legally must pay as damages; plus

3.  allocated loss adjustment expenses;

because of (a) bodily injury by accident to your employees and; (b) bodily injury by disease to your employees.

In addition, you agree to pay a percentage of 1, 2 and 3 above - stated as a loss adjustment factor.

We will pay only those amounts of benefits and damages that exceed the applicable deductible amount shown above.

The deductible amount shown for "bodily injury by accident" applies separately to each accident covered by this insurance because of bodily injury to one or more employees in any one accident.

A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

The deductible amount shown for "bodily injury by disease" applies separately for each employee.

Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

**B.    Reimbursement of Deductible Amounts**

We may advance part or all of the deductible amount you agree to pay under "A. How This Deductible Applies". Upon notice of the action taken, you will reimburse us promptly for any amount(s) we have so advanced. In addition, you will pay us an amount for loss adjustment expense computed by multiplying the loss adjustment factor stated in this endorsement times the deductible amount paid by us. The loss adjustment factor is an average factor and is not based upon the existence or amount of actual loss adjustment expense payments.

**C.    Application of Excess and Expense Factor, Variable Expense Factor and Deductible Premium Factor**

Excess and expense factor (EEF) is a factor established by us for this policy considering the cost for insurance above the applicable deductibles for this policy and our internal costs and profit expectations.

Variable expense factor (VEF) is a factor established by us for each state, for all similar policies, considering the expenses which may vary by the amount of premium earned or losses paid. Variable expenses include, but are not limited to, second injury fund assessments, administrative cost assessments, residual market assessments, assigned risk losses, safety and health consultation funds, guarantee funds, rating and inspection bureau fees, rehabilitation funds, premium taxes and other taxes and expenses.

Deductible premium factor (DPF) is a factor calculated by dividing the excess and expense factor by 1 minus the variable expense factor. The formula is:

$$[EEF / (1 - VEF)] = DPF$$

The variable expense factor and resulting deductible premium factor contained in this endorsement are estimates and are subject to adjustment based on the variable expense factor then applicable to this policy.

The variable expense factor will be changed from time to time. Such changes may be retroactive and any change in the variable expense factor applicable to this policy will result in a recalculation of the deductible premium factor. This recalculation will be made upon the first and subsequent anniversary dates of this policy and such recalculations will result in an additional or return premium.

The variable expense factor and deductible premium factor will continue to be adjusted until there is no further change in the variable expense factor applicable to this policy.

Decl. Barnett, Ex. B-155

D. **Effect of Deductible on Employers Liability Limits**

With respect to the employers liability insurance provided by this policy, the applicable "each employee" or "each accident" limits of liability are reduced, as to you, by the sum of all such damages within the applicable deductible amount shown above.

E. **Allocated Loss Adjustment Expense**

Allocated loss adjustment expense means claim adjustment expense directly allocated by us to a particular claim. Such expense shall include, but shall not be limited to: attorneys' fees for defense of claims, adjuster fees, court and other specific items of expense such as medical examination, expert medical or other testimony, laboratory and x-ray, autopsy, stenography, witnesses, summonses and copies of documents.

F. **Conditions**

1. We have your rights and the rights of persons entitled to the benefits of this insurance to recover all advances and payments, including those within the deductible amount from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

   If we recover any advance or payment made under this policy from anyone liable for the injury, the amount we recover will be applied to any payments made by us in excess of the deductible amount; only then will the remainder of that recovery, if any, be applied to reduce the deductible amount paid or reimbursed or reimbursable by you.

2. The terms of the policy apply irrespective of the deductible amount, including those with respect to:

   (a) defending any suits; and

   (b) your duties if injury occurs.

3. We have the sole and exclusive right to pay all or any part of the deductible amount at our sole discretion, and notice to you or consent from you is not required for our payment. Your obligation to reimburse us after we have made payment of all or any part of the deductible amount is absolute and in no way conditional.

4. If you fail to reimburse us for a deductible amount that has been paid by us by the 15th day of the month following our notice to you of our payment of that amount, we may cancel the policy. You agree that our cancellation for your failure to reimburse us for a deductible amount equivalent to and the same as, cancellation for non-payment of premium.

5. We may keep any unearned premium, premium deposits or other funds held by us or available to us to reimburse us for payments of the deductible amounts paid by us, deductible amounts we estimate we will pay in the future and any unpaid premiums.

G. **Acceptance by the Insured**

On behalf of all insureds under the policy to which this endorsement is attached, I have carefully read, understand and accept the terms and contents of this endorsement.

<u>Personnel Staffing Group, LLC DBA Barnett Management</u>
Insured

_____
Date of Execution

By _____

_____
Title

## Decl. Barnett, Ex. B-156

Page 3 of 3

PWC-1 (1/92)



# PROTECTIVE INSURANCE COMPANY
## WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY
### Deductible Endorsement - Illinois

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless another date is indicated below.

This endorsement, effective on     **01/01/2017**     at 12:01 A.M. standard time, forms a part of
                                 (date)

Policy No.    **WD001482**

Issued to     **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

_____
Authorized Representative

This deductible endorsement applies between you and us. It does not affect or alter the rights of others under the policy. You will reimburse us for any deductible amounts that we advance or are required by law to pay.

State(s) to which this endorsement applies:     **Illinois**

**Applicable deductibles:**

| Coverage | Deductible Amount | |
|---|---|---|
| Bodily Injury by Accident: | $ **500,000** | each accident |
| Bodily Injury by Disease: | $ **500,000** | each employee |

**Applicable factors:**     **IL**

| | |
|---|---|
| **Excess & Expense Factor:** | 0.147 |
| **Variable Expense Factor:** | 0.056 |
| **Estimated Deductible Premium Factor:** | 0.156 |
| **Loss Adjustment Factor:** | 1.090 |

**A. How This Deductible Applies**

You agree to pay, up to the deductible amount shown above, the total of:

1. all benefits required of you by the worker's compensation law (including benefits payable under PART THREE - OTHER STATES INSURANCE or under any endorsement); plus

2. all sums you legally must pay as damages; plus

3. allocated loss adjustment expenses;

because of (a) bodily injury by accident to your employees and; (b) bodily injury by disease to your employees.

In addition, you agree to pay a percentage of 1, 2 and 3 above – stated as a loss adjustment factor.

Decl. Barnett, Ex. B-157           Page 1 of 3

PWC-1 (1/92) - IL

We will pay only those amounts of benefits and damages that exceed the applicable deductible amount shown above.

The deductible amount shown for "bodily injury by accident" applies separately to each accident covered by this insurance because of bodily injury to one or more employees in any one accident.

A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

The deductible amount shown for "bodily injury by disease" applies separately for each employee.

Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

**B.    Reimbursement of Deductible Amounts**

We will advance all of the deductible amount you agree to pay under "A. How This Deductible Applies". Upon notice of the action taken, you will reimburse us promptly for any amount(s) we have so advanced. In addition, you will pay us an amount for loss adjustment expense computed by multiplying the loss adjustment factor stated in this endorsement times the deductible amount paid by us. The loss adjustment factor is an average factor and is not based upon the existence or amount of actual loss adjustment expense payments.

**C.    Application of Excess and Expense Factor, Variable Expense Factor and Deductible Premium Factor**

Excess and expense factor (EEF) is a factor established by us for this policy considering the cost for insurance above the applicable deductibles for this policy and our internal costs and profit expectations.

Variable expense factor (VEF) is a factor established by us for each state, for all similar policies, considering the expenses which may vary by the amount of premium earned or losses paid. Variable expenses include, but are not limited to, second injury fund assessments, administrative cost assessments, residual market assessments, assigned risk losses, safety and health consultation funds, guarantee funds, rating and inspection bureau fees, rehabilitation funds, premium taxes and other taxes and expenses.

Deductible premium factor (DPF) is a factor calculated by dividing the excess and expense factor by 1 minus the variable expense factor. The formula is:

$[EEF / (1 - VEF)] = DPF$

The variable expense factor and resulting deductible premium factor contained in this endorsement are estimates and are subject to adjustment based on the variable expense factor then applicable to this policy.

The variable expense factor will be changed from time to time. Such changes may be retroactive and any change in the variable expense factor applicable to this policy will result in a recalculation of the deductible premium factor. This recalculation will be made upon the first and subsequent anniversary dates of this policy and such recalculations will result in an additional or return premium.

The variable expense factor and deductible premium factor will continue to be adjusted until there is no further change in the variable expense factor applicable to this policy.

**D.    Effect of Deductible on Employers Liability Limits**

With respect to the employers liability insurance provided by this policy, the applicable "each employee" or "each accident" limits of liability are reduced, as to you, by the sum of all such damages within the applicable deductible amount shown above.

Decl. Barnett, Ex. B-158

**E.    Allocated Loss Adjustment Expense**

Allocated loss adjustment expense means claim adjustment expense directly allocated by us to a particular claim. Such expense shall include, but shall not be limited to: attorneys' fees for defense of claims, adjuster fees, court and other specific items of expense such as medical examination, expert medical or other testimony, laboratory and x-ray, autopsy, stenography, witnesses, summonses and copies of documents. These expenses shall not include the salaries of our employees or staff attorneys.

**F.    Conditions**

1.  We have your rights and the rights of persons entitled to the benefits of this insurance to recover all advances and payments, including those within the deductible amount from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

    If we recover any advance or payment made under this policy from anyone liable for the injury, the amount we recover will first be applied to any payments made by us in excess of the deductible amount; only then will the remainder of that recovery, if any, be applied to reduce the deductible amount paid or reimbursed or reimbursable by you.

2   The terms of the policy apply irrespective of the deductible amount, including those with respect to:

    (a) defending any suits; and

    (b) your duties if injury occurs.

3.  We have the sole and exclusive right to pay all or any part of the deductible amount at our sole discretion, and notice to you or consent from you is not required for our payment. Your obligation to reimburse us after we have made payment of all or any part of the deductible amount is absolute and in no way conditional.

4.  If you fail to reimburse us for a deductible amount that has been paid by us by the 15th day of the month following our notice to you of our payment of that amount, we may cancel the policy.

5.  We may keep any unearned premium, premium deposits or other funds held by us or available to us to reimburse us for payments of the deductible amounts paid by us, deductible amounts we estimate we will pay in the future and any unpaid premiums.

**G.    Acceptance by the Insured**

On behalf of all insureds under the policy to which this endorsement is attached, I have carefully read, understand and accept the terms and contents of this endorsement.

Personnel Staffing Group, LLC DBA Barnett Management
Insured

_____
Date of Execution

By _____

_____
Title

Decl. Barnett, Ex. B-159

PWC-1 (1/92) - IL



**PROTECTIVE INSURANCE COMPANY**
**WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY**
**Deductible Endorsement**

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless another date is indicated below.

This endorsement, effective on       **01/01/2017**       at 12:01 A.M. standard time, forms a part of
                                                    (date)

Policy No.       **WD001482**

Issued to       **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

_____
                                                    Authorized Representative

This deductible endorsement applies between you and us.  It does not affect or alter the rights of others under the policy.  You will reimburse us for any deductible amounts that we advance or are required by law to pay.

State(s) to which this endorsement applies:       **North Carolina**

**Applicable deductibles:**

| Coverage | Deductible Amount | |
|---|---|---|
| Bodily Injury by Accident: | $ **500,000** | each accident |
| Bodily Injury by Disease: | $ **500,000** | each employee |

| **Applicable factors:** | **NC** |
|---|---|
| **Excess & Expense Factor:** | 0.163 |
| **Variable Expense Factor:** | 0.070 |
| **Estimated Deductible Premium Factor:** | 0.175 |
| **Loss Adjustment Factor:** | 1.090 |

**A.   How This Deductible Applies**

You agree to pay, up to the deductible amount shown above, the total of:

1.   all benefits required of you by the worker's compensation law (including benefits payable under PART THREE - OTHER STATES INSURANCE or under any endorsement); plus

2.   all sums you legally must pay as damages; plus

3.   allocated loss adjustment expenses;

because of (a) bodily injury by accident to your employees and; (b) bodily injury by disease to your employees.

Decl. Barnett, Ex. B-160

In addition, you agree to pay a percentage of 1, 2 and 3 above – stated as a loss adjustment factor.

We will pay only those amounts of benefits and damages that exceed the applicable deductible amount shown above.

The deductible amount shown for "bodily injury by accident" applies separately to each accident covered by this insurance because of bodily injury to one or more employees in any one accident.

A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

The deductible amount shown for "bodily injury by disease" applies separately for each employee.

Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

**B.    Reimbursement of Deductible Amounts**

We will advance all of the deductible amount you agree to pay under "A. How This Deductible Applies". Upon notice of the action taken, you will reimburse us promptly for any amount(s) we have so advanced. In addition, you will pay us an amount for loss adjustment expense computed by multiplying the loss adjustment factor stated in this endorsement times the deductible amount paid by us. The loss adjustment factor is an average factor and is not based upon the existence or amount of actual loss adjustment expense payments.

**C.    Application of Excess and Expense Factor, Variable Expense Factor and Deductible Premium Factor**

Excess and expense factor (EEF) is a factor established by us for this policy considering the cost for insurance above the applicable deductibles for this policy and our internal costs and profit expectations.

Variable expense factor (VEF) is a factor established by us for each state, for all similar policies, considering the expenses which may vary by the amount of premium earned or losses paid. Variable expenses include, but are not limited to, second injury fund assessments, administrative cost assessments, residual market assessments, assigned risk losses, safety and health consultation funds, guarantee funds, rating and inspection bureau fees, rehabilitation funds, premium taxes and other taxes and expenses.

Deductible premium factor (DPF) is a factor calculated by dividing the excess and expense factor by 1 minus the variable expense factor. The formula is:

$$[EEF / (1 - VEF)] = DPF$$

The variable expense factor and resulting deductible premium factor contained in this endorsement are estimates and are subject to adjustment based on the variable expense factor then applicable to this policy.

The variable expense factor will be changed from time to time. Such changes may be retroactive and any change in the variable expense factor applicable to this policy will result in a recalculation of the deductible premium factor. This recalculation will be made upon the first and subsequent anniversary dates of this policy and such recalculations will result in an additional or return premium.

The variable expense factor and deductible premium factor will continue to be adjusted until there is no further change in the variable expense factor applicable to this policy.

**D.    Effect of Deductible on Employers Liability Limits**

With respect to the employers liability insurance provided by this policy, the applicable "each employee" or "each accident" limits of liability are reduced, as to you, by the sum of all such damages within the applicable deductible amount shown above.

Decl. Barnett, Ex. B-161

**E.      Allocated Loss Adjustment Expense**

Allocated loss adjustment expense means claim adjustment expense directly allocated by us to a particular claim. Such expense shall include, but shall not be limited to: attorneys' fees for defense of claims, adjuster fees, court and other specific items of expense such as medical examination, expert medical or other testimony, laboratory and x-ray, autopsy, stenography, witnesses, summonses and copies of documents. These expenses shall not include the salaries of our employees or staff attorneys.

**F.      Conditions**

1.      We have your rights and the rights of persons entitled to the benefits of this insurance to recover all advances and payments, including those within the deductible amount from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

If we recover any advance or payment made under this policy from anyone liable for the injury, the amount we recover will first be applied to any payments made by us in excess of the deductible amount; only then will the remainder of that recovery, if any, be applied to reduce the deductible amount paid or reimbursed or reimbursable by you.

2 .      The terms of the policy apply irrespective of the deductible amount, including those with respect to:

(a)  defending any suits; and

(b)  your duties if injury occurs.

3.      We have the sole and exclusive right to pay all or any part of the deductible amount at our sole discretion, and notice to you or consent from you is not required for our payment. Your obligation to reimburse us after we have made payment of all or any part of the deductible amount is absolute and in no way conditional.

4.      If you fail to reimburse us for a deductible amount that has been paid by us by the 15th day of the month following our notice to you of our payment of that amount, we may cancel the policy.

5.      We may keep any unearned premium, premium deposits or other funds held by us or available to us to reimburse us for payments of the deductible amounts paid by us, deductible amounts we estimate we will pay in the future and any unpaid premiums.

**G.      Acceptance by the Insured**

On behalf of all insureds under the policy to which this endorsement is attached, I have carefully read, understand and accept the terms and contents of this endorsement.

<u>Personnel Staffing Group, LLC DBA Barnett Management</u>
Insured

_____
Date of Execution

By  _____

_____
Title

Decl. Barnett, Ex. B-162



**PROTECTIVE INSURANCE COMPANY**
**WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY**
**Reimbursement Endorsement**

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless another date is indicated below.

This endorsement, effective on       **01/01/2017**       at 12:01 A.M. standard time, forms a part of
                                                     (date)

Policy No.   **WD001482**

Issued to   **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

_____
Authorized Representative

This reimbursement endorsement applies between you and us. It does not affect or alter the rights of others under the policy. You will pay us for any reimbursement amounts that we advance or are required by law to pay.

State(s) to which this endorsement applies:       **Delaware**

**Applicable reimbursement amounts:**

| Coverage | Reimbursement Amount | |
|---|---|---|
| Bodily Injury by Accident: | $  **500,000** | each accident |
| Bodily Injury by Disease: | $  **500,000** | each employee |

| **Applicable factors:** | **DE** |
|---|---|
| **Excess & Expense Factor:** | 0.126 |
| **Variable Expense Factor:** | 0.206 |
| **Estimated Reimbursement Amount Premium Factor:** | 0.159 |
| **Loss Adjustment Factor:** | 1.090 |

**A.   How This Reimbursement Applies**

You agree to pay, up to the reimbursement amount shown above, the total of:

1.   all benefits required of you by the worker's compensation law (including benefits payable under PART THREE - OTHER STATES INSURANCE or under any endorsement); plus

2.   all sums you legally must pay as damages; plus

3.   allocated loss adjustment expenses;

because of (a) bodily injury by accident to your employees and; (b) bodily injury by disease to your employees.

In addition, you agree to pay a percentage of 1, 2 and 3 above - stated as a loss adjustment factor.

Decl. Barnett, Ex. B-163

We will pay only those amounts of benefits and damages that exceed the applicable reimbursement amount shown above.

The reimbursement amount shown for "bodily injury by accident" applies separately to each accident covered by this insurance because of bodily injury to one or more employees in any one accident.

A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

The reimbursement amount shown for "bodily injury by disease" applies separately for each employee.

Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

**B.    Payment of Reimbursement Amounts This Reimbursement Applies**

We may advance all of the reimbursement amount you agree to pay under "A.  How This Reimbursement Applies."  Upon notice of the action taken, you will reimburse us promptly for any amount(s) we have so advanced.  In addition, you will reimburse us an amount for loss adjustment expense computed by multiplying the loss adjustment factor stated in this endorsement times the reimbursement amount paid by us.  The loss adjustment factor is an average factor and is not based upon the existence or amount of actual loss adjustment expense payments.

**C.    Application of Excess and Expense Factor, Variable Expense Factor and Reimbursement Amount Premium Factor**

Excess and expense factor (EEF) is a factor established by us for this policy considering the cost for insurance above the applicable reimbursement amounts for this policy and our internal costs and profit expectations.

Variable expense factor (VEF) is a factor established by us for each state, for all similar policies, considering the expenses which may vary by the amount of premium earned or losses paid.  Variable expenses include, but are not limited to, second injury fund assessments, administrative cost assessments, residual market assessments, assigned risk losses, safety and health consultation funds, guarantee funds, rating and inspection bureau fees, rehabilitation funds, premium taxes and other taxes and expenses.

Reimbursement amount premium factor (RAPF) is a factor calculated by dividing the excess and expense factor by 1 minus the variable expense factor.  The formula is:

$$[EEF / (1 - VEF)] = RAPF$$

The variable expense factor and resulting reimbursement amount premium factor contained in this endorsement are estimates and are subject to adjustment based on the variable expense factor then applicable to this policy.

The variable expense factor will be changed from time to time.  Such changes may be retroactive and any change in the variable expense factor applicable to this policy will result in a recalculation of the reimbursement amount premium factor.  This recalculation will be made upon the first and subsequent anniversary dates of this policy and such recalculations will result in an additional or return premium.

The variable expense factor and reimbursement amount premium factor will continue to be adjusted until there is no further change in the variable expense factor applicable to this policy.

**D.    Effect of Reimbursement Amount on Employers' Liability Limits**

With respect to the employers liability insurance provided by this policy, the applicable "each employee" or "each accident" limits of liability are reduced, as to you, by the sum of all such damages within the applicable reimbursement amount shown above.

Decl. Barnett, Ex. B-164

**E.   Allocated Loss Adjustment Expense**

Allocated loss adjustment expense means claim adjustment expense directly allocated by us to a particular claim.  Such expense shall include, but shall not be limited to:  attorneys' fees for defense of claims, adjuster fees, court and other specific items of expense such as medical examination, expert medical or other testimony, laboratory and x-ray, autopsy, stenography, witnesses, summonses and copies of documents.

**F.   Conditions**

1.   We have your rights and the rights of persons entitled to the benefits of this insurance to recover all advances and payments, including those within the reimbursement amount from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

If we recover any advance or payment made under this policy from anyone liable for the injury, the amount we recover will first be applied to any payments made by us in excess of the reimbursement amount, only then will the remainder of the recover, if any, be applied to reduce the reimbursement amount paid or payable by you.

2.   The terms of the policy apply irrespective of the reimbursement amount, including those with respect to:

(a)  defending any suits; and

(b)  your duties if injury occurs.

3.   We have the sole and exclusive right to pay all or any part of the reimbursement amount at our sole discretion, and notice to you or consent from you is not required for our payment.  Your obligation to reimburse us after we have made payment of all or any part of the reimbursement amount is absolute and in no way conditional.

4.   If you fail to pay us for a reimbursement amount that has been paid by us by the 15th day of the month following our notice to you of our payment of that amount, we may cancel the policy.  You agree that our cancellation for your failure to pay us for a reimbursed amount is equivalent to, and the same as, cancellation for non-payment of premium.

5.   We may keep any unearned premium, premium deposits or other funds held by us or available to us to reimburse us for payments of the reimbursement amounts paid by us, reimbursement amounts we estimate we will pay in the future and any unpaid premiums.

**G.   Acceptance by the Insured**

On behalf of all insureds under the policy to which this endorsement is attached, I have carefully read, understand and accept the terms and contents of this endorsement.

<u>Personnel Staffing Group, LLC DBA Barnett Management</u>
Insured

_____
Date of Execution

By _____

_____
Title

Decl. Barnett, Ex. B-165



**PROTECTIVE INSURANCE COMPANY**
**WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY**
**Deductible Endorsement**

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless another date is indicated below.

This endorsement, effective on     **01/01/2017**     at 12:01 A.M. standard time, forms a part of
                                          (date)

Policy No.     **WD001482**

Issued to     **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

_Whrl d_
———————————————————————
Authorized Representative

This deductible endorsement applies between you and us. It does not affect or alter the rights of others under the policy. You will reimburse us for any deductible amounts that we advance or are required by law to pay.

State(s) to which this endorsement applies:     **Florida, New Hampshire**

**Applicable deductibles:**

| Coverage | Deductible Amount | |
|---|---|---|
| Bodily Injury by Accident: | $ **500,000** | each accident |
| Bodily Injury by Disease: | $ **500,000** | each employee |

| **Applicable factors:** | FL | NH |
|---|---|---|
| **Excess & Expense Factor:** | 0.170 | 0.153 |
| **Variable Expense Factor:** | 0.076 | 0.133 |
| **Estimated Deductible Premium Factor:** | 0.184 | 0.176 |
| **Loss Adjustment Factor:** | 1.090 | 1.090 |

**A.**    **How This Deductible Applies**

You agree to pay, up to the deductible amount shown above, the total of:

1.    all benefits required of you by the worker's compensation law (including benefits payable under PART THREE - OTHER STATES INSURANCE or under any endorsement); plus

2.    all sums you legally must pay as damages; plus

3.    allocated loss adjustment expenses;

because of (a) bodily injury by accident to your employees and; (b) bodily injury by disease to your employees.

In addition, you agree to pay a percentage of 1, 2 and 3 above - stated as a loss adjustment factor.

Decl. Barnett, Ex. B-166

Page 1 of 3

We will pay only those amounts of benefits and damages that exceed the applicable deductible amount shown above.

The deductible amount shown for "bodily injury by accident" applies separately to each accident covered by this insurance because of bodily injury to one or more employees in any one accident.

A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

The deductible amount shown for "bodily injury by disease" applies separately for each employee.

Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

**B.   Reimbursement of Deductible Amounts**

We will advance all of the deductible amount you agree to pay under "A. How This Deductible Applies". Upon notice of the action taken, you will reimburse us promptly for any amount(s) we have so advanced. In addition, you will pay us an amount for loss adjustment expense computed by multiplying the loss adjustment factor stated in this endorsement times the deductible amount paid by us. The loss adjustment factor is an average factor and is not based upon the existence or amount of actual loss adjustment expense payments.

**C.   Application of Excess and Expense Factor, Variable Expense Factor and Deductible Premium Factor**

Excess and expense factor (EEF) is a factor established by us for this policy considering the cost for insurance above the applicable deductibles for this policy and our internal costs and profit expectations.

Variable expense factor (VEF) is a factor established by us for each state, for all similar policies, considering the expenses which may vary by the amount of premium earned or losses paid. Variable expenses include, but are not limited to, second injury fund assessments, administrative cost assessments, residual market assessments, assigned risk losses, safety and health consultation funds, guarantee funds, rating and inspection bureau fees, rehabilitation funds, premium taxes and other taxes and expenses.

Deductible premium factor (DPF) is a factor calculated by dividing the excess and expense factor by 1 minus the variable expense factor. The formula is:

[EEF / (1 − VEF)] = DPF

**D.   Effect of Deductible on Employers Liability Limits**

With respect to the employers' liability insurance provided by this policy, the applicable "each employee" or "each accident" limits of liability are reduced, as to you, by the sum of all such damages within the applicable deductible amount shown above.

**E.   Allocated Loss Adjustment Expense**

Allocated loss adjustment expense means claim adjustment expense directly allocated by us to a particular claim. Such expense shall include, but shall not be limited to: attorneys' fees for defense of claims, adjuster fees, court and other specific items of expense such as medical examination, expert medical or other testimony, laboratory and x-ray, autopsy, stenography, witnesses, summonses and copies of documents. These expenses shall not include the salaries of our employees or staff attorneys.

Decl. Barnett, Ex. B-167

PWC-1C (5/92)

F.  **Conditions**

1.  We have your rights and the rights of persons entitled to the benefits of this insurance to recover all advances and payments, including those within the deductible amount from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

    If we recover any advance or payment made under this policy from anyone liable for the injury, the amount we recover will first be applied to any payments made by us in excess of the deductible amount; only then will the remainder of that recovery, if any, be applied to reduce the deductible amount paid or reimbursed or reimbursable by you.

2.  The terms of the policy apply irrespective of the deductible amount, including those with respect to:

    (a) defending any suits; and

    (b) your duties if injury occurs.

3.  We have the sole and exclusive right to pay all or any part of the deductible amount at our sole discretion, and notice to you or consent from you is not required for our payment. Your obligation to reimburse us after we have made payment of all or any part of the deductible amount is absolute and in no way conditional.

4.  If you fail to reimburse us for a deductible amount that has been paid by us by the 15th day of the month following our notice to you of our payment of that amount, we may cancel the policy.

5.  We may keep any unearned premium, premium deposits or other funds held by us or available to us to reimburse us for payments of the deductible amounts paid by us, deductible amounts we estimate we will pay in the future and any unpaid premiums.

G.  **Acceptance by the Insured**

On behalf of all insureds under the policy to which this endorsement is attached, I have carefully read, understand and accept the terms and contents of this endorsement.

<u>Personnel Staffing Group, LLC DBA Barnett Management</u>
Insured

_____
Date of Execution

By  _____

_____
Title

PWC-1C (5/92)



**PROTECTIVE INSURANCE COMPANY**
**WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY**
**Deductible Endorsement**

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless another date is indicated below.

This endorsement, effective on     **01/01/2017**     at 12:01 A.M. standard time, forms a part of
                                       (date)

Policy No.     **WD001482**

Issued to     **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

_____
Authorized Representative

This deductible endorsement applies between you and us.  It does not affect or alter the rights of others under the policy. You will reimburse us for any deductible amounts that we advance or are required by law to pay.

State(s) to which this endorsement applies:     **Kansas**

**Applicable deductibles:**

| Coverage | Deductible Amount | |
| --- | --- | --- |
| Bodily Injury by Accident: | $   **500,000** | each accident |
| Bodily Injury by Disease: | $   **500,000** | each employee |

**Applicable factors:**

| | |
| --- | --- |
| **Excess & Expense Factor:** | 0.130 |
| **Variable Expense Factor:** | 0.094 |
| **Estimated Loss Retention Adjustment Factor:** | 0.143 |
| **Loss Adjustment Factor:** | 1.090 |

**A. How This Deductible Applies**

You agree to pay, up to the deductible amount shown above, the total of:

1. all benefits required of you by the worker's compensation law (including benefits payable under PART THREE - OTHER STATES INSURANCE or under any endorsement); plus

2. all sums you legally must pay as damages;

because of (a) bodily injury by accident to your employees and; (b) bodily injury by disease to your employees.

In addition, you agree to pay a percentage of 1 and 2 above - stated as a loss adjustment factor.

Decl. Barnett, Ex. B-169

We will pay only those amounts of benefits and damages that exceed the applicable deductible amount shown above.

The deductible amount shown for "bodily injury by accident" applies separately to each accident covered by this insurance because of bodily injury to one or more employees in any one accident.

A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

The deductible amount shown for "bodily injury by disease" applies separately for each employee.

Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

**B.     Reimbursement of Deductible Amounts**

We may advance part or all of the deductible amount you agree to pay under "A.  How This Deductible Applies." Upon notice of the action taken, you will reimburse us promptly for any amount(s) we have so advanced.  In addition, you will pay us an amount for loss adjustment expense computed by multiplying the loss adjustment factor stated in this endorsement times the deductible amount paid by us.  The loss adjustment factor is an average factor and is not based upon the existence or amount of actual loss adjustment expense payments.

**C.     Application of Excess and Expense Factor, Variable Expense Factor and Deductible Premium Factor**

Excess and expense factor (EEF) is a factor established by us for this policy considering the cost for insurance above the applicable deductibles for this policy and our internal costs and profit expectations.

Variable expense factor (VEF) is a factor established by us for each state, for all similar policies, considering the expenses which may vary by the amount of premium earned or losses paid.  Variable expenses include, but are not limited to, second injury fund assessments, administrative cost assessments, residual market assessments, assigned risk losses, safety and health consultation funds, guarantee funds, rating and inspection bureau fees, rehabilitation funds, premium taxes and other taxes and expenses.

Deductible premium factor (DPF) is a factor calculated by dividing the excess and expense factor by 1 minus the variable expense factor.  The formula is:

$$[EEF / (1 - VEF)] = DPF$$

The variable expense factor and resulting deductible premium factor contained in this endorsement are estimates and are subject to adjustment based on the variable expense factor then applicable to this policy.

The variable expense factor will be changed from time to time.  Such changes may be retroactive and any change in the variable expense factor applicable to this policy will result in a recalculation of the deductible premium factor. This recalculation will be made upon the first and subsequent anniversary dates of this policy and such recalculations will result in an additional or return premium.

The variable expense factor and deductible premium factor will continue to be adjusted until there is no further change in the variable expense factor applicable to this policy

**D.     Effect of Deductible on Employers Liability Limits**

With respect to the employers liability insurance provided by this policy, the applicable "each employee" or "each accident" limits of liability are reduced, as to you, by the sum of all such damages within the applicable deductible amount shown above.

Decl. Barnett, Ex. B-170

**E.     Conditions**

1.      We have your rights and the rights of persons entitled to the benefits of this insurance to recover all advances and payments, including those within the deductible amount from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

        If we recover any advance or payment made under this policy from anyone liable for the injury, the amount we recover will first be applied to any payments made by us in excess of the deductible amount; only then will the remainder of that recovery, if any, be applied to reduce the deductible amount paid or reimbursed or reimbursable by you.

2.      The terms of the policy apply irrespective of the deductible amount, including those with respect to:

        (a)  defending any suits; and

        (b)  your duties if injury occurs.

3.      We have the sole and exclusive right to pay all or any part of the deductible amount at our sole discretion, and notice to you or consent from you is not required for our payment. Your obligation to reimburse us after we have made payment of all or any part of the deductible amount is absolute and in no way conditional.

4.      If you fail to reimburse us for a deductible amount that has been paid by us by the 15th day of the month following our notice to you of our payment of that amount, we may cancel the policy. You agree that our cancellation for your failure to reimburse us for a deductible amount is equivalent to, and the same as, cancellation for non-payment of premium.

5.      We may keep any unearned premium, premium deposits or other funds held by us or available to us to reimburse us for payments of the deductible amounts paid by us, deductible amounts we estimate we will pay in the future and any unpaid premiums.

**F.     Acceptance by the Insured**

On behalf of all insureds under the policy to which this endorsement is attached, I have carefully read, understand and accept the terms and contents of this endorsement.

                                        Personnel Staffing Group, LLC DBA Barnett Management
                                        Insured

_____
Date of Execution

                        By  _____

                                        _____
                                        Title

Decl. Barnett, Ex. B-171

Page 3 of 3

PWC-1I (1/92)



**PROTECTIVE INSURANCE COMPANY**
**WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY**
**Deductible Endorsement**

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless another date is indicated below.

This endorsement, effective on     **01/01/2017**     at 12:01 A.M. standard time, forms a part of
                                     (date)

Policy No.     **WD001482**

Issued to     **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

_____
                               Authorized Representative

This deductible endorsement applies between you and us.  It does not affect or alter the rights of others under the policy. You will reimburse us for any deductible amounts that we advance or are required by law to pay.

State(s) to which this endorsement applies:     **South Carolina**

**Applicable deductibles:**

| Coverage | Deductible Amount | |
|---|---|---|
| Bodily Injury by Accident: | $   **500,000** | each accident |
| Bodily Injury by Disease: | $   **500,000** | each employee |

**Applicable factors:**

**Excess & Expense Factor:**     **0.140**

**Variable Expense Factor:**     **0.138**

**Estimated Deductible Premium Factor:**     **0.162**

**Loss Adjustment Factor:**     **1.090**

**A.   How This Deductible Applies**

You agree to pay, up to the deductible amount shown above, the total of:

1. all benefits required of you by the worker's compensation law (including benefits payable under PART THREE - OTHER STATES INSURANCE or under any endorsement); plus

2. all sums you legally must pay as damages; plus

3. allocated loss adjustment expenses;

because of (a) bodily injury by accident to your employees and; (b) bodily injury by disease to your employees.

In addition, you agree to pay a percentage of 1, 2 and 3 above – stated as a loss adjustment factor.

We will pay only those amounts of benefits and damages that exceed the applicable deductible amount shown above.

The deductible amount shown for "bodily injury by accident" applies separately to each accident covered by this insurance because of bodily injury to one or more employees in any one accident.

A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

The deductible amount shown for "bodily injury by disease" applies separately for each employee.

Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

**B.     Reimbursement of Deductible Amounts**

We may advance part or all of the deductible amount you agree to pay under "A.  How This Deductible Applies." Upon notice of the action taken, you will reimburse us promptly for any amount(s) we have so advanced.  In addition, you will pay us an amount for loss adjustment expense computed by multiplying the loss adjustment factor stated in this endorsement times the deductible amount paid by us.  The loss adjustment factor is an average factor and is not based upon the existence or amount of actual loss adjustment expense payments.

**C.     Application of Excess and Expense Factor, Variable Expense Factor and Deductible Premium Factor**

Excess and expense factor (EEF) is a factor established by us for this policy considering the cost for insurance above the applicable deductibles for this policy and our internal costs and profit expectations.

Variable expense factor (VEF) is a factor established by us for each state, for all similar policies, considering the expenses which may vary by the amount of premium earned or losses paid.  Variable expenses include, but are not limited to, second injury fund assessments, administrative cost assessments, residual market assessments, assigned risk losses, safety and health consultation funds, guarantee funds, rating and inspection bureau fees, rehabilitation funds, premium taxes and other taxes and expenses.

Deductible premium factor (DPF) is a factor calculated by dividing the excess and expense factor by 1 minus the variable expense factor.  The formula is:

$$[EEF / (1 - VEF)] = DPF$$

The variable expense factor and resulting deductible premium factor contained in this endorsement are estimates and are subject to adjustment based on the variable expense factor then applicable to this policy.

The variable expense factor will be changed from time to time.  Such changes may be retroactive and any change in the variable expense factor applicable to this policy will result in a recalculation of the deductible premium factor. This recalculation will be made upon the first and subsequent anniversary dates of this policy and such recalculations will result in an additional or return premium.

The variable expense factor and deductible premium factor will continue to be adjusted until there is no further change in the variable expense factor applicable to this policy.

**D.     Effect of Deductible on Employers Liability Limits**

With respect to the employers liability insurance provided by this policy, the applicable "each employee" or "each accident" limits of liability are reduced, as to you, by the sum of all such damages within the applicable deductible amount shown above.

**E.     Allocated Loss Adjustment Expense**

Allocated loss adjustment expense means claim adjustment expense directly allocated by us to a particular claim. Such expense shall include, but shall not be limited to:  attorneys' fees for defense of claims, adjuster fees, court and other specific items of expense such as medical examination, expert medical or other testimony, laboratory and x-ray, autopsy, stenography, witnesses, summonses and copies of documents.

**F.     Conditions**

1.     We have your rights and the rights of persons entitled to the benefits of this insurance to recover all advances and payments, including those within the deductible amount from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

   If we recover any advance or payment made under this policy from anyone liable for the injury, the amount we recover will first be applied to any payments made by us in excess of the deductible amount; only then will the remainder of that recovery, if any, be applied to reduce the deductible amount paid or reimbursed or reimbursable by you.

2.     The terms of the policy apply irrespective of the deductible amount, including those with respect to:

   (a)  defending any suits; and

   (b)  your duties if injury occurs.

3.     We have the sole and exclusive right to pay all or any part of the deductible amount at our sole discretion, and notice to you or consent from you is not required for our payment.  Your obligation to reimburse us after we have made payment of all or any part of the deductible amount is absolute and in no way conditional.

4.     If you fail to reimburse us for a deductible amount that has been paid by us by the 15th day of the month following our notice to you of our payment of that amount, we may cancel this endorsement.

5.     We may keep any unearned premium, premium deposits or other funds held by us or available to us to reimburse us for payments of the deductible amounts paid by us, deductible amounts we estimate we will pay in the future and any unpaid premiums.

**G.     Acceptance by the Insured**

On behalf of all insureds under the policy to which this endorsement is attached, I have carefully read, understand and accept the terms and contents of this endorsement.

<u>Personnel Staffing Group, LLC DBA Barnett Management</u>
Insured

_____
Date of Execution

By _____

_____
Title



**PROTECTIVE INSURANCE COMPANY**
**WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY**
**Deductible Endorsement**

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless another date is indicated below.

This endorsement, effective on **01/01/2017** at 12:01 A.M. standard time, forms a part of
(date)

Policy No.      **WD001482**

Issued to      **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

_____
Authorized Representative

This deductible endorsement applies between you and us.  It does not affect or alter the rights of others under the policy. You will reimburse us for any deductible amounts that we advance or are required by law to pay.

State(s) to which this endorsement applies:      **Missouri**

**Applicable deductibles:**

| Coverage | Deductible Amount | |
|---|---|---|
| Bodily Injury by Accident: | $   500,000 | each accident |
| Bodily Injury by Disease: | $   500,000 | each employee |

| **Applicable factors:** | **MO** |
|---|---|
| **Excess & Expense Factor:** | 0.113 |
| **Variable Expense Factor:** | 0.068 |
| **Estimated Deductible Premium Factor:** | 0.121 |
| **Loss Adjustment Factor:** | 1.090 |

**A.   How This Deductible Applies**

You agree to pay, up to the deductible amount shown above, the total of:

1.   all benefits required of you by the worker's compensation law (including benefits payable under PART THREE - OTHER STATES INSURANCE or under any endorsement); plus

2.   all sums you legally must pay as damages; plus

3.   allocated loss adjustment expenses;

because of (a) bodily injury by accident to your employees and; (b) bodily injury by disease to your employees.

In addition, you agree to pay a percentage of 1, 2 and 3 above - states as a loss adjustment factor.

Page 1 of 3

Decl. Barnett, Ex. B-175

We will pay only those amounts of benefits and damages that exceed the applicable deductible amount shown above.

The deductible amount shown for "bodily injury by accident" applies separately to each accident covered by this insurance because of bodily injury to one or more employees in any one accident.

A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

The deductible amount shown for "bodily injury by disease" applies separately for each employee.

Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

**B.     Reimbursement of Deductible Amounts**

We will advance all of the deductible amount you agree to pay under "A.  How This Deductible Applies."  Upon notice of the action taken, you will reimburse us promptly for any amount(s) we have so advanced.  In addition, you will pay us an amount for loss adjustment expense computed by multiplying the loss adjustment factor stated in this endorsement times the deductible amount paid by us.  The loss adjustment factor is an average factor and is not based upon the existence or amount of actual loss adjustment expense payments.

**C.     Application of Excess and Expense Factor, Variable Expense Factor and Deductible Premium Factor**

Excess and expense factor (EEF) is a factor established by us for this policy considering the cost for insurance above the applicable deductibles for this policy and our internal costs and profit expectations.

Variable expense factor (VEF) is a factor established by us for each state, for all similar policies, considering the expenses which may vary by the amount of premium earned or losses paid.  Variable expenses include, but are not limited to, second injury fund assessments, administrative cost assessments, residual market assessments, assigned risk losses, safety and health consultation funds, guarantee funds, rating and inspection bureau fees, rehabilitation funds, premium taxes and other taxes and expenses.

Deductible premium factor (DPF) is a factor calculated by dividing the excess and expense factor by 1 minus the variable expense factor.  The formula is:

[EEF / (1 – VEF)] = DPF

The variable expense factor and resulting deductible premium factor contained in this endorsement are estimates and are subject to adjustment based on the variable expense factor then applicable to this policy.

The variable expense factor will be changed from time to time.  Such changes may be retroactive and any change in the variable expense factor applicable to this policy will result in a recalculation of the deductible premium factor.  This recalculation will be made upon the first and subsequent anniversary dates of this policy and such recalculations will result in an additional or return premium.

The variable expense factor and deductible premium factor will continue to be adjusted until there is no further change in the variable expense factor applicable to this policy.

**D.     Effect of Deductible on Employers Liability Limits**

With respect to the employers liability insurance provided by this policy, the applicable "each employee" or "each accident" limits of liability are reduced, as to you, by the sum of all such damages within the applicable deductible amount shown above.

Page 2 of 3

Decl. Barnett, Ex. B-176

**E.      Allocated Loss Adjustment Expense**

Allocated loss adjustment expense means claim adjustment expense directly allocated by us to a particular claim. Such expense shall include, but shall not be limited to:  all court costs, fees and expenses; fees for service of process; fees to attorneys; costs of undercover operative and detective services; fees of independent adjusters or attorneys for investigation or adjustment of claims beyond initial investigation; costs of employing experts for preparation of maps, photographs, diagrams, chemical or physical analysis or advice, opinion or testimony concerning claims under investigation or in litigation; costs for legal transcripts or testimony taken at coroner's inquests, criminal or civil proceedings; costs for copies of any public records; costs of depositions and court-reported or recorded statements.  Allocated loss adjustment expenses shall not include the salaries of officials, administrators or other employees or normal overhead charges such as rent, postage, telephone, lighting, cleaning, heating or similar expenses.

**F.      Conditions**

1.      We have your rights and the rights of persons entitled to the benefits of this insurance to recover all advances and payments, including those within the deductible amount from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

If we recover any advance or payment made under this policy from anyone liable for the injury, the amount we recover will first be applied to any payments made by us in excess of the deductible amount; only then will the remainder of that recovery, if any, be applied to reduce the deductible amount paid or reimbursed or reimbursable by you.

2.      The terms of the policy apply irrespective of the deductible amount, including those with respect to:

(a)  defending any suits; and

(b)  your duties if injury occurs.

3.      We have the sole and exclusive right to pay all or any part of the deductible amount at our sole discretion, and notice to you or consent from you is not required for our payment.  Your obligation to reimburse us after we have made payment of all or any part of the deductible amount is absolute and in no way conditional.

4.      If you fail to reimburse us for a deductible amount that has been paid by us by the 15th day of the month following our notice to you of our payment of that amount, we may cancel the policy.  You agree that our cancellation for your failure to reimburse us for a deductible amount is equivalent to, and the same as, cancellation for non-payment of premium.

5.      We may keep any unearned premium, premium deposits or other funds held by us or available to us to reimburse us for payments of the deductible amounts paid by us, deductible amounts we estimate we will pay in the future and any unpaid premiums.

**G.      Acceptance by the Insured**

On behalf of all insureds under the policy to which this endorsement is attached, I have carefully read, understand and accept the terms and contents of this endorsement.

<u>Personnel Staffing Group, LLC DBA Barnett Management</u>
Insured

_____

Date of Execution

By  _____

_____
Title

Page 3 of 3

Decl. Barnett, Ex. B-177



### PROTECTIVE INSURANCE COMPANY
### WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY
### Deductible Endorsement

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless another date is indicated below.

This endorsement, effective on     **01/01/2017**     at 12:01 A.M. standard time, forms a part of
                                            (date)

Policy No.     **WD001482**

Issued to     **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

_____
Authorized Representative

This loss reimbursement endorsement applies between you and us. It does not affect or alter the rights of others under the policy. You will pay us for any loss reimbursement amounts that we advance or are required by law to pay.

State(s) to which this endorsement applies:     **Oklahoma**

**Applicable Loss Reimbursement Amounts**:

| Coverage | Loss Reimbursement Amount | |
|---|---|---|
| Bodily Injury by Accident: | $   **500,000** | each accident |
| Bodily Injury by Disease: | $   **500,000** | each employee |

| **Applicable factors:** | **OK** |
|---|---|
| **Excess & Expense Factor:** | 0.119 |
| **Variable Expense Factor:** | 0.117 |
| **Estimated Loss Reimbursement Premium Factor:** | 0.135 |

**A.**    **How This Loss Reimbursement Applies**

You agree to pay, up to the loss reimbursement amount shown above, the total of:

1. all benefits required of you by the worker's compensation law (including benefits payable under PART THREE - OTHER STATES INSURANCE or under any endorsement); plus

2. all sums you legally must pay as damages;

because of (a) bodily injury by accident to your employees and; (b) bodily injury by disease to your employees.

In addition, you agree to pay a percentage of 1 and 2 above.

Decl. Barnett, Ex. B-178

We will pay only those amounts of benefits and damages that exceed the applicable loss reimbursement amount shown above.

The loss reimbursement amount shown for "bodily injury by accident" applies separately to each accident covered by this insurance because of bodily injury to one or more employees in any one accident.

A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

The loss reimbursement amount shown for "bodily injury by disease" applies separately for each employee.

Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

**B.   Payment of Loss Reimbursement Amounts**

We may advance part or all of the loss reimbursement amount you agree to pay under "A. How This Loss Reimbursement Applies". Upon notice of the action taken, you will reimburse us promptly for any amount(s) we have so advanced.

**C.   Application of Excess and Expense Factor, Variable Expense Factor and Loss Reimbursement Amount Premium Factor**

Excess and expense factor (EEF) is a factor established by us for this policy considering the cost for insurance above the applicable loss reimbursement amounts for this policy and our internal costs and profit expectations.

Variable expense factor (VEF) is a factor established by us for each state, for all similar policies, considering the expenses which may vary by the amount of premium earned or losses paid. Variable expenses include, but are not limited to, second injury fund assessments, administrative cost assessments, residual market assessments, assigned risk losses, safety and health consultation funds, guarantee funds, rating and inspection bureau fees, rehabilitation funds, premium taxes and other taxes and expenses.

Loss Reimbursement amount premium factor (LRAPF) is a factor calculated by dividing the excess and expense factor by 1 minus the variable expense factor. The formula is:

$$[EEF / (1 - VEF)] = LRAPF$$

The variable expense factor and resulting loss reimbursement amount premium factor contained in this endorsement are estimates and are subject to adjustment based on the variable expense factor then applicable to this policy.

The variable expense factor will be changed from time to time. Such changes may be retroactive and any changes in the variable expenses factor applicable to this policy will result in a recalculation of the loss reimbursement premium factor. This recalculation will be made upon the first and subsequent anniversary dates of this policy and such recalculations will result in an additional or return premium.

The variable expense factor and loss reimbursement amount premium factor will continue to be adjusted until there is no further change in the variable expense factor applicable to this policy.

**D.   Effect of Loss Reimbursement Amount on Employers Liability Limits**

With respect to the employers' liability insurance provided by this policy, the applicable "each employee" or "each accident" limits of liability are reduced, as to you, by the sum of all such damages within the applicable loss reimbursement amount shown above.

PWC-1M (1/94)

**E.   Conditions**

1.   We have your rights and the rights of persons entitled to the benefits of this insurance to recover all advances and payments, including those within the loss reimbursement amount from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

   If we recover any advance or payment made under this policy from anyone liable for the injury, the amount we recover will first be applied to any payments made by us in excess of the loss reimbursement amount; only then will the remainder of that recovery, if any, be applied to reduce the loss reimbursement amount paid or payable by you.

2.   The terms of the policy apply irrespective of the loss reimbursement amount, including those with respect to:

   (a)  defending any suits; and

   (b)  your duties if injury occurs.

3.   We have the sole and exclusive right to pay all or any part of the loss reimbursement amount at our sole discretion, and notice to you or consent from you is not required for our payment. Your obligation to reimburse us after we have made payment of all or any part of the loss reimbursement amount is absolute and in no way conditional.

4.   If you fail to pay us for a loss reimbursement amount that has been paid by us by the 15th day of the month following our notice to you of our payment of that amount, we may cancel this endorsement.

5.   We may keep any unearned premium, premium deposits or other funds held by us or available to us to reimburse us for payments of the loss reimbursement amounts paid by us, loss reimbursement amounts we estimate we will pay in the future and any unpaid premiums.

**G.   Acceptance by the Insured**

On behalf of all insureds under the policy to which this endorsement is attached, I have carefully read, understand and accept the terms and contents of this endorsement.

<u>Personnel Staffing Group, LLC DBA Barnett Management</u>
Insured

_____
Date of Execution

By  _____

_____
Title

Decl. Barnett, Ex. B-180

PWC-1M (1/94)



### PROTECTIVE INSURANCE COMPANY
### WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY
### Deductible Endorsement

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless another date is indicated below.

This endorsement, effective on     **01/01/2017**     at 12:01 A.M. standard time, forms a part of
                                  (date)

Policy No.     **WD001482**

Issued to     **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

_____
                          Authorized Representative

This deductible endorsement applies between you and us. It does not affect or alter the rights of others under the policy. You will reimburse us for any deductible amounts that we advance or are required by law to pay.

State(s) to which this endorsement applies:      **Arizona**

**<u>Applicable deductibles:</u>**

| Coverage | Deductible Amount | |
|---|---|---|
| Bodily Injury by Accident: | $ **500,000** | each accident |
| Bodily Injury by Disease: | $ **500,000** | each employee |

**<u>Applicable factors:</u>**          **AZ**

**Excess & Expense Factor:**      0.138

**Variable Expense Factor:**      0.067

**Estimated Deductible Premium Factor:**      0.148

**A.**    **How This Deductible Applies**

You agree to pay, up to the deductible amount shown above, the total of:

1. all benefits required of you by the worker's compensation law (including benefits payable under PART THREE - OTHER STATES INSURANCE or under any endorsement); plus

2. all sums you legally must pay as damages;

because of (a) bodily injury by accident to your employees and; (b) bodily injury by disease to your employees.

PWC-1N (12/93)

We will pay only those amounts of benefits and damages that exceed the applicable deductible amount shown above.

The deductible amount shown for "bodily injury by accident" applies separately to each accident covered by this insurance because of bodily injury to one or more employees in any one accident.

A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

The deductible amount shown for "bodily injury by disease" applies separately for each employee.

Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

**B.** **Reimbursement of Deductible Amounts**

We may advance part or all of the deductible amount you agree to pay under "A. How This Deductible Applies". Upon notice of the action taken, you will reimburse us promptly for any amount(s) we have so advanced.

**C.** **Application of Excess and Expense Factor, Variable Expense Factor and Deductible Premium Factor**

Excess and expense factor (EEF) is a factor established by us for this policy considering the cost for insurance above the applicable deductibles for this policy and our internal costs and profit expectations.

Variable expense factor (VEF) is a factor established by us for each state, for all similar policies, considering the expenses which may vary by the amount of premium earned or losses paid. Variable expenses include, but are not limited to, second injury fund assessments, administrative cost assessments, residual market assessments, assigned risk losses, safety and health consultation funds, guarantee funds, rating and inspection bureau fees, rehabilitation funds, premium taxes and other taxes and expenses.

Deductible premium factor (DPF) is a factor calculated by dividing the excess and expense factor by 1 minus the variable expense factor. The formula is:

$$[EEF / (1 - VEF)] = DPF$$

The variable expense factor and resulting deductible premium factor contained in this endorsement are estimates and are subject to adjustment based on the variable expense factor then applicable to this policy.

The variable expense factor will be changed from time to time. Such changes may be retroactive and any changes in the variable expenses factor applicable to this policy will result in a recalculation of the deductible premium factor. This recalculation will be made upon the first and subsequent anniversary dates of this policy and such recalculations will result in an additional or return premium.

The variable expense factor and deductible premium factor will continue to be adjusted until there is no further change in the variable expense factor applicable to this policy.

**D.** **Effect of Deductible on Employers Liability Limits**

With respect to the employers liability insurance provided by this policy, the applicable "each employee" or "each accident" limits of liability are reduced, as to you, by the sum of all such damages within the applicable deductible amount shown above.

Decl. Barnett, Ex. B-182

**E.   Conditions**

1.   We have your rights and the rights of persons entitled to the benefits of this insurance to recover all advances and payments, including those within the deductible amount from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

If we recover any advance or payment made under this policy from anyone liable for the injury, the amount we recover will first be applied to any payments made by us in excess of the deductible amount; only then will the remainder of that recovery, if any, be applied to reduce the deductible amount paid or reimbursed or reimbursable by you.

2,   The terms of the policy apply irrespective of the deductible amount, including those with respect to:

(a)  defending any suits; and

(b)  your duties if injury occurs.

3.   We have the sole and exclusive right to pay all or any part of the deductible amount at our sole discretion, and notice to you or consent from you is not required for our payment. Your obligation to reimburse us after we have made payment of all or any part of the deductible amount is absolute and in no way conditional.

4.   If you fail to reimburse us for a deductible amount that has been paid by us, we may cancel the policy. You agree that our cancellation for your failure to reimburse us or a deductible amount is equivalent to, and the same as, cancellation for non-payment of premium.

5.   We may keep any unearned premium, premium deposits or other funds held by us or available to us to reimburse us for payments of the deductible amounts paid by us, deductible amounts we estimate we will pay in the future and any unpaid premiums.

**F.   Acceptance by the Insured**

On behalf of all insureds under the policy to which this endorsement is attached, I have carefully read, understand and accept the terms and contents of this endorsement.

Personnel Staffing Group, LLC DBA Barnett Management
Insured

_____
Date of Execution

By  _____

_____
Title

Decl. Barnett, Ex. B-183



**PROTECTIVE INSURANCE COMPANY**
**WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY**
**Deductible Endorsement**

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless another date is indicated below.

This endorsement, effective on         **01/01/2017**         at 12:01 A.M. standard time, forms a part of
(date)

Policy No.    **WD001482**

Issued to    **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

_____
Authorized Representative

This deductible endorsement applies between you and us.  It does not affect or alter the rights of others under the policy.  You will reimburse us for any deductible amounts that we advance or are required by law to pay.

State(s) to which this endorsement applies:    **Virginia**

**Applicable deductibles:**

| Coverage | Deductible Amount | |
|---|---|---|
| Bodily Injury by Accident: | $  **500,000** | each accident |
| Bodily Injury by Disease: | $  **500,000** | each employee |

**Applicable factors:**          **VA**

**Deductible Premium Factor:**          **0.157**

**A.    How This Deductible Applies**

You agree to pay, up to the deductible amount shown above, the total of:

1.   all benefits required of you by the worker's compensation law (including benefits payable under PART THREE - OTHER STATES INSURANCE or under any endorsement); plus

2.   all sums you legally must pay as damages; plus

3.   allocated loss adjustment expenses;

because of (a) bodily injury by accident to your employees and; (b) bodily injury by disease to your employees.

We will pay only those amounts of benefits and damages that exceed the applicable deductible amount shown above.

The deductible amount shown for "bodily injury accident" applies separately to each accident covered by this insurance because of bodily injury to one or more employees in any one accident.

Decl. Barnett, Ex. B-184

A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

The deductible amount shown for "bodily injury by disease" applies separately for each employee.

Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

**B.    Reimbursement of Deductible Amounts**

We may advance part or all of the deductible amount you agree to pay under "A. How This Deductible Applies."
Upon notice of the action taken, you will reimburse us promptly for any amount(s) we have so advanced.

**C.    Effect of Deductible on Employers Liability Limits**

With respect to the employers liability insurance provided by this policy, the applicable "each employee" or "each
accident" limits of liability are reduced, as to you, by the sum of all such damages within the applicable deductible
amount shown above.

**D.    Allocated Loss Adjustment Expense**

Allocated loss adjustment expense means claim adjustment expense directly allocated by us to a particular claim.
Such expense shall include, but shall not be limited to: attorneys' fees for defense of claims, adjuster fees, court
and other specific items of expense such as medical examination, expert medical or other testimony, laboratory
and x-ray, autopsy, stenography, witnesses, summonses and copies of documents.

**E.    Conditions**

1.    We have your rights and the rights of persons entitled to the benefits of this insurance to recover all
advances and payments, including those within the deductible amount from anyone liable for the injury.
You will do everything necessary to protect those rights for us and to help us enforce them.

If we recover any advance or payment made under this policy from anyone liable for the injury, the amount
we recover will first be applied to any payments made by us in excess of the deductible amount; only then
will the remainder of that recovery, if any, be applied to reduce the deductible amount paid or reimbursed
or reimbursable by you.

2.    The terms of the policy apply irrespective of the deductible amount, including those with respect to:

(a)  defending any suits; and

(b)  your duties if injury occurs.

3.    We have the sole and exclusive right to pay all or any part of the deductible amount at our sole discretion,
and notice to you or consent from you is not required for our payment. Your obligation to reimburse us
after we have made payment of all or any part of the deductible amount is absolute and in no way
conditional.

4.    If you fail to reimburse us for a deductible amount that has been paid by us the 15th day of the month
following our notice to you of our payment of that amount, we may cancel this endorsement.

5.    We may keep any unearned premium, premium deposits or other funds held by us or available to us to
reimburse us for payments of the deductible amounts paid by us, deductible amounts we estimate we will
pay in the future and any unpaid premiums.

Decl. Barnett, Ex. B-185

**F.     Acceptance by the Insured**

On behalf of all insureds under the policy to which this endorsement is attached, I have carefully read, understand and accept the terms and contents of this endorsement.

Personnel Staffing Group, LLC DBA Barnett Management
Insured

_____
Date of Execution

By   _____

_____
Title

Decl. Barnett, Ex. B-186



### PROTECTIVE INSURANCE COMPANY
### WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY
### Deductible Endorsement

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless another date is indicated below.

This endorsement, effective on **01/01/2017** at 12:01 A.M. standard time, forms a part of
(date)

Policy No.     **WD001482**

Issued to     **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

_____
Authorized Representative

This deductible endorsement applies between you and us. It does not affect or alter the rights of others under the policy. You will reimburse us for any deductible amounts that we advance or are required by law to pay.

State(s) to which this endorsement applies:     **Maryland**

**Applicable deductibles:**

| Coverage | Deductible Amount | |
|---|---|---|
| Bodily Injury by Accident: | $ **500,000** | each accident |
| Bodily Injury by Disease: | $ **500,000** | each employee |

| **Applicable factors:** | **MD** |
|---|---|
| **Excess & Expense Factor:** | 0.166 |
| **Variable Expense Factor:** | 0.070 |
| **Estimated Deductible Premium Factor:** | 0.178 |
| **Loss Adjustment Factor:** | 1.090 |

**A.     How This Deductible Applies**

You agree to pay, up to the deductible amount shown above, the total of:

1.   all benefits required of you by the worker's compensation law (including benefits payable under PART THREE - OTHER STATES INSURANCE or under any endorsement); plus

2.   all sums you legally must pay as damages; plus

3.   allocated loss adjustment expenses;

because of (a) bodily injury by accident to your employees and; (b) bodily injury by disease to your employees

In addition, you agree to pay a percentage of 1, 2 and 3 above – stated as a loss adjustment factor.

Decl. Barnett, Ex. B-187

Page 1 of 3

We will pay only those amounts of benefits and damages that exceed the applicable deductible amount shown above.

The deductible amount shown for "bodily injury by accident" applies separately to each accident covered by this insurance because of bodily injury to one or more employees in any one accident.

A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

The deductible amount shown for "bodily injury by disease" applies separately for each employee.

Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

**B.**   **Reimbursement of Deductible Amounts**

We will advance the deductible amount you agree to pay under "A.  How This Deductible Applies."  Upon notice of the action taken, you will reimburse us no later than thirty (30) days from the billing for any amount(s) we have so advanced.  In addition, you will pay us an amount for loss adjustment expense computed by multiplying the loss adjustment factor stated in this endorsement times the deductible amount paid by us.  The loss adjustment factor is an average factor and is not based upon the existence or amount of actual loss adjustment expense payments.

**C.**   **Application of Excess and Expense Factor, Variable Expense Factor and Deductible Premium Factor**

Excess and expense factor (EEF) is a factor established by us for this policy considering the cost for insurance above the applicable deductibles for this policy and our internal costs and profit expectations.

Variable expense factor (VEF) is a factor established by us for each state, for all similar policies, considering the expenses which may vary by the amount of premium earned or losses paid.  Variable expenses include, but are not limited to, second injury fund assessments, administrative cost assessments, residual market assessments, assigned risk losses, safety and health consultation funds, guarantee funds, rating and inspection bureau fees, rehabilitation funds, premium taxes and other taxes and expenses.

Deductible premium factor (DPF) is a factor calculated by dividing the excess and expense factor by 1 minus the variable expense factor.  The formula is:

$$[EEF / (1 - VEF)] = DPF$$

The variable expense factor and resulting deductible premium factor contained in this endorsement are estimates and are subject to adjustment based on the variable expense factor then applicable to this policy.

The variable expense factor will be changed from time to time.  Such changes may be retroactive and any change in the variable expense factor applicable to this policy will result in a recalculation of the deductible premium factor.  This recalculation will be made upon the first and subsequent anniversary dates of this policy and such recalculations will result in an additional or return premium.

The variable expense factor and deductible premium factor will continue to be adjusted until there is no further change in the variable expense factor applicable to this policy.

**D.**   **Effect of Deductible on Employers Liability Limits**

With respect to the employers liability insurance provided by this policy, the applicable "each employee" or "each accident" limits of liability are reduced, as to you, by the sum of all such damages within the applicable deductible amount shown above.

Decl. Barnett, Ex. B-188

E. **Allocated Loss Adjustment Expense**

Allocated loss adjustment expense means claim adjustment expense directly allocated by us to a particular claim. Such expense shall include, but shall not be limited to: attorneys' fees for defense of claims, adjuster fees, court and other specific items of expense such as medical examination, expert medical or other testimony, laboratory and x-ray, autopsy, stenography, witnesses, summonses and copies of documents. These expenses shall not include the salaries of our employees or staff attorneys.

F. **Conditions**

1. We have your rights and the rights of persons entitled to the benefits of this insurance to recover all advances and payments, including those within the deductible amount from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

   If we recover any advance or payment made under this policy from anyone liable for the injury, the amount we recover will first be applied to any payments made by us in excess of the deductible amount; only then will the remainder of that recovery, if any, be applied to reduce the deductible amount paid or reimbursed or reimbursable by you.

2. The terms of the policy apply irrespective of the deductible amount, including those with respect to:

   (a) defending any suits; and

   (b) your duties if injury occurs.

3. We have the sole and exclusive right to pay all or any part of the deductible amount at our sole discretion, and notice to you or consent from you is not required for our payment. Your obligation to reimburse us after we have made payment of all or any part of the deductible amount is absolute and in no way conditional.

4. If you fail to reimburse us for a deductible amount that has been paid by us within thirty (30) days from being billed for such, we may cancel the policy. You agree that our cancellation for your failure to reimburse us for a deductible amount is equivalent to, and the same as, cancellation for non-payment of premium.

5. We may keep any unearned premium, premium deposits or other funds held by us or available to us to reimburse us for payments of the deductible amounts paid by us, deductible amounts we estimate we will pay in the future and any unpaid premiums.

G. **Acceptance by the Insured**

On behalf of all insureds under the policy to which this endorsement is attached, I have carefully read, understand and accept the terms and contents of this endorsement.

<u>Personnel Staffing Group, LLC DBA Barnett Management</u>
Insured

_____
Date of Execution

By _____

_____
Title

**Decl. Barnett, Ex. B-189**



**PROTECTIVE INSURANCE COMPANY**
**WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY**
**Deductible Endorsement**

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless another date is indicated below.

This endorsement, effective on      **01/01/2017**     at 12:01 A.M. standard time, forms a part of
                                          (date)

Policy No.     **WD001482**

Issued to     **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

_____
Authorized Representative

This deductible endorsement applies between you and us.  It does not affect or alter the rights of others under the policy. You will reimburse us for any deductible amounts that we advance or are required by law to pay.

State(s) to which this endorsement applies:      **Nevada**

**<u>Applicable deductibles:</u>**

| Coverage | Deductible Amount | |
|---|---|---|
| Bodily Injury by Accident: | $   **500,000** | each accident |
| Bodily Injury by Disease: | $   **500,000** | each employee |

**<u>Applicable factors:</u>**                    **NV**

**Excess & Expense Factor:**              0.172

**Variable Expense Factor:**              0.110

**Estimated Deductible Premium Factor:**    0.193

**Loss Adjustment Factor:**               1.090

**A.     How This Deductible Applies**

You agree to pay, up to the deductible amount shown above, the total of:

1.   all benefits required of you by the worker's compensation law (including benefits payable under PART THREE - OTHER STATES INSURANCE or under any endorsement); plus

2.   all sums you legally must pay as damages; plus

3.   allocated loss adjustment expenses;

because of (a) bodily injury by accident to your employees and; (b) bodily injury by disease to your employees.

In addition, you agree to pay a percentage of 1, 2 and 3 above - stated as a loss adjustment factor.

Decl. Barnett, Ex. B-190

We will pay only those amounts of benefits and damages that exceed the applicable deductible amount shown above.

The deductible amount shown for "bodily injury by accident" applies separately to each accident covered by this insurance because of bodily injury to one or more employees in any one accident.

A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

The deductible amount shown for "bodily injury by disease" applies separately for each employee.

Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

**B.     Reimbursement of Deductible Amounts**

We will advance part or all of the deductible amount you agree to pay under "A. How This Deductible Applies". Upon notice of the action taken, you will reimburse us promptly for any amount(s) we have so advanced. In addition, you will pay us an amount for loss adjustment expense computed by multiplying the loss adjustment factor stated in this endorsement times the deductible amount paid by us. The loss adjustment factor is an average factor and is not based upon the existence or amount of actual loss adjustment expense payments.

**C.     Application of Excess and Expense Factor, Variable Expense Factor and Deductible Premium Factor**

Excess and expense factor (EEF) is a factor established by us for this policy considering the cost for insurance above the applicable deductibles for this policy and our internal costs and profit expectations.

Variable expense factor (VEF) is a factor established by us for each state, for all similar policies, considering the expenses which may vary by the amount of premium earned or losses paid. Variable expenses include, but are not limited to, second injury fund assessments, administrative cost assessments, residual market assessments, assigned risk losses, safety and health consultation funds, guarantee funds, rating and inspection bureau fees, rehabilitation funds, premium taxes and other taxes and expenses.

Deductible premium factor (DPF) is a factor calculated by dividing the excess and expense factor by 1 minus the variable expense factor. The formula is:

$$[EEF / (1 - VEF)] = DPF$$

The variable expense factor and resulting deductible premium factor contained in this endorsement are estimates and are subject to adjustment based on the variable expense factor then applicable to this policy.

The variable expense factor will be charged from time to time. Such changes may be retroactive and any change in the variable expense factor applicable to this policy will result in a recalculation of the deductible premium factor. This recalculation will be made upon the first and subsequent anniversary dates of this policy and such recalculations will result in an additional or return premium.

The variable expense factor and deductible premium factor will continue to be adjusted until there is no further change in the variable expense factor applicable to this policy.

**D.     Effect of Deductible on Employers Liability Limits**

With respect to the employers liability insurance provided by this policy, the applicable "each employee" or "each accident" limits of liability are reduced, as to you, by the sum of all such damages within the applicable deductible amount shown above.

Decl. Barnett, Ex. B-191

E.   **Allocated Loss Adjustment Expense**

Allocated loss adjustment expense means claim adjustment expense directly allocated by us to a particular claim. Such expense shall include, but shall not be limited to: attorneys' fees for defense of claims, adjuster fees, court and other specific items of expense such as medical examination, expert medical or other testimony, laboratory and x-ray, autopsy, stenography, witnesses, summonses and copies of documents.

F.   **Conditions**

1.   We have your rights and the rights of persons entitled to the benefits of this insurance to recover all advances and payments, including those within the deductible amount from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

If we recover any advance or payment made under this policy from anyone liable for the injury, the amount we recover will first be applied to any payments made by us in excess of the deductible amount; only then will the remainder of that recovery, if any, be applied to reduce the deductible amount paid or reimbursed or reimbursable by you.

2.   The terms of the policy apply irrespective of the deductible amount, including those with respect to:

(a)   defending any suits; and

(b)   your duties if injury occurs.

3.   We have the sole and exclusive right and obligation to pay all or any part of the deductible amount at our sole discretion, and notice to you or consent from you is not required for our payment. Your obligation to reimburse us after we have made payment of all or any part of the deductible amount is absolute and in no way conditional.

4.   If you fail to reimburse us for a deductible amount that has been paid by us by the 15th day of the month following our notice to you of our payment of that amount, we may cancel this endorsement.

5.   We may keep any unearned premium, premium deposits or other funds held by us or available to us to reimburse us for payments of the deductible amounts paid by us, deductible amounts we estimate we will pay in the future and any unpaid premiums.

G.   **Acceptance by the Insured**

On behalf of all insureds under the policy to which this endorsement is attached, I have carefully read, understand and accept the terms and contents of this endorsement.


Personnel Staffing Group, LLC DBA Barnett Management
Insured

_____
Date of Execution

By   _____


_____
Title


Decl. Barnett, Ex. B-192

(This Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)



# ENDORSEMENT

This endorsement, effective on **01/01/2017** at 12:01 A.M. standard time, forms a part of

Policy No.   **WD001482**        Policy effective on   **01/01/2017**

Of the        Protective Insurance Company, Carrier Code 14788

Issued to     **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

By           Protective Insurance Company

_____
Authorized Representative

### MISSOURI WC101 ENDORSEMENT

NOTICE:  THIS WORKERS' COMPENSATION POLICY CONTAINS A DEDUCTIBLE OPTION, UNDER WHICH YOU, THE EMPLOYER, ARE REQUIRED TO REIMBURSE CERTAIN LOSSES.  PLEASE READ THIS POLICY CAREFULLY AND UNDERSTAND ITS CONDITIONS THOROUGHLY PRIOR TO PURCHASING COVERAGE.

WC101 (1/85)



# WORKERS' COMPENSATION
# POLICY

## PREPARED SPECIFICALLY FOR

**Personnel Staffing Group, LLC dba Barnett Management**

January 1, 2017 - January 1, 2018

**Protective**
Insurance Company

# EXHIBIT C

DECLARATION OF DANIEL BARNETT  IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT PROTECTIVE INSURANCE COMPANY'S MOTION TO DISMISS OR STAY PURSUANT TO FRCP 12(b)(1)

# Protective
## Insurance Company

111 Congressional Blvd., Suite 300 | Carmel, IN 46032

**WORKERS' COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY INFORMATION PAGE**



**New**
Renewal of Number

**Producer:**   **Assurance Agency, Ltd.**
**1750 E. Golf Road, Ste. 1100**
**Schaumburg, IL 60173**

**Policy No.  RW008981**

1.   The Insured/Mailing address:

☐ Individual  ☐ Partnership  ☒ LLC
☐ Corporation or _____

**Personnel Staffing Group, LLC dba Barnett Management**
**1751 Lake Cook Rd., Ste. 600**
**Deerfield, IL 60015**

Insured's Identification No.(s).
FEIN 010759364

Interstate Risk ID No.  917965579

**CARRIER CODE: 14788**

Other workplaces not shown above: **See WC1001LOC**

2.   Policy Period: The policy period is from **06/30/2017** to **06/30/2018** 12:01 A.M. Standard Time, at the insured's mailing address.

3.   Coverage

A.   Workers Compensation Insurance: Part One of the policy applies to the Workers Compensation Law of the states listed here:  **Massachusetts, Wisconsin**

B.   Employers Liability Insurance: Part Two of the policy applies to work in each state listed in item 3.A. The limits of our liability under Part Two are:

|   |   |   |
|---|---|---|
| Bodily Injury by Accident | **$ 1,000,000** | each accident |
| Bodily Injury by Disease | **$ 1,000,000** | policy limit |
| Bodily Injury by Disease | **$ 1,000,000** | each employee |

C.   Other States Insurance: Part Three of the policy applies to the states, if any, listed here:   **All states except North Dakota, Ohio, Washington, Wyoming and any other state where qualified as a self-insured.**

D.   This policy includes these endorsements and schedules:  **WC1001IC, WC1001LOC, WC1001, WC000104A, WC000106A, WC000301A, WC000313, WC000414, WC000419, WC000421D, WC000422B, WC000424, WC000503C, WC000515A, WC200301, WC200302A, WC200303D, WC200405,  WC200501, WC200601A, WC480601C, WC480606B**

4.   Premium: The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans. All information required below is subject to verification and change by audit.

| Classifications | Code No. | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| **See Attached Schedule** |   |   |   |   |

| Experience Rating Modification Factor | Premium Discount | Expense Constant | Other |   |   |
|---|---|---|---|---|---|
| **Interstate Final 1.01 effective 06/30/2017** |   | **$338** |   | Total Estimated Annual Premium Deposit Premium Minimum Premium | **$   1,008,552** |

[  ] This is a Three Year Fixed Rate Policy

Premium Adjustment Period: ☒ Annual;  ☐ Semiannual;  ☐ Quarterly;  ☐ Monthly

**For information, or to make a complaint call 1-800-231-6024**

Countersigned by _____

Authorized Representative

THIS INFORMATION PAGE WITH THE WORKERS' COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF COMPLETES THE ABOVE NUMBERED POLICY.
©2013 National Council on Compensation Insurance

IN 10783 (12/13)

A Baldwin & Lyons Company       Decl. Barnett, Ex. C-1       COVERAGE THAT REVOLVES AROUND YOU

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 00 00 00 C

(Ed. 1-15)

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

In return for the payment of the premium and subject to all terms of this policy, we agree with you as follows:

### GENERAL SECTION

**A. The Policy**

This policy includes at its effective date the Information Page and all endorsements and schedules listed there. It is a contract of insurance between you (the employer named in Item 1 of the Information Page) and us (the insurer named on the Information Page). The only agreements relating to this insurance are stated in this policy. The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.

**B. Who is Insured**

You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

**C. Workers Compensation Law**

Workers Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page. It includes any amendments to that law which are in effect during the policy period. It does not include any federal workers or workmen's compensation law, any federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

**D. State**

State means any state of the United States of America, and the District of Columbia.

**E. Locations**

This policy covers all of your workplaces listed in Items 1 or 4 of the Information Page; and it covers all other workplaces in Item 3.A. states unless you have other insurance or are self-insured for such workplaces.

### PART ONE
### WORKERS COMPENSATION INSURANCE

**A. How This Insurance Applies**

This workers compensation insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. Bodily injury by accident must occur during the policy period.

2. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

**B. We Will Pay**

We will pay promptly when due the benefits required of you by the workers compensation law.

**C. We Will Defend**

We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance. We have the right to investigate and settle these claims, proceedings or suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

**D. We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;

2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the amount payable under this insurance;

3. litigation costs taxed against you;

4. interest on a judgment as required by law until we offer the amount due under this insurance; and

5. expenses we incur.

**E. Other Insurance**

We will not pay more than our share of benefits and costs covered by this insurance and other

1 of 6

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

Decl. Barnett, Ex. C-2

**WC 00 00 00 C**  WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 1-15)

insurance or self-insurance. Subject to any limits of liability that may apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance will be equal until the loss is paid.

#### F. Payments You Must Make

You are responsible for any payments in excess of the benefits regularly provided by the workers compensation law including those required because:

1. of your serious and willful misconduct;
2. you knowingly employ an employee in violation of law;
3. you fail to comply with a health or safety law or regulation; or
4. you discharge, coerce or otherwise discriminate against any employee in violation of the workers compensation law.

If we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

#### G. Recovery From Others

We have your rights, and the rights of persons entitled to the benefits of this insurance, to recover our payments from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

#### H. Statutory Provisions

These statements apply where they are required by law.

1. As between an injured worker and us, we have notice of the injury when you have notice.
2. Your default or the bankruptcy or insolvency of you or your estate will not relieve us of our duties under this insurance after an injury occurs.
3. We are directly and primarily liable to any person entitled to the benefits payable by this insurance. Those persons may enforce our duties; so may an agency authorized by law. Enforcement may be against us or against you and us.
4. Jurisdiction over you is jurisdiction over us for purposes of the workers compensation law. We are bound by decisions against you under that law, subject to the provisions of this policy that are not in conflict with that law.
5. This insurance conforms to the parts of the workers compensation law that apply to:

   a. benefits payable by this insurance;
   b. special taxes, payments into security or other special funds, and assessments payable by us under that law.

6. Terms of this insurance that conflict with the workers compensation law are changed by this statement to conform to that law.

Nothing in these paragraphs relieves you of your duties under this policy.

#### PART TWO
#### EMPLOYERS LIABILITY INSURANCE

#### A. How This Insurance Applies

This employers liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. The bodily injury must arise out of and in the course of the injured employee's employment by you.
2. The employment must be necessary or incidental to your work in a state or territory listed in Item 3.A. of the Information Page.
3. Bodily injury by accident must occur during the policy period.
4. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.
5. If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

#### B. We Will Pay

We will pay all sums that you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

The damages we will pay, where recovery is permitted by law, include damages:

1. For which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed against such third party as a result of injury to your employee;

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

Decl. Barnett, Ex. C-3

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**      WC 00 00 00 C

(Ed. 1-15)

2. For care and loss of services; and

3. For consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee; provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

4. Because of bodily injury to your employee that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

## C. Exclusions

This insurance does not cover:

1. Liability assumed under a contract. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

2. Punitive or exemplary damages because of bodily injury to an employee employed in violation of law;

3. Bodily injury to an employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;

4. Any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5. Bodily injury intentionally caused or aggravated by you;

6. Bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

7. Damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions;

8. Bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 U.S.C. Sections 901 et seq.), the Nonappropriated Fund Instrumentalities Act (5 U.S.C. Sections 8171 et seq.), the Outer Continental Shelf Lands Act (43 U.S.C. Sections 1331 et seq.), the Defense Base Act (42 U.S.C. Sections 1651–1654), the Federal Mine Safety and Health Act (30 U.S.C. Sections 801 et seq. and 901–944), any other federal workers or workmen's compensation law or other federal occupational disease law, or any amendments to these laws;

9. Bodily injury to any person in work subject to the Federal Employers' Liability Act (45 U.S.C. Sections 51 et seq.), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws;

10. Bodily injury to a master or member of the crew of any vessel, and does not cover punitive damages related to your duty or obligation to provide transportation, wages, maintenance, and cure under any applicable maritime law;

11. Fines or penalties imposed for violation of federal or state law; and

12. Damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 U.S.C. Sections 1801 et seq.) and under any other federal law awarding damages for violation of those laws or regulations issued thereunder, and any amendments to those laws.

## D. We Will Defend

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings and suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance. We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

## E. We Will Also Pay

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding, or suit we defend:

1. Reasonable expenses incurred at our request, but not loss of earnings;

2. Premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3. Litigation costs taxed against you;

4. Interest on a judgment as required by law until we offer the amount due under this insurance; and

5. Expenses we incur.

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

Decl. Barnett, Ex. C-4

**WC 00 00 00 C**          WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 1-15)

F. **Other Insurance**

We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

G. **Limits of Liability**

Our liability to pay for damages is limited. Our limits of liability are shown in Item 3.B. of the Information Page. They apply as explained below.

1. Bodily Injury by Accident. The limit shown for "bodily injury by accident—each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.

   A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

2. Bodily Injury by Disease. The limit shown for "bodily injury by disease—policy limit" is the most we will pay for all damages covered by this insurance and arising out of bodily injury by disease, regardless of the number of employees who sustain bodily injury by disease. The limit shown for "bodily injury by disease—each employee" is the most we will pay for all damages because of bodily injury by disease to any one employee.

   Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

3. We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

H. **Recovery From Others**

We have your rights to recover our payment from anyone liable for an injury covered by this insurance. You will do everything necessary to protect those rights for us and to help us enforce them.

I. **Actions Against Us**

There will be no right of action against us under this insurance unless:

1. You have complied with all the terms of this policy; and

2. The amount you owe has been determined with our consent or by actual trial and final judgment.

This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability. The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

## PART THREE
## OTHER STATES INSURANCE

A. **How This Insurance Applies**

1. This other states insurance applies only if one or more states are shown in Item 3.C. of the Information Page.

2. If you begin work in any one of those states after the effective date of this policy and are not insured or are not self-insured for such work, all provisions of the policy will apply as though that state were listed in Item 3.A. of the Information Page.

3. We will reimburse you for the benefits required by the workers compensation law of that state if we are not permitted to pay the benefits directly to persons entitled to them.

4. If you have work on the effective date of this policy in any state not listed in Item 3.A. of the Information Page, coverage will not be afforded for that state unless we are notified within thirty days.

B. **Notice**

Tell us at once if you begin work in any state listed in Item 3.C. of the Information Page.

## PART FOUR
## YOUR DUTIES IF INJURY OCCURS

Tell us at once if injury occurs that may be covered by this policy. Your other duties are listed here.

1. Provide for immediate medical and other services required by the workers compensation law.

2. Give us or our agent the names and addresses of the injured persons and of witnesses, and other information we may need.

3. Promptly give us all notices, demands and legal papers related to the injury, claim, proceeding or suit.

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

Decl. Barnett, Ex. C-5

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

WC 00 00 00 C

(Ed. 1-15)

4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.

5. Do nothing after an injury occurs that would interfere with our right to recover from others.

6. Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

## PART FIVE
## PREMIUM

### A. Our Manuals

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

### B. Classifications

Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

### C. Remuneration

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

1. all your officers and employees engaged in work covered by this policy; and

2. all other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

### D. Premium Payments

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

### E. Final Premium

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:

1. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

2. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short-rate cancelation table and procedure. Final premium will not be less than the minimum premium.

### F. Records

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

### G. Audit

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

Decl. Barnett, Ex. C-6

**WC 00 00 00 C**　　　　WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 1-15)

## PART SIX
## CONDITIONS

### A. Inspection

We have the right, but are not obliged to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. Insurance rate service organizations have the same rights we have under this provision.

### B. Long Term Policy

If the policy period is longer than one year and sixteen days, all provisions of this policy will apply as though a new policy were issued on each annual anniversary that this policy is in force.

### C. Transfer of Your Rights and Duties

Your rights or duties under this policy may not be transferred without our written consent.

If you die and we receive notice within thirty days after your death, we will cover your legal representative as insured.

### D. Cancelation

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy. We must mail or deliver to you not less than ten days advance written notice stating when the cancelation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancelation notice.

4. Any of these provisions that conflict with a law that controls the cancelation of the insurance in this policy is changed by this statement to comply with the law.

### E. Sole Representative

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, and give or receive notice of cancelation.

IN WITNESS WHEREOF, Protective Insurance Company has caused this policy to be signed by its Offficer(s).

_____
PRESIDENT

_____
SECRETARY

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

Decl. Barnett, Ex. C-7

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:      PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
           POLICY NO:     RW008981
           EFFECTIVE DATE: 06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **MASSACHUSETTS** | | | | |
| STORAGE WAREHOUSE NOC | 8292 | 2,901,000 | 2.99 | $86,740 |
| CLERICAL | 8810 | 2,000,000 | 0.07 | $1,400 |
| TOTAL MANUAL PREMIUM | | | | $88,140 |
| EL INCREASED LIMITS | 9812 | | 2.0% | $1,763 |
| EXPERIENCE MOD | 9898 | | 1.01 | $899 |
| TOTAL STANDARD EST. PREMIUM | | | | $90,802 |
| EXPENSE CONSTANT | 0900 | | | $338 |
| TERRORISM | 9740 | | 0.03 | $1,470 |
| ESTIMATED ANNUAL PREMIUM | | | | $92,610 |
| MA INDUSTRIAL ACCIDENT SURCHARGE | | | 5.60% | $4,985 |
| TOTAL AMOUNT | | | | $97,595 |

Decl. Barnett, Ex. C-8

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:      PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
           POLICY NO:      RW008981
           EFFECTIVE DATE:  06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **WISCONSIN** | | | | |
| CEREAL OF BAR MFG | 2016 | 5,000,000 | 2.04 | $102,000 |
| PRINTING | 4299 | 2,200,000 | 2.65 | $58,300 |
| PHARMECEUTICAL OR SURGICAL GOODS MFG | 4693 | 15,000,000 | 1.32 | $198,000 |
| CARPENTRY - NOC | 5403 | 500,000 | 13.40 | $67,000 |
| CLEANER - DEBRIS REMOVAL - CONSTRUCTION | 5610 | 1,225,000 | 7.39 | $90,528 |
| FOOD SUNDRIES MFG NOC | 6504 | 3,200,000 | 3.88 | $124,160 |
| STORAGE WAREHOUSE NOC | 8292 | 3,000,000 | 7.66 | $229,800 |
| CLERICAL | 8810 | 1,369,000 | 0.24 | $3,286 |
| TOTAL MANUAL PREMIUM | | | | $873,073 |
| EL INCREASED LIMITS | 9812 | | 2.8% | $24,446 |
| EXPERIENCE MOD | 9898 | | 1.01 | $8,974 |
| TOTAL STANDARD EST. PREMIUM | | | | $906,494 |
| CATASTROPHE | 9741 | | 0.01 | $3,149 |
| TERRORISM | 9740 | | 0.02 | $6,299 |
| TOTAL AMOUNT | | | | $915,942 |

Decl. Barnett, Ex. C-9

# ENDORSEMENT

This endorsement, effective on          **06/30/2017**          at 12:01 A.M. standard time, forms a part of

Policy No.      **RW008981**          Policy effective on          **06/30/2017**

Of the          Protective Insurance Company

Issued to      **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

By               Protective Insurance Company

_____
Authorized Representative

It is hereby understood and agreed the reporting provisions of this policy require that the Insured report as payroll and pay premium based on 33.3% of all amounts paid by the Insured to independent contractors.  This percentage applies to all states except California, Minnesota and Oregon where the Insured will report as payroll and pay premium based on 25% of all amounts paid by the Insured to independent contractors.

These provisions apply to all independent contractors for whom the Insured does not maintain a certificate of insurance evidencing valid Workers Compensation coverage, or for whom the Company does not provide work accident insurance coverage.

All other terms and conditions of this policy remain the same.

Endorsement No.

Decl. Barnett, Ex. C-10

(This Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

# ENDORSEMENT

This endorsement, effective on **06/30/2017** at 12:01 A.M. standard time, forms a part of

Policy No. **RW008981** Policy effective on **06/30/2017**

Of the Protective Insurance Company

Issued to **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

By Protective Insurance Company

_____
Authorized Representative

It is hereby understood and agreed that the following Named Insured's and Locations are included:

## NAMED INSURED SCHEDULE

| Name Link Code | Insured Name | FEIN | NAICS Code |
|---|---|---|---|
| 001 | PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT | 010759364 | 561320 |
| 002 | MVP WORKFORCE, LLC | 263242640 | 561320 |
| 003 | PERSONNEL STAFFING GROUP, LLC DBA MVP 360 | 010759364 | 561320 |
| 004 | PERSONNEL STAFFING GROUP, LLC DBA HOTEL STAFFING SOLUTIONS | 010759364 | 561320 |
| 005 | PERSONNEL STAFFING GROUP, LLC DBA BALANCE | 010759364 | 561320 |
| 006 | PERSONNEL STAFFING GROUP, LLC DBA MACKENZIE & COMPANY | 010759364 | 561320 |
| 007 | MVP WORKFORCE, LLC DBA HOTEL STAFFING SOLUTIONS | 010759364 | 561320 |
| 008 | PERSONNEL STAFFING GROUP, LLC DBA KBS STAFFING | 010759364 | 561320 |
| 009 | STAFFING GROUP, LLC DBA MOST VALUABLE PERSONNEL | 010759364 | 561320 |

## LOCATION SCHEDULE

| Name Link Code | Address | No. of Employees | UI No. | NAICS Code |
|---|---|---|---|---|
| 001 | 198 TREMONT BOSTON, MA  02116 | 1 | | 561320 |

Page 1 of 2

Decl. Barnett, Ex. C-11

# LOCATION SCHEDULE

| Name Link Code | Address | No. of Employees | UI No. | NAICS Code |
|---|---|---|---|---|
| 001 | 7525 45TH AVENUE<br>PLEASANT PRAIRIE, WI 53142 | 1 | | 561320 |
| 002 | 198 TREMONT<br>BOSTON, MA  02116 | 1 | | 561320 |
| 002 | 7525 45TH AVENUE<br>PLEASANT PRAIRIE, WI 53142 | 1 | | 561320 |
| 003 | 198 TREMONT<br>BOSTON, MA  02116 | 1 | | 561320 |
| 003 | 7525 45TH AVENUE<br>PLEASANT PRAIRIE, WI 53142 | 1 | | 561320 |
| 004 | 198 TREMONT<br>BOSTON, MA  02116 | 1 | | 561320 |
| 004 | 7525 45TH AVENUE<br>PLEASANT PRAIRIE, WI 53142 | 1 | | 561320 |
| 005 | 198 TREMONT<br>BOSTON, MA  02116 | 1 | | 561320 |
| 005 | 7525 45TH AVENUE<br>PLEASANT PRAIRIE, WI 53142 | 1 | | 561320 |
| 006 | 198 TREMONT<br>BOSTON, MA  02116 | 1 | | 561320 |
| 006 | 7525 45TH AVENUE<br>PLEASANT PRAIRIE, WI 53142 | 1 | | 561320 |
| 007 | 198 TREMONT<br>BOSTON, MA  02116 | 1 | | 561320 |
| 007 | 7525 45TH AVENUE<br>PLEASANT PRAIRIE, WI 53142 | 1 | | 561320 |
| 008 | 198 TREMONT<br>BOSTON, MA  02116 | 1 | | 561320 |
| 008 | 7525 45TH AVENUE<br>PLEASANT PRAIRIE, WI 53142 | 1 | | 561320 |
| 009 | 198 TREMONT<br>BOSTON, MA  02116 | 1 | | 561320 |
| 009 | 7525 45TH AVENUE<br>PLEASANT PRAIRIE, WI 53142 | 1 | | 561320 |

All other terms and conditions of this policy remain the same.
WC1001LOC (3/10)

Page 2 of 2

Decl. Barnett, Ex. C-12

© 1983 National Council on Compensation Insurance.

(This Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)



# ENDORSEMENT

This endorsement, effective on **06/30/2017** at 12:01 A.M. standard time, forms a part of

Policy No. **RW008981** Policy effective on **06/30/2017**

Of the Protective Insurance Company

Issued to **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

By Protective Insurance Company

_____

Authorized Representative

It is hereby understood and agreed that the tax multiplier(s) for this policy are estimates only and will be adjusted annually to correspond to the actual taxes and assessments incurred by the company.

All other terms and conditions of this policy remain unchanged.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**   **WC 00 01 04 A**

(Ed. 10-04)

## FEDERAL EMPLOYERS' LIABILITY ACT COVERAGE ENDORSEMENT

This endorsement applies only to work subject to the Federal Employers' Liability Act (45 USC Sections 51–60) and any amendment to that Act that is in effect during the policy period.

G.   **Limits of Liability** of Part Two (Employers Liability Insurance) is replaced by the following:

   G.   **Limits of Liability**

   Our liability to pay for damages is limited. Our limits of liability are shown in the Schedule. They apply as explained below:

   1.   Bodily Injury by Accident. The limit shown for "bodily injury by accident—each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.

   A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

   2.   Bodily Injury by Disease. The limit shown for "bodily injury by disease—aggregate" is the most we will pay for all damages covered by this insurance because of bodily injury by disease to one or more employees. The limit applies separately to bodily injury by disease arising out of work in each state shown in Item 3.A. of the Information Page or in the Schedule.

   Bodily injury by disease does not include disease that results directly from bodily injury by accident.

   3.   We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

If any state is named in Item 2 of the Schedule, Part Two (Employers Liability Insurance) applies in that state to work subject to the Federal Employers' Liability Act as though that state were listed in Item 3.A. of the Information Page. Part One (Workers Compensation Insurance) does not apply in a state shown in the Schedule.

Part Two (Employers Liability Insurance), C.  Exclusions, exclusion 9, does not apply to work subject to the Federal Employers' Liability Act.

### Schedule

1. Limits of Liability

   Bodily Injury by Accident                                   $ 1,000,000 each accident

   Bodily Injury by Disease                                    $ 1,000,000 aggregate

2. State

   This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | |
|---|---|---|
| Policy Effective | **06/30/2017** | |
| Endorsement Effective | **06/30/2017** | Policy No. **RW008981**   Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**   Premium |
| Insurance Company | **Protective Insurance Company**   Countersigned by _____ |

**WC 00 01 04 A**

(Ed. 10-04)

© 2004 National Council on Compensation Insurance, Inc.

Decl. Barnett, Ex. C-14



**WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY INSURANCE POLICY**
WC 00 01 06 A

# LONGSHORE AND HARBOR WORKERS' COMPENSATION ACT COVERAGE ENDORSEMENT

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy.)

This endorsement, effective on **06/30/2017** at 12:01 A.M. standard time, forms a part of
(DATE)

Policy No. **RW008981**

of the Protective Insurance Company
(NAME OF INSURANCE COMPANY)

issued to **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

Premium (if any) $ Included _____

Authorized Representative

This endorsement applies only to work subject to the Longshore and Harbor Workers' Compensation Act in a state shown in the Schedule. The policy applies to that work as though that state were listed in Item **3.A.** of the Information Page.

General Section **C. Workers' Compensation Law** is replaced by the following:

**C. Workers' Compensation Law**

Workers' Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory in Item **3.A.** of the Information Page and the Longshore and Harbor Workers' Compensation Act (33 USC Sections 901-950). It includes any amendments to those laws that are in effect during the policy period. It does not include any other federal workers or workmen's compensation law, other federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

Part Two (Employers Liability Insurance), **C. Exclusions.**, exclusion **8.**, does not apply to work subject to the Longshore and Harbor Workers' Compensation Act.

This endorsement does not apply to work subject to the Defense Base Act, the Outer Continental Shelf Lands Act, or the Nonappropriated Fund Instrumentalities Act.

### Schedule

| **State** | **Longshore and Harbor Workers' Compensation Act Coverage Percentage** |
|---|---|
| Each state named in Item 3.A. or 3.C. of the Information Page | Percentages as promulgated by NCCI |

The rates for classifications with code numbers not followed by the letter "F" are rates for work not ordinarily subject to the Longshore and Harbor Workers' Compensation Act. If this policy covers work under such classifications, and if the work is subject to the Longshore and Harbor Workers' Compensation Act, those non-F classification rates will be increased by the Longshore and Harbor Workers' Compensation Act Coverage Percentage filed by the insurance company.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 00 03 01 A**

(Ed. 2-89)

## ALTERNATE EMPLOYER ENDORSEMENT

This endorsement applies only with respect to bodily injury to your employees while in the course of special or temporary employment by the alternate employer in the state named in Item 2 of the Schedule. Part One (Workers Compensation Insurance) and Part Two (Employers Liability Insurance) will apply as though the alternate employer is insured. If an entry is shown in Item 3 of the Schedule the insurance afforded by this endorsement applies only to work you perform under the contract or at the project named in the Schedule.

Under Part One (Workers Compensation Insurance) we will reimburse the alternate employer for the benefits required by the workers compensation law if we are not permitted to pay the benefits directly to the persons entitled to them.

The insurance afforded by this endorsement is not intended to satisfy the alternate employer's duty to secure its obligations under the workers compensation law. We will not file evidence of this insurance on behalf of the alternate employer with any government agency.

We will not ask any other insurer of the alternate employer to share with us a loss covered by this endorsement.

Premium will be charged for your employees while in the course of special or temporary employment by the alternate employer.

The policy may be canceled according to its terms without sending notice to the alternate employer.

Part Four (Your Duties If Injury Occurs) applies to you and the alternate employer. The alternate employer will recognize our right to defend under Parts One and Two and our right to inspect under Part Six.

Schedule

1. **Alternate Employer**                                          **Address**
   Where required by written contract
2. **State of Special or Temporary Employment**

3. **Contract or Project**

**This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.**
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | 06/30/2017 | | |
| Endorsement Effective | 06/30/2017 | Policy No. **RW008981** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |

Insurance Company                    Countersigned by _____

**WC 00 03 01 A**
(Ed. 2-89)

© 1984, 1988 National Council on Compensation Insurance.

Decl. Barnett, Ex. C-16

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                WC 00 03 13

(Ed. 4-84)

### WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule. (This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.)

This agreement shall not operate directly or indirectly to benefit anyone not named in the Schedule.

Schedule

**Where required by written contract**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **RW008981** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

**WC 00 03 13**
(Ed. 4-84)

Decl. Barnett, Ex. C-17

© 1983 National Council on Compensation Insurance.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          **WC 00 04 14**

(Ed. 7-90)

### NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT

Experience rating is mandatory for all eligible insureds. The experience rating modification factor, if any, applicable to this policy, may change if there is a change in your ownership or in that of one or more of the entities eligible to be combined with you for experience rating purposes. Change in ownership includes sales, purchases, other transfers, mergers, consolidations, dissolutions, formations of a new entity and other changes provided for in the applicable experience rating plan manual.

You must report any change in ownership to us in writing within 90 days of such change. Failure to report such changes within this period may result in revision of the experience rating modification factor used to determine your premium.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **RW008981** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 00 04 14**
(Ed. 7-90)

Decl. Barnett, Ex. C-18

© 1990 National Council on Compensation Insurance.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 00 04 19

(Ed. 1-01)

## PREMIUM DUE DATE ENDORSEMENT

This endorsement is used to amend:

Section D. of Part Five of the policy is replaced by this provision.

### PART FIVE
### PREMIUM

D.   **Premium** is amended to read:

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid. **The due date for audit and retrospective premiums is the date of the billing.**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **RW008981** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

**WC 00 04 19**
(Ed. 1-01)

Decl. Barnett, Ex. C-19

© 2000 National Council on Compensation Insurance, Inc.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 00 04 21 D

(Ed. 1-15)

## CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM) PREMIUM ENDORSEMENT

This endorsement is notification that your insurance carrier is charging premium to cover the losses that may occur in the event of a Catastrophe (other than Certified Acts of Terrorism) as that term is defined below. Your policy provides coverage for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism). This premium charge does not provide funding for Certified Acts of Terrorism contemplated under the Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement (WC 00 04 22 B), attached to this policy.

For purposes of this endorsement, the following definitions apply:

- Catastrophe (other than Certified Acts of Terrorism): Any single event, resulting from an Earthquake, Noncertified Act of Terrorism, or Catastrophic Industrial Accident, which results in aggregate workers compensation losses in excess of $50 million.
- Earthquake: The shaking and vibration at the surface of the earth resulting from underground movement along a fault plane or from volcanic activity.
- Noncertified Act of Terrorism: An event that is not certified as an Act of Terrorism by the Secretary of Treasury pursuant to the Terrorism Risk Insurance Act of 2002 (as amended) but that meets all of the following criteria:
  a.   It is an act that is violent or dangerous to human life, property, or infrastructure;
  b.   The act results in damage within the United States, or outside of the United States in the case of the premises of United States missions or air carriers or vessels as those terms are defined in the Terrorism Risk Insurance Act of 2002 (as amended); and
  c.   It is an act that has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.
- Catastrophic Industrial Accident: A chemical release, large explosion, or small blast that is localized in nature and affects workers in a small perimeter the size of a building.

The premium charge for the coverage your policy provides for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism) is shown in Item 4 of the Information Page or in the Schedule below.

### Schedule

| State | Rate | Premium |
|-------|------|---------|
|       |      |         |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **RW008981** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 00 04 21 D**
(Ed. 1-15)

Decl. Barnett, Ex. C-20

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserve.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                                    **WC 00 04 22 B**

(Ed. 1-15)

## TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT DISCLOSURE ENDORSEMENT

This endorsement addresses the requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2015. It serves to notify you of certain limitations under the Act, and that your insurance carrier is charging premium for losses that may occur in the event of an Act of Terrorism.

Your policy provides coverage for workers compensation losses caused by Acts of Terrorism, including workers compensation benefit obligations dictated by state law.  Coverage for such losses is still subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and/or state laws, rules, or regulations.

### Definitions

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments thereto, including any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2015.

"Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States as meeting all of the following requirements:

a.  The act is an act of terrorism.

b.  The act is violent or dangerous to human life, property or infrastructure.

c.  The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

d.  The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss" means any loss resulting from an act of terrorism (and, except for Pennsylvania, including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer Deductible" means, for the period beginning on January 1, 2015, and ending on December 31, 2020, an amount equal to 20% of our direct earned premiums, during the immediately preceding calendar year.

### Limitation of Liability

The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a calendar year and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

### Policyholder Disclosure Notice

1.  Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses exceed:

    a.  $100,000,000, with respect to such Insured Losses occurring in calendar year 2015, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.

    b.  $120,000,000, with respect to such Insured Losses occurring in calendar year 2016, the United States Government would pay 84% of our Insured Losses that exceed our Insurer Deductible.

    c.  $140,000,000, with respect to such Insured Losses occurring in calendar year 2017, the United States Government would pay 83% of our Insured Losses that exceed our Insurer Deductible.

    d.  $160,000,000, with respect to such Insured Losses occurring in calendar year 2018, the United States Government would pay 82% of our Insured Losses that exceed our Insurer Deductible.

    e.  $180,000,000, with respect to such Insured Losses occurring in calendar year 2019, the United States Government would pay 81% of our Insured Losses that exceed our Insurer Deductible.

    f.  $200,000,000, with respect to such Insured Losses occurring in calendar year 2020, the United States Government would pay 80% of our Insured Losses that exceed our Insurer Deductible.

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserve.

**WC 00 04 22 B**           WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 1-15)

2.  Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceed $100,000,000,000.

3.  The premium charge for the coverage your policy provides for Insured Losses is included in the amount shown in Item 4 of the Information Page or in the Schedule below.

### Schedule

| State | Rate | Premium |
|-------|------|---------|
|       |      |         |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **RW008981** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 00 04 22 B**
(Ed. 1-15)

Decl. Barnett, Ex. C-22

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserve.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 00 04 24

(Ed. 1-17)

## AUDIT NONCOMPLIANCE CHARGE ENDORSEMENT

Part Five—Premium, Section G. (Audit) of the Workers Compensation and Employers Liability Insurance Policy is revised by adding the following:

If you do not allow us to examine and audit all of your records that relate to this policy, and/or do not provide audit information as requested, we may apply an Audit Noncompliance Charge. The method for determining the Audit Noncompliance Charge by state, where applicable, is shown in the Schedule below.

If you allow us to examine and audit all of your records after we have applied an Audit Noncompliance Charge, we will revise your premium in accordance with our manuals and Part 5—Premium, E. (Final Premium) of this policy.

Failure to cooperate with this policy provision may result in the cancellation of your insurance coverage, as specified under the policy.

### Schedule

| State(s) | Basis of Audit Noncompliance Charge | Maximum Audit Noncompliance Charge Multiplier |
|----------|-------------------------------------|-----------------------------------------------|
| WI | $915,942 | 2 |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | 06/30/2017 | | |
| Endorsement Effective | 06/30/2017 | Policy No. **RW008981** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 00 04 24
(Ed. 1-17)

Decl. Barnett, Ex. C-23

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 00 05 03 C

(Ed. 1-15)

## RETROSPECTIVE RATING PLAN PREMIUM ENDORSEMENT
## ONE-YEAR PLAN

This endorsement is added to Part Five (Premium) because you chose to have the cost of the insurance rated retrospectively. This endorsement explains the rating plan and how the retrospective rating plan premium will be determined.

This endorsement applies in the states listed in the Schedule. It determines the retrospective rating plan premium for the insurance provided during the rating plan period by this policy and any policy listed in the Schedule. The rating plan period is the one-year period beginning with the effective date of this endorsement.

The amount of retrospective rating plan premium depends on five standard elements and two elective elements.

A. **Retrospective Rating Plan Premium Standard Elements**

   The five standard elements are explained here.

   1. Standard premium is the premium we would charge during the rating plan period if you had not chosen a retrospective rating plan. Standard premium does not include the following elements and any other elements excluded based on our manuals:
      - Premium discount
      - Expense constant
      - Premium resulting from the nonratable element codes
      - Premium developed by the occupational disease rates for employers subject to the Federal Mine Safety and Health Act
      - Premium developed by the catastrophe provisions

   2. Basic premium is less than standard premium. It is standard premium multiplied by a percentage called the basic premium factor. The basic premium factor varies depending on the total amount of standard premium. The basic premium factor includes:
      - General administration costs of the carrier
      - Cost of loss control services
      - Insurance charge

      The basic premium factor does not cover premium taxes or claims adjustment expenses. Those elements are usually provided for in the tax multiplier and the loss conversion factor.

      The Schedule shows a range of basic premium factors for differing amounts of estimated standard premium. The actual basic premium factor will be determined after the standard premium is determined. If earned standard premium is not within the range of the estimated standard premiums shown in the Schedule, the basic premium will be recalculated.

   3. Incurred losses are all amounts we pay or estimate we will pay for losses, interest on judgements, expenses to recover against third parties, and employers liability loss adjustment expenses. This includes paid and outstanding losses (including any reserves set on open claims). If the allocated loss adjustment expense (ALAE) option is elected, then incurred losses will include ALAE.

      **Note:** The rating formula for incurred losses will not include a loss for the following elements or any other elements excluded from our manuals, as applicable:
      - Resulting from the nonratable element codes
      - For the disease-related portion of losses covered under the Federal Mine Safety and Health Act
      - Resulting from the application of catastrophe provisions
      - Reported as fully fraudulent
      - Reported as noncompensable

   4. Converted incurred losses are based on the incurred losses for a policy or policies to which the retrospective rating plan applies. A loss conversion factor is applied to incurred losses to produce the converted incurred losses. The loss conversion factor is shown in the Schedule.

   5. Taxes are a part of the premium we collect. Taxes are determined as a percentage of basic premium, converted incurred losses, and any elective elements. The percentage is called the tax multiplier. It varies by state and by federal and nonfederal classifications. The tax multipliers are shown in the Schedule.

Decl. Barnett Ex. C-24

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

WC 00 05 03 C                    **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 1-15)

B. **Retrospective Rating Plan Premium Elective Elements**

Two other elements are included in determining retrospective rating plan premium if you elected to include them. They are the excess loss premium for the loss limitation and the retrospective development premium. They are explained here.

1. The election of a loss limitation means that the amount of incurred loss to be included in the retrospective rating plan premium is limited to an amount called the loss limitation. The loss limitation applies separately to each person who sustains bodily injury by disease and separately to all bodily injury arising out of any one accident.

   The charge for this loss limitation is called the excess loss premium. Excess loss premium is a percentage of standard premium multiplied by the loss conversion factor. The percentage is called the excess loss premium factor.

   Excess loss premium factors vary by state, by classification, and by the amount of the loss limitation. If you chose this elective element, the loss conversion factor, the loss limitation, the excess loss premium factors, and the states where they apply are shown in the Schedule.

2. The retrospective development element is used to help stabilize premium adjustments. The premium for this element is charged with the first three calculations of a retrospective rating plan premium and is called the retrospective development premium. It is a percentage of standard premium multiplied by the loss conversion factor. The percentage of standard premium is called the retrospective development factor.

   Retrospective development factors vary by state, by electing a loss limitation, and by first, second, and third calculations of retrospective rating plan premium. If you chose this elective element, the retrospective development factors are shown in the Schedule.

C. **Retrospective Rating Plan Premium Formula**

Insurance policies listed in the Schedule will be combined with this policy to calculate the retrospective rating plan premium. If the policies provide insurance for more than one insured, the retrospective rating plan premium will be determined for all insureds combined, not separately for each insured.

1. Retrospective rating plan premium is the sum of basic premium, converted losses, plus the excess loss premium and retrospective development premium elective elements if you chose them. This sum is multiplied by the applicable tax multiplier shown in the Schedule.

2. The retrospective rating plan premium will not be less than the minimum or more than the maximum retrospective rating plan premium. The minimum and maximum retrospective rating plan premiums are determined by applying the minimum and maximum retrospective rating plan premium factors, shown in the Schedule, to the standard premium.

3. If this endorsement applies to more than one policy or state, the standard premium will be the sum of the standard premiums for each policy and state.

D. **Calculation of Retrospective Rating Plan Premium**

1. We will calculate the retrospective rating plan premium using all loss information we have as of a date six months after the rating plan period ends and annually thereafter.

   We may make a special valuation of a retrospective rating plan premium as of any date that you are declared bankrupt or insolvent, make an assignment for the benefit of creditors, are involved in reorganization, receivership, or liquidation, or dispose of all your interest in work covered by the insurance. You will pay the amount due to us if the retrospective rating plan premium is more than the total standard premium as of the special valuation date.

2. After any calculation of retrospective rating plan premium, you and we may agree that it is the final calculation.

3. After each calculation of the retrospective rating plan premium, you will pay promptly the amount due us, or we will refund the amount due you. Each insured is responsible for the payment of all standard premium and retrospective rating plan premium calculated under this endorsement.

E. **Insureds Operating in More Than One State**

If any of the policies provide insurance in a state not listed in the Table of States, and if you begin work in that state during the retrospective rating plan period, this endorsement will apply to that insurance if this retrospective rating plan applies in that state on an interstate basis. The retrospective rating plan premium standard elements, and the elective elements you chose, will be determined by our manuals for that state, and added to the Schedule by endorsement.

Decl. Barnett Ex. C-25

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**  **WC 00 05 03 C**

(Ed. 1-15)

F. **Cancellation of a Policy Under a Retrospective Rating Plan**

1. If the policy to which this endorsement is attached is cancelled, the effective date of the cancellation will become the end of the rating plan period of all insurance subject to this endorsement.

2. If other policies listed in the Schedule of this endorsement are cancelled, the effective date of cancellation will become the end of the rating plan period for all insurance subject to this endorsement unless we agree with you, by endorsement, to continue the rating plan period.

3. If we cancel for nonpayment of premium, the maximum retrospective rating plan premium will be based on the standard premium for the rating plan period, increased pro rata to 365 days, and will include all of the applicable retrospective rating plan factors shown in the Schedule.

4. If you cancel, the standard premium for the rating plan period will be increased by our short rate table and procedure. This short rate premium will be the minimum retrospective rating plan premium and will be used to determine the basic premium.

   The short rate premium will be used to determine the excess loss premium and retrospective development premium if you chose these elective elements.

   The maximum retrospective rating plan premium will be based on the standard premium for the rating plan period, increased pro rata to 365 days.

5. Section F.4. will not apply if you cancel because:

   a. All work covered by the insurance is completed

   b. All interest in the business covered by the insurance is sold

   c. You retire from all business covered by the insurance

Schedule

1. Other policies subject to this Retrospective Rating Plan Premium Endorsement  _____

   _____

2. Loss Limitation: $  **500,000**  _____

3. Loss Conversion Factor  **1.09**  _____

   Minimum Retrospective Rating Plan Premium Factor  **Basic x Tax**  _____

   Maximum Retrospective Rating Plan Premium Factor  **Unlimited**  _____

4. The basic premium factors shown here are based on estimates of standard premium. If the actual standard premium is within the range of estimated standard premiums shown here, the basic premium factor will be obtained by linear interpolation to the nearest one-tenth of 1%. If the actual standard premium is not within the range of estimated standard premiums, shown below, the basic premium factor will be recalculated.

|  | 50% | 100% | 150% |
|---|---|---|---|
| Estimated Standard Premium: | $ _____ | $  **997,296** | $ _____ |
| Basic Premium Factor: | _____ | **0.205** | _____ |

5. The tax multipliers, excess loss premium factors, and retrospective development factors, and the states where they apply, are shown in the Table of States.

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

Decl. Barnett, Ex. C-26

**WC 00 05 03 C**          **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 1-15)

TABLE OF STATES

| State | Excess Loss Premium Factors | | Tax Multiplier | | Retrospective Development Factors | | |
|---|---|---|---|---|---|---|---|
| | State (Other than "F" Classes) | Federal ("F" Classes Only) | State (Other than "F" Classes) | Federal ("F" Classes Only) | 1st | 2nd | 3rd |
| **MA** | | | 1.09 | These tax multipliers are adjustable. See endorsements:<br><br>WC200501 & WI1001 | | | |
| **WI** | | | 1.09 | | | | |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **RW008981** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

**WC 00 05 03 C**
(Ed. 1-15)

Decl. Barnett Ex. C-27

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 00 05 15 A

(Ed. 01-10)

## RETROSPECTIVE RATING PLAN PREMIUM ENDORSEMENT—FLEXIBILITY OPTIONS

This endorsement is added to Part Five (Premium) because you chose to have the cost of the insurance rated retrospectively.

The retrospective rating plan premium endorsement attached to the policy is changed by the selection of one or more of the options shown below in the Schedule.

Schedule

1.  Incurred losses are changed to include allocated loss adjustment expense in these states: _____
    **All states listed in item 3A of the Information Page.**

2.  The correctly calculated basic premium factor for 100% of the estimated standard premium shall be used without linear interpolation, for each calculation of retrospective premium.

3.  Each calculation of retrospective rating plan premium will use all loss information we have as of a date agreed to by you and us.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **RW008981** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 00 05 15 A
(Ed. 01-10)

© Copyright 2009 National Council on Compensation Insurance, Inc. All Rights Reserved.

Decl. Barnett Ex. C-28

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    **WC 20 03 01**

(Ed. 4-84)

## MASSACHUSETTS LIMITS OF LIABILITY ENDORSEMENT

This endorsement applies only to the insurance provided by Part Two (Employers Liability Insurance) because Massachusetts is listed in Item 3.A. of the Information Page.

Our liability to you under Section 25 of Chapter 152 of the General Laws of Massachusetts is not subject to the limit of liability that applies to Part Two (Employers Liability Insurance).

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **RW008981** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 20 03 01**
(Ed. 4-84)

© 1984 National Council on Compensation Insurance. Decl. Barnett, Ex. C-29

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     **WC 20 03 02 A**

(Ed. 9-08)

### MASSACHUSETTS—ASSESSMENT CHARGE

Massachusetts General Laws, Chapter 152, Section 65, as amended by Chapter 572 of the Acts of 1985, establishes a workers compensation special fund and a workers compensation trust fund.

On behalf of the Department of Industrial Accidents (DIA), the insurance company providing workers compensation coverage is required to bill and collect an assessment charge covering the special and trust funds from insured employers and remit the amounts collected to the State Treasury.

The assessment charge, which is determined by applying a rate (subject to annual change) to the DIA's standard premium, as defined and outlined in 452 CMR 7.00, developed under your policy, is shown as a separate item on the information page of the policy. The rate may be different for private employers and for the Commonwealth and its political subdivisions.

The income derived from the assessment charge will be used to fund the operating expenses of the DIA and to fund certain employee benefits as described in Chapter 152.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **RW008981** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 20 03 02 A**
(Ed. 9-08)

Decl. Barnett, Ex. C-30

© Copyright 2008 National Council on Compensation Insurance. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**  WC 20 03 03 D

(Ed. 8-10)

## MASSACHUSETTS NOTICE TO POLICYHOLDER ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Massachusetts is shown in Item 3.A. of the Information Page.

1.  Rates and Premium

    The policy contains rates and classifications that apply to your type of business. If you have any questions regarding the rates or classifications, please contact your agent or us.

    You may obtain pertinent rating information by submitting a written request to the Workers' Compensation Rating and Inspection Bureau of Massachusetts at the address shown in this endorsement or to us at our company address shown on this endorsement. We may require you to pay a reasonable charge for furnishing the information.

    You may also submit a written request for a review of the method by which your classification, rates, premiums or audit results were determined. If we fail to grant or reject your request within thirty days after it is made or if you are not satisfied by the results of our review, you may submit a written request for review to the Workers' Compensation Rating and Inspection Bureau of Massachusetts ("WCRIBMA") at the address shown in this endorsement. If the WCRIBMA fails to grant or reject your request within thirty days after it is made or [i]f you are not satisfied with the results of the WCRIBMA review, you may appeal to the Commissioner of Insurance at the address shown in this endorsement.

2.  Reserves or Settlements

    You may request a loss run, which contains reserve and settlement information for claims that relate to the premium for this policy. Such a request must be in writing and should be sent to our address shown on this endorsement. We will provide you with that information within thirty (30) days of receipt of your request, and at reasonable intervals thereafter.

    If you have any questions or believe that we set unreasonable reserves or made unreasonable settlements that affected your premiums or losses, you may make a written request through your agent or directly to us for a meeting with our company representative. If you are not satisfied with the results of the meeting, you may make a written appeal to the Insurance Commissioner at the address shown on the endorsement.

3.  Named Insured

    You are responsible for immediately reporting all changes in name or legal status to us in writing at the company address shown in this Endorsement.

    If you want to add a named insured or replace the named insured with another legal entity on any policy issued through the Massachusetts Assigned Risk Pool you must submit a new Assigned Risk Pool Application, including a Confidential Request for Information Form (ERM), to the Workers' Compensation Rating and Inspection Bureau of Massachusetts at the address shown in this Endorsement.

4.  Insured's Mailing Address

    Notices relating to this Policy will be mailed or delivered to your mailing address. Your mailing address is that which is shown in Item 1 of the Information Page or in a change of address Endorsement to the Policy. You are responsible for notifying us in writing at the company address shown in this Endorsement about any change to your mailing address.

© Copyright 2010 National Council on Compensation Insurance, Inc. All Rights Reserved.

Decl. Barnett, Ex. C-31

**WC 20 03 03 D**

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 8-10)

Addresses

The Workers' Compensation Rating and
Inspection Bureau of Massachusetts
Attention: Customer Service Department
101 Arch Street, 5th Floor
Boston, MA 02210
www.wcribma.org

Commissioner of Insurance
Division of Insurance
Department of Banking and Insurance
1000 Washington St 8th Floor
Boston, MA 02118-2218

Assurance Agency, Ltd.
1750 E. Golf Rd.
Ste. 1100
Schaumburg, IL 60173

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **RW008981** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 20 03 03 D**
(Ed. 8-10)

Page 2 of 2

© Copyright 2010 National Council on Compensation Insurance, Inc. All Rights Reserved.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 20 04 05

(Ed. 6-01)

## MASSACHUSETTS PREMIUM DUE DATE ENDORSEMENT

Section D. of Part Five of the policy is replaced by this provision:

### PART FIVE
### PREMIUM

D.   **Premium Payments** is amended to read:

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid. **The audit and retrospective premiums shall be paid by the due date indicated on the billing statement.**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **RW008981** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _White_ | |

**WC 20 04 05**
(Ed. 6-01)

Decl. Barnett, Ex. C-33

© 2001 National Council on Compensation Insurance, Inc.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    **WC 20 05 01**

(Ed. 4-95)

## MASSACHUSETTS RETROSPECTIVE PREMIUM ENDORSEMENT
## FLEXIBILITY OPTIONS

The Retrospective Premium Endorsement attached to the policy is changed by the information shown in the Schedule.

Schedule

1.   Incurred losses are changed to include allocated loss adjustment expense in Massachusetts.

2.   Each calculation of retrospective premium will use all loss information we have as of a date agreed to by you and us.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **RW008981** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

**WC 20 05 01**
(Ed. 4-95)

© 1995 National Council on Compensation Insurance, Inc.   Decl. Barnett, Ex. C-34

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                                    WC 20 06 01 A

(Ed. 7-08)

## MASSACHUSETTS CANCELLATION ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Massachusetts is shown in Item 3.A. of the Information Page.

The **Cancellation** Condition of the policy is replaced by the following:

**Cancellation**

1.   You may cancel this policy by mailing or delivering to us advance written notice requesting cancellation.   Such cancellation shall not be effective until ten days after written notice is given by us to The Workers' Compensation Rating and Inspection Bureau of Massachusetts (Bureau), or until notice has been received by the Bureau that you have secured insurance from another insurance company, whichever occurs first. Our notice to the Bureau may be given by electronic transmission.

2.   We may cancel this policy only if based on one or more of the following reasons: (i) nonpayment of premium; (ii) fraud or material misrepresentation affecting your policy; or (iii) a substantial increase in the hazard insured against.   Such cancellation shall not be effective until ten days after written notice is given by us to you and The Workers' Compensation Rating and Inspection Bureau of Massachusetts (Bureau), or until notice has been received by the Bureau that you have secured insurance from another insurance company, whichever occurs first. Our notice to the Bureau may be given by electronic transmission.

3.   We will mail or deliver the notice of cancellation to you at your last address, which shall be the mailing address shown in Item 1 of the Information Page or the change of mailing address shown in an Endorsement to the Policy. Pursuant to M.G.L. Chapter 175, Section 187C, a written notice of cancellation shall be deemed effective when mailed by us if we obtain a certificate of mailing receipt from the United States Postal Service showing your name and address as stated in the policy.

4.   Any of these provisions that conflict with the law that controls the cancellation of this insurance policy is changed by this statement to comply with the law.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **RW008981** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 20 06 01 A**
(Ed. 7-08)

Decl. Barnett, Ex. C-35

© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

WC 48 06 01 C

(Ed. 4-01)

## WISCONSIN LAW ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Wisconsin is shown in Item 3.A. of the Information Page.

This policy is amended to reflect the following changes and/or additions to clarify or comply with Wisconsin Law:

I.  If our agent has knowledge of a change in or a violation of a policy condition, this will be considered our knowledge and will not void the policy or defeat a recovery for a claim.

II.  "Workers Compensation Law" means Chapter 102, Wisconsin Statutes. It does not include and this policy does not apply to any obligation under Chapter 40, Wisconsin Statutes, or Section 66.191, Wisconsin Statutes, or any amendment to these laws.

III.  Any language involving "Actions Against Us" is replaced and amended to provide that no legal action may be brought against us until there has been full compliance with all the terms of this policy.

IV.  If any injury occurs that may be covered by this insurance, the policy is amended to provide that you must notify us of that injury as soon as reasonably possible.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **RW008981** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 48 06 01 C
(Ed. 4-01)

Decl. Barnett, Ex. C-36

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY         WC 48 06 06 B

(Ed. 1-02)

## WISCONSIN CANCELLATION AND NONRENEWAL ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Wisconsin is shown in Item 3.A. of the Information Page.

The Cancellation Section (D) of the Part Six—Conditions is deleted and replaced by the following:

A.  **Cancellation**

1.  You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect. If you purchase replacement insurance, the cancellation becomes effective on the date the new coverage becomes effective. If no replacement coverage is purchased, the cancellation will be effective thirty (30) days after the receipt of written notice by the Wisconsin Compensation Rating Bureau.

2.  We may cancel the policy for any reason if the policy has been in effect for less than sixty (60) days. If the policy is issued for a term longer than one year or for an indefinite term, we may cancel the policy for any reason on an annual anniversary of the policy effective date. We may cancel the policy at any other time for the following reasons:

    a.  You fail to pay all premiums when due, however, we must deliver or mail, first class, not less than thirty (30) days advance written notice stating when the cancellation is to take effect;

    b.  A material misrepresentation;

    c.  A substantial breach of the obligations, conditions or warranties under the policy; or

    d.  A substantial change in the risk we assumed under the policy, unless it was reasonable for us to foresee the change or expect the risk when we issued the policy.

3.  If we cancel for any permissible reason other than nonpayment of premium, we must deliver or mail, first class, not less than *thirty (30) days notice stating when the cancellation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

4.  The policy period will end on the day and hour stated in a notice of cancellation.

B.  **Nonrenewal**

1.  You have the right to have the insurance renewed unless we deliver or mail to you not less than *sixty (60) days advance written notice stating our intention not to renew this policy.

2.  We do not have to renew the insurance if you do not pay the renewal premium billing by the due date or if you accept replacement insurance, are insured elsewhere, requested or agree to nonrenewal, or if the policy is expressly designated as being nonrenewable.

3.  If we renew the insurance, we may use the policy forms, rates and rating plans we are then using for similar risks. We may limit the policy to a term equivalent to the term of the expiring policy or one year, whichever is less.

4.  If we offer to renew the policy on less favorable terms, we will mail or deliver written notice of the new terms by first class mail to you, the policyholder, at least sixty (60) days prior to the renewal date. The definition of "terms" does not include manual rates, experience modification factors, or classification of risks.

**WC 48 06 06 B**          WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 1-02)

If we provide such notice within sixty (60) days prior to the renewal date, the new terms will not take effect until sixty (60) days after the notice is mailed or delivered, in which case, you, the policyholder, may elect to cancel the renewal policy at any time during the sixty (60) day period. The notice will include a statement of your right to cancel. If you elect to cancel the renewal policy during the sixty (60) day period, the return premium or additional premium charges shall be calculated proportionally on the basis of the old premiums.

We need not mail or deliver this notice if the only change adverse to you is a premium increase that;

(a)  is less than 25%; or,

(b)  results from a change based on your action that alters the nature and extent of the risk insured against, including, but not limited to, a change in the classifications for the business.

\*      Any written agreement attached to and made a part of the policy, between the insurance carrier and policyholder that extends the cancellation or nonrenewal notification time frame, will supersede the aforementioned notification requirements found in items A.3. and B.1., respectively.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **RW008981** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 48 06 06 B**
(Ed. 1-02)

## NOTIFICATION TO POLICYHOLDERS
## OF LOSS PREVENTION SERVICES

**Protective Insurance Company**
(Name of Carrier)

is required by law to provide policyholders with certain loss prevention services.  If you would like
more information or have any questions, please call     **(800) 231-6024**            .

PIC 8054 (6/01)

Decl. Barnett, Ex. C-39

# NOTICE TO EMPLOYEES



# NOTICE TO EMPLOYEES

# The Commonwealth of Massachusetts
## DEPARTMENT OF INDUSTRIAL ACCIDENTS
600 Washington Street, Boston, Massachusetts 02111
617-727-4900 - http://www.mass.gov/dia

As required by Massachusetts General Law, Chapter 152, Sections 21, 22 & 30, this will give you notice that I (we) have provided for payment to our injured employees under the above-mentioned chapter by insuring with:

Protective Insurance Company

NAME OF INSURANCE COMPANY

P.O. BOX 7099 INDIANAPOLIS, IN 46207-7099

ADDRESS OF INSURANCE COMPANY

| RW008981 | 06/30/2017 - 06/30/2018 |
|---|---|
| POLICY NUMBER | EFFECTIVE DATES |

Assurance Agency, Ltd.          1750 E. Golf Rd. Ste. 1100 Schaumburg, IL 60173  1(847)797-5700

NAME OF INSURANCE AGENT          ADDRESS          PHONE #

EMPLOYER          ADDRESS

EMPLOYER'S WORKERS' COMPENSATION OFFICER (IF ANY)          DATE

## MEDICAL TREATMENT

The above named insurer is required in cases of personal injuries arising out of and in the course of employment to furnish adequate and reasonable hospital and medical services in accordance with the provisions of the Workers' Compensation Act. A copy of the First Report of Injury must be given to the injured employee. The employee may select his or her own physician. The reasonable cost of the services provided by the treating physician will be paid by the insurer, if the treatment is necessary and reasonably connected to the work related injury. In cases requiring hospital attention, employees are hereby notified that the insurer has arranged for such attention at the

NAME OF HOSPITAL          ADDRESS

## TO BE POSTED BY EMPLOYER

Decl. Barnett, Ex. C-40

## NOTICE OF RIGHT TO FILE A COMPLAINT

### KEEP THIS NOTICE WITH YOUR INSURANCE PAPERS

**PROBLEMS WITH YOUR INSURANCE?**-If you are having problems with your insurance company or agent, do not hesitate to contact the insurance company or agent to resolve your problem.

**Protective Insurance Company**
**111 Congressional Blvd., Suite 500**
**Carmel, IN  46032**
**(800) 626-8381**

You can also contact the **OFFICE OF THE COMMISSIONER OF INSURANCE**, a state agency which enforces Wisconsin's insurance laws, and file a complaint.  You can contact the **OFFICE OF THE COMMISSIONER OF INSURANCE** by writing to:

Office of the Commissioner of Insurance
Complaint Department
P.O. Box 7873
Madison, WI  53707-7873

or you can call 1-800-236-8517 outside of Madison or 266-0103 in Madison, and request a complaint form.

WI 01 (1/10)

Decl. Barnett, Ex. C-41



RE:  WORKERS' COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

On behalf of Protective Insurance Company, thank you for your Workers' Compensation business.

**If an employee or member of your staff suffers an employment-related injury or illness that involves medical care or loss of work time, please contact us at 1-800-479-0981 <u>within 24 hours</u> of the claim being reported to you.**

All calls will be answered by an experienced professional that specializes in handling First Reports of Injury. We anticipate that you will find them knowledgeable, professional and most helpful throughout the reporting process.  For additional claim reporting information, please see the attached Workers' Compensation Quick Reference Guide.

If you have any other questions or concerns regarding the reporting process or your policy, please do not hesitate to contact us at **1-800-479-0981.**

Sincerely,

David Ghesquiere
Assistant Vice President of Claims

Decl. Barnett, Ex. C-42



If an employee or member of your staff suffers an employment-related injury or illness that involves medical care or loss of work time, please contact us by phone <u>within 24 hours</u> of the claim being reported to you. All calls will be answered by an experienced professional that specializes in handling First Reports of Injury. We anticipate that you will find them knowledgeable, professional and most helpful throughout the reporting process.

### CLAIM REPORTING INSTRUCTIONS:

- **Call toll-free, 24 hours a day, 7 days a week, 1-800-479-0981**

- **Employees cannot call in their own claim**

**<u>In order to serve you better, please have the following information available when calling:</u>**

☐ Name, Address, Social Security #, Age, Sex, Phone # and Email Address of injured employee

☐ Name of Employer, Federal Tax ID #, Address, Phone # and Email Address

☐ Date, Time, Location and Description of Incident (How, Where, Why)

☐ Part of body injured and type of injury (Cut, Scrape, Burn, etc.)

☐ Hourly / Weekly / Monthly Wage of injured employee

☐ Work schedule of injured employee (Hours per Day, Days per Week, Start / End Times)

☐ Name and Address of Physician / Hospital where injured employee was treated

☐ Has the injured employee returned to work? If so, date of return? Lost work time involved?

☐ Did anyone witness the incident? Was anyone else involved in the incident?

☐ If applicable, Terminal / Station Address, Phone # and Terminal / Station Manager Name

☐ If applicable, information on vehicle that the injured employee was using (ID #, Type, etc.)

Decl. Barnett, Ex. C-43

## Protective
Insurance Company

# Return to Work Programs: Get Your Injured Employees Back To Work Faster and Save Money

## The following are some of the reasons why a Return to Work Program could benefit your business:

1. **Increase the Likelihood of Employees Returning to Work**. Injured employees off work longer than 6 months have only a 50% likelihood of ever returning to their job; that likelihood decreases to less than 10% if time lost exceeds 1 year.

2. **Injured Employees Return to Work up to 50 Percent Sooner**. In companies that have well-managed return-to-work programs including transitional duty, up to 90 percent of injured employees go back to work within four days of the injury.

3. **Reduce Claims Costs up to 70 Percent**. Not only are lost-time days reduced, but studies show medical costs are also reduced.

4. **Faster Recovery Period**. Good return-to-work programs treat work as therapy to help the employee recover up to 3 times faster than if they stayed at home.

5. **Reduce Award Costs**. The potential for an employee to become totally and permanently disabled is greatly decreased.

6. **Reduce Contentious Litigation**. Employees are less likely to feel their rights have been violated causing them to engage a lawyer.

7. **Avoid Hiring and Training a Replacement Worker**. Temporary labor can be expensive, especially when the new worker must be trained.

8. **Reduce Fraud**. Return-to-work programs demonstrate that getting injured doesn't necessarily mean getting paid for being out of work.

9. **Increase Employee Morale**. Return-to-work programs are a testament that employees are a valuable company asset rather than a disposable resource.

10. **It's Effective!!!** More than 90 percent of employers using return-to-work programs say they are effective.

**If you would like to learn more about a Return to Work Program for your business, please contact Protective Insurance Company at (800) 644-5501.**

Decl. Barnett, Ex. C-44



# WORKERS' COMPENSATION
# POLICY

## PREPARED SPECIFICALLY FOR

PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT

June 30, 2017 - June 30, 2018

**PROTECTIVE**
I N S U R A N C E

# EXHIBIT D

DECLARATION OF DANIEL BARNETT  IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT PROTECTIVE INSURANCE COMPANY'S MOTION TO DISMISS OR STAY PURSUANT TO FRCP 12(b)(1)

# Protective
Insurance Company

**WORKERS' COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY INFORMATION PAGE**



111 Congressional Blvd., Suite 500 | Carmel, IN 46032

<u>New</u>
Renewal of Number

**Policy No.  WD001486**

**Producer:**  Assurance Agency, Ltd.
1750 E. Golf Road, Ste. 1100
Schaumberg, IL 60173

1.  The Insured/Mailing address:

**Personnel Staffing Group, LLC dba Barnett Management**
**1751 Lake Cook Rd., Ste. 600**
**Deerfield, IL 60015**

**CARRIER CODE: 14788**

☐ Individual  ☐ Partnership  ☒ LLC
☐ Corporation or _____

Insured's Identification No.(s).
FEIN  010759364

Interstate Risk ID No.  917965579
CA Bureau ID No.  9463334R
NJ Bureau ID No.  757513
PA Bureau ID No. 3363657

Other workplaces not shown above: **See WC1001LOC**

2.  Policy Period: The policy period is from **06/30/2017** to **06/30/2018** 12:01 A.M. Standard Time, at the insured's mailing address.

3.  Coverage

A.  Workers Compensation Insurance: Part One of the policy applies to the Workers Compensation Law of the states listed here: **Alabama, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, Florida, Georgia, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Oregon, Pennsylvania, South Carolina, South Dakota, Tennessee, Texas, Vermont, Virginia, West Virginia**

B.  Employers Liability Insurance: Part Two of the policy applies to work in each state listed in item 3.A. The limits of our liability under Part Two are:

| | | |
|---|---|---|
| Bodily Injury by Accident | $ 1,000,000 | each accident |
| Bodily Injury by Disease | $ 1,000,000 | policy limit |
| Bodily Injury by Disease | $ 1,000,000 | each employee |

C.  Other States Insurance: Part Three of the policy applies to the states, if any, listed here:  **All states except North Dakota, Ohio, Washington, Wyoming and any other state where qualified as a self-insured.**

D.  This policy includes these endorsements and schedules: **See WC1001E**

4.  Premium: The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans.  All information required below is subject to verification and change by audit.

| Classifications | Code No. | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| **See Attached Schedule** | | | | |

| Experience Rating Modification Factor **Interstate Final 1.01 effective 06/30/2017** | Premium Discount | Expense Constant **$295** | Other | |
|---|---|---|---|---|
| | | | Total Estimated Annual Premium | $   4,778,464 |
| | | | Deposit Premium | |
| | | | Minimum Premium | |

[  ] This is a Three Year Fixed Rate Policy

Premium Adjustment Period: ☒ Annual;  ☐ Semiannual;  ☐ Quarterly;  ☐ Monthly

**For information, or to make a complaint, call 1-800-231-6024**

Countersigned by _____

Authorized Representative

THIS INFORMATION PAGE WITH THE WORKERS' COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF COMPLETES THE ABOVE NUMBERED POLICY.
©2013 National Council on Compensation Insurance

ID: 10223 (12/13)

Decl. Barnett, Ex. D-1

A Baldwin & Lyons Company

COVERAGE THAT REVOLVES AROUND (YOU)

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     WC 00 00 00 C

(Ed. 1-15)

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

In return for the payment of the premium and subject to all terms of this policy, we agree with you as follows:

### GENERAL SECTION

**A. The Policy**

This policy includes at its effective date the Information Page and all endorsements and schedules listed there. It is a contract of insurance between you (the employer named in Item 1 of the Information Page) and us (the insurer named on the Information Page). The only agreements relating to this insurance are stated in this policy. The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.

**B. Who is Insured**

You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

**C. Workers Compensation Law**

Workers Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page. It includes any amendments to that law which are in effect during the policy period. It does not include any federal workers or workmen's compensation law, any federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

**D. State**

State means any state of the United States of America, and the District of Columbia.

**E. Locations**

This policy covers all of your workplaces listed in Items 1 or 4 of the Information Page; and it covers all other workplaces in Item 3.A. states unless you have other insurance or are self-insured for such workplaces.

### PART ONE
### WORKERS COMPENSATION INSURANCE

**A. How This Insurance Applies**

This workers compensation insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. Bodily injury by accident must occur during the policy period.
2. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

**B. We Will Pay**

We will pay promptly when due the benefits required of you by the workers compensation law.

**C. We Will Defend**

We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance. We have the right to investigate and settle these claims, proceedings or suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

**D. We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;
2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the amount payable under this insurance;
3. litigation costs taxed against you;
4. interest on a judgment as required by law until we offer the amount due under this insurance; and
5. expenses we incur.

**E. Other Insurance**

We will not pay more than our share of benefits and costs covered by this insurance and other

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

Decl. Barnett, Ex. D-2

**WC 00 00 00 C**   WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 1-15)

insurance or self-insurance. Subject to any limits of liability that may apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance will be equal until the loss is paid.

## F. Payments You Must Make

You are responsible for any payments in excess of the benefits regularly provided by the workers compensation law including those required because:

1. of your serious and willful misconduct;
2. you knowingly employ an employee in violation of law;
3. you fail to comply with a health or safety law or regulation; or
4. you discharge, coerce or otherwise discriminate against any employee in violation of the workers compensation law.

If we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

## G. Recovery From Others

We have your rights, and the rights of persons entitled to the benefits of this insurance, to recover our payments from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

## H. Statutory Provisions

These statements apply where they are required by law.

1. As between an injured worker and us, we have notice of the injury when you have notice.
2. Your default or the bankruptcy or insolvency of you or your estate will not relieve us of our duties under this insurance after an injury occurs.
3. We are directly and primarily liable to any person entitled to the benefits payable by this insurance. Those persons may enforce our duties; so may an agency authorized by law. Enforcement may be against us or against you and us.
4. Jurisdiction over you is jurisdiction over us for purposes of the workers compensation law. We are bound by decisions against you under that law, subject to the provisions of this policy that are not in conflict with that law.
5. This insurance conforms to the parts of the workers compensation law that apply to:

   a. benefits payable by this insurance;
   b. special taxes, payments into security or other special funds, and assessments payable by us under that law.

6. Terms of this insurance that conflict with the workers compensation law are changed by this statement to conform to that law.

Nothing in these paragraphs relieves you of your duties under this policy.

## PART TWO
## EMPLOYERS LIABILITY INSURANCE

## A. How This Insurance Applies

This employers liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. The bodily injury must arise out of and in the course of the injured employee's employment by you.
2. The employment must be necessary or incidental to your work in a state or territory listed in Item 3.A. of the Information Page.
3. Bodily injury by accident must occur during the policy period.
4. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.
5. If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

## B. We Will Pay

We will pay all sums that you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

The damages we will pay, where recovery is permitted by law, include damages:

1. For which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed against such third party as a result of injury to your employee;

Decl. Barnett, Ex. D-3

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY        WC 00 00 00 C

(Ed. 1-15)

2. For care and loss of services; and

3. For consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee; provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

4. Because of bodily injury to your employee that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

C. **Exclusions**

This insurance does not cover:

1. Liability assumed under a contract. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

2. Punitive or exemplary damages because of bodily injury to an employee employed in violation of law;

3. Bodily injury to an employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;

4. Any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5. Bodily injury intentionally caused or aggravated by you;

6. Bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

7. Damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions;

8. Bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 U.S.C. Sections 901 et seq.), the Nonappropriated Fund Instrumentalities Act (5 U.S.C. Sections 8171 et seq.), the Outer Continental Shelf Lands Act (43 U.S.C. Sections 1331 et seq.), the Defense Base Act (42 U.S.C. Sections 1651–1654), the Federal Mine Safety and Health Act (30 U.S.C. Sections 801 et seq. and 901–944), any other federal workers or workmen's compensation law or other federal occupational disease law, or any amendments to these laws;

9. Bodily injury to any person in work subject to the Federal Employers' Liability Act (45 U.S.C. Sections 51 et seq.), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws;

10. Bodily injury to a master or member of the crew of any vessel, and does not cover punitive damages related to your duty or obligation to provide transportation, wages, maintenance, and cure under any applicable maritime law;

11. Fines or penalties imposed for violation of federal or state law; and

12. Damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 U.S.C. Sections 1801 et seq.) and under any other federal law awarding damages for violation of those laws or regulations issued thereunder, and any amendments to those laws.

D. **We Will Defend**

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings and suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance. We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

E. **We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding, or suit we defend:

1. Reasonable expenses incurred at our request, but not loss of earnings;

2. Premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3. Litigation costs taxed against you;

4. Interest on a judgment as required by law until we offer the amount due under this insurance; and

5. Expenses we incur.

Decl. Barnett, Ex. D-4

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WC 00 00 00 C**   WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 1-15)

F. **Other Insurance**

We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

G. **Limits of Liability**

Our liability to pay for damages is limited. Our limits of liability are shown in Item 3.B. of the Information Page. They apply as explained below.

1. Bodily Injury by Accident. The limit shown for "bodily injury by accident—each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.

   A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

2. Bodily Injury by Disease. The limit shown for "bodily injury by disease—policy limit" is the most we will pay for all damages covered by this insurance and arising out of bodily injury by disease, regardless of the number of employees who sustain bodily injury by disease. The limit shown for "bodily injury by disease—each employee" is the most we will pay for all damages because of bodily injury by disease to any one employee.

   Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

3. We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

H. **Recovery From Others**

We have your rights to recover our payment from anyone liable for an injury covered by this insurance. You will do everything necessary to protect those rights for us and to help us enforce them.

I. **Actions Against Us**

There will be no right of action against us under this insurance unless:

1. You have complied with all the terms of this policy; and

2. The amount you owe has been determined with our consent or by actual trial and final judgment.

This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability. The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

## PART THREE
## OTHER STATES INSURANCE

A. **How This Insurance Applies**

1. This other states insurance applies only if one or more states are shown in Item 3.C. of the Information Page.

2. If you begin work in any one of those states after the effective date of this policy and are not insured or are not self-insured for such work, all provisions of the policy will apply as though that state were listed in Item 3.A. of the Information Page.

3. We will reimburse you for the benefits required by the workers compensation law of that state if we are not permitted to pay the benefits directly to persons entitled to them.

4. If you have work on the effective date of this policy in any state not listed in Item 3.A. of the Information Page, coverage will not be afforded for that state unless we are notified within thirty days.

B. **Notice**

Tell us at once if you begin work in any state listed in Item 3.C. of the Information Page.

## PART FOUR
## YOUR DUTIES IF INJURY OCCURS

Tell us at once if injury occurs that may be covered by this policy. Your other duties are listed here.

1. Provide for immediate medical and other services required by the workers compensation law.

2. Give us or our agent the names and addresses of the injured persons and of witnesses, and other information we may need.

3. Promptly give us all notices, demands and legal papers related to the injury, claim, proceeding or suit.

4 of 6

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

Decl. Barnett Ex. D-5

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 00 00 00 C

(Ed. 1-15)

4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.

5. Do nothing after an injury occurs that would interfere with our right to recover from others.

6. Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

### PART FIVE
### PREMIUM

#### A. Our Manuals

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

#### B. Classifications

Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

#### C. Remuneration

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

1. all your officers and employees engaged in work covered by this policy; and

2. all other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

#### D. Premium Payments

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

#### E. Final Premium

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:

1. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

2. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short-rate cancelation table and procedure. Final premium will not be less than the minimum premium.

#### F. Records

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

#### G. Audit

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

Decl. Barnett, Ex. D-6

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WC 00 00 00 C**     WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 1-15)

### PART SIX
### CONDITIONS

**A. Inspection**

We have the right, but are not obliged to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. Insurance rate service organizations have the same rights we have under this provision.

**B. Long Term Policy**

If the policy period is longer than one year and sixteen days, all provisions of this policy will apply as though a new policy were issued on each annual anniversary that this policy is in force.

**C. Transfer of Your Rights and Duties**

Your rights or duties under this policy may not be transferred without our written consent.

If you die and we receive notice within thirty days after your death, we will cover your legal representative as insured.

**D. Cancelation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy. We must mail or deliver to you not less than ten days advance written notice stating when the cancelation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancelation notice.

4. Any of these provisions that conflict with a law that controls the cancelation of the insurance in this policy is changed by this statement to comply with the law.

**E. Sole Representative**

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, and give or receive notice of cancelation.

IN WITNESS WHEREOF, Protective Insurance Company has caused this policy to be signed by its Offficer(s).

_____
PRESIDENT

_____
SECRETARY

Decl. Barnett, Ex. D-7

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:    PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
           POLICY NO:    WD001486
           EFFECTIVE DATE: 06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **ALABAMA** | | | | |
| ELECTRICAL WIRING - WITHIN BUILDINGS & DRIVERS | 5190 | 10,000 | 3.29 | $329 |
| CLEANER—DEBRIS REMOVAL—CONSTRUCTION | 5610 | 1,000,000 | 7.74 | $77,400 |
| CLERICAL | 8810 | 39,000 | 0.23 | $90 |
| STORAGE WAREHOUSE - NOC | 8292 | 24,000,000 | 3.94 | $945,600 |
| TOTAL MANUAL PREMIUM | | | | $1,023,419 |
| EL INCREASED LIMITS | 9812 | | 2.8% | $28,656 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.124 | ($921,617) |
| EXPERIENCE MOD | 9898 | | 1.01 | $1,305 |
| TOTAL STANDARD EST. PREMIUM | | | | $131,762 |
| PREMIUM DISCOUNT | 0063 | | | ($18,689) |
| CATASTROPHE | 9741 | | 0.02 | $5,010 |
| TERRORISM | 9740 | | 0.02 | $5,010 |
| TOTAL AMOUNT | | | | $123,093 |

Decl. Barnett, Ex. D-8

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:      PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
              POLICY NO:      WD001486
              EFFECTIVE DATE: 06/30/2017

| CLASSIFICATION OF OPERATIONS | | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **ARIZONA** | | | | | |
| ELECTRICAL WIRING - WITHIN BUILDINGS & DRIVERS | | 5190 | 1,500,000 | 3.45 | $51,750 |
| CLEANER—DEBRIS REMOVAL—CONSTRUCTION | | 5610 | 35,000 | 6.42 | $2,247 |
| STORAGE WAREHOUSE - NOC | | 8292 | 750,000 | 3.97 | $29,775 |
| PARK NOC—ALL EMPLOYEES & DRIVERS | | 9102 | 5,000,000 | 3.45 | $172,500 |
| TOTAL MANUAL PREMIUM | | | | | $256,272 |
| EL INCREASED LIMITS | | 9812 | | 2.0% | $5,125 |
| DEDUCTIBLE PREMIUM FACTOR | | 9664 | | 0.132 | ($226,893) |
| EXPERIENCE MOD | | 9898 | | 1.01 | $345 |
| TOTAL STANDARD EST. PREMIUM | | | | | $34,850 |
| PREMIUM DISCOUNT | | 0063 | | | ($4,133) |
| CATASTROPHE | | 9741 | | 0.01 | $729 |
| TERRORISM | | 9740 | | 0.01 | $729 |
| TOTAL AMOUNT | | | | | $32,173 |

Decl. Barnett, Ex. D-9

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:     PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
           POLICY NO:     WD001486
           EFFECTIVE DATE: 06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **ARKANSAS** | | | | |
| ELECTRICAL WIRING - WITHIN BUILDINGS & DRIVERS | 5190 | 2,000,000 | 1.97 | $39,400 |
| SALESPERSONS-OUTSIDE | 8742 | 10,000 | 0.26 | $26 |
| CLERICAL - TELECOMMUTER EMPLOYEES | 8871 | 25,000 | 0.07 | $18 |
| TOTAL MANUAL PREMIUM | | | | $39,444 |
| EL INCREASED LIMITS | 9812 | | 2.8% | $1,104 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.142 | ($34,790) |
| EXPERIENCE MOD | 9898 | | 1.01 | $58 |
| TOTAL STANDARD EST. PREMIUM | | | | $5,815 |
| PREMIUM DISCOUNT | 0063 | | | ($825) |
| CATASTROPHE | 9741 | | 0.02 | $407 |
| TERRORISM | 9740 | | 0.02 | $407 |
| TOTAL AMOUNT | | | | $5,805 |

Decl. Barnett, Ex. D-10

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:     PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
         POLICY NO:     WD001486
         EFFECTIVE DATE:  06/30/2017

| CLASSIFICATION OF OPERATIONS | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS ITEM, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **CALIFORNIA (PAGE 1 OF 4)** | | | | |
| NURSERIES — PROPAGATION AND CULTIVATION OF NURSERY STOCK | 0005 | 355,000 | 8.30 | $29,465 |
| SMELTING, SINTERING, REFINING OR ALLOYING-METALS — NOT LEAD — N.O.C. | 1438 | 1,125,000 | 8.35 | $93,938 |
| BAKERIES & CRACKER MFG. | 2003 | 10,000,000 | 12.44 | $1,244,000 |
| GRAIN OR RICE MILLING | 2014 | 250,000 | 7.97 | $19,925 |
| FRUIT — CITRUS FRUIT PACKING AND HANDLING — INCLUDING STORAGE | 2108 | 300,000 | 4.04 | $12,120 |
| FRUIT OR VEGETABLE JUICE OR CONCENTRATE MFG. | 2116 | 250,000 | 6.59 | $16,475 |
| BOTTLING – BEVERAGES – NO SPIRITIOUS LIQUORS | 2163 | 10,000,000 | 10.03 | $1,003,000 |
| CLOTHING MFG. — INCLUDING EMBROIDERY MANUFACTURING | 2501 | 1,250,000 | 9.66 | $120,750 |
| LAUNDRIES — N.O.C. — ALL EMPLOYEES — INCLUDING CASH AND CARRY DEPARTMENTS ON THE PREMISES | 2585 | 250,000 | 15.87 | $39,675 |
| SAWMILL | 2710 | 6,361,000 | 10.69 | $679,991 |
| CABINET MFG. — WOOD — INCLUDING THE MANUFACTURE OF COMMERCIAL OR INDUSTRIAL FIXTURES | 2812 | 50,000 | 10.58 | $5,290 |
| WOOD PRODUCTS MFG. NOC | 2842 | 6,624,000 | 14.26 | $944,582 |
| FURNITURE ASSEMBLING- WOOD- INCLUDING FINISHING | 2881 | 250,000 | 15.78 | $39,450 |
| FURNITURE MFG. — METAL | 3076 | 300,000 | 10.57 | $31,710 |
| ELECTRICAL APPARATUS MFG. NOC | 3179 | 12,433,000 | 5.01 | $622,893 |
| METAL GOODS MFG. — N.O.C. | 3400 | 1,350,000 | 11.04 | $149,040 |

Decl. Barnett, Ex. D-11

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:      PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
              POLICY NO:     WD001486
              EFFECTIVE DATE:  06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **CALIFORNIA (PAGE 2 OF 4)** | | | | |
| ELECTRIC APPLIANCE MFG. — N.O.C | 3570 | 2,350,000 | 6.98 | $164,030 |
| MACHINE MFG. — OFFICE OR SEWING — N.O.C | 3574 | 350,000 | 5.31 | $18,585 |
| MACHINE SHOPS NOC | 3632 | 350,000 | 5.43 | $19,005 |
| MILLWRIGHT WORK – NOC – ERECTION OR REPAIR OF MACHINERY OR EQUIPMENT | 3724 | 350,000 | 7.26 | $25,410 |
| INTEGRATED CIRCUIT AND SEMICONDUCTOR WAFER MFG. | 4112 | 350,000 | 0.97 | $3,395 |
| PHOTOGRAPHERS — ALL EMPLOYEES — INCLUDING RECEPTIONISTS — N.O.C. | 4361 | 350,000 | 3.56 | $12,460 |
| PLASTICS — FABRICATED PRODUCTS MFG. — NO MOLDING — N.O.C. | 4496 | 2,350,000 | 12.05 | $283,175 |
| PLASTICS – INJECTION MOLDED PRODUCTS MFG. NOC | 4498 | 8,000,000 | 7.49 | $599,200 |
| ANALYTICAL OR TESTING LABORATORIES — INCLUDING OUTSIDE OPERATIONS AND SAMPLE COLLECTION - NOC | 4511 | 2,250,000 | 1.5 | $33,750 |
| COSMETIC, PERSONAL CARE OR PERFUMERY PRODUCTS MFG - PRODUCTION OR PACKAGING NOT MANUFACTURING INGREDIENTS | 4623 | 250,000 | 12.6 | $31,500 |
| VITAMIN OR DIETARY SUPPLEMENT MFG - COMPOUNDING, BLENDING OR PACKAGING ONLY - NOT MANUFACTURING INGREDIENTS | 4831 | 300,000 | 9.56 | $28,680 |
| ELECTRICAL WIRING - WITHIN BUIDINGS & DRIVERS | 5190 | 125,000 | 7.99 | $9,988 |
| OFFICE MACHINE INSTALLATION, INSPECTION, ADJUSTMENT OR REPAIR | 5191 | 7,824,000 | 3.32 | $259,757 |
| CONTRACTORS- CONSTRUCTION OR ERECTION- ALL SUBCONTRACTED- ALL OTHER EMPLOYEES | 5610 | 25,000 | 6.52 | $1,630 |

Decl. Barnett, Ex. D-12

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR: PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
POLICY NO: WD001486
EFFECTIVE DATE: 06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **CALIFORNIA (PAGE 3 OF 4)** | | | | |
| CONFECTIONS AND FOOD SUNDRIES MFG. OR PROCESSING - NOC | 6504 | 13,000,000 | 12.27 | $1,595,100 |
| TRUCKING - NOC | 7219 | 450,000 | 15.11 | $67,995 |
| FREIGHT HANDLERS – PACKAGING OR HANDLING MERCHANDISE AT SHIPPING OR RECEIVING TERMINALS | 7360 | 200,000 | 12.22 | $24,440 |
| STORES- CLOTHING, SHOES, LINENS OR FABRIC PRODCUTS- RETAIL- INCLUDING ALTERATION DEPARTMENT | 8008 | 250,000 | 4.31 | $10,775 |
| STORES – RETAIL - NOC | 8017 | 20,000,000 | 5.34 | $1,068,000 |
| STORES — WHOLESALE — NOC | 8018 | 5,250,000 | 10.02 | $526,050 |
| STORES – AUTOMOBILE ACCESSORIES | 8046 | 1,250,000 | 5.84 | $73,000 |
| MACHINERY DEALERS — NOC — INCLUDING DEMONSTRATION AND REPAIR | 8107 | 1,250,000 | 4.97 | $62,125 |
| STORES — FEED, TACK AND FARM SUPPLIES — RETAIL | 8117 | 2,250,000 | 7.77 | $174,825 |
| VEGETABLES — FRESH VEGETABLE AND TOMATO PACKING AND HANDLING — INCLUDING STORAGE | 8209 | 250,000 | 11.92 | $29,800 |
| STORAGE WAREHOUSE – COLD | 8291 | 250,000 | 8.94 | $22,350 |
| STORAGE WAREHOUSE NOC | 8292 | 45,000,000 | 13.49 | $6,070,500 |
| INSPECTION FOR INSURANCE, SAFETY OR VALUATION PURPOSES - NOC - INCLUDING OUTSIDE SALESPERSONS | 8720 | 300,000 | 3.04 | $9,120 |
| SALESPERSON-OUTSIDE | 8742 | 250,000 | 0.70 | $1,750 |
| MAILING, ADDRESSING COMPANY OR LETTER SERVICE SHOP | 8800 | 4,826,000 | 5.84 | $281,838 |

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:    PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
            POLICY NO:    WD001486
            EFFECTIVE DATE:  06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **CALIFORNIA (PAGE 4 OF 4)** | | | | |
| DRY CLEANING OR LAUNDRY - RETAIL | 2589 | 425,000 | 9.25 | $39,313 |
| CLERICAL | 8810 | 839,000 | 0.55 | $4,615 |
| PRINTING OPERATION - SCREEN PRINTING - EDITING, DESIGNING, PROOFREADING AND PHOTOGRAPHIC COMPOSING - INCLUDING CLERICAL OFFICE EMPLOYEES | 8846 | 200,000 | 2.38 | $4,760 |
| JANITORIAL SERVICES — BY CONTRACTORS | 9008 | 200,000 | 16.19 | $32,380 |
| BUILDING OPERATION - NOC - ALL OTHER EMPLOYEES - INCLUDING RESIDENT EMPLOYEES | 9015 | 200,000 | 9.45 | $18,900 |
| HOTELS – ALL EMPLOYEES | 9050 | 11,000,000 | 12.41 | $1,365,100 |
| TOTAL MANUAL PREMIUM | | | | $18,025,604 |
| EL INCREASED LIMITS | 9812 | | 3.30% | $594,845 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.162 | ($15,603,936) |
| TOTAL STANDARD EST. PREMIUM | | | | $3,016,513 |
| PREMIUM DISCOUNT | 0063 | | | ($357,787) |
| CATASTROPHE | 9741 | | 0.01 | $18,401 |
| TERRORISM | 9740 | | 0.03 | $55,204 |
| ESTIMATED ANNUAL PREMIUM | | | | $2,732,331 |
| CA INSURANCE GUARANTEE ASSOC. SURCHARGE | | | 2.0000% | $54,647 |
| CA INDUSTRIAL RELATIONS SURCHARGE | | | 1.1082% | $181,877 |
| TOTAL AMOUNT | | | | $2,968,855 |

Decl. Barnett, Ex. D-14

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:     PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
         POLICY NO:      WD001486
         EFFECTIVE DATE: 06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **COLORADO** | | | | |
| ELECTRICAL WIRING - WITHIN BUILDINGS & DRIVERS | 5190 | 1,000,000 | 3.78 | $37,800 |
| EL INCREASED LIMITS | 9812 | | 2.8% | $1,058 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.204 | ($30,931) |
| EXPERIENCE MOD | 9898 | | 1.01 | $79 |
| TOTAL STANDARD EST. PREMIUM | | | | $8,006 |
| PREMIUM DISCOUNT | 0063 | | | ($985) |
| CATASTROPHE | 9741 | | 0.02 | $200 |
| TERRORISM | 9740 | | 0.02 | $200 |
| TOTAL AMOUNT | | | | $7,422 |

Decl. Barnett, Ex. D-15

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:   PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
POLICY NO:   WD001486
EFFECTIVE DATE:  06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **CONNECTICUT** | | | | |
| STORAGE WAREHOUSE NOC | 8292 | 338,000 | 3.34 | $11,289 |
| CLERICAL | 8810 | 1,013,000 | 0.21 | $2,127 |
| TOTAL MANUAL PREMIUM | | | | $13,417 |
| EL INCREASED LIMITS | 9812 | | 2.8% | $376 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.179 | ($11,323) |
| EXPERIENCE MOD | 9898 | | 1.01 | $25 |
| TOTAL STANDARD EST. PREMIUM | | | | $2,493 |
| PREMIUM DISCOUNT | 0063 | | | ($307) |
| CATASTROPHE | 9741 | | 0.02 | $270 |
| TERRORISM | 9740 | | 0.02 | $270 |
| ESTIMATED ANNUAL PREMIUM | | | | $2,727 |
| CT SIF SURCHARGE | | | 2.75% | $351 |
| CT WV FUND | | | 2.10% | $268 |
| TOTAL AMOUNT | | | | $3,346 |

Decl. Barnett, Ex. D-16

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:     PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
           POLICY NO:     WD001486
           EFFECTIVE DATE: 06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **DELAWARE** | | | | |
| EMPLOYMENT CONTRACTOR - TEMPORARY WARE HOUSING STAFF | 0867 | 405,000 | 9.48 | $38,394 |
| EL INCREASED LIMITS | 9812 | | 3.3% | $1,267 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.16 | ($33,315) |
| TOTAL STANDARD EST. PREMIUM | | | | $6,346 |
| PREMIUM DISCOUNT | 0063 | | | ($753) |
| CATASTROPHE | 9741 | | 0.02 | $81 |
| TERRORISM | 9740 | | 0.02 | $81 |
| TOTAL AMOUNT | | | | $5,755 |

Decl. Barnett, Ex. D-17

# PROTECTIVE INSURANCE COMPANY

### WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:    PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
        POLICY NO:    WD001486
        EFFECTIVE DATE:  06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS ITEM, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| **FLORIDA (Page 1 of 2)** | | | | |
| LANDSCAPE GARDENING & DRIVERS | 0042 | 9,801,000 | 9.82 | $962,458 |
| CLOTH, CANVAS AND RELATED PRODUCTS MFG NOC | 2501 | 7,000,000 | 3.35 | $234,500 |
| SHEET METAL PRODUCTS MFG. | 3076 | 250,000 | 5.93 | $14,825 |
| ELECTRICAL WIRING - WITHIN BUILDINGS & DRIVERS | 5190 | 25,000 | 6.02 | $1,505 |
| CONCRETE CONSTRUCTION NOC | 5213 | 65,000 | 12.66 | $8,229 |
| CONCRETE OR CEMENT WORK—FLOORS, DRIVEWAYS, YARDS OR SIDEWALKS & DRIVERS | 5221 | 25,000 | 8.06 | $2,015 |
| STREET OR ROAD CONSTRUCTION - PAVING OR REPAVING & DRIVERS | 5506 | 35,000 | 10.59 | $3,707 |
| STORE - WHOLESALE - NOC | 8018 | 45,000 | 4.2 | $1,890 |
| BOTTLE DEALER—USED & DRIVERS | 8264 | 25,000 | 7.37 | $1,843 |
| STABLE OR BREEDING FARM & DRIVERS | 8279 | 25,000 | 9.44 | $2,360 |
| STORAGE WAREHOUSE NOC | 8292 | 5,389,000 | 6.32 | $340,585 |
| SALESPERSONS-OUTSIDE | 8742 | 650,000 | 0.51 | $3,315 |
| CLERICAL | 8810 | 4,417,000 | 0.26 | $11,484 |
| JANITORIAL SERVICES BY CONTRACTORS - NO WINDOW CLEANING ABOVE GROUND LEVEL & DRIVERS | 9014 | 65,000 | 5.46 | $3,549 |
| BUILDINGS – OPERATION BY OWNER, LESSEE OR REAL ESTATE MANAGEMENT FIRM, ALL OTHER EMPLOYEES | 9015 | 75,000 | 5.53 | $4,148 |
| HOTEL - ALL OTHER EMPLOYEES & SALESPERSONS, DRIVERS | 9052 | 3,000,000 | 3.98 | $119,400 |

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:   PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
POLICY NO:   WD001486
EFFECTIVE DATE:  06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **FLORIDA (Page 2 of 2)** | | | | |
| HOTEL—RESTAURANT EMPLOYEES | 9058 | 1,250,000 | 2.67 | $33,375 |
| CLUB - COUNTRY, GOLF, FISHING OR YACHT - ALL OTHER EMPLOYEES & CLERICAL, SALESPERSONS, DRIVERS | 9060 | 37,653,000 | 2.54 | $956,386 |
| LAWN MAINTENANCE - COMMERCIAL OR DOMESTIC DRIVERS | 9102 | 7,217,000 | 5.16 | $372,397 |
| TOTAL MANUAL PREMIUM | | | | $3,077,970 |
| EL INCREASED LIMITS | 9812 | | 1.4% | $43,092 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.161 | ($2,618,571) |
| EXPERIENCE MOD | 9898 | | 1.01 | $5,025 |
| TOTAL STANDARD EST. PREMIUM | | | | $507,516 |
| PREMIUM DISCOUNT | 0063 | | | ($60,196) |
| TERRORISM | 9740 | | 0.02 | $15,402 |
| TOTAL AMOUNT | | | | $462,722 |

Decl. Barnett, Ex. D-19

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:     PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
         POLICY NO:      WD001486
         EFFECTIVE DATE: 06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **GEORGIA** | | | | |
| ELECTRICAL WIRING - WITHIN BUILDINGS & DRIVERS | 5190 | 10,000 | 6.50 | $650 |
| STORE - WHOLESALE - NOC | 8018 | 25,000 | 6.02 | $1,505 |
| STORAGE WAREHOUSE NOC | 8292 | 120,000 | 9.13 | $10,956 |
| CLERICAL | 8810 | 25,000 | 0.27 | $68 |
| TOTAL MANUAL PREMIUM | | | | $13,179 |
| EL INCREASED LIMITS | 9812 | | 3.3% | $435 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.14 | ($11,708) |
| EXPERIENCE MOD | 9898 | | 1.01 | $19 |
| TOTAL STANDARD EST. PREMIUM | | | | $1,925 |
| PREMIUM DISCOUNT | 0063 | | | ($273) |
| CATASTROPHE | 9741 | | 0.02 | $36 |
| TERRORISM | 9740 | | 0.02 | $36 |
| TOTAL AMOUNT | | | | $1,724 |

Decl. Barnett, Ex. D-20

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:    PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
           POLICY NO:      WD001486
           EFFECTIVE DATE:  06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **IDAHO** | | | | |
| ELECTRICAL WIRING - WITHIN BUILDINGS & DRIVERS | 5190 | 3,000,000 | 5.07 | $152,100 |
| EL INCREASED LIMITS | 9812 | | 2.8% | $4,259 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.18 | ($128,214) |
| EXPERIENCE MOD | 9898 | | 1.01 | $281 |
| TOTAL STANDARD EST. PREMIUM | | | | $28,426 |
| PREMIUM DISCOUNT | 0063 | | | ($3,372) |
| CATASTROPHE | 9741 | | 0.01 | $300 |
| TERRORISM | 9740 | | 0.02 | $600 |
| TOTAL AMOUNT | | | | $25,954 |

Decl. Barnett, Ex. D-21

# PROTECTIVE INSurance COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:    PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
           POLICY NO:    WD001486
           EFFECTIVE DATE:  06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **ILLINOIS (Page 1 of 3)** | | | | |
| CEREAL OR BAR MFG | 2016 | 500,000 | 3.82 | $19,100 |
| PACKING HOUSE – ALL OPERATIONS | 2089 | 1,000,000 | 3.87 | $38,700 |
| CLOTH, CANVAS AND RELATED PRODUCTS MFG. NOC | 2501 | 2,000,000 | 3.85 | $77,000 |
| SIGN MANUFACTURING - METAL | 3064 | 1,000,000 | 9.23 | $92,300 |
| SCREW MFG | 3145 | 951,000 | 2.87 | $27,294 |
| ELECTRICAL APPARATUS MFG NOC | 3179 | 3,559,000 | 3.34 | $118,871 |
| EYELET MFG | 3270 | 1,356,000 | 5.03 | $68,207 |
| METAL STAMPED GOODS MFG NOC | 3400 | 120,000 | 5.63 | $6,756 |
| PUMP MFG | 3612 | 65,000 | 4.25 | $2,763 |
| MACHINED PARTS MFG. NOC | 3629 | 25,000 | 3.22 | $805 |
| MACHINE SHOPS NOC | 3632 | 25,000 | 4.9 | $1,225 |
| TELEVISION, RADIO, TELEPHONE OR TELECOMMUNICATION DEVICE MFG NOC | 3681 | 65,000 | 1.79 | $1,164 |
| CORRUGATED OR FIBERBOARD CONTAINER MFG | 4244 | 50,000 | 4.95 | $2,475 |
| BAG MFG -- PAPER OR PLASTIC | 4273 | 50,000 | 3.78 | $1,890 |
| PRINTING | 4299 | 50,000 | 3.65 | $1,825 |
| BOOKBINDING | 4307 | 50,000 | 3.39 | $1,695 |
| PLASTICS MFG – MOLDED PRODUCTS NOC | 4484 | 50,000 | 4.63 | $2,315 |

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:    PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
           POLICY NO:     WD001486
           EFFECTIVE DATE: 06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **ILLINOIS (Page 2 of 3)** | | | | |
| PHARMACEUTICAL OR SURGICAL GOODS MFG | 4963 | 50,000 | 2.27 | $1,135 |
| DRUG, MEDICINE OR PHARMACEUTICAL PREPARATION MFG – INCLUDING MFG OF INGREDIENTS | 4825 | 50,000 | 2.24 | $1,120 |
| DOOR AND WINDOW INSTALLATION - ALL TYPES - RESIDENTIAL AND COMMERCIAL | 5102 | 50,000 | 15.40 | $7,700 |
| OFFICE MACHINE INSTALLATION, INSPECTION, ADJUSTMENT OR REPAIR | 5191 | 50,000 | 1.31 | $655 |
| CARPENTRY—CONSTRUCTION OF RESIDENTIAL DWELLINGS NOT EXCEEDING 3 STORIES IN HEIGHT | 5645 | 25,000 | 23.74 | $5,935 |
| IRRIGATION OR DRAINAGE SYSTEM CONSTRUCTION & DRIVERS | 6229 | 25,000 | 7.69 | $1,923 |
| FOOD PRODUCT MFG NOC | 6504 | 65,000 | 5.06 | $3,289 |
| TRUCKING: LONG DISTANCE HAULING | 7229 | 75,000 | 12.62 | $9,465 |
| MAIL, PACKAGE, PARCEL DELIVERY | 7231 | 65,000 | 14.01 | $9,107 |
| FLORIST – STORE & DRIVERS | 8001 | 6,000,000 | 3.09 | $185,400 |
| STORE - HARDWARE | 8010 | 125,000 | 2.57 | $3,213 |
| STORE – RETAIL NOC | 8017 | 1,250,000 | 2.46 | $30,750 |
| STORE – WHOLESALE - NOC | 8018 | 6,500,000 | 4.76 | $309,400 |
| STORE – FURNITURE & DRIVERS | 8044 | 1,200,000 | 5.05 | $60,600 |
| VEGETABLE PACKING & DRIVERS | 8209 | 2,905,000 | 5.99 | $174,010 |
| IRON OR STEEL SCRAP DEALER & DRIVERS | 8265 | 50,000 | 7.75 | $3,875 |

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:      PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
          POLICY NO:      WD001486
          EFFECTIVE DATE: 06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| **ILLINOIS (Page 3 of 3)** | | | | |
| LUMBERYARD NEW MATERIALS ONLY—ALL OTHER EMPLOYEES & YARD, WAREHOUSE, DRIVERS | 8232 | 50,000 | 7.82 | $3,910 |
| STORAGE WAREHOUSE NOC | 8292 | 18,717,000 | 6.49 | $1,214,733 |
| SALESPERSONS-OUTSIDE | 8742 | 1,031,000 | 0.35 | $3,609 |
| MAILING OR ADDRESSING COMPANY OR LETTER SERVICE SHOP | 8800 | 19,519,000 | 3.34 | $651,935 |
| CLERICAL | 8810 | 22,933,000 | 0.18 | $41,279 |
| HOTEL – ALL OTHER EMPLOYEES & SALESPERSONS, DRIVERS | 9052 | 3,150,000 | 3.83 | $120,645 |
| HOTEL – RESTAURANT EMPLOYEES | 9058 | 650,000 | 2.29 | $14,885 |
| TOTAL MANUAL PREMIUM | | | | $3,322,954 |
| EL INCREASED LIMITS | 9812 | | 2.80% | $93,043 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.138 | ($2,974,035) |
| EXPERIENCE MOD | 9898 | | 1.01 | $34,160 |
| TOTAL STANDARD EST. PREMIUM | | | | $476,122 |
| PREMIUM DISCOUNT | 0063 | | | ($56,473) |
| CATASTROPHE | 9741 | | 0.01 | $9,545 |
| TERRORISM | 9740 | | 0.05 | $47,726 |
| ESTIMATED ANNUAL PREMIUM | | | | $476,921 |
| IL WC SURCHARGE | | | 1.01% | $4,817 |
| TOTAL AMOUNT | | | | $481,738 |

Decl. Barnett, Ex. D-24

# PROTECTIVE INSURANCE COMPANY

### WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:     PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
            POLICY NO:     WD001486
            EFFECTIVE DATE:  06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **INDIANA** | | | | |
| LANDSCAPE GARDENING & DRIVERS | 0042 | 200,000 | 6.73 | $13,460 |
| WELDING OR CUTTING NOC & DRIVERS | 3365 | 2,000,000 | 6.05 | $121,000 |
| CONSTRUCTION OR AGRICULTURAL MACHINERY MFG. | 3507 | 1,000,000 | 2.95 | $29,500 |
| VALVE MFG. | 3634 | 2,000,000 | 1.95 | $39,000 |
| PRINTING | 4299 | 3,000,000 | 1.99 | $59,700 |
| ELECTRICAL WIRING - WITHIN BUILDINGS & DRIVERS | 5190 | 15,000 | 3.03 | $455 |
| CARPENTRY - CONSTRUCTION OF RESIDENTIAL DWELLINGS NOT EXCEEDING 3 STORIES IN HEIGHT | 5645 | 25,000 | 10.69 | $2,673 |
| STORAGE WAREHOUSE NOC | 8292 | 10,000,000 | 3.95 | $395,000 |
| CLERICAL | 8810 | 165,000 | 0.21 | $347 |
| JANITORIAL SERVICES BY CONTRACTORS - NO WINDOW CLEANING ABOVE GROUND LEVEL & DRIVERS | 9014 | 25,000 | 3.16 | $790 |
| TOTAL MANUAL PREMIUM | | | | $661,924 |
| EL INCREASED LIMITS | 9812 | | 2.8% | $18,534 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.114 | ($602,885) |
| EXPERIENCE MOD | 9898 | | 1.01 | $776 |
| TOTAL STANDARD EST. PREMIUM | | | | $78,348 |
| PREMIUM DISCOUNT | 0063 | | | ($9,293) |
| CATASTROPHE | 9741 | | 0.02 | $3,686 |
| TERRORISM | 9740 | | 0.02 | $3,686 |
| ESTIMATED ANNUAL PREMIUM | | | | $76,427 |
| IN SIF SURCHARGE | 0935 | | 0.824 | $630 |
| TOTAL AMOUNT | | | | $77,057 |

Decl. Barnett, Ex. D-25

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:  PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
      POLICY NO:   WD001486
      EFFECTIVE DATE: 06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **IOWA (Page 1 of 2)** | | | | |
| FARM—POULTRY OR EGG PRODUCER & DRIVERS | 0034 | 25,000 | 7.04 | $1,760 |
| LANDSCAPE GARDENING & DRIVERS | 0042 | 65,000 | 9.85 | $6,403 |
| BAKERY—SALESPERSONS & DRIVERS | 2003 | 125,000 | 7.38 | $9,225 |
| CREAMERY OR DAIRY & ROUTE SUPERVISORS, DRIVERS | 2070 | 25,000 | 7.33 | $1,833 |
| CLOTH, CANVAS AND RELATED PRODUCTS MFG. NOC | 2501 | 4,000,000 | 4.35 | $174,000 |
| LAUNDRY NOC & ROUTE SUPERVISORS, DRIVERS | 2585 | 25,000 | 5.83 | $1,458 |
| IRON OR STEEL - FABRICATION - IRONWORKS - SHOP - ORNAMENTAL & DRIVERS | 3040 | 25,000 | 7.32 | $1,830 |
| ELECTRICAL APPARATUS MFG. NOC | 3179 | 35,000 | 4.03 | $1,411 |
| MACHINE SHOPS NOC | 3632 | 35,000 | 5.43 | $1,901 |
| RUBBER GOODS MFG. NOC | 4410 | 25,000 | 3.69 | $923 |
| RENDERING WORKS NOC & DRIVERS | 4665 | 25,000 | 10.76 | $2,690 |
| PLUMBING NOC & DRIVERS | 5183 | 25,000 | 5.00 | $1,250 |
| ELECTRICAL WIRING - WITHIN BUILDINGS & DRIVERS | 5190 | 25,000 | 3.65 | $913 |
| CONCRETE CONSTRUCTION NOC | 5213 | 25,000 | 11.52 | $2,880 |
| CARPENTRY—NOC | 5403 | 25,000 | 16.06 | $4,015 |
| SALVAGE OPERATION—NO WRECKING OR ANY STRUCTURAL OPERATIONS | 5705 | 25,000 | 21.53 | $5,383 |
| TRUCKING: LOCAL HAULING ONLY | 7228 | 100,000 | 11.27 | $11,270 |

Decl. Barnett, Ex. D-26

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:  PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
POLICY NO:  WD001486
EFFECTIVE DATE: 06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **IOWA (Page 2 of 2)** | | | | |
| TRUCKING: LONG DISTANCE HAULING | 7229 | 35,000 | 11.30 | $3,955 |
| STORE—WHOLESALE—NOC | 8018 | 10,000 | 4.07 | $407 |
| FEED, FERTILIZER, HAY, OR GRAIN DEALER & LOCAL MANAGERS, DRIVERS—NO MFG | 8215 | 65,000 | 4.33 | $2,815 |
| LUMBERYARD NEW MATERIALS ONLY—ALL OTHER EMPLOYEES & YARD, WAREHOUSE, DRIVERS | 8232 | 75,000 | 8.02 | $6,015 |
| IRON OR STEEL SCRAP DEALER & DRIVERS | 8265 | 85,000 | 8.65 | $7,353 |
| STORAGE WAREHOUSE NOC | 8292 | 10,500,000 | 4.9 | $514,500 |
| CLERICAL | 8810 | 304,000 | 0.3 | $912 |
| JANITORIAL SERVICES BY CONTRACTORS - NO WINDOW CLEANING ABOVE GROUND LEVEL & DRIVERS | 9014 | 25,000 | 5.54 | $1,385 |
| STREET CLEANING & DRIVERS | 9402 | 25,000 | 5.7 | $1,425 |
| PAINTING—SHOP ONLY & DRIVERS | 9501 | 35,000 | 5.51 | $1,929 |
| TOTAL MANUAL PREMIUM | | | | $769,836 |
| EL INCREASED LIMITS | 9812 | | 2.80% | $21,555 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.170 | ($656,854) |
| EXPERIENCE MOD | 9898 | | 1.01 | $1,345 |
| TOTAL STANDARD EST. PREMIUM | | | | $135,882 |
| PREMIUM DISCOUNT | 0063 | | | ($16,117) |
| CATASTROPHE | 9741 | | 0.01 | $1,579 |
| TERRORISM | 9740 | | 0.02 | $3,159 |
| TOTAL AMOUNT | | | | $124,503 |

Decl. Barnett, Ex. D-27

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:     PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
           POLICY NO:    WD001486
           EFFECTIVE DATE:  06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **KANSAS** | | | | |
| IRON OR STEEL - FABRICATION - IRONWORKS - SHOP - ORNAMENTAL & DRIVERS | 3040 | 10,000 | 9.53 | $953 |
| STORE - WHOLESALE - NOC | 8018 | 2,000,000 | 3.66 | $73,200 |
| LUMBERYARD NEW MATERIALS ONLY - ALL OTHER EMPLOYEES & YARD, WAREHOUSE, DRIVERS | 8232 | 25,000 | 4.10 | $1,025 |
| STORAGE WAREHOUSE NOC | 8292 | 2,000,000 | 5.43 | $108,600 |
| JANITORIAL SERVICES BY CONTRACTORS-NO WINDOW CLEANING ABOVE GROUND LEVEL & DRIVERS | 9014 | 25,000 | 4.08 | $1,020 |
| TOTAL MANUAL PREMIUM | | | | $184,798 |
| EL INCREASED LIMITS | 9812 | | 2.8% | $5,174 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.135 | ($164,326) |
| EXPERIENCE MOD | 9898 | | 1.01 | $256 |
| TOTAL STANDARD EST. PREMIUM | | | | $25,903 |
| PREMIUM DISCOUNT | 0063 | | | ($3,674) |
| CATASTROPHE | 9741 | | 0.02 | $812 |
| TERRORISM | 9740 | | 0.02 | $812 |
| TOTAL AMOUNT | | | | $23,853 |

Decl. Barnett, Ex. D-28

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:     PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
             POLICY NO:    WD001486
             EFFECTIVE DATE: 06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **KENTUCKY** | | | | |
| MILLWRIGHT WORK NOC & DRIVERS | 3724 | 25,000 | 4.88 | $1,220 |
| ELECTRICAL WIRING - WITHIN BUILDINGS & DRIVERS | 5190 | 6,133,000 | 3.85 | $236,121 |
| SALESPERSONS-OUTSIDE | 8742 | 25,000 | 0.47 | $118 |
| CLERICAL | 8810 | 1,000,000 | 0.19 | $1,900 |
| JANITORIAL SERVICES BY CONTRACTORS-NO WINDOW CLEANING ABOVE GROUND LEVEL & DRIVERS | 9014 | 2,000,000 | 3.49 | $69,800 |
| TOTAL MANUAL PREMIUM | | | | $309,158 |
| EL INCREASED LIMITS | 9812 | | 2.8% | $8,656 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.145 | ($271,731) |
| EXPERIENCE MOD | 9898 | | 1.01 | $461 |
| TOTAL STANDARD EST. PREMIUM | | | | $46,544 |
| PREMIUM DISCOUNT | 0063 | | | ($7,569) |
| CATASTROPHE | 9741 | | 0.02 | $1,837 |
| TERRORISM | 9740 | | 0.02 | $1,837 |
| ESTIMATED ANNUAL PREMIUM | | | | $42,648 |
| KY WC FUNDING COMMISION | | | 6.29% | $17,138 |
| TOTAL AMOUNT | | | | $59,786 |

Decl. Barnett, Ex. D-29

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:     PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
         POLICY NO:     WD001486
         EFFECTIVE DATE:  06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **LOUISIANA** | | | | |
| CLERICAL | 8810 | IF ANY | 0.26 | $0 |
| TOTAL STANDARD EST. PREMIUM | | | | $0 |
| CATASTROPHE | 9741 | | 0.02 | $0 |
| TERRORISM | 9740 | | 0.02 | $0 |
| TOTAL AMOUNT | | | | $0 |

Decl. Barnett, Ex. D-30

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:      PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
           POLICY NO:     WD001486
           EFFECTIVE DATE:  06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **MAINE** | | | | |
| CLERICAL | 8810 | IF ANY | 0.43 | $0 |
| TOTAL STANDARD EST. PREMIUM | | | | $0 |
| CATASTROPHE | 9741 | | 0.02 | $0 |
| TERRORISM | 9740 | | 0.02 | $0 |
| TOTAL AMOUNT | | | | $0 |

Decl. Barnett, Ex. D-31

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:    PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
           POLICY NO:     WD001486
           EFFECTIVE DATE:  06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **MARYLAND** | | | | |
| STORAGE WAREHOUSE NOC | 8292 | 780,000 | 5.39 | $42,042 |
| CLERICAL | 8810 | 2,980,000 | 0.15 | $4,470 |
| TOTAL MANUAL PREMIUM | | | | $46,512 |
| EL INCREASED LIMITS | 9812 | | 2.8% | $1,302 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.155 | ($40,403) |
| EXPERIENCE MOD | 9898 | | 1.01 | $74 |
| TOTAL STANDARD EST. PREMIUM | | | | $7,485 |
| PREMIUM DISCOUNT | 0063 | | | ($1,062) |
| CATASTROPHE | 9741 | | 0.02 | $752 |
| TERRORISM | 9740 | | 0.05 | $1,880 |
| TOTAL AMOUNT | | | | $9,056 |

Decl. Barnett, Ex. D-32

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR: PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
POLICY NO: WD001486
EFFECTIVE DATE: 06/30/2017

| CLASSIFICATION OF OPERATIONS | | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **MICHIGAN** | | | | | |
| ELECTRICAL WIRING - WITHIN BUILDINGS & DRIVERS | | 5190 | 25,000 | 2.90 | $725 |
| STORAGE WAREHOUSE NOC | | 8292 | 2,126,000 | 5.53 | $117,568 |
| CLERICAL | | 8810 | 106,000 | 0.16 | $170 |
| TOTAL MANUAL PREMIUM | | | | | $118,462 |
| EL INCREASED LIMITS | | 9812 | | 2.0% | $2,369 |
| DEDUCTIBLE PREMIUM FACTOR | | 9664 | | 0.144 | ($103,432) |
| TOTAL STANDARD EST. PREMIUM | | | | | $17,400 |
| PREMIUM DISCOUNT | | 0063 | | | ($2,468) |
| TERRORISM | | 9740 | | 0.02 | $451 |
| TOTAL AMOUNT | | | | | $15,383 |

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR: PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
POLICY NO:    WD001486
EFFECTIVE DATE: 06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **MINNESOTA (Page 1 of 4)** | | | | |
| FARM—FLORIST & DRIVERS | 0035 | 25,000 | 5.83 | $1,458 |
| LANDSCAPE GARDENING & DRIVERS | 0042 | 140,000 | 13.57 | $18,998 |
| CREAMERY OR DAIRY & ROUTE SUPERVISORS, DRIVERS | 2070 | 25,000 | 6.77 | $1,693 |
| CLOTH, CANVAS AND RELATED PRODUCTS MFG. NOC | 2501 | 145,000 | 5.08 | $7,366 |
| TOWEL OR TOILET SUPPLY CO. & ROUTE SUPERVISORS, DRIVERS | 2587 | 65,000 | 6.86 | $4,459 |
| LEATHER MFG. - INCLUDING TANNING, LEATHER EMBOSSING, AND WOOL PULLING | 2623 | 25,000 | 13.96 | $3,490 |
| PALLET, BOX OR BOX SHOOK MFG. WOODEN | 2759 | 1,000,000 | 10.49 | $10,490 |
| CARPENTRY—SHOP ONLY—& DRIVERS | 2802 | 300,000 | 5.50 | $1,650 |
| FURNITURE MANUFACTURING AND CABINET SHOP - ASSEMBLY BY HAND - WOOD | 2881 | 250,000 | 6.72 | $1,680 |
| IRON OR STEEL - FABRICATION - IRONWORKS - SHOP - ORNAMENTAL & DRIVERS | 3040 | 250,000 | 10.91 | $2,728 |
| SHEET METAL WORK SHOP | 3066 | 250,000 | 10.05 | $2,513 |
| SHEET METAL PRODUCTS MFG. | 3076 | 25,000 | 6.36 | $1,590 |
| FOUNDRY—NON-FERROUS | 3085 | 9,000,000 | 9.41 | $84,690 |
| BLACKSMITH | 3111 | 25,000 | 4.00 | $1,000 |
| TOOL MFG.—NOT DROP OR MACHINE FORGED NOC | 3113 | 300,000 | 3.33 | $9,990 |
| SCREW MFG. | 3145 | 25,000 | 3.36 | $840 |

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:    PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
           POLICY NO:    WD001486
           EFFECTIVE DATE:  06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **MINNESOTA (Page 2 of 4)** | | | | |
| ELECTRICAL APPARATUS MFG. NOC | 3179 | 20,000 | 3.55 | $710 |
| PLUMBERS' SUPPLIES MFG. NOC | 3188 | 25,000 | 5.08 | $1,270 |
| HEAT-TREATING—METAL | 3307 | 450,000 | 5.58 | $25,110 |
| ELECTROPLATING | 3372 | 25,000 | 7.22 | $1,805 |
| METAL STAMPED GOODS MFG. NOC | 3400 | 225,000 | 7.05 | $15,863 |
| PUMP MFG. | 3612 | 25,000 | 3.89 | $973 |
| MACHINED PARTS MFG. NOC | 3629 | 2,000,000 | 2.80 | $5,600 |
| MACHINE SHOPS NOC | 3632 | 2,000,000 | 6.38 | $12,760 |
| AUTOMOBILE, BUS, TRUCK OR TRAILER BODY MFG NOC | 3824 | 25,000 | 10.66 | $2,665 |
| PRINTING | 4299 | 90,000 | 4.97 | $4,473 |
| PHOTOGRAPHER - ALL EMPLOYEES & CLERICAL, SALESPERSONS, DRIVERS | 4361 | 25,000 | 3.47 | $868 |
| PLASTICS MFG.—SHEETS, RODS, OR TUBES | 4459 | 25,000 | 4.75 | $1,188 |
| PHARMACEUTICAL OR SURGICAL GOODS MFG NOC | 4693 | 25,000 | 2.33 | $583 |
| OIL REFINING—PETROLEUM & DRIVERS | 4740 | 25,000 | 1.03 | $258 |
| ASPHALT OR TAR DISTILLING OR REFINING & DRIVERS | 4741 | 25,000 | 2.30 | $575 |
| DRUG, MEDICINE OR PHARMACEUTICAL PREPARATION MFG.—INCLUDES MFG. OF INGREDIENTS | 4825 | 25,000 | 2.28 | $570 |
| SPORTING GOODS MFG. NOC | 4902 | 25,000 | 3.61 | $903 |

Decl. Barnett, Ex. D-35

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:    PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
            POLICY NO:    WD001486
            EFFECTIVE DATE:  06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **MINNESOTA (Page 3 of 4)** | | | | |
| ELECTRICAL WIRING - WITHIN BUILDINGS & DRIVERS | 5190 | 30,000 | 4.89 | $1,467 |
| WALLBOARD, SHEETROCK, DRYWALL, PLASTERBOARD, OR CEMENT BOARD INSTALLATION WITHIN BUILDINGS & DRIVERS | 5445 | 25,000 | 9.99 | $2,498 |
| CARPENTRY—CONSTRUCTION OF RESIDENTIAL DWELLINGS NOT EXCEEDING 3 STORIES IN HEIGHT | 5645 | 30,000 | 19.52 | $5,856 |
| EXCAVATION & DRIVERS | 6217 | 25,000 | 11.71 | $2,928 |
| FOOD PRODUCTS MFG. NOC | 6504 | 170,000 | 5.77 | $9,809 |
| BOATBUILDING OR REPAIR & DRIVERS | 6834 | 25,000 | 5.89 | $1,473 |
| FREIGHT HANDLING NOC | 7360 | 50,000 | 8.83 | $4,415 |
| DRIVERS, CHAUFFEURS & THEIR HELPERS NOC - COMMERCIAL | 7380 | 65,000 | 10.1 | $6,565 |
| STORE: FLORIST & DRIVERS | 8001 | 25,000 | 4.55 | $1,138 |
| STORE—JEWELRY | 8013 | 25,000 | 0.75 | $188 |
| STORE—WHOLESALE—NOC | 8018 | 125,000 | 7.08 | $8,850 |
| AUTOMOBILE - PARTS & ACCESSORIES DISTRIBUTOR - WHOLESALE | 8029 | 25,000 | 4.55 | $1,138 |
| STORE: FRUIT OR VEGETABLE DEALER - WHOLESALE | 8048 | 25,000 | 3.78 | $945 |
| IRON OR STEEL MERCHANT & DRIVERS | 8106 | 25,000 | 8.52 | $2,130 |
| MACHINERY DEALER NOC—STORE OR YARD & DRIVERS | 8107 | 35,000 | 5.41 | $1,894 |
| PLUMBERS' SUPPLIES DEALER & DRIVERS | 8111 | 35,000 | 5.02 | $1,757 |
| BUILDING MATERIAL YARD & LOCAL MANAGERS, DRIVERS | 8204 | 1,250,000 | 6.83 | $85,375 |

Decl. Barnett, Ex. D-36

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:   PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
       POLICY NO:   WD001486
       EFFECTIVE DATE: 06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **MINNESOTA (Page 4 of 4)** | | | | |
| LUMBERYARD NEW MATERIALS ONLY—ALL OTHER EMPLOYEES & YARD, WAREHOUSE, DRIVERS | 8232 | 25,000 | 6.91 | $1,728 |
| STORAGE WAREHOUSE NOC | 8292 | 300,000 | 7.55 | $22,650 |
| AUTOMOBILE SERVICE OR REPAIR CENTER & DRIVERS | 8380 | 25,000 | 5.86 | $1,465 |
| METAL SCRAP DEALER & DRIVERS | 8500 | 25,000 | 10.52 | $2,630 |
| CLERICAL | 8810 | 60,000 | 0.22 | $132 |
| JANITORIAL SERVICES BY CONTRACTORS - NO WINDOW CLEANING ABOVE GROUND LEVEL & DRIVERS | 9014 | 20,000 | 6.88 | $1,376 |
| HOTEL—ALL OTHER EMPLOYEES & SALESPERSONS, DRIVERS | 9052 | 25,000 | 4.66 | $1,165 |
| RESTAURANT NOC | 9082 | 25,000 | 2.44 | $610 |
| TOTAL MANUAL PREMIUM | | | | $400,982 |
| EL INCREASED LIMITS | 9812 | | 2.80% | $11,227 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.216 | ($323,172) |
| EXPERIENCE MOD | 9898 | | 1.01 | $890 |
| TOTAL STANDARD EST. PREMIUM | | | | $89,927 |
| PREMIUM DISCOUNT | 0063 | | | ($14,624) |
| TERRORISM | 9740 | | 0.01 | $586 |
| ESTIMATED ANNUAL PREMIUM | | | | $75,890 |
| MN SPECIAL COMPENSATION FUND | 0174 | | 2.55% | $10,616 |
| TOTAL AMOUNT | | | | $86,506 |

Decl. Barnett, Ex. D-37

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:     PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
        POLICY NO:     WD001486
        EFFECTIVE DATE:  06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **MISSISSIPPI** | | | | |
| CEREAL OR BAR MFG. | 2016 | 250,000 | 3.12 | $7,800 |
| MACHINED PARTS MFG. NOC | 3629 | 2,634,000 | 2.76 | $72,698 |
| PHARMACEUTICAL OR SURGICAL GOODS MFG. NOC | 4693 | 1,290,000 | 0.87 | $11,223 |
| FLORIST - STORE & DRIVERS | 8001 | 1,493,000 | 2.64 | $39,415 |
| STORE - WHOLESALE NOC | 8018 | 10,000,000 | 2.67 | $267,000 |
| MAILING OR ADDRESSING COMPANY OR LETTER SERVICE SHOP | 8800 | 955,000 | 1.97 | $18,814 |
| CLERICAL | 8810 | 617,000 | 0.20 | $1,234 |
| TOTAL MANUAL PREMIUM | | | | $418,184 |
| EL INCREASED LIMITS | 9812 | | 2.8% | $11,709 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.119 | ($378,736) |
| EXPERIENCE MOD | 9898 | | 1.01 | $512 |
| TOTAL STANDARD EST. PREMIUM | | | | $51,669 |
| PREMIUM DISCOUNT | 0063 | | | ($7,328) |
| CATASTROPHE | 9741 | | 0.02 | $3,448 |
| TERRORISM | 9740 | | 0.02 | $3,448 |
| TOTAL AMOUNT | | | | $51,236 |

Decl. Barnett, Ex. D-38

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:    PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
           POLICY NO:      WD001486
           EFFECTIVE DATE:  06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **MISSOURI** | | | | |
| ELECTRICAL WIRING - WITHIN BUILDINGS & DRIVERS | 5190 | 2,436,000 | 4.45 | $108,402 |
| STORAGE WAREHOUSE NOC | 8292 | 473,000 | 5.59 | $26,441 |
| TOTAL MANUAL PREMIUM | | | | $134,843 |
| EL INCREASED LIMITS | 9812 | | 1.2% | $1,618 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.112 | ($121,177) |
| EXPERIENCE MOD | 9898 | | 1.01 | $153 |
| TOTAL STANDARD EST. PREMIUM | | | | $15,436 |
| PREMIUM DISCOUNT | 0063 | | | ($1,898) |
| TERRORISM | 9740 | | 0.02 | $582 |
| ESTIMATED ANNUAL PREMIUM | | | | $14,121 |
| MO SIF SURCHARGE | | | 6.00% | $7,288 |
| MO ADMINISTRATIVE SURCHARGE | | | 1.00% | $1,073 |
| TOTAL AMOUNT | | | | $22,482 |

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:      PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
            POLICY NO:      WD001486
            EFFECTIVE DATE:  06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **MONTANA** | | | | |
| CLERICAL | 8810 | IF ANY | 0.51 | $0 |
| TOTAL STANDARD EST. PREMIUM | | | | $0 |
| CATASTROPHE | 9741 | | 0.02 | $0 |
| TERRORISM | 9740 | | 0.02 | $0 |
| ESTIMATED ANNUAL PREMIUM | | | | $0 |
| MT ADMIN. PREMIUM FUND SURCHARGE | 0939 | | 1.5592% | $0 |
| MT SUBSEQUENT INJURY FUND | 0935 | | 0.6186% | $0 |
| MT OCC. SAFETY & HEALTH SURCHARGE | | | 0.7156% | $0 |
| TOTAL AMOUNT | | | | $0 |

Decl. Barnett, Ex. D-40

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:      PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
              POLICY NO:     WD001486
              EFFECTIVE DATE: 06/30/2017

| CLASSIFICATION OF OPERATIONS | | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **NEBRASKA** | | | | | |
| BAKERY - SALESPERSONS & DRIVERS | | 2003 | 325,000 | 5.14 | $16,705 |
| STORAGE WAREHOUSE NOC | | 8292 | 50,000 | 5.45 | $2,725 |
| JANITORIAL SERVICES BY CONTRACTORS-NO WINDOW CLEANING ABOVE GROUND LEVEL & DRIVERS | | 9014 | 50,000 | 2.91 | $1,455 |
| TOTAL MANUAL PREMIUM | | | | | $20,885 |
| EL INCREASED LIMITS | | 9812 | | 2.8% | $585 |
| DEDUCTIBLE PREMIUM FACTOR | | 9664 | | 0.146 | ($18,335) |
| EXPERIENCE MOD | | 9898 | | 1.01 | $31 |
| TOTAL STANDARD EST. PREMIUM | | | | | $3,166 |
| PREMIUM DISCOUNT | | 0063 | | | ($449) |
| CATASTROPHE | | 9741 | | 0.01 | $43 |
| TERRORISM | | 9740 | | 0.01 | $43 |
| TOTAL AMOUNT | | | | | $2,802 |

Decl. Barnett, Ex. D-41

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:   PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
POLICY NO:   WD001486
EFFECTIVE DATE:  06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **NEVADA** | | | | |
| SHEET METAL PRODUCTS MFG. | 3076 | 5,600,000 | 3.81 | $213,360 |
| TELEVISION, RADIO, TELEPHONE OR TELECOMMUNICATION DEVICE MFG. NOC | 3681 | 2,500,000 | 1.23 | $30,750 |
| ELECTRICAL WIRING - WITHIN BUILDINGS & DRIVERS | 5190 | 25,000 | 4.16 | $1,040 |
| CLEANER—DEBRIS REMOVAL—CONSTRUCTION | 5610 | 25,000 | 5.53 | $1,383 |
| STORAGE WAREHOUSE NOC | 8292 | 2,100,000 | 3.71 | $77,910 |
| CLERICAL | 8810 | 200,000 | 0.34 | $680 |
| PARK NOC—ALL EMPLOYEES & DRIVERS | 9102 | 350,000 | 3.41 | $11,935 |
| TOTAL MANUAL PREMIUM | | | | $337,058 |
| EL INCREASED LIMITS | 9812 | | 2.8% | $9,438 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.167 | ($291,517) |
| EXPERIENCE MOD | 9898 | | 1.01 | $3,465 |
| TOTAL STANDARD EST. PREMIUM | | | | $58,444 |
| PREMIUM DISCOUNT | 0063 | | | ($6,932) |
| CATASTROPHE | 9741 | | 0.02 | $2,160 |
| TERRORISM | 9740 | | 0.02 | $2,160 |
| TOTAL AMOUNT | | | | $55,832 |

Decl. Barnett, Ex. D-42

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:      PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
              POLICY NO:     WD001486
              EFFECTIVE DATE: 06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| --- | --- | --- | --- | --- |
| **NEW HAMPSHIRE** | | | | |
| STORAGE WAREHOUSE NOC | 8292 | 1,553,000 | 5.62 | $87,279 |
| CLERICAL | 8810 | 2,000,000 | 0.24 | $4,800 |
| TOTAL MANUAL PREMIUM | | | | $92,079 |
| EL INCREASED LIMITS | 9812 | | 2.8% | $2,578 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.155 | ($79,985) |
| EXPERIENCE MOD | 9898 | | 1.01 | $147 |
| TOTAL STANDARD EST. PREMIUM | | | | $14,819 |
| PREMIUM DISCOUNT | 0063 | | | ($1,822) |
| CATASTROPHE | 9741 | | 0.01 | $355 |
| TERRORISM | 9740 | | 0.02 | $711 |
| TOTAL AMOUNT | | | | $14,062 |

Decl. Barnett, Ex. D-43

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR: PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
POLICY NO: WD001486
EFFECTIVE DATE: 06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **NEW JERSEY** | | | | |
| DRIVERS, CHAUFFERURS & THEIR HELPERS | 7380 | 100,000 | 14.41 | $14,410 |
| ELECTRICAL WIRING - WITHIN BUILDINGS & DRIVERS | 5190 | 50,000 | 5.99 | $2,995 |
| STORAGE WAREHOUSE NOC | 8292 | 1,000,000 | 12.34 | $123,400 |
| TOTAL MANUAL PREMIUM | | | | $140,805 |
| EL INCREASED LIMITS | 9812 | | 3.3% | $4,647 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.143 | ($124,652) |
| EXPERIENCE MOD | 9898 | | 1.107 | $2,226 |
| TOTAL STANDARD EST. PREMIUM | | | | $23,025 |
| PREMIUM DISCOUNT | 0063 | | | ($2,437) |
| CATASTROPHE | 9741 | | 0.01 | $115 |
| TERRORISM | 9740 | | 0.03 | $345 |
| ESTIMATED ANNUAL PREMIUM | | | | $21,049 |
| NJ SIF | 0935 | | 5.00% | $8,051 |
| NJ UNINSURED EMPLOYERS' FUND | 0936 | | 0.08% | $129 |
| TOTAL AMOUNT | | | | $29,229 |

Decl. Barnett, Ex. D-44

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:      PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
              POLICY NO:     WD001486
              EFFECTIVE DATE:  06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **NEW MEXICO** | | | | |
| CLERICAL | 8810 | IF ANY | 0.37 | $0 |
| TOTAL STANDARD EST. PREMIUM | | | | $0 |
| TERRORISM | 9740 | | 0.01 | $0 |
| TOTAL AMOUNT | | | | $0 |

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:   PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
          POLICY NO:    WD001486
          EFFECTIVE DATE:  06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **NEW YORK** | | | | |
| ELECTRICAL WIRING - WITHIN BUILDINGS & DRIVERS | 5190 | 10,000 | 8.78 | $878 |
| EL INCREASED LIMITS | 9812 | | 2.8% | $25 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.173 | ($746) |
| EXPERIENCE MOD | 9898 | | 1.01 | $2 |
| TOTAL STANDARD EST. PREMIUM | | | | $158 |
| PREMIUM DISCOUNT | 0063 | | | ($22) |
| CATASTROPHE | 9741 | | 0.01 | $1 |
| TERRORISM | 9740 | | 0.07 | $7 |
| ESTIMATED ANNUAL PREMIUM | | | | $143 |
| NY STATE WC ASSESSMENT | 0932 | | 12.20% | $112 |
| TOTAL AMOUNT | | | | $255 |

Decl. Barnett, Ex. D-46

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:   PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
        POLICY NO:   WD001486
        EFFECTIVE DATE:  06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **NORTH CAROLINA (Page 1 of 2)** | | | | |
| FARM—NURSERY EMPLOYEES & DRIVERS | 0005 | 50,000 | 4.14 | $2,070 |
| MANUFACTURED, MODULAR, OR PREFABRICATED HOME SETUP, HOOKUP, OR INSTALLATION AT BUILDING SITE | 2799 | 125,000 | 6.63 | $8,288 |
| DOOR AND WINDOW INSTALLATION - ALL TYPES - RESIDENTIAL AND COMMERCIAL | 5102 | 821,000 | 6.61 | $54,268 |
| ELECTRICAL WIRING - WITHIN BUILDINGS & DRIVERS | 5190 | 20,000 | 5.53 | $1,106 |
| CONCRETE CONSTRUCTION NOC | 5213 | 25,000 | 10.27 | $2,568 |
| STREET OR ROAD CONSTRUCTION—SUBSURFACE WORK & DRIVERS | 5507 | 20,000 | 5.31 | $1,062 |
| CLEANER—DEBRIS REMOVAL—CONSTRUCTION | 5610 | 25,000 | 9.0 | $2,250 |
| JETTY OR BREAKWATER CONSTRUCTION - ALL OPERATIONS TO COMPLETION & DRIVERS | 6005 | 25,000 | 7.91 | $1,978 |
| SEWER CONSTRUCTION—ALL OPERATIONS & DRIVERS | 6306 | 35,000 | 6.91 | $2,419 |
| ELECTRIC LIGHT OR POWER CO. NOC - ALL EMPLOYEES & DRIVERS | 7539 | 30,000 | 2.48 | $744 |
| BUILDING MATERIAL DEALER - NEW MATERIALS ONLY - STORE EMPLOYEES | 8058 | 20,000,000 | 3.42 | $684,000 |
| STORAGE WAREHOUSE NOC | 8292 | 6,000,000 | 4.52 | $271,200 |
| CLERICAL | 8810 | 1,000,000 | 0.16 | $1,600 |
| HOUSING AUTHORITY & CLERICAL, SALESPERSONS, DRIVERS | 9033 | 35,000 | 2.49 | $872 |
| TOTAL MANUAL PREMIUM | | | | $1,034,423 |

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:     PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
          POLICY NO:     WD001486
          EFFECTIVE DATE: 06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **NORTH CAROLINA (Page 2 of 2)** | | | | |
| EL INCREASED LIMITS | 9812 | | 2.80% | $28,964 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.153 | ($909,695) |
| EXPERIENCE MOD | 9898 | | 1.01 | $10,634 |
| TOTAL STANDARD EST. PREMIUM | | | | $164,326 |
| PREMIUM DISCOUNT | 0063 | | | ($23,307) |
| CATASTROPHE | 9741 | | 0.01 | $2,821 |
| TERRORISM | 9740 | | 0.01 | $2,821 |
| TOTAL AMOUNT | | | | $146,661 |

Decl. Barnett, Ex. D-48

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR: PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
    POLICY NO: WD001486
    EFFECTIVE DATE: 06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **OKLAHOMA** | | | | |
| ELECTRICAL WIRING - WITHIN BUILDINGS & DRIVERS | 5190 | 10,000 | 7.05 | $705 |
| STORAGE WAREHOUSE NOC | 8292 | 1,500,000 | 5.39 | $80,850 |
| CLERICAL | 8810 | 3,000,000 | 0.43 | $12,900 |
| TOTAL MANUAL PREMIUM | | | | $94,455 |
| EL INCREASED LIMITS | 9812 | | 2.8% | $2,645 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.123 | ($85,156) |
| EXPERIENCE MOD | 9898 | | 1.01 | $119 |
| TOTAL STANDARD EST. PREMIUM | | | | $12,063 |
| PREMIUM DISCOUNT | 0063 | | | ($1,711) |
| CATASTROPHE | 9741 | | 0.02 | $902 |
| TERRORISM | 9740 | | 0.02 | $902 |
| TOTAL AMOUNT | | | | $12,156 |

Decl. Barnett, Ex. D-49

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:     PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
            POLICY NO:     WD001486
            EFFECTIVE DATE: 06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **OREGON** | | | | |
| MACHINERY OR QUIPMENT ERECTION OR REPAIR NOC & DRIVERS | 3724 | 50,000 | 4.33 | $2,165 |
| ELECTRICAL WIRING - WITHIN BUILDINGS & DRIVERS | 5190 | 7,000,000 | 2.77 | $193,900 |
| TOTAL MANUAL PREMIUM | | | | $196,065 |
| EL INCREASED LIMITS | 9812 | | 1.1% | $2,157 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.165 | ($165,515) |
| EXPERIENCE MOD | 9898 | | 1.01 | $327 |
| TOTAL STANDARD EST. PREMIUM | | | | $33,034 |
| PREMIUM DISCOUNT | 0063 | | | ($4,062) |
| CATASTROPHE | 9741 | | 0.01 | $705 |
| TERRORISM | 9740 | | 0.01 | $705 |
| ESTIMATED ANNUAL PREMIUM | | | | $30,382 |
| OR PREMIUM ASSESSMENT | | | 6.80% | $2,066 |
| TOTAL AMOUNT | | | | $32,448 |

Decl. Barnett, Ex. D-50

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:     PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
          POLICY NO:    WD001486
          EFFECTIVE DATE: 06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **PENNSYLVANIA** | | | | |
| LANDSCAPE CONTRACTOR | 0012 | 225,000 | 9.43 | $21,218 |
| ELECTRICAL WIRING - WITHIN BUILDINGS | 0661 | 65,000 | 6.53 | $4,245 |
| CARPENTRY - COMMERCIAL STRUCTURES | 0651 | 200,000 | 13.23 | $26,460 |
| STABLE | 0801 | 50,000 | 14.82 | $7,410 |
| CLERICAL | 0953 | 36,000 | 0.25 | $90 |
| TOTAL MANUAL PREMIUM | | | | $59,422 |
| EL INCREASED LIMITS | 9812 | | 3.3% | $1,961 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.149 | ($52,237) |
| EXPERIENCE MOD | 9898 | | 0.975 | ($229) |
| TOTAL STANDARD EST. PREMIUM | | | | $8,917 |
| PREMIUM DISCOUNT | 0063 | | | ($1,058) |
| EXPENSE CONSTANT | 0900 | | | $295 |
| CATASTROPHE | 9741 | | 0.02 | $115 |
| TERRORISM | 9740 | | 0.05 | $288 |
| ESTIMATED ANNUAL PREMIUM | | | | $8,558 |
| PA ASSESSMENT | 0938 | | 2.32% | $1,380 |
| TOTAL AMOUNT | | | | $9,938 |

Decl. Barnett, Ex. D-51

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:    PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
           POLICY NO:     WD001486
           EFFECTIVE DATE: 06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **SOUTH CAROLINA** | | | | |
| IRON OR STEEL—ERECTION—FRAME STRUCTURES | 5040 | 50,000 | 10.36 | $5,180 |
| JETTY OR BREAKWATER CONSTRUCTION — ALL OPERATIONS TO COMPLETION & DRIVERS | 6005 | 50,000 | 21.13 | $10,565 |
| SIGN INSTALLATION, MAINTENANCE, REPAIR, REMOVAL, OR REPLACEMENT NOC—AWAY FROM SHOP & DRIVERS | 9554 | 50,000 | 28.56 | $14,280 |
| ELECTRICAL WIRING - WITHIN BUILDINGS & DRIVERS | 5190 | 1,000,000 | 8.37 | $83,700 |
| STORAGE WAREHOUSE NOC | 8292 | 2,000,000 | 7.58 | $151,600 |
| TOTAL MANUAL PREMIUM | | | | $265,325 |
| EL INCREASED LIMITS | 9812 | | 2.8% | $7,429 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.145 | ($233,205) |
| EXPERIENCE MOD | 9898 | | 1.01 | $395 |
| TOTAL STANDARD EST. PREMIUM | | | | $39,945 |
| PREMIUM DISCOUNT | 0063 | | | ($5,666) |
| CATASTROPHE | 9741 | | 0.02 | $630 |
| TERRORISM | 9740 | | 0.02 | $630 |
| TOTAL AMOUNT | | | | $35,539 |

Decl. Barnett, Ex. D-52

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR: PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
POLICY NO: WD001486
EFFECTIVE DATE: 06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| **SOUTH DAKOTA** | | | | |
| ELECTRICAL WIRING - WITHIN BUILDINGS & DRIVERS | 5190 | 10,000 | 10.92 | $1,092 |
| EL INCREASED LIMITS | 9812 | | 2.8% | $31 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.145 | ($960) |
| EXPERIENCE MOD | 9898 | | 1.01 | $2 |
| TOTAL STANDARD EST. PREMIUM | | | | $164 |
| PREMIUM DISCOUNT | 0063 | | | ($16) |
| CATASTROPHE | 9741 | | 0.01 | $1 |
| TERRORISM | 9740 | | 0.01 | $1 |
| TOTAL AMOUNT | | | | $150 |

Decl. Barnett, Ex. D-53

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:      PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
             POLICY NO:    WD001486
             EFFECTIVE DATE:  06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **TENNESSEE** | | | | |
| ELECTRICAL WIRING - WITHIN BUILDINGS & DRIVERS | 5190 | 25,000 | 3.91 | $978 |
| CONTRACTOR—PROJECT MANAGER, CONSTRUCTION, EXECUTIVE, CONSTRUCTION MANAGER OR CONSTRUCTION SUPERINTENDENT | 5606 | 50,000 | 2.00 | $1,000 |
| STORAGE WAREHOUSE NOC | 8292 | 5,000,000 | 3.34 | $167,000 |
| CLERICAL | 8810 | 30,000 | 0.21 | $63 |
| JANITORIAL SERVICES BY CONTRACTORS - NO WINDOW CLEANING ABOVE GROUND LEVEL & DRIVERS | 9014 | 200,000 | 3.44 | $6,880 |
| TOTAL MANUAL PREMIUM | | | | $175,921 |
| EL INCREASED LIMITS | 9812 | | 2.8% | $4,926 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.1 | ($162,762) |
| EXPERIENCE MOD | 9898 | | 1.01 | $181 |
| TOTAL STANDARD EST. PREMIUM | | | | $18,265 |
| PREMIUM DISCOUNT | 0063 | | | ($2,591) |
| CATASTROPHE | 9741 | | 0.04 | $2,122 |
| TERRORISM | 9740 | | 0.02 | $1,061 |
| TOTAL AMOUNT | | | | $18,858 |

Decl. Barnett, Ex. D-54

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:    PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
          POLICY NO:     WD001486
          EFFECTIVE DATE: 06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **TEXAS** | | | | |
| LANDSCAPE GARDENING & DRIVERS | 0042 | 65,000 | 4.98 | $3,237 |
| INCANDESCENT LAMP MFG | 4112 | 75,000 | 0.48 | $360 |
| ELECTRICAL WIRING - WITHIN BUILDINGS & DRIVERS | 5190 | 250,000 | 4.03 | $10,075 |
| VEGETABLE PACKING & DRIVERS | 8209 | 830,000 | 5.12 | $42,496 |
| STORAGE WAREHOUSE NOC | 8292 | 6,716,000 | 3.87 | $259,909 |
| SALESPERSONS – OUTSIDE | 8742 | 50,000 | 0.24 | $120 |
| CLERICAL | 8810 | 625,000 | 0.14 | $875 |
| TOTAL MANUAL PREMIUM | | | | $317,072 |
| EL INCREASED LIMITS | 9812 | | 2.0% | $6,341 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.188 | ($265,238) |
| EXPERIENCE MOD | 9898 | | 1.01 | $3,234 |
| TOTAL STANDARD EST. PREMIUM | | | | $61,409 |
| PREMIUM DISCOUNT | 0063 | | | ($7,551) |
| TERRORISM | 9740 | | 0.024 | $2,067 |
| TOTAL AMOUNT | | | | $55,925 |

Decl. Barnett, Ex. D-55

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:     PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
            POLICY NO:     WD001486
            EFFECTIVE DATE:  06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
|---|---|---|---|---|
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **VERMONT** | | | | |
| CLERICAL | 8810 | IF ANY | 0.38 | $0 |
| TOTAL STANDARD EST. PREMIUM | | | | $0 |
| CATASTROPHE | 9741 | | 0.02 | $0 |
| TERRORISM | 9740 | | 0.02 | $0 |
| TOTAL AMOUNT | | | | $0 |

# PROTECTIVE INSURANCE COMPANY
## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:      PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
              POLICY NO:     WD001486
              EFFECTIVE DATE: 06/30/2017

| CLASSIFICATION OF OPERATIONS | | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **VIRGINIA** | | | | | |
| ELECTRICAL WIRING - WITHIN BUILDINGS & DRIVERS | | 5190 | 50,000 | 3.69 | $1,845 |
| CLEANER—DEBRIS REMOVAL—CONSTRUCTION | | 5610 | 125,000 | 4.90 | $6,125 |
| ELECTRIC LIGHT OR POWER CO. NOC — ALL EMPLOYEES & DRIVERS | | 7539 | 100,000 | 2.20 | $2,200 |
| BUILDING MATERIAL DEALER - NEW MATERIALS ONLY - STORE EMPLOYEES | | 8058 | 7,000,000 | 4.02 | $281,400 |
| STORAGE WAREHOUSE NOC | | 8292 | 250,000 | 3.50 | $8,750 |
| CLERICAL | | 8810 | 309,000 | 0.14 | $433 |
| TOTAL MANUAL PREMIUM | | | | | $300,753 |
| EL INCREASED LIMITS | | 9812 | | 3.3% | $9,925 |
| DEDUCTIBLE PREMIUM FACTOR | | 9664 | | 0.139 | ($270,169) |
| EXPERIENCE MOD | | 9898 | | 1.01 | $3,107 |
| TOTAL STANDARD EST. PREMIUM | | | | | $43,616 |
| PREMIUM DISCOUNT | | 0063 | | | ($5,363) |
| TERRORISM | | 9740 | | 0.05 | $3,917 |
| TOTAL AMOUNT | | | | | $42,169 |

Decl. Barnett, Ex. D-57

# PROTECTIVE INSURANCE COMPANY

## WORKER'S COMPENSATION INSURANCE - SCHEDULE EXTENSION

FOR:      PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT
               POLICY NO:      WD001486
               EFFECTIVE DATE: 06/30/2017

| CLASSIFICATION OF OPERATIONS | | PREMIUM BASIS | RATE | |
| --- | --- | --- | --- | --- |
| ENTRIES IN THIS ITEM, EXCEPT AS SPECIFICALLY PROVIDED ELSEWHERE IN THIS POLICY, DO NOT MODIFY ANY OF THE OTHER PROVISIONS OF THIS POLICY | CLASSIFICATION CODE | ESTIMATED TOTAL ANNUAL REMUNERATION | PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
| **WEST VIRGINIA** | | | | |
| STORAGE WAREHOUSE NOC | 8292 | 6,000,000 | 2.86 | $171,600 |
| CLERICAL | 8810 | 29,000 | 0.24 | $70 |
| TOTAL MANUAL PREMIUM | | | | $171,670 |
| EL INCREASED LIMITS | 9812 | | 2.8% | $4,807 |
| DEDUCTIBLE PREMIUM FACTOR | 9664 | | 0.144 | ($151,064) |
| EXPERIENCE MOD | 9898 | | 1.01 | $254 |
| TOTAL STANDARD EST. PREMIUM | | | | $25,667 |
| PREMIUM DISCOUNT | 0063 | | | ($3,640) |
| CATASTROPHE | 9741 | | 0.02 | $1,206 |
| TERRORISM | 9740 | | 0.02 | $1,206 |
| ESTIMATED ANNUAL PREMIUM | | | | $24,438 |
| WV REGULATORY SURCHARGE | | | 5.00% | $7,769 |
| WV DEBT REDCTN. SURCHARGE | | | 9.00% | $13,983 |
| TOTAL AMOUNT | | | | $46,190 |

Decl. Barnett, Ex. D-58

# ENDORSEMENT

This endorsement, effective on      **06/30/2017**      at 12:01 A.M. standard time, forms a part of

Policy No.      **WD001486**      Policy effective on      **06/30/2017**

Of the      Protective Insurance Company

Issued to      **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

By      Protective Insurance Company

_____
Authorized Representative

It is hereby understood and agreed the reporting provisions of this policy require that the Insured report as payroll and pay premium based on 33.3% of all amounts paid by the Insured to independent contractors.  This percentage applies to all states except California, Minnesota and Oregon where the Insured will report as payroll and pay premium based on 25% of all amounts paid by the Insured to independent contractors.

These provisions apply to all independent contractors for whom the Insured does not maintain a certificate of insurance evidencing valid Workers Compensation coverage, or for whom the Company does not provide work accident insurance coverage.

All other terms and conditions of this policy remain the same.

Decl. Barnett, Ex. D-59

# ENDORSEMENT

This endorsement, effective on **06/30/2017** at 12:01 A.M. standard time, forms a part of

Policy No. **WD001486** Policy effective on **06/30/2017**

Of the Protective Insurance Company

Issued to **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

By Protective Insurance Company

_____
Authorized Representative

It is hereby understood and agreed that the following Named Insured's and Locations are included:

### NAMED INSURED SCHEDULE

| Name Link Code | Insured Name | FEIN | NAICS Code |
|---|---|---|---|
| 001 | PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT | 010759364 | 561320 |
| 002 | MVP WORKFORCE, LLC | 263242640 | 561320 |
| 003 | PERSONNEL STAFFING GROUP, LLC DBA MVP 360 | 010759364 | 561320 |
| 004 | PERSONNEL STAFFING GROUP, LLC DBA HOTEL STAFFING SOLUTIONS | 010759364 | 561320 |
| 005 | PERSONNEL STAFFING GROUP, LLC DBA BALANCE | 010759364 | 561320 |
| 006 | PERSONNEL STAFFING GROUP, LLC DBA MACKENZIE & COMPANY | 010759364 | 561320 |
| 007 | MVP WORKFORCE, LLC DBA HOTEL STAFFING SOLUTIONS | 010759364 | 561320 |
| 008 | PERSONNEL STAFFING GROUP, LLC DBA KBS STAFFING | 010759364 | 561320 |
| 009 | STAFFING GROUP, LLC DBA MOST VALUABLE PERSONNEL | 010759364 | 561320 |

### LOCATION SCHEDULE

| Name Link Code | Address | No. of Employees | UI No. | NAICS Code |
|---|---|---|---|---|
| 001 | 1300 N FLORIDA MANGO ROAD WEST PALM BEACH, FL 33409 | 8 | | 561320 |
| 001 | 501 S FAULKENBERG RD, STE E19 TAMPA, FL 33619 | 5 | | 561320 |

Decl. Barnett, Ex. D-60

Page 1 of 5

**LOCATION SCHEDULE**

| Name Link Code | Address | No. of Employees | UI No. | NAICS Code |
|---|---|---|---|---|
| 001 | 7677 SW ELLIPSE WAY<br>STUART, FL 34997 | 4 | | 561320 |
| 001 | 1751 LAKE COOK ROAD<br>DEERFIELD, IL 60015 | 20 | | 561320 |
| 002 | 27050 OLD 41 RD, UNIT B<br>BONITA SPRINGS, FL 34135 | 4 | | 561320 |
| 002 | 1751 LAKE COOK ROAD<br>DEERFIELD, IL 60015 | 15 | | 561320 |
| 002 | 5017 W CERMAK RD<br>CICERO, IL 60804 | 8 | | 561320 |
| 002 | 65 E PALATINE, STE 213<br>PROSPECT HEIGHTS, IL 60070 | 8 | | 561320 |
| 003 | 7225 OPORTO MADRID BLVD<br>BIRMINGHAM, AL 35206 | 1 | | 561320 |
| 003 | 408 CHERRY STREET<br>EUDORA, AR 71640 | 1 | | 561320 |
| 003 | 201 E. WASHINGTON<br>PHOENIX, AZ 85004 | 1 | | 561320 |
| 003 | 12465 LEWIS STREET<br>GARDEN GROVE, CA 92840 | 6 | | 561320 |
| 003 | 2499 S WILMINGTON<br>COMPTON, CA 90220 | 5 | | 561320 |
| 003 | 801 W VICTORIA<br>COMPTON, CA 90220 | 5 | | 561320 |
| 003 | 1220-1222 E 17TH ST<br>SANTA ANA, CA 92701 | 4 | | 561320 |
| 003 | 1905 E 17TH ST<br>SANTA ANA, CA 92701 | 5 | | 561320 |
| 003 | 700 COLORADO BOULEVARD<br>DENVER, CO 80206 | 1 | | 561320 |
| 003 | 132 TERRY<br>HARTFORD, CT 06105 | 1 | | 561320 |
| 003 | 36 JEROME DRIVE<br>DOVER, DE 19901 | 1 | | 561320 |
| 003 | 6965 HWY 42 SOUTH<br>LOCUST GROVE, GA 30248 | 2 | | 561320 |
| 003 | 1300 CUMMINS ROAD<br>DES MOINES, IA 50315 | 2 | | 561320 |
| 003 | 400 MEMORIAL DRIVE<br>IDAHO FALLS, ID 83402 | 1 | | 561320 |
| 003 | 205 W RANDOLPH<br>CHICAGO, IL 60606 | 15 | | 561320 |

Decl. Barnett, Ex. D-61

## LOCATION SCHEDULE

| Name Link Code | Address | No. of Employees | UI No. | NAICS Code |
|---|---|---|---|---|
| 003 | 1751 LAKE COOK ROAD<br>DEERFIELD, IL 60015 | 95 | | 561320 |
| 003 | 226 SHERIDAN<br>WAUKEGAN, IL 60085 | 15 | | 561320 |
| 003 | 2346 S. LYNHURST<br>INDIANAPOLIS, IN 46241 | 2 | | 561320 |
| 003 | 4000 W. 6TH STREET<br>LAWRENCE, KS 66049 | 2 | | 561320 |
| 003 | 12701 TOWNE PARK WAY<br>LOUISVILLE, KY 40243 | 2 | | 561320 |
| 003 | 5261 HIGHLAND ROAD<br>BATON ROGUE, LA 70808 | 1 | | 561320 |
| 003 | 5235 WESTVIEW DRIVE<br>FREDERICK, MD 21703 | 4 | | 561320 |
| 003 | 855 LISBON<br>LEWISTON, ME 04240 | 2 | | 561320 |
| 003 | 855 LISBON<br>LEWISTON, ME 04240 | 2 | | 561320 |
| 003 | 18701 GRAND RIVER AVENUE<br>DETROIT, MI 48223 | 1 | | 561320 |
| 003 | 1950 UNIVERSITY AVENUE<br>ST. PAUL, MN 55104 | 4 | 05116737 | 561320 |
| 003 | 20 S 6TH STREET<br>COLUMBIA, MO 65201 | 1 | | 561320 |
| 003 | 2440 N HILLS STREET<br>MERIDIAN, MS 39305 | 3 | | 561320 |
| 003 | 103-8 WOODLAND ROAD<br>BATESVILLE, MS 38606 | 2 | | 561320 |
| 003 | 821 N. 27TH STREET<br>BILLINGS, MT 59101 | 1 | | 561320 |
| 003 | 2431 SPRING FOREST ROAD<br>RALEIGH, NC 27615 | 5 | | 561320 |
| 003 | 2025-C EASTGATE<br>GREENVILLE, NC 27858 | 5 | | 561320 |
| 003 | 821 BAXTER ST<br>CHARLOTTE, NC 28202 | 5 | | 561320 |
| 003 | 7000 Q STREET<br>OMAHA, NE 68117 | 1 | | 561320 |
| 003 | 391 S. BROADWAY<br>SALEM, NH 03079 | 1 | | 561320 |
| 003 | 412 36TH STREET<br>UNION CITY, NJ 07087 | 10 | 010759364000 | 561320 |

Decl. Barnett, Ex. D-62

## LOCATION SCHEDULE

| Name Link Code | Address | No. of Employees | UI No. | NAICS Code |
|---|---|---|---|---|
| 003 | 2706 CENTRAL AVENUE, ALBUQUERQUE, NM 87106 | 3 | | 561320 |
| 003 | 6120 W. TROPICANA LAS VEGAS, NV 89103 | 1 | | 561320 |
| 003 | 818 SW 3RD AVENUE PORTLAND, OR 97204 | 1 | | 561320 |
| 003 | 900 PENN AVENUE PITTSBURGH, PA 15222 | 1 | | 561320 |
| 003 | 360 KING STREET CHARLESTON, SC 29401 | 1 | | 561320 |
| 003 | 120 22ND AVENUE BROOKINGS, SD 57006 | 1 | | 561320 |
| 003 | 1930 AIR LANE NASHVILLE, TN 37210 | 1 | | 561320 |
| 003 | 15455 N DALLAS PARKWAY ADDISON, TX 75001 | 3 | | 561320 |
| 003 | 2750 W NORTHWEST HWY DALLAS, TX 75220 | 3 | | 561320 |
| 003 | 206 S. MAIN STREET SUITE 302 CULPEPPER, VA 22701 | 2 | | 561320 |
| 003 | 1100 WOODFORD BENNINGTON, VT 05201 | 1 | | 561320 |
| 003 | 1100 WOODFORD BENNINGTON, VT 05201 | 1 | | 561320 |
| 003 | 1004 BULLITT STREET CHARLESTON, WV 25301 | 1 | | 561320 |
| 004 | 1751 LAKE COOK ROAD DEERFIELD, IL 60015 | 1 | | 561320 |
| 005 | 5235 WESTVIEW DRIVE FREDERICK, MD 21703 | 2 | | 561320 |
| 005 | 12465 LEWIS STREET GARDEN GROVE, CA 92840 | 6 | | 561320 |
| 005 | 36 JEROME DRIVE DOVER, DE 19901 | 1 | | 561320 |
| 005 | 132 TERRY HARTFORD, CT 06105 | 1 | | 561320 |
| 005 | 391 S. BROADWAY SALEM, NH 03079 | 2 | | 561320 |
| 005 | 855 LISBON LEWISTON, ME 04240 | 2 | | 561320 |
| 005 | 1100 WOODFORD BENNINGTON, VT 05201 | 1 | | 561320 |

Decl. Barnett, Ex. D-63

**LOCATION SCHEDULE**

| Name Link Code | Address | No. of Employees | UI No. | NAICS Code |
|---|---|---|---|---|
| 006 | 1751 LAKE COOK ROAD, SUITE 600 DEERFIELD, IL 60015 | 1 | | 561320 |
| 007 | 1751 LAKE COOK ROAD, SUITE 600 DEERFIELD, IL 60015 | 1 | | 561320 |
| 008 | 12465 LEWIS STREET GARDEN GROVE, CA 92840 | 6 | | 561320 |
| 008 | 2706 CENTRAL AVENUE ALBUQUERQUE, NM 87106 | 1 | | 561320 |
| 009 | 1751 LAKE COOK ROAD SUITE 600 DEERFIELD, IL 60015 | 1 | | 561320 |

All other terms and conditions of this policy remain the same.

Endorsement No.

WC1001LOC (3/10)

Decl. Barnett, Ex. D-64

# ENDORSEMENT

This endorsement, effective on        **06/30/2017**        at 12:01 A.M. standard time, forms a part of

Policy No.        **WD001486**        policy effective on        **06/30/2017**

Of the        Protective Insurance Company

Issued to        **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

By        Protective Insurance Company

_____
Authorized Representative

It is hereby understood and agreed that Item 3.D. of the Information Page is amended to read as follows:

This policy includes these endorsements and schedules:

**WC1001IC, WC1001LOC, WC1001E, PE-002-0116-CW, PWC-1, PWC-1-IL, PWC-1A, PWC-1B, PWC-1C, PWC-1I, PWC-1J, PWC-1K, PWC-1L, PWC-1M, PWC-1N, PWC-1P, PWC-1Q, PWC-R, WC101, WC00030116CW, WC000104A, WC000106A, WC000301A, WC000313, WC000406, WC000406A, WC000414, WC000419, WC000421D, WC000422B, WC000424, WC020601A, WC030601A, WC040301C, WC040310, WC040360B, WC040421, WC040601A, WC040603B, PN049901F, PN049902B, PN049904, WC050402, WC060301, WC060303C, WC060601, WC070601, WC090303, WC090403B, WC090407, WC090606, WC990401, WC100601B, WC120306A, WC120601E, WC150401A, WC150601E, WC160305, WC160601, WC160602, WC170303, WC170601G, WC170602A, WC180601, WC180603A, WC180604, WC180606, WC180607A, WC190601F, WC210303A, WC210304, WC210402B, WC220000A, WC220601D, WC240406D, WC240601B, WC240602B, WC240604B, WC250305, WC250401A, WC250601B, WC250602, WC260601C, WC270601C, WC280604, WC290306B, WC290411D, WC290601A, WC300301, WC300601A, WC310308, WC310319H, WC310618, WC320301C, WC320602, WC350302, WC350601F, WC350603, WC360306, WC360406, WC360601E, WC360604, WC370602, WC370603A, WC370604, WC400601A, WC400603, WC400605B, WC420301G, WC420407, WC440601, WC440602B, WC450602, WC47301A, WC470302, WC470601**

All other terms and conditions of this policy remain unchanged.

WC1001E (6/01)        Decl. Barnett, Ex. D-65

# PROTECTIVE INSURANCE COMPANY
## WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY
### Composite Rate Endorsement

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless another date is indicated below.

This endorsement, effective on   **06/30/2017**   at 12:01 A.M. standard time, forms a part of

Policy No.:   **WD001486**

Issued to:    **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

The premium for this policy shall be computed on a composite rate basis in accordance with the Company rules, rates, rating plans, minimum premiums and other terms of the policy.

**Composite Rate Basis:** Per $100 of Workers' Compensation Payroll

**Rate:** $0.846

**Estimated Annual Exposure:** $564,521,000

**Estimated Annual Premium:** $4,778,464

Decl. Barnett, Ex. D-66

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 00 01 04 A

(Ed. 10-04)

## FEDERAL EMPLOYERS' LIABILITY ACT COVERAGE ENDORSEMENT

This endorsement applies only to work subject to the Federal Employers' Liability Act (45 USC Sections 51–60) and any amendment to that Act that is in effect during the policy period.

G.  **Limits of Liability** of Part Two (Employers Liability Insurance) is replaced by the following:

G.  **Limits of Liability**

Our liability to pay for damages is limited. Our limits of liability are shown in the Schedule. They apply as explained below:

1.  Bodily Injury by Accident. The limit shown for "bodily injury by accident—each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.

    A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

2.  Bodily Injury by Disease. The limit shown for "bodily injury by disease—aggregate" is the most we will pay for all damages covered by this insurance because of bodily injury by disease to one or more employees. The limit applies separately to bodily injury by disease arising out of work in each state shown in Item 3.A. of the Information Page or in the Schedule.

    Bodily injury by disease does not include disease that results directly from bodily injury by accident.

3.  We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

If any state is named in Item 2 of the Schedule, Part Two (Employers Liability Insurance) applies in that state to work subject to the Federal Employers' Liability Act as though that state were listed in Item 3.A. of the Information Page. Part One (Workers Compensation Insurance) does not apply in a state shown in the Schedule.

Part Two (Employers Liability Insurance), C.  Exclusions, exclusion 9, does not apply to work subject to the Federal Employers' Liability Act.

Schedule

1. Limits of Liability

Bodily Injury by Accident                                          $ 1,000,000 each accident

Bodily Injury by Disease                                           $ 1,000,000 aggregate

2. State

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _Whild_ | |

WC 00 01 04 A
(Ed. 10-04)

Decl. Barnett, Ex. D-67

WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY INSURANCE POLICY

WC 00 01 06 A

# LONGSHORE AND HARBOR WORKERS' COMPENSATION ACT COVERAGE ENDORSEMENT

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy.)

This endorsement, effective on **06/30/2017** at 12:01 A.M. standard time, forms a part of
(DATE)

Policy No. **WD001486** Endorsement No.

of the Protective Insurance Company
(NAME OF INSURANCE COMPANY)

issued to **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

Premium (if any) $ Included _____
Authorized Representative

This endorsement applies only to work subject to the Longshore and Harbor Workers' Compensation Act in a state shown in the Schedule. The policy applies to that work as though that state were listed in Item **3.A.** of the Information Page.

General Section **C. Workers' Compensation Law** is replaced by the following:

**C. Workers' Compensation Law**

Workers' Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory in Item **3.A.** of the Information Page and the Longshore and Harbor Workers' Compensation Act (33 USC Sections 901-950). It includes any amendments to those laws that are in effect during the policy period. It does not include any other federal workers or workmen's compensation law, other federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

Part Two (Employers Liability Insurance), **C. Exclusions.**, exclusion **8.**, does not apply to work subject to the Longshore and Harbor Workers' Compensation Act.

This endorsement does not apply to work subject to the Defense Base Act, the Outer Continental Shelf Lands Act, or the Nonappropriated Fund Instrumentalities Act.

## Schedule

| State | Longshore and Harbor Workers' Compensation Act Coverage Percentage |
|---|---|
| Each state named in Item 3.A. or 3.C. of the Information Page | Percentages as promulgated by NCCI |

The rates for classifications with code numbers not followed by the letter "F" are rates for work not ordinarily subject to the Longshore and Harbor Workers' Compensation Act. If this policy covers work under such classifications, and if the work is subject to the Longshore and Harbor Workers' Compensation Act, those non-F classification rates will be increased by the Longshore and Harbor Workers' Compensation Act Coverage Percentage filed by the insurance company.

Decl. Barnett, Ex. D-68

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY WC 00 03 01 A

(Ed. 2-89)

## ALTERNATE EMPLOYER ENDORSEMENT

This endorsement applies only with respect to bodily injury to your employees while in the course of special or temporary employment by the alternate employer in the state named in Item 2 of the Schedule. Part One (Workers Compensation Insurance) and Part Two (Employers Liability Insurance) will apply as though the alternate employer is insured. If an entry is shown in Item 3 of the Schedule the insurance afforded by this endorsement applies only to work you perform under the contract or at the project named in the Schedule.

Under Part One (Workers Compensation Insurance) we will reimburse the alternate employer for the benefits required by the workers compensation law if we are not permitted to pay the benefits directly to the persons entitled to them.

The insurance afforded by this endorsement is not intended to satisfy the alternate employer's duty to secure its obligations under the workers compensation law. We will not file evidence of this insurance on behalf of the alternate employer with any government agency.

We will not ask any other insurer of the alternate employer to share with us a loss covered by this endorsement.

Premium will be charged for your employees while in the course of special or temporary employment by the alternate employer.

The policy may be canceled according to its terms without sending notice to the alternate employer.

Part Four (Your Duties If Injury Occurs) applies to you and the alternate employer. The alternate employer will recognize our right to defend under Parts One and Two and our right to inspect under Part Six.

### Schedule

1. **Alternate Employer**                                                    **Address**
   Where required by written contract
2. **State of Special or Temporary Employment**
3. **Contract or Project**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

WC 00 03 01 A
(Ed. 2-89)

Decl. Barnett, Ex. D-69

© 1984, 1988 National Council on Compensation Insurance.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 00 03 13

(Ed. 4-84)

### WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule. (This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.)

This agreement shall not operate directly or indirectly to benefit anyone not named in the Schedule.

Schedule

Where required by written contract

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | |
|---|---|---|
| Policy Effective | **06/30/2017** | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by |

WC 00 03 13
(Ed. 4-84)

Decl. Barnett, Ex. D-70

© 1983 National Council on Compensation Insurance.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 00 04 06

(Ed. 8-84)

## PREMIUM DISCOUNT ENDORSEMENT

The premium for this policy and the policies, if any, listed in Item 3 of the Schedule may be eligible for a discount. This endorsement shows your estimated discount in Items 1 or 2 of the Schedule. The final calculation of premium discount will be determined by our manuals and your premium basis as determined by audit. Premium subject to retrospective rating is not subject to premium discount.

### Schedule

| 1.  State | Estimated Eligible Premium | | | |
|---|---|---|---|---|
| AL, AR, GA, KS, MO, MI, MS, NE, NY, OK, TN, SC | First $5,000 | Next $95,000 | Next $400,000 | Balance |
| | 0.00% | 10.90% | 12.60% | 14.40% |
| TX, CO, CT, MO, NH, OR, VA | First $5,000 | Next $95,000 | Next $400,000 | Balance |
| | 0.00% | 9.50% | 11.90% | 12.40% |
| DE, PA | First $10,000 | Next $190,000 | Next $1,550,000 | Balance |
| | 0.00% | 9.10% | 11.30% | 12.30% |
| KY | First $1,000 | Next $4,000 | Next $95,000 | Balance |
| | 0.00% | 9.40% | 14.70% | 16.30% |
| SD | First $5,000 | Next $95,000 | Next $400,000 | Balance |
| | 0.00% | 5.00% | 7.50% | 10.00% |

2.  Average percentage discount: **12.21%**

3.  Other policies: **NONE**

4.  If there are no entries in Items 1, 2 and 3 of the Schedule, see the Premium Discount Endorsement attached to your policy number:

    This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

    **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No.  **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

WC 00 04 06
(Ed. 8-84)

© 1983 National Council on Compensation Insurance. Decl. Barnett, Ex. D-71

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 00 04 06 A

(Ed. 7-95)

### PREMIUM DISCOUNT ENDORSEMENT

The premium for this policy and the policies, if any, listed in Item 3 of the Schedule may be eligible for a discount. This endorsement shows your estimated discount in Items 1 or 2 of the Schedule. The final calculation of premium discount will be determined by our manuals and your premium basis as determined by audit. Premium subject to retrospective rating is not subject to premium discount.

Schedule

1. **States**                                  **Estimated Eligible Premium**

| AZ, CA, FL, ID, IL, IN, IA, NV | First $10,000 | Next $190,000 | Next $1,550,000 | BALANCE |
|---|---|---|---|---|
| | 0.00% | 9.10% | 11.30% | 12.30% |

| NC, WV | First $5,000 | Next $95,000 | Next $400,000 | BALANCE |
|---|---|---|---|---|
| | 0.00% | 10.90% | 12.60% | 14.40% |

| MN | First $1,000 | Next $4,000 | Next $95,000 | BALANCE |
|---|---|---|---|---|
| | 0.00% | 9.40% | 14.70% | 16.30% |

2. Average percentage discount: **12.21%**

3. Other policies: **NONE**

4. If there are no entries in Items 1, 2 and 3 of the Schedule, see the Premium Discount Endorsement attached to your policy number.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | 06/30/2017 | | |
| Endorsement Effective | 06/30/2017 | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

WC 00 04 06 A
(Ed. 7-95)

Decl. Barnett, Ex. D-72

© 1995 National Council on Compensation Insurance, Inc.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                 WC 00 04 14

(Ed. 7-90)

### NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT

Experience rating is mandatory for all eligible insureds. The experience rating modification factor, if any, applicable to this policy, may change if there is a change in your ownership or in that of one or more of the entities eligible to be combined with you for experience rating purposes. Change in ownership includes sales, purchases, other transfers, mergers, consolidations, dissolutions, formations of a new entity and other changes provided for in the applicable experience rating plan manual.

You must report any change in ownership to us in writing within 90 days of such change. Failure to report such changes within this period may result in revision of the experience rating modification factor used to determine your premium.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No.  **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

**WC 00 04 14**
(Ed. 7-90)

Decl. Barnett, Ex. D-73

© 1990 National Council on Compensation Insurance.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 00 04 19

(Ed. 1-01)

## PREMIUM DUE DATE ENDORSEMENT

This endorsement is used to amend:

Section D. of Part Five of the policy is replaced by this provision.

## PART FIVE
## PREMIUM

D.   **Premium** is amended to read:

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid. **The due date for audit and retrospective premiums is the date of the billing.**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No.   **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

**WC 00 04 19**
(Ed. 1-01)

Decl. Barnett, Ex. D-74

© 2000 National Council on Compensation Insurance, Inc.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                   WC 00 04 21 D

(Ed. 1-15)

## CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM) PREMIUM ENDORSEMENT

This endorsement is notification that your insurance carrier is charging premium to cover the losses that may occur in the event of a Catastrophe (other than Certified Acts of Terrorism) as that term is defined below. Your policy provides coverage for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism). This premium charge does not provide funding for Certified Acts of Terrorism contemplated under the Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement (WC 00 04 22 B), attached to this policy.

For purposes of this endorsement, the following definitions apply:

- Catastrophe (other than Certified Acts of Terrorism): Any single event, resulting from an Earthquake, Noncertified Act of Terrorism, or Catastrophic Industrial Accident, which results in aggregate workers compensation losses in excess of $50 million.
- Earthquake: The shaking and vibration at the surface of the earth resulting from underground movement along a fault plane or from volcanic activity.
- Noncertified Act of Terrorism: An event that is not certified as an Act of Terrorism by the Secretary of Treasury pursuant to the Terrorism Risk Insurance Act of 2002 (as amended) but that meets all of the following criteria:
  a. It is an act that is violent or dangerous to human life, property, or infrastructure;
  b. The act results in damage within the United States, or outside of the United States in the case of the premises of United States missions or air carriers or vessels as those terms are defined in the Terrorism Risk Insurance Act of 2002 (as amended); and
  c. It is an act that has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.
- Catastrophic Industrial Accident: A chemical release, large explosion, or small blast that is localized in nature and affects workers in a small perimeter the size of a building.

The premium charge for the coverage your policy provides for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism) is shown in Item 4 of the Information Page or in the Schedule below.

### Schedule

| State | Rate | Premium |
|-------|------|---------|
|       |      |         |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | 06/30/2017 | | |
| Endorsement Effective | 06/30/2017 | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _Whitl_ | |

WC 00 04 21 D
(Ed. 1-15)

Decl. Barnett, Ex. D-75

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserve.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 00 04 22 B

(Ed. 1-15)

## TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT DISCLOSURE ENDORSEMENT

This endorsement addresses the requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2015. It serves to notify you of certain limitations under the Act, and that your insurance carrier is charging premium for losses that may occur in the event of an Act of Terrorism.

Your policy provides coverage for workers compensation losses caused by Acts of Terrorism, including workers compensation benefit obligations dictated by state law.  Coverage for such losses is still subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and/or state laws, rules, or regulations.

**Definitions**

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments thereto, including any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2015.

"Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States as meeting all of the following requirements:

a.   The act is an act of terrorism.

b.   The act is violent or dangerous to human life, property or infrastructure.

c.   The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

d.   The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss" means any loss resulting from an act of terrorism (and, except for Pennsylvania, including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer Deductible" means, for the period beginning on January 1, 2015, and ending on December 31, 2020, an amount equal to 20% of our direct earned premiums, during the immediately preceding calendar year.

**Limitation of Liability**

The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a calendar year and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

**Policyholder Disclosure Notice**

1.   Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses exceed:

a.   $100,000,000, with respect to such Insured Losses occurring in calendar year 2015, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.

b.   $120,000,000, with respect to such Insured Losses occurring in calendar year 2016, the United States Government would pay 84% of our Insured Losses that exceed our Insurer Deductible.

c.   $140,000,000, with respect to such Insured Losses occurring in calendar year 2017, the United States Government would pay 83% of our Insured Losses that exceed our Insurer Deductible.

d.   $160,000,000, with respect to such Insured Losses occurring in calendar year 2018, the United States Government would pay 82% of our Insured Losses that exceed our Insurer Deductible.

e.   $180,000,000, with respect to such Insured Losses occurring in calendar year 2019, the United States Government would pay 81% of our Insured Losses that exceed our Insurer Deductible.

f.   $200,000,000, with respect to such Insured Losses occurring in calendar year 2020, the United States Government would pay 80% of our Insured Losses that exceed our Insurer Deductible.

### Decl. Barnett, Ex. D-76

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserve.

**WC 00 04 22 B**          **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 1-15)

2.  Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceed $100,000,000,000.

3.  The premium charge for the coverage your policy provides for Insured Losses is included in the amount shown in Item 4 of the Information Page or in the Schedule below.

### Schedule

| State | Rate | Premium |
|-------|------|---------|

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | 06/30/2017 | | |
| Endorsement Effective | 06/30/2017 | Policy No.  **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

**WC 00 04 22 B**
(Ed. 1-15)

Decl. Barnett, Ex. D-77

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserve.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    **WC 00 04 24**

(Ed. 1-17)

## AUDIT NONCOMPLIANCE CHARGE ENDORSEMENT

Part Five—Premium, Section G. (Audit) of the Workers Compensation and Employers Liability Insurance Policy is
revised by adding the following:

If you do not allow us to examine and audit all of your records that relate to this policy, and/or do not provide audit
information as requested, we may apply an Audit Noncompliance Charge. The method for determining the Audit
Noncompliance Charge by state, where applicable, is shown in the Schedule below.

If you allow us to examine and audit all of your records after we have applied an Audit Noncompliance Charge, we will
revise your premium in accordance with our manuals and Part 5—Premium, E. (Final Premium) of this policy.

Failure to cooperate with this policy provision may result in the cancellation of your insurance coverage, as specified
under the policy.

### Schedule

| State(s) | Basis of Audit Noncompliance Charge | Maximum Audit Noncompliance Charge Multiplier |
|:---:|:---:|:---:|
| AL | $123,093 | 2 |
| AR | $5,805 | 2 |
| AZ | $32,173 | 2 |
| CO | $7,422 | 2 |
| CT | $2,727 | 2 |
| DE | $5,755 | 2 |
| GA | $1,724 | 2 |
| IA | $124,503 | 2 |
| ID | $25,954 | 2 |
| IL | $476,921 | 2 |
| KS | $23,853 | 2 |
| KY | $42,648 | 2 |
| MD | $9,056 | 2 |
| ME | IF ANY | 2 |
| MN | $75,890 | 2 |
| MS | $51,236 | 2 |
| NE | $2,802 | 2 |
| NH | $14,062 | 2 |
| NC | $146,661 | 3 |
| NV | $55,832 | 1 |
| NM | IF ANY | 2 |
| OK | $12,156 | 2 |
| OR | $30,382 | 2 |
| SC | $35,539 | 2 |
| SD | $150 | 2 |
| TN | $18,858 | 2 |
| VA | $42,169 | 2 |
| VT | IF ANY | 2 |
| WV | $24,438 | 2 |

Decl. Barnett, Ex. D-78

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserve.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

WC 00 04 24

(Ed. 1-17)

## AUDIT NONCOMPLIANCE CHARGE ENDORSEMENT

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No.  **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

WC 00 04 24
(Ed. 1-17)

Decl. Barnett, Ex. D-79

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 02 06 01 A

(Ed. 9-15)

### ARIZONA CANCELLATION AND NONRENEWAL ENDORSEMENT

This endorsement applies because Arizona is shown in Item 3.A. of the Information Page.

Part Six—Conditions, Section D. (Cancellation), of the policy is replaced by the following:

D. **Cancellation and Nonrenewal**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2. If you cancel or fail to renew this policy, we must promptly notify the Industrial Commission of Arizona.

3. We may cancel this policy if you fail to pay premium when due, or when one or both of the parties to a professional employer agreement terminate the agreement.

4. If we cancel or nonrenew this policy, we must mail or deliver to you and the Industrial Commission of Arizona at least 30 days' notice of the cancellation or nonrenewal. Mailing that notice to you at your mailing address shown in Item 1. of the Information Page will be sufficient to prove notice. If we nonrenew this policy and fail to give you notice of nonrenewal, coverage will not extend beyond the policy period.

5. The policy period will end on the day and hour stated in the cancellation or nonrenewal notice.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | |
|---|---|---|
| Policy Effective | **06/30/2017** | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | Premium |

Insurance Company   **PROTECTIVE INSURANCE COMPANY**  Countersigned by _____

WC 02 06 01 A
(Ed. 9-15)

Decl. Barnett, Ex. D-80

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 03 06 01 A

(Ed. 4-92)

## ARKANSAS AMENDATORY ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Arkansas is shown in Item 3.A. of the Information Page.

### Part Two—Employers Liability Insurance

C. **Exclusions**

2.  Is replaced by:

punitive or exemplary damages because of bodily injury to an employee employed in violation of law; punitive or exemplary damages are defined by Arkansas Bulletin No. 4-82 as those damages which are imposed to punish a wrongdoer and to deter others from similar conduct;

### Part Six—Conditions

D. **Cancelation** is replaced by:

1.  You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2.  We may cancel this policy. If we cancel because you fail to pay all premium when due, we will mail or deliver to you and to the Arkansas Workers Compensation Commission not less than 10 days advance written notice stating when the cancelation is to take effect. If we cancel for any other reason, we will mail or deliver to you and to the Arkansas Workers Compensation Commission not less than 30 days advance written notice stating when the cancelation is to take effect. Mailing notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient notice.

3.  The policy period will end on the day and hour stated in the cancelation notice.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |

Insurance Company  **Protective Insurance Company**   Countersigned by _____

**WC 03 06 01 A**
(Ed. 4-92)

Decl. Barnett, Ex. D-81

© 1993 National Council on Compensation Insurance.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

**WC 04 03 01 C**

**(Ed. 10-14)**

## POLICY AMENDATORY ENDORSEMENT–CALIFORNIA

It is agreed that, anything in the policy to the contrary notwithstanding, such insurance as is afforded by this policy by reason of the designation of California in Item 3 of the Information Page is subject to the following provisions:

1. **Minors Illegally Employed – Not Insured.** This policy does not cover liability for additional compensation imposed on you under Section 4557, Division IV, Labor Code of the State of California, by reason of injury to an employee under sixteen years of age and illegally employed at the time of injury.

2. **Punitive or Exemplary Damages – Uninsurable.** This policy does not cover punitive or exemplary damages where insurance of liability therefor is prohibited by law or contrary to public policy.

3. **Increase in Indemnity Payment – Reimbursement.** You are obligated to reimburse us for the amount of increase in indemnity payments made pursuant to Subdivision (d) of Section 4650 of the California Labor Code, if the late indemnity payment which gives rise to the increase in the amount of payment is due less than seven (7) days after we receive the completed claim form from you. You are obligated to reimburse us for any increase in indemnity payments not covered under this policy and will reimburse us for any increase in indemnity payment not covered under the policy when the aggregate total amount of the reimbursement payments paid in a policy year exceeds one hundred dollars ($100).

   If we notify you in writing, within 30 days of the payment, that you are obligated to reimburse us, we will bill you for the amount of increase in indemnity payment and collect it no later than the final audit. You will have 60 days, following notice of the obligation to reimburse, to appeal the decision of the insurer to the Department of Insurance.

4. **Application of Policy.** Part One, "Workers Compensation Insurance", A, "How This Insurance Applies", is amended to read as follows:

   This workers compensation insurance applies to bodily injury by accident or disease, including death resulting therefrom. Bodily injury by accident must occur during the policy period. Bodily injury by disease must be caused or aggravated by the conditions of your employment. Your employee's exposure to those conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5. **Rate Changes.** The premium and rates with respect to the insurance provided by this policy by reason of the designation of California in Item 3 of the Information Page are subject to change if ordered by the Insurance Commissioner of the State of California pursuant to Section 11737 of the California Insurance Code.

6. **Long Term Policy.** If this policy is written for a period longer than one year, all the provisions of this policy shall apply separately to each consecutive twelve-month period or, if the first or last consecutive period is less than twelve months, to such period of less than twelve months, in the same manner as if a separate policy had been written for each consecutive period.

7. **Statutory Provision.** Your employee has a first lien upon any amount which becomes owing to you by us on account of this policy, and in the case of your legal incapacity or inability to receive the money and pay it to the claimant, we will pay it directly to the claimant.

8. Part Five, "Premium", E, "Final Premium", is amended to read as follows:

   The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

   If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:

   a. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.
   b. If you cancel, final premium may be more than pro rata; it will be based on the time this policy was in force, and may be increased by our short-rate cancelation table and procedure. Final premium will not be less than the pro rata share of the minimum premium.

9. **The Insured's Email Address.** The insured's email address must be included in Item 1 of the Information Page if the insurer intends to electronically transmit an offer of renewal for a workers' compensation insurance policy to the insured (California Insurance Code §38.5 (b).

Decl. Barnett, Ex. D-82

WC 04 03 01 C                         WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

**(Ed. 10-14)**

It is further agreed that this policy, including all endorsements forming a part thereof, constitutes the entire contract of insurance. No condition, provision, agreement, or understanding not set forth in this policy or such endorsements shall affect such contract or any rights, duties, or privileges arising therefrom.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

Decl. Barnett, Ex. D-83

**WORKERS' COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY**

WC 04 03 10 (Ed. 1-95)

# DUTY TO DEFEND—CALIFORNIA

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy.)

This endorsement, effective on      **06/30/2017**      at 12:01 A.M. standard time, forms a part of
         (DATE)

Policy No.    **WD001486**        Endorsement No.

of the       **Protective Insurance Company**
        (NAME OF INSURANCE COMPANY)

issued to     **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

Premium

                                Authorized Representative

The insurance afforded by Part One, Section C, "We Will Defend," is hereby deleted and replaced with the following:

**WE WILL DEFEND**

We have the right and duty to defend at our expense any claim or proceeding against you before the California Workers' Compensation Appeals Board or its equivalent in any other state (and any appeal of a decision therefrom) for the benefits payable by this workers' compensation insurance. We have the right to investigate and settle these claims or proceedings.

We have no duty to defend a claim, proceeding, or suit that is not covered by this insurance.

Nothing contained in this Section shall amend, modify, restrict or otherwise alter any obligations or conditions under Part Two—Employer's Liability Insurance of the policy.

Decl. Barnett, Ex. D-84

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

WC 04 03 60 B

(Ed. 01-15)

### EMPLOYERS' LIABILITY COVERAGE AMENDATORY ENDORSEMENT–CALIFORNIA

The insurance afforded by Part Two (Employers' Liability Insurance) by reason of designation of California in item 3 of the information page is subject to the following provisions:

**A.  "How This Insurance Applies,"** is amended to read as follows:

   A.  How This Insurance Applies

   This employers' liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury means a physical injury, including resulting death.

     1.  The bodily injury must arise out of and in the course of the injured employee's employment by you.

     2.  The employment must be necessary or incidental to your work in California.

     3.  Bodily injury by accident must occur during the policy period.

     4.  Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

     5.  If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

   C.  The "**Exclusions**" section is modified as follows (all other exclusions in the "**Exclusions**" section remain as is):

     1.  Exclusion 1 is amended to read as follows:

        1.  liability assumed under a contract.

     2.  Exclusion 2 is deleted.

     3.  Exclusion 7 is amended to read as follows:

        7.  damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, termination of employment, or any personnel practices, policies, acts or omissions.

     4.  The following exclusions are added:

        1.  bodily injury to any member of the flying crew of any aircraft.

        2.  bodily injury to an employee when you are deprived of statutory or common law defenses or are subject to penalty because of your failure to secure your obligations under the workers' compensation law(s) applicable to you or otherwise fail to comply with that law.

        3.  liability arising from California Labor Code Section 2810.3 which relates to labor contracting.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |

Insurance Company     **Protective Insurance Company**     Countersigned by _____

Decl. Barnett, Ex. D-85

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY     **WC 04 04 21**

**(Ed. 01-08)**

### OPTIONAL PREMIUM INCREASE ENDORSEMENT—CALIFORNIA

You must provide us, or our authorized representative, access to records necessary to perform a payroll verification audit. If you fail to provide access within 90 days after expiration of the policy, you are liable to pay a total premium equal to 3 times our current estimate of the annual premium for your policy. In addition, if you fail to provide access after our third request within a 90 day or longer period, you are also liable for our costs in attempting to perform the audit unless you provide a compelling business reason for your failure.

We will contact you to schedule appointments during normal business hours.

We will notify you of your failure to provide access by mailing a certified, return-receipt document stating the increased premium and the total amount of our costs incurred in our attempt(s) to perform an audit. In addition to any other obligations under this contract, 30 days after you receive the notification, you will be obligated to pay the total premium and costs referenced above. If, thereafter, you provide access to your records within three years after the policy expires, or within another mutually agreed upon time, and we succeed in performing the audit to our satisfaction, we will revise your total premium and the costs due to reflect the results of the audit.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

Decl. Barnett, Ex. D-86

**WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY INSURANCE POLICY**

WC 04 06 01 A

# CALIFORNIA CANCELATION ENDORSEMENT

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |

Insurance Company   **Protective Insurance Company**   Countersigned by _____

This endorsement applies only to the insurance provided by the policy because California is shown in Item 3.A. of the information page.

The cancelation condition in Part Six (Conditions) of the policy is replaced by these conditions:

**Cancelation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy for one or more of the following reasons:

    a. Non-payment of premium;

    b. Failure to report payroll;

    c. Failure to permit us to audit payroll as required by the terms of this policy or of a previous policy issued by us;

    d. Failure to pay any additional premium resulting from an audit of payroll required by the terms of this policy or any previous policy issued by us;

    e. Material misrepresentation made by you or your agent;

    f. Failure to cooperate with us in the investigation of a claim;

    g. Failure to comply with Federal or State safety orders;

    h. Failure to comply with written recommendations of our designated loss control representatives;

    i. The occurrence of a material change in the ownership of your business;

    j. The occurrence of any change in your business or operations that materially increases the hazard for frequency or severity of loss;

    k. The occurrence of any change in your business or operation that requires additional or different classification for premium calculation;

    l. The occurrence of any change in your business or operation which contemplates an activity excluded by our reinsurance treaties.

3. If we cancel your policy for any of the reasons listed in (a) through (f) we will give you 10 days advance written notice, stating when the cancelation is to take effect. Mailing that notice to you at your mailing address shown in item 1 of the Information Page will be sufficient to prove notice. If we cancel your policy for any of the reasons listed in items (g) through (l), we will give you 30 days advance written notice; however, we agree that in the event of cancelation and reissuance of a policy effective upon a material change in ownership or operations, notice will not be provided.

4. The policy period will end on the day and hour stated in the cancelation notice.

Decl. Barnett, Ex. D-87

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          **WC 04 06 03 B**

**(Ed. 01-15)**

## CALIFORNIA LARGE RISK DEDUCTIBLE ENDORSEMENT

1. This endorsement applies to the workers' compensation insurance coverage, the employers' liability insurance coverage and the other states insurance coverage provided in this policy.

2. This endorsement applies between you and us. It does not affect the rights of others under the policy. Nor does it change our obligations under the policy, except as otherwise stated in this endorsement.

3. In consideration of a reduced premium, you have agreed to reimburse us up to the deductible amounts stated in the Schedule at the end of this endorsement for all payments legally required, including allocated loss adjustment expenses which arise out of any claim or suit we defend, where you elect to include such expenses.

4. We will remain responsible for the full payment of all claims under this policy without regard to your ability or intention to reimburse us for the deductible amounts. The contract of insurance shall be fully enforceable by your employees or their dependents against us.

**Deductible – Each Occurrence**

5. The deductible amount stated in the Schedule is the most you must reimburse us for indemnity and medical benefits and damages combined, including allocated loss adjustment expenses, if elected by you, for bodily injury to one or more employees as the result of any one accident or for disablement of one employee due to bodily injury by disease.

**Deductible – Policy Aggregate**

6. The amount stated in the Schedule as aggregate is the most you must reimburse us for the sum of all indemnity and medical benefits, damages, and allocated loss adjustment expense, if elected by you, because of bodily injury by accident or bodily injury by disease for the policy period.

   (a) If we cancel the policy, the aggregate amount stated in the Schedule will be reduced to a pro rata amount based on the time this policy was in force.

   (b) If you cancel the policy as a result of your retiring from business, the aggregate deductible amount will be reduced to a pro rata amount based on the time this policy was in force.

   (c) If you cancel the policy for any reason other than retiring from business, the aggregate deductible amount will not be reduced.

   (d) If this policy is issued for a term of less than one year, the aggregate deductible amount will not be reduced.

**Effect of Deductible on Limits of Liability**

7. The applicable limits of liability as respects the employers' liability insurance coverage provided in this policy are subject to reduction by the application of the loss reimbursement amount(s) applicable to any claim for accident or disease covered by this policy. In the event of a claim, our obligation to pay is the amount available for benefits or damages that remains after the application of the specific loss reimbursement amount. The payment of loss adjustment expense, where such expense is elected by you, will not affect the limits of the liability.

Decl. Barnett, Ex. D-88

WC 04 06 03 B          WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 01-15)

**Allocated Loss Adjustment Expenses**

8.  Allocated loss adjustment expenses, which is electable by you, means claims expenses directly allocated by us to a particular claim. Such expenses shall not include cost of investigation or the salaries and traveling expenses of our employees other than those salaried employees who perform services which can be directly allocated to the handling of a particular claim.

**Recovery from Others**

9.  If we recover any payments made under this policy from anyone liable for the injury, the amount we recover will be applied as follows:

    (a) First, to any payments made by us in excess of the deductible amount; and

    (b) Then the remainder, if any, will be applied to reduce the deductible amount reimbursed by you.

**Cancellation**

10. We may cancel this policy for nonpayment of any deductible amounts or for failure to comply with any security-related terms of this policy. Such cancellation of this policy shall be treated in the same manner as nonpayment of premium as provided by the California Insurance Code. We will remain fully responsible for the full amount of all claims incurred prior to the effective date of cancellation.

**Sole Representation**

11. The first Named Insured stated in the Information Page will act on behalf of all the named insureds with respect to:

    (a) Changes to this endorsement;

    (b) Obligations to receive premiums; or

    (c) Giving or receiving notice of cancellation.

**Your Duties and Understanding**

12. All bodily injuries by accident or disease for which you are responsible shall be promptly reported to us for adjustment and payment, regardless of their severity or cost. You further understand that all such bodily injuries and their cost shall be included in experience data used to determine the experience rating for your policy, regardless of the eligibility of such claims for full or partial reimbursement under the deductible provisions of this policy.

**Other Rights and Duties**

13. All other terms of the policy, including those which govern the following items, apply irrespective of this deductible endorsement:

    (a) Our right and duty to defend any claim, proceeding or suit against you; and

    (b) Your duties if injury occurs.

Decl. Barnett, Ex. D-89

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 04 06 03 B

(Ed. 01-15)

**Additional Charges**

14. Any assessments pursuant to California statute are not part of this Plan but are included in the cost of the coverage provided by the policy to which this endorsement is attached.

**Schedule**

1. Deductible Amount $ _____500,000_____ Each Accident
   (Dollar Amount)

2. Aggregate Limit $ _____NONE_____ Negotiated Charge $ _____NONE_____
   (Dollar Amount or "None")                              (Dollar Amount or "None")

3. Allocated Loss Adjustment Expenses are _____INCLUDED_____
   ("Included" or "Excluded")

4. The Fixed Expense Charge _____WILL_____ be adjusted retroactively, based upon actual costs.
   ("Will or "Will Not")

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

WC 04 06 03 B
(Ed. 01-15)

Decl. Barnett, Ex. D-90

Page 3 of 3

PN 04 99 01 F

(Ed. 03-15)

## POLICYHOLDER NOTICE
### YOUR RIGHT TO RATING AND DIVIDEND INFORMATION

I.   **Information Available to You**

A.   **Information Available from Us – Protective Insurance Company**

(1)   General questions regarding your policy should be directed to: **Protective Insurance Company**

**Protective Insurance Company**
**111 Congressional Blvd.**
**Carmel, IN  46032**
**Telephone: 800-231-6024, Fax: 317-636-7372**
**www.protectiveinsurance.com**

(2)   **Dividend Calculation.** If this is a participating policy (a policy on which a dividend may be paid), upon payment or non-payment of a dividend, we shall provide a written explanation to you that sets forth the basis of the dividend calculation. The explanation will be in clear, understandable language and will express the dividend as a dollar amount and as a percentage of the earned premium for the policy year on which the dividend is calculated.

(3)   **Claims Information.** Pursuant to Sections 3761 and 3762 of the California Labor Code, you are entitled to receive information in our claim files that affects your premium. Copies of documents will be supplied at your expense during reasonable business hours.

For claims covered under this policy, we will estimate the ultimate cost of unsettled claims for statistical purposes eighteen months after the policy becomes effective and will report those estimates to the Workers' Compensation Insurance Rating Bureau of California (WCIRB) no later than twenty months after the policy becomes effective. The cost of any settled claims will also be reported at that time. At twelve-month intervals thereafter, we will update and report to the WCIRB the estimated cost of any unsettled claims and the actual final cost of any claims settled in the interim. The amounts we report will be used by the WCIRB to compute your experience modification if you are eligible for experience rating.

B.   **Information Available from the Workers' Compensation Insurance Rating Bureau of California**

(1)   The WCIRB is a licensed rating organization and the California Insurance Commissioner's designated statistical agent. As such, the WCIRB is responsible for administering the *California Workers' Compensation Uniform Statistical Reporting Plan—1995* (USRP) and the *California Workers' Compensation Experience Rating Plan—1995* (ERP). Contact information for the WCIRB is: WCIRB, 1221 Broadway, Suite 900, Oakland, CA 94612, Attention: Customer Service. You may also contact WCIRB Customer Service at 1-888-229-2472, by fax at 415-778-7272, or via the Internet at the WCIRB's website: http://www.wcirb.com. The regulations contained in the USRP and the ERP are available for public viewing through the WCIRB's website.

(2)   **Policyholder Information.** Pursuant to California Insurance Code (CIC) Section 11752.6, upon written request, you are entitled to information relating to loss experience, claims, classification assignments, and policy contracts as well as rating plans, rating systems, manual rules, or other information impacting your premium that is maintained in the records of the WCIRB. Complaints and Requests for Action requesting policyholder information should be forwarded to: WCIRB, 1221 Broadway, Suite 900, Oakland, CA 94612, Attention: Custodian of Records. The Custodian of Records can be reached by telephone at 415-777-0777 and by fax at 415-778-7272.

(3)   **Experience Rating Form.** Each experience rated risk may receive a single copy of its current Experience Rating Form free of charge by completing a Policyholder Rate Sheet Request Form on the WCIRB's website at http://www.wcirb.com/ratesheet. The Experience Rating Form will include a Loss-Free Rating, which is the experience modification that would have been calculated if $0 (zero) actual losses were incurred during the experience period. This hypothetical rating calculation is provided for informational purposes only.

II.   **Dispute Process**

You may dispute our actions or the actions of the WCIRB pursuant to CIC Sections 11737 and 11753.1.

A.   **Our Dispute Resolution Process.**

If you are aggrieved by our decision adopting a change in a classification assignment that results in increased premium, or by the application of our rating system to your workers' compensation insurance, you may dispute these matters with us. If you are dissatisfied with the outcome of the initial dispute with us, you may send us a written Complaint and Request for Action as outlined below.]

You may send us a written Complaint and Request for Action requesting that we reconsider a change in a classification assignment that results in an increased premium and/or requesting that we review the manner in which our rating system has been applied in connection with the insurance afforded or offered you. Written Complaints and Requests for Action should be forwarded to:

**PROTECTIVE INSURANCE COMPANY**
**c/o CorVel Corporation**
**P.O. Box 699, Chino, CA  91710**
**Phone: (909) 257-3718, Fax: (909) 257-3784**

Decl. Barnett, Ex. D-91

PN 04 99 01 F

(Ed. 03-15)

After you send your Complaint and Request for Action, we have 30 days to send you a written notice indicating whether or not your written request will be reviewed. If we agree to review your request, we must conduct the review and issue a decision granting or rejecting your request within 60 days after sending you the written notice granting review. If we decline to review your request, if you are dissatisfied with the decision upon review, or if we fail to grant or reject your request or issue a decision upon review, you may appeal to the insurance commissioner as described in paragraph II.C., below.

**B.** **Disputing the Actions of the WCIRB.** If you have been aggrieved by any decision, action, or omission to act of the WCIRB, you may request, in writing, that the WCIRB reconsider its decision, action, or omission to act. You may also request, in writing, that the WCIRB review the manner in which its rating system has been applied in connection with the insurance afforded or offered you. For requests related to classification disputes, the reporting of experience, or coverage issues, your initial request for review must be received by the WCIRB within 12 months after the expiration date of the policy to which the request for review pertains, except if the request involves the application of the Revision of Losses rule. For requests related to your experience modification, your initial request for review must be received by the WCIRB within 6 months after the issuance, or 12 months after the expiration date, of the experience modification to which the request for review pertains, whichever is later, except if the request for review involves the application of the Revision of Losses rule. If the request involves the Revision of Losses rule, the time to state your appeal may be longer. (See Section VI, Rule 14 of the ERP).

You may commence the review process by sending the WCIRB a written Inquiry. Written Inquiries should be sent to: WCIRB, 1221 Broadway, Suite 900, Oakland, CA 94612, Attention: Customer Service. Customer Service can be reached by telephone at 1-888-229-2472, and by fax at 415-778-7272.

If you are dissatisfied with the WCIRB's decision upon an Inquiry, or if the WCIRB fails to respond within 90 days after receipt of the Inquiry, you may pursue the subject of the Inquiry by sending the WCIRB a written Complaint and Request for Action. After you send your Complaint and Request for Action, the WCIRB has 30 days to send you written notice indicating whether or not your written request will be reviewed. If the WCIRB agrees to review your request, it must conduct the review and issue a decision granting or rejecting your request within 60 days after sending you the written notice granting review. If the WCIRB declines to review your request, if you are dissatisfied with the decision upon review, or if the WCIRB fails to grant or reject your request or issue a decision upon review, you may appeal to the insurance commissioner as described in paragraph II.C., below. Written Complaints and Requests for Action should be forwarded to: WCIRB, 1221 Broadway, Suite 900, Oakland, CA 94612, Attention: Complaints and Reconsiderations. The WCIRB's telephone number is 1-888-229-2472, and the fax number is 415-371-5204.

**C.** **California Department of Insurance – Appeals to the Insurance Commissioner.** If, after you follow the appropriate dispute resolution process described above, we or the WCIRB decline to review your request, if you are dissatisfied with the decision upon review, or if we or the WCIRB fail to grant or reject your request or issue a decision upon review, you may appeal to the insurance commissioner pursuant to CIC Sections 11737, 11752.6, 11753.1 and Title 10, California Code of Regulations, Section 2509.40 et seq. You must file your appeal within 30 days after we or the WCIRB send you the notice rejecting review of your Complaint and Request for Action or the decision upon your Complaint and Request for Action. If no written decision regarding your Complaint and Request for Action is sent, your appeal must be filed within 120 days after you sent your Complaint and Request for Action to us or to the WCIRB. The filing address for all appeals to the insurance commissioner is:

> Administrative Hearing Bureau
> California Department of Insurance
> 45 Fremont Street, 22nd Floor
> San Francisco, California 94105

You have the right to a hearing before the insurance commissioner, and our action, or the action of the WCIRB, may be affirmed, modified, or reversed.

**III.** **Resources Available to You in Obtaining Information and Pursuing Disputes**

**A.** **Policyholder Ombudsman.** Pursuant to California Insurance Code Section 11752.6, a policyholder ombudsman is available at the WCIRB to assist you in obtaining and evaluating the rating, policy, and claims information referenced in I.A. and I.B., above. The ombudsman may advise you on any dispute with us, the WCIRB, or on an appeal to the insurance commissioner pursuant to Section 11737 of the Insurance Code. The address of the policyholder ombudsman is WCIRB, 1221 Broadway, Suite 900, Oakland, CA 94612, Attention: Policyholder Ombudsman. The policyholder ombudsman can be reached by telephone at 415-778-7159 and by fax at 415-371-5288.

**B.** **California Department of Insurance – Information and Assistance.** Information and assistance on policy questions can be obtained from the Department of Insurance Consumer HOTLINE, 1-800-927-HELP (4357) or http://www.insurance.ca.gov. For questions and correspondence regarding appeals to the Administrative Hearing Bureau, see the contact information in paragraph II.C.

This notice does not change the policy to which it is attached.

PN 04 99 02 B

(Ed. 05-02)

## POLICYHOLDER NOTICE

### CALIFORNIA WORKERS' COMPENSATION INSURANCE RATING LAWS

Pursuant to Section 11752.8 of the California Insurance Code, we are providing you with an explanation of the California workers' compensation rating laws.

1. We establish our own rates for workers' compensation. Our rates, rating plans, and related information are filed with the insurance commissioner and are open for public inspection.

2. The insurance commissioner can disapprove our rates, rating plans, or classifications only if he or she has determined after public hearing that our rates might jeopardize our ability to pay claims or might create a monopoly in the market. A monopoly is defined by law as a market where one insurer writes 20% or more of that part of the California workers' compensation insurance that is not written by the State Compensation Insurance Fund. If the insurance commissioner disapproves our rates, rating plans, or classifications, he or she may order an increase in the rates applicable to outstanding policies.

3. Rating organizations may develop pure premium rates that are subject to the insurance commissioner's approval. A pure premium rate reflects the anticipated cost and expenses of claims per $100 of payroll for a given classification. Pure premium rates are advisory only, as we are not required to use the pure premium rates developed by any rating organization in establishing our own rates.

4. We must adhere to a single, uniform experience rating plan. If you are eligible for experience rating under the plan, we will be required to adjust your premium to reflect your claim history. A better claim history generally results in a lower experience rating modification; more claims, or more expensive claims, generally result in a higher experience rating modification. The uniform experience rating plan, which is developed by the insurance rating organization designated by the insurance commissioner, is subject to approval by the insurance commissioner.

5. A standard classification system, developed by the insurance rating organization designated by the insurance commissioner, is subject to approval by the insurance commissioner. The standard classification system is a method of recognizing and separating policyholders into industry or occupational groups according to their similarities and/or differences. We can adopt and apply the standard classification system or develop and apply our own classification system, provided we can report the payroll, expenses, and other costs of claims in a way that is consistent with the uniform statistical plan or the standard classification system.

6. Our rates and classifications may not violate the Unruh Civil Rights Act or be unfairly discriminatory.

7. We will provide an appeal process for you to appeal the way we rate your insurance policy. The process requires us to respond to your written appeal within 30 days. If you are not satisfied with the result of your appeal, you may appeal our decision to the insurance commissioner.

### California Workers' Compensation Insurance
### Notice of Nonrenewal

Section 11664 of the California Insurance Code requires us, in most instances, to provide you with a notice of nonrenewal. Except as specified in paragraphs 1 through 6 below, if we elect to nonrenew your policy, we are required to deliver or mail to you a written notice stating the reason or reasons for the nonrenewal of the policy. The notice is required to be sent to you no earlier than 120 days before the end of the policy period and no later than 30 days before the end of the policy period. If we fail to provide you the required notice, we are required to continue the coverage under the policy with no change in the premium rate until 60 days after we provide you with the required notice.

**PN 04 99 02 B**

(Ed. 05-02)

We are not required to provide you with a notice of nonrenewal in any of the following situations:

1.  Your policy was transferred or renewed without a change in its terms or conditions or the rate on which the premium is based to another insurer or other insurers who are members of the same insurance group as us.

2.  The policy was extended for 90 days or less and the required notice was given prior to the extension.

3.  You obtained replacement coverage or agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

4.  The policy is for a period of no more than 60 days and you were notified at the time of issuance that it may not be renewed.

5.  You requested a change in the terms or conditions or risks covered by the policy within 60 days prior to the end of the policy period.

6.  We made a written offer to you to renew the policy at a premium rate increase of less than 25 percent.

    (A) If the premium rate in your governing classification is to be increased 25 percent or greater and we intend to renew the policy, we shall provide a written notice of a renewal offer not less than 30 days prior to the policy renewal date. The governing classification shall be determined by the rules and regulations established in accordance with California Insurance Code Section 11750.3(c).

    (B) For purposes of this Notice, "premium rate" means the cost of insurance per unit of exposure prior to the application of individual risk variations based on loss or expense considerations such as scheduled rating and experience rating.

This notice does not change the policy to which it is attached.

PN 04 99 04

(Ed. 12-01)

### POLICYHOLDER NOTICE

**CALIFORNIA INSURANCE GUARANTEE ASSOCIATION (CIGA) SURCHARGE**

Companies writing property and casualty insurance business in California are required to participate in the California Insurance Guarantee Association. If a company becomes insolvent, the California Insurance Guarantee Association settles unpaid claims and assesses each insurance company for its fair share.

California law requires all companies to surcharge policies to recover these assessments. If your policy is surcharged, "CA Surcharge" or "CA Surcharge (CIGA Surcharge)" with an amount will be displayed on your premium notice.

This notice does not change the policy to which it is attached.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 05 04 02

(Ed. 11-90)

## COLORADO CLASSIFICATION ENDORSEMENT

This endorsement applies only to the insurance provided by Part One (Workers Compensation Insurance) because Colorado is shown in Item 3.A. of the Information Page.

Section B. Classifications of Part Five (Premium) is amended by adding the following:

The assignment of a proper classification resulting in higher premium is allowed only if the misclassification was caused by your failure to provide accurate or complete data. If your operation changes during the policy term, you must notify us within ninety days of the change. Failure to notify us will be considered a failure to provide accurate or complete data.

Section E. Final Premium of Part Five is amended by adding this sentence at the end of the first paragraph:

Payments to us or to you based on improper classification may be collected or refunded during the term of the policy and for twelve months after the term.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |

Insurance Company   **Protective Insurance Company**   Countersigned by _____

**WC 05 04 02**
(Ed. 11-90)

Decl. Barnett, Ex. D-96

© 1990 National Council on Compensation Insurance.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 06 03 01

(Ed. 4-84)

## CONNECTICUT APPLICATION OF WORKERS COMPENSATION INSURANCE ENDORSEMENT

This endorsement applies only to the insurance provided by Part One (Workers Compensation Insurance) because Connecticut is shown in Item 3.A. of the Information Page.

Section A, "How This Insurance Applies," of Part One, "Workers Compensation Insurance," is amended to read as follows:

This workers compensation insurance applies to injury by accident or injury by disease. Injury includes resulting death.

1.   Injury by accident must occur during the policy period.

2.   Injury by disease must be caused or aggravated by exposure during the policy period to conditions of your employment.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 06 03 01**
(Ed. 4-84)

Decl. Barnett, Ex. D-97

© 1984 National Council on Compensation Insurance.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 06 03 03 C

(Ed. 07-11)

## CONNECTICUT WORKERS COMPENSATION FUNDS ENDORSEMENT

This endorsement applies only to the insurance provided by Part One (Workers Compensation Insurance) because Connecticut is shown in Item 3.A. of the Information Page.

The amount shown on the Information Page for the Connecticut workers compensation fund assessment is required of you under Section 31-345 of the Connecticut General Statutes. We will pay these assessments to the Connecticut State Treasurer. The purpose of the assessment is to finance the expenses of administering the workers compensation laws.

THE AMOUNT SHOWN ON THE INFORMATION PAGE FOR THE CONNECTICUT SECOND INJURY FUND SURCHARGE IS REQUIRED OF YOU UNDER CONNECTICUT REGULATIONS TO FINANCE THE CONNECTICUT SECOND INJURY FUND. WE WILL PAY THIS SURCHARGE TO THE CONNECTICUT STATE TREASURER.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

WC 06 03 03 C
(Ed. 07-11)

© Copyright 2009 National Council on Compensation Insurance, Inc. All Rights Reserved.

Decl. Barnett, Ex. D-98

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                     **WC 06 06 01**

(Ed 1-03)

### CONNECTICUT NONRENEWAL ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Connecticut is shown in Item 3.A. of the Information Page.

Add the following to **Part Six—Conditions** of the policy:

F.   **Nonrenewal**

We may elect not to renew the policy. Unless otherwise provided by Connecticut General Statutes Annotated Section 38a-323, we will provide you via registered mail, certified mail or by mail evidenced by a certificate of mailing, or deliver to the named insured at the address shown in the policy, at least sixty (60) days advance notice of our intention not to renew.

Mailing such notice to you at your address, shown in Item 1., of the Information Page, will be deemed sufficient notice under this section.

The notice of intent not to renew will state or be accompanied by a statement specifying the reason for such nonrenewal.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |

Insurance Company    **Protective Insurance Company**    Countersigned by _____

WC 06 06 01
(Ed. 1-03)

© 2002 National Council on Compensation Insurance, Inc.

Decl. Barnett, Ex. D-99

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**      **WC 07 06 01**

(Ed. 7-88)

### DELAWARE NONRENEWAL ENDORSEMENT

We may elect not to renew the policy. By certified mail we will mail to you, not less than 60 days advance written notice, when the nonrenewal will take effect. Mailing that notice to you at your mailing address, shown in Item 1 of the Information Page, will be sufficient to prove notice.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | |
|---|---|
| Policy Effective | **06/30/2017** |
| Endorsement Effective | **06/30/2017**      Policy No. **WD001486**      Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**      Premium |
| Insurance Company | **Protective Insurance Company**      Countersigned by _____ |

**WC 07 06 01**
(Ed. 7-88)

Decl. Barnett, Ex. D-100

© 1988 Delaware Compensation Rating Bureau.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**           **WC 09 03 03**

(Ed. 8-05)

## FLORIDA EMPLOYERS LIABILITY COVERAGE ENDORSEMENT

C.  Exclusion 5, Section C. of Part Two of the policy, is replaced by following:

This insurance does not cover

5.  bodily injury intentionally caused or aggravated by you or which is the result of your engaging in conduct equivalent to an intentional tort, however defined, or other tortious conduct, such that you lose your immunity from civil liability under the workers compensation laws.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 09 03 03**
(Ed. 8-05)

Decl. Barnett, Ex. D-101

© 2005 National Council on Compensation Insurance, Inc.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**   **WC 09 04 03 B**

(Ed. 1-15)

## FLORIDA TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT ENDORSEMENT

This endorsement addresses requirements of the Terrorism Risk Insurance Act of 2002 as amended by the Terrorism Risk Insurance Program Reauthorization Act of 2015.

### Definitions

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

1. "Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments, including any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2015.
2. "Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States as meeting all of the following requirements:
   a. The act is an act of terrorism.
   b. The act is violent or dangerous to human life, property or infrastructure.
   c. The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.
   d. The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.
3. "Insured Loss" means any loss resulting from an act of terrorism (including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.
4. "Insurer Deductible" means, for the period beginning on January 1, 2015, and ending on December 31, 2020, an amount equal to 20% of our direct earned premiums, during the immediately preceding calendar year.

### Limitation of Liability

The Act may limit our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a calendar year and if we have met our Insurer Deductible, we may not be liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we may only have to pay a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

### Policyholder Disclosure Notice

1. Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses exceed:
   a. $100,000,000, with respect to such Insured Losses occurring in calendar year 2015, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.
   b. $120,000,000, with respect to such Insured Losses occurring in calendar year 2016, the United States Government would pay 84% of our Insured Losses that exceed our Insurer Deductible.
   c. $140,000,000, with respect to such Insured Losses occurring in calendar year 2017, the United States Government would pay 83% of our Insured Losses that exceed our Insurer Deductible.
   d. $160,000,000, with respect to such Insured Losses occurring in calendar year 2018, the United States Government would pay 82% of our Insured Losses that exceed our Insurer Deductible.
   e. $180,000,000, with respect to such Insured Losses occurring in calendar year 2019, the United States Government would pay 81% of our Insured Losses that exceed our Insurer Deductible.
   f. $200,000,000, with respect to such Insured Losses occurring in calendar year 2020, the United States Government would pay 80% of our Insured Losses that exceed our Insurer Deductible.

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

WC 09 04 03 B     **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 1-15)

2. Notwithstanding item 1 above, the United States Government may not have to make any payment under the Act for any portion of Insured Losses that exceed $100,000,000,000.

3. The premium charged for the coverage for Insured Losses under this policy is included in the amount shown in Item 4 of the Information Page or the Schedule below.

**Schedule**

Rate per $100 of Remuneration

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 09 04 03 B
(Ed. 1-15)

Decl. Barnett, Ex. D-103

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**　　　　**WC 09 04 07**

(Ed. 7-13)

### FLORIDA NON-COOPERATION WITH PREMIUM AUDIT ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Florida is shown in Item 3.A. of the Information Page.

This endorsement adds the following provisions to Part Five—Premium, G. Audit, of the policy:

We are required to complete the premium audit process no later than 90 days after policy termination. If you fail to return voluntary audit requests or refuse to cooperate in completing a final physical audit, you must pay a premium to us not to exceed three times the most recent estimated annual premium on this policy subject to the following conditions:

1. We make two good faith efforts to obtain the voluntary audit report or complete the physical audit.
2. We document the audit file regarding the above attempts to obtain the required audit information.
3. After the two good faith attempts to obtain records, we send a letter by certified mail to you advising you of the specific records that are required and the premium that will be charged if you continue to refuse access to the records.

If you do not provide all of the specific records required and if we satisfy the conditions above on or before 90 days from the date of policy termination, we may continue to try and conduct the audit and/or re-open the audit for up to three years from the date of policy termination. Alternatively, we may immediately bill you a premium not to exceed three times the most recent estimated annual premium on this policy. If you provide all of the specific records required to complete the premium audit process within the three year period, we will determine your final premium in accordance with Part Five—Premium, E. Final Premium of the policy.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

**WC 09 04 07**
(Ed. 7-13)

Decl. Barnett, Ex. D-104

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     **WC 09 06 06**

(Ed. 10-98)

## FLORIDA EMPLOYMENT AND WAGE INFORMATION RELEASE ENDORSEMENT

This policy requires you to release certain employment and wage information maintained by the State of Florida pursuant to federal and state unemployment compensation laws except to the extent prohibited or limited under federal law. By entering into this policy, you consent to the release of the information.

We will safeguard the information and maintain its confidentiality. We will limit use of the information to verifying compliance with the terms of the policy.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |

Insurance Company    **Protective Insurance Company**    Countersigned by _____

**WC 09 06 06**
(Ed. 10-98)
© 1998 National Council on Compensation Insurance, Inc.

Decl. Barnett, Ex. D-105

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 99 04 01

(Ed. 3-10)

### FLORIDA FINAL PREMIUM ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Florida is shown in Item 3.A. of the Information Page.

Part Five, Section E, the **Final Premium** Condition of the policy is replaced by this Condition:

### E.  Final Premium

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 99 04 01
(Ed. 3-10)

Decl. Barnett, Ex. D-106

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY** WC 10 06 01 B

(Ed. 7-14)

### GEORGIA CANCELLATION, NONRENEWAL, AND CHANGE ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Georgia is shown in Item 3.A. of the Information Page.

Part Six—Conditions, Section D. (Cancellation) of the policy is replaced by the following:

D. **Cancellation, Nonrenewal, and Change**

1. You may cancel this policy. You must mail or deliver advance notice to us stating when the cancellation is to take effect, subject to the following:

   a. If only your interest is affected, the effective date of cancellation will be the later of the date we receive notice from you or the date specified in the notice.

   b. If by statute, regulation, or contract this policy may not be cancelled unless notice is given to a governmental agency or other third party, we will mail or deliver at least 10 days' notice to you and the third party as soon as practicable after receiving your request for cancellation.

      Our notice will state the effective date of cancellation, which will be the later of the following:

      1) 10 days from the date of mailing or delivering our notice, or

      2) The effective date of cancellation stated in your notice to us.

2. We may cancel or nonrenew this policy. We must mail or deliver notice at least 10 days before the effective date of cancellation if this policy has been in effect less than 60 days or if we cancel for nonpayment of premium. If this policy has been in effect 60 or more days and we cancel for a reason other than nonpayment of premium or if we nonrenew this policy, we must send to you a notice of cancellation or nonrenewal by certified mail, return receipt requested, to your last address of record at least 75 days prior to the effective date of cancellation or nonrenewal.

3. If we increase current policy premium by more than 15% (other than any increase in premium due to change in risk or exposure, or including a change in experience modification or resulting from an audit of auditable coverages), limit or restrict coverage, we must mail by first class mail or deliver a notice of our action (including dollar amount of any increase in renewal premium more than 15%) to you at the last mailing address of record at least 45 days before the expiration date of this policy.

4. If you fail to submit to, or allow an audit for, the current or most recently expired policy term, we may, after two documented efforts to notify you and your agent of potential cancellation, send via certified mail or statutory overnight delivery, return receipt requested, written notice to you at least 10 days prior to the effective date of cancellation in lieu of the number of days' notice otherwise required by state law. However, we must not mail a cancellation notice within 20 days of the first documented effort to notify you of potential cancellation.

5. The policy period will end on the day and hour stated in the cancellation notice except as provided for above.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

WC 10 06 01 B
(Ed. 7-14)

Decl. Barnett, Ex. D-107

© Copyright 1993–2014 National Council on Compensation Insurance, Inc. All Rights Reserved.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 12 03 06 A

(Ed. 07-11)

## ILLINOIS WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY EXCLUSION ENDORSEMENT

C.   Change Part Two—C. Exclusions 1. as follows:

This insurance does not cover

1.   liability assumed under a contract, and/or any agreement to waive your right to limit your liability for contribution to the amount of benefits payable under the Workers Compensation Act and the Workers Occupational Disease Act. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company **Protective Insurance Company** | | Countersigned by | |

**WC 12 03 06 A**
(Ed. 07-11)

Decl. Barnett, Ex. D-108

© Copyright 2010 National Council on Compensation Insurance, Inc. All Rights Reserved.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

WC 12 06 01 E

(Ed. 01-15)

## ILLINOIS AMENDATORY ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Illinois is shown in Item 3.A. of the Information Page.

Part Two—Employers Liability Insurance, Section B. (We Will Pay), Item 3. of the policy is replaced by the following:

3. For consequential bodily injury to a party to a civil union, spouse, child, parent, brother or sister of the injured employee; provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

Part Five—Premium, Section G. (Audit) of the policy is replaced by the following:

**G. Audit**

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy ends. Information developed by audit will be used to determine final premium. The National Council on Compensation Insurance has the same rights we have under this provision.

Part Six—Conditions, Section A. (Inspection) of the policy is replaced by the following:

**A. Inspection**

We have the right, but are not obliged, to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes, or standards. The National Council on Compensation Insurance has the same rights we have under this provision.

Part Six—Conditions, Section D. (Cancellation) of the policy is replaced by the following:

**D. Cancellation**

1. You may cancel this policy. You will mail or deliver advance written notice to us, stating when the cancellation is to take effect.

2. We may cancel this policy. We will mail to each named insured at the last known mailing address advance written notice stating when the cancellation is to take effect. We will maintain proof of mailing of the notice of cancellation. A copy of all such notices shall be sent to the broker or agent of record, if known, at the last known mailing address. The broker or agent of record may opt to accept notification electronically.

3. If we cancel because you do not pay all premium when due, we will mail the notice of cancellation at least ten days before the cancellation is to take effect. If we cancel for any other reason, we will mail the notice:

   a. At least 30 days before the cancellation is to take effect if the policy has been in force for 60 days or less;
   b. At least 60 days before the cancellation is to take effect if the policy has been in force for 61 days or more.

4. If this policy has been in effect for 60 days or more, we may cancel only for one of the following reasons:
   a. Nonpayment of premium;
   b. The policy was issued because of a material misrepresentation;
   c. You violated any of the terms and conditions of the policy;
   d. The risk originally accepted has measurably increased;
   e. The Director has determined that we no longer have adequate reinsurance to meet our needs; or
   f. The Director has determined that continuation of coverage could place us in violation of the laws of Illinois.

Decl. Barnett, Ex. D-109

1 of 2

© Copyright 2014 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WC 12 06 01 E**          WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 01-15)

5. Our notice of cancellation will state our reasons for cancelling.

6. The policy period will end on the day and hour stated in the cancellation notice.

Part Six—Conditions, Section E. (Sole Representative) of the policy is replaced by the following:

**E. Sole Representative**

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, or give us notice of cancellation.

Part Six—Conditions of the policy is changed by adding the following:

**F. Nonrenewal**

1. We may elect not to renew the policy. If we fail to give at least 60 days notice prior to the expiration date of the current policy, the policy will automatically be extended for one year. We will mail to each named insured the nonrenewal notice at the last known mailing address. We will maintain proof of mailing of the nonrenewal notice. An exact and unaltered copy of such notice will also be sent to the named insured's producer, if known, or the producer of record at the last known mailing address. The named insured's producer, if known, or the producer of record may opt to accept notification electronically.

2. Our notice of nonrenewal will state our reasons for not renewing.

3. If we fail to provide the notice of nonrenewal as required, the policy will still terminate on its expiration date if:
   a. You notify us or the producer who procured this policy that you do not want the policy renewed; or
   b. You fail to pay all premiums when due; or
   c. You obtain other insurance as a replacement of the policy.

**Note:**

1. Cancellation and nonrenewal of the workers compensation and employers liability insurance policy is regulated by Sections 143.14, 143.15, 143.16, 143.16a, 143.17, and 143.17a of the insurance law of Illinois.

2. This endorsement must be attached to a policy showing Illinois in Item 3.A. of the Information Page.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | |
|---|---|---|
| Policy Effective | **06/30/2017** | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486**          Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**          Premium |
| Insurance Company | **Protective Insurance Company**          Countersigned by _____ |

**WC 12 06 01 E**
(Ed. 01-15)

Decl. Barnett, Ex. D-110

© Copyright 2014 National Council on Compensation Insurance, Inc. All Rights Reserved.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 15 04 01 A

(Ed. 1-10)

## KANSAS FINAL PREMIUM ENDORSEMENT

This endorsement changes how the final premium is determined. The change applies only to the premium charged because Kansas is shown in Item 3.A. of the Information Page

- Kansas final premium will not be less than the highest minimum premium for the classifications covered by this policy unless there are two or more classifications covered and the highest rated classification has less than $500 payroll.
- When this occurs the final premium will not be less than one-half of the sum of the two highest minimum premiums for any classifications covered by the policy other than Clerical Office and Salespersons.
- When the highest rated classification has less than $500 payroll and Standard Exception classifications are the only classifications showing payrolls, the final premium will not be less than the minimum premium for the classification showing the highest payroll.
- Final premium for a multiple state policy will be that of the state with the single highest minimum premium, even if that state is on an "if any" basis. If two or more states have the same highest minimum premium, the minimum premium is determined by the state with the largest amount of standard premium.
- Minimum premium is subject to final adjustment at audit and will be determined only on the basis of the classifications developing premium.
- If the final earned premium is less than the minimum premium determined at audit, then that minimum premium must be charged.
- If no classification develops premium, the final premium shall be a flat charge of $200.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 15 04 01 A
(Ed. 1-10)

Decl. Barnett, Ex. D-111

© Copyright 2009 National Council on Compensation Insurance, Inc. All Rights Reserved.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 15 06 01 A

(Ed. 1-87)

## KANSAS CANCELATION AND NONRENEWAL ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Kansas is shown in Item 3.A. of the Information Page.

The **Cancelation** Condition of the policy is replaced by these two Conditions:

**Cancelation**

1.   You may cancel this policy. You will mail or deliver advance written notice to us stating when the cancelation is to take effect.

2.   We may cancel this policy. If we cancel because you fail to pay all premium when due, we will mail or deliver to you not less than 10 days advance written notice stating when the cancelation is to take effect. If we cancel for any other reason, we will mail or deliver to you not less than 30 days advance written notice stating when the cancelation is to take effect. Mailing notice to you at your last known address will be sufficient to prove notice.

3.   If this policy has been in effect for 90 days or more, we may cancel only for one of the following reasons:
     a.   nonpayment of premium;
     b.   the policy was issued because of a material misrepresentation;
     c.   you violated any of the material terms and conditions of the policy;
     d.   there are unfavorable underwriting factors, specific to you, that were not present when the policy took effect;
     e.   the Commissioner has determined that our continuation of coverage could place us in a hazardous financial condition or in violation of the laws of Kansas; or
     f.   the Commissioner has determined that we no longer have adequate reinsurance to meet our needs.

4.   Our notice of cancelation will state our reasons for canceling.

5.   The policy period will end on the day and hour stated in the cancelation notice.

**Nonrenewal**

1.   We may elect not to renew the policy. We will mail to you not less than 60 days advance written notice when the nonrenewal will take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

2.   Our notice of nonrenewal will state our reasons for not renewing.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

**WC 15 06 01 A**
(Ed. 1-87)

Decl. Barnett, Ex. D-112

© 1986 National Council on Compensation Insurance.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 16 03 05

(Ed. 6-07)

### KENTUCKY PART ONE WORKERS COMPENSATION INSURANCE ENDORSEMENT

This endorsement modifies the insurance policy to which it is attached and applies to the insurance provided by this policy because Kentucky is shown in Item 3.A. of the Information Page.

F. 3. of Part One, Workers Compensation Insurance of the policy is replaced by the following:

**F. Payments You Must Make**

3. you fail to comply with a health or safety law or regulation; provided that, however, we are responsible for payment of any amounts in excess of the benefits regularly provided under the workers compensation law of this state if an accident is caused in any degree by the intentional failure of the employer to comply with any specific statute or lawful administrative regulation made thereunder, communicated to the employer and relative to the installation or maintenance of safety appliances or methods as provided in KRS 342.165(1); or

Except for any payments for which we are responsible as provided in Section F.3. above, if we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 16 03 05
(Ed. 6-07)

Decl. Barnett, Ex. D-113

© 2007 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    WC 16 06 01

(Ed. 12-97)

## KENTUCKY CANCELATION AND NONRENEWAL ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Kentucky is shown in Item 3.A. of the Information Page.

The **Cancelation** Condition of the policy is replaced by the following:

**Cancelation**

1.  You may cancel this policy. You will deliver or mail advance written notice to us, stating when the cancelation is to take effect.

2.  We may cancel this policy. We will deliver or mail to you not less than 75 days advance written notice stating when the cancelation is to take effect and our reason or reasons for cancelation. If we cancel for nonpayment of premium or within 60 days of the date of issuance of the policy, we will deliver or mail this notice not less than 14 days prior to the effective date of cancelation. Proof of mailing of this notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3.  After coverage has been in effect more than 60 days or after the effective date of a renewal policy, we may not cancel the policy unless cancelation is based on one or more of the following reasons:

    a.  nonpayment of premium;

    b.  discovery of fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy, or presenting a claim under the policy;

    c.  discovery of willful or reckless acts or omissions on your part increasing any hazard originally insured;

    d.  changes in conditions after the effective date of the policy or any renewal substantially increasing any hazard originally insured;

    e.  a violation of any local fire, health, safety, building, or construction regulation or ordinance at any of your covered workplaces substantially increasing any hazard originally insured;

    f.  our involuntary loss of reinsurance for the policy;

    g.  a determination by the commissioner that the continuation of the policy would place us in violation of Kentucky insurance laws.

**Nonrenewal**

1.  We may elect not to renew the policy. We will deliver or mail to you not less than 75 days advance written notice stating our intention not to renew and our reason or reasons for nonrenewal. Proof of mailing of this notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

2.  If we fail to provide the notice of nonrenewal as required, the policy will be deemed to be renewed for the ensuing policy period upon payment of the appropriate premium, and coverage will continue until you have accepted replacement coverage with another insurer, until you have agreed to the nonrenewal, or until the policy is canceled.

3.  If we have delivered or mailed to you a renewal notice, bill, certificate, or policy not less than 30 days before the end of the current policy period clearly stating the amount and due date of the renewal premium charge, then the policy will terminate on the due date without further notice unless the renewal premium is received by us or our agent on or before the due date. If the policy terminates in this manner, we will deliver or mail to you within 15 days of termination at your mailing address shown in Item 1 of the Information Page a notice that the policy was not renewed and the date on which coverage ceased to exist. Proof of mailing of the renewal premium to us or our agent on or before the due date will constitute a presumption of receipt on or before the due date.

Decl. Barnett, Ex. D-114

© 1997 National Council on Compensation Insurance, Inc.

**WC 16 06 01**          WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 12-97)

4.  If we offer to renew the policy for a premium amount more than 25% greater than the premium amount for the current policy term for like coverage and like risks, we will deliver or mail to you and to your agent not less than 75 days advance written notice of the renewal premium amount.  We may at our option, in order to comply with this requirement, extend the period of coverage of the current policy at the expiring premium.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 16 06 01**
(Ed. 12-97)

© 1997 National Council on Compensation Insurance, Inc.

Decl. Barnett, Ex. D-115

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 16 06 02**

**(Ed. 10-99)**

### KENTUCKY NOTICE OF APPEAL RIGHTS ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Kentucky is shown in Item 3.A. of the Information Page.

### NOTICE OF YOUR RIGHTS

If you believe that the rates or the rating system under this policy have been incorrectly or improperly applied, you may request a review of the manner in which the rate or rating system has been applied. You must make your request in writing to us or the National Council on Compensation Insurance, Inc. (NCCI). We or NCCI has thirty (30) days to grant or reject your request for a review and to notify you in writing whether your request has been granted or rejected. If your request is granted, we or NCCI shall conduct the review within ninety (90) days of receiving your request. If your request is rejected or if you are dissatisfied with the results of the review, you may appeal to the commissioner for further review. You must make your appeal within thirty (30) days of receipt of the rejection or of the results of your review. Your appeal is to be sent to:

Legal Division
Department of Insurance
P. O. Box 517
Frankfort, KY 40602

Your request for an appeal should include a statement of the facts and how the rates or rating system were incorrectly or improperly applied. Also, enclose copies of the results of the review and any other correspondence from us or NCCI. If your appeal shows good cause, the commissioner shall hold a hearing. The commissioner may, after the hearing, issue a final order affirming, modifying or reversing our or NCCI's action.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 16 06 02**
(Ed. 10-99)

Decl. Barnett, Ex. D-116

© 1999 National Council on Compensation Insurance, Inc.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 17 03 03

(Ed. 12-00)

## LOUISIANA DUTY TO DEFEND ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Louisiana is shown in Item 3.A of the Information Page.

The duty to defend provision of the policy is replaced by this provision.

Part Two—Employer's Liability

D. **We Will Defend**

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings and suits.

Our duty to defend ends when the limit of liability has been exhausted by the payment of a judgement or settlement.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 17 03 03
(Ed.12-00)

Decl. Barnett, Ex. D-117

© 2000 National Council on Compensation Insurance, Inc.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 17 06 01 G

(Ed. 1-17)

## LOUISIANA AMENDATORY ENDORSEMENT

This endorsement applies only to the insurance provided by the Policy because Louisiana is shown in Item 3.A. of the Information Page.

**PART FIVE—PREMIUM**

Section E., Final Premium of Part Five (Premium) of the policy is replaced by the following:

### E. Final Premium

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you.

The final premium will not be less than the highest minimum premium for the classifications covered by this policy. If this policy is cancelled, final premium will be determined in the following way, unless our manuals provide otherwise:

1. If we cancel, final premium will be calculated pro rata based on the time that this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

2. If you cancel, final premium will be calculated using one of the following methods as listed in the Schedule of this endorsement:

   a. Pro rata based on the time that this policy was in force. Final premium will not be less than the pro rata share of the minimum premium, or

   b. More than pro rata; it will be based on the time that this policy was in force, and increased by our short-rate cancellation procedure that has been filed with and approved by the commissioner. Final premium will not be less than the minimum premium.

Part Five—Premium, Section G. (Audit) of the policy is revised by adding the following:

### G. Audit

If you do not allow us to examine and audit all of your records that relate to this policy, and/or do not provide audit information as requested, we may apply an Audit Noncompliance Charge equal to a maximum of up to two times the estimated annual premium. The method for determining the Audit Noncompliance Charge, and the maximum dollar amount, is shown in the Schedule of this endorsement.

If you allow us to examine and audit all of your records after we have applied an Audit Noncompliance Charge, we will revise your premium in accordance with our manuals and Part Five—Premium, Section E. (Final Premium) of this policy.

Failure to cooperate with this policy provision may result in the cancellation of your insurance coverage, as specified under the policy.

**PART SIX—CONDITIONS**

The Cancellation Condition of the policy is replaced by this Condition:

### D. Cancellation

1. If coverage has not been in effect for sixty days and the policy is not a renewal, cancellation will be effected by mailing or delivering a written notice to you at the mailing address shown on the policy at least sixty days

Decl. Barnett Ex. D-118

© Copyright 2016 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WC 17 06 01 G**            **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 1-17)

before the cancellation effective date, except in cases where cancellation is based on nonpayment of premium. Notice of cancellation based on nonpayment of premium will be mailed or delivered at least ten days before the effective date of cancellation. After coverage has been in effect for more than sixty days or after the effective date of a renewal policy, we will not cancel the policy unless the cancellation is based on at least one of the following reasons:

  a. Nonpayment of premium

  b. Fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy, or in presenting a claim under the policy

  c. Activities or omissions on your part which change or increase any hazard insured against, including a failure to comply with loss control recommendations

  d. Change in the risk which increases the risk of loss after insurance coverage has been issued or renewed, including an increase in exposure due to regulation, legislation, or court decision

  e. Determination by the commissioner of insurance that the continuation of the policy would jeopardize your solvency or would place us in violation of the insurance laws of this state or any other state

  f. Violation or breach by the insured of any policy terms or conditions

  g. Such other reasons that are approved by the commissioner of insurance

2.

  a. A notice of cancellation of insurance coverage by us will be in writing and will be mailed or delivered to you at the mailing address as shown on the policy. Notices of cancellation based on conditions 1.b. through 1.g. above will be mailed or delivered at least thirty days before the effective date of the cancellation; notices of cancellations based on condition 1.a. above will be mailed or delivered at least ten days before the effective date of cancellation. The notice will state the effective date of the cancellation.

  b. We will provide you with a written statement specifying the reason for the cancellation when you request such a statement in writing. Your written request must state that you hold us harmless from liability for any communication:

    (1) Giving notice of or specifying the reasons for a cancellation, or

    (2) For any statement made in connection with an attempt to discover or verify the existence of conditions which would be a reason for cancellation under this endorsement

3. We will provide a notice of cancellation or a statement of reasons for cancellation where cancellation for nonpayment of premium is effected by a premium finance company or other entity pursuant to a power of attorney or other agreement executed by or on behalf of you.

4. We may decide not to renew your policy. If we decide not to renew your policy, we will deliver or mail notice to you at the address shown on the policy. Such notice of nonrenewal will be mailed or delivered at least sixty days before the expiration date. Such notice to you will include your loss run information for the period policy has been in force within, but not to exceed the last three years of coverage. If the notice is mailed less than sixty days before expiration, coverage will remain in effect under the same terms and conditions until sixty days after notice is mailed or delivered. Earned premium for any period of coverage that extends beyond the expiration date will be considered pro rata based upon the previous year's rate. For purposes of this endorsement, the transfer of a policyholder between companies within the same insurance group will not be a refusal to renew. In addition, changes in the deductible, changes in rate, changes in the amount of insurance, or reductions in policy limits or coverage will not be refusals to renew.

5. Notice of nonrenewal will not be required if we or a company within the same insurance group has offered to

Decl. Barnett Ex. D-119
Page 4 of 4

© Copyright 2016 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     **WC 17 06 01 G**

(Ed. 1-17)

---

issue a renewal policy, or where you have obtained replacement coverage or have agreed in writing to obtain replacement coverage.

6. If we provide the notice described in paragraph 4 above and thereafter we extend the policy for ninety days or less, an additional notice of nonrenewal is not required with respect to the extension.

7. We must mail or deliver to you at the mailing address shown on the policy written notice of any rate increase, change in deductible, or reduction in limits or coverage at least thirty days before the expiration date of the policy. If we fail to provide such thirty-day notice, the coverage provided to you at the expiring policy's rate, terms, and conditions will remain in effect until notice is given or until the effective date of replacement coverage obtained by you, whichever first occurs. For the purposes of this paragraph, notice is considered given thirty days following date of mailing or delivery of the notice. If you elect not to renew, any earned premium for the period of extension of the terminated policy will be calculated pro rata at the lower of the current or previous year's rate. If you accept the renewal, the premium increase, if any, and other changes will be effective the day following the prior policy's expiration or anniversary date.

8. Paragraph 7 does not apply to changes:

   a. In a rate or plan filed with the commissioner of insurance and applicable to an entire class of business
   b. Based on the altered nature or extent of the risk insured
   c. In policy forms filed and approved with the commissioner and applicable to an entire class of business
   d. Requested by the insured

9. Proof of mailing of notice of cancellation, or of nonrenewal or of premium or coverage changes, to the named insured at the address shown in the policy, will be sufficient proof of notice.

Section I., **Actions Against Us**, of Part Two (Employers Liability Insurance) of the policy is replaced by the following:

**I. Actions Against Us**

You may not bring an action against us under this insurance unless:

1. You have complied with all the terms of this policy; and
2. The amount you owe has been determined with our consent or by actual trial and final judgment.

The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

**This Condition is added to the policy:**

**Your Right to Remove Agent**

We will not change or remove the agent of record who wrote this policy prior to the termination or renewal of this policy unless you request the change or removal. If you request the change or removal of the agent, we will notify the agent in writing 15 days in advance of the change or removal.

Schedule

| | | pro rata, | | more than pro |
|---|---|---|---|---|
| 1. | If you cancel, final premium for this policy will be calculated: | **X**  or | | rata |

Decl. Barnett Ex. D-120

© Copyright 2016 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WC 17 06 01 G**     **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 1-17)

---

**Basis of Audit**

2.  **Noncompliance Charge**          $0
                                    _____

**Maximum Audit**

**Noncompliance Charge**

**Multiplier**                           2
                                    _____

**Maximum Audit**

**Noncompliance Charge**

**$ Amount**                          $0
                                    _____

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 17 06 01 G**
(Ed. 1-17)

Decl. Barnett, Ex. D-121

© Copyright 2016 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY** WC 17 06 02 A

(Ed. 2-96)

## LOUISIANA COST CONTAINMENT ACT ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Louisiana is shown in Item 3.A. of the Information Page.

You may be eligible for a two (2) percent reduction in your premium if you attend a cost containment meeting conducted by the Occupational, Safety and Health Administration (OSHA) Section of the Office of Workers Compensation Administration. In order for you to receive the reduction, you must submit to us a certificate of attendance from the OSHA Section. The reduction will apply for a period of one year and will be applied to the policy becoming effective after the date you attended the cost containment meeting.

You may also be eligible for an additional five (5) percent reduction in your premium if you have attended a cost containment meeting and have subsequently satisfactorily implemented an occupational safety and health program prescribed by the OSHA Section. In order for you to receive the reduction, you must submit to us a Certificate of Satisfactory Implementation of Occupational, Safety and Health Program from the OSHA Section. The reduction will apply for a period of one year and will be applied to the policy becoming effective after the date of your certification.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 17 06 02 A
(Ed. 2-96)

Decl. Barnett, Ex. D-122

© 1996 National Council on Compensation Insurance, Inc.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 18 06 01

(Ed. 4-84)

## MAINE INSPECTION IMMUNITY ENDORSEMENT
### (TITLE 14 MAINE REVISED STATUTES ANNOTATED SECTION 167)

### THE FOLLOWING LIMITS OUR LIABILITY

We, the insurance company, our agents, employees, or service contractors, are not liable for damages from injury, death or loss occurring as a result of any act or omission in the furnishing of or the failure to furnish insurance inspection services related to, in connection with or incidental to the issuance or renewal of a policy of property or casualty insurance.

This exemption from liability does not apply:

A. If the injury, loss or death occurred during the actual performance of inspection services and was proximately caused by our negligence or by the negligence of our agents, employees or service contractors;

B. To any inspection services required to be performed under the provisions of a written service contract or defined loss prevention program;

C. In any action against us, our agents, employees, or service contractors for damages proximately caused by our acts or omissions which are determined to constitute a crime, actual malice or gross negligence; or,

D. If we fail to provide this written notice to the insured whenever a policy is issued or when new policy forms are issued upon renewal.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 18 06 01**
(Ed. 4-84)

Decl. Barnett, Ex. D-123

© 1983 National Council on Compensation Insurance.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 18 06 03 A

(Ed. 6-95)

## MAINE CANCELLATION AND NONRENEWAL ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Maine is shown in Item 3.A. of the Information Page.

The **Cancellation** Condition of the policy is replaced by this Condition:

**Cancellation**

1.  You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2.  We may cancel this policy. We must mail or deliver to you and to the Workers Compensation Board not less than 30 days advance written notice stating when the cancellation is to take effect. Mailing notice to you at your last known address will be sufficient to prove notice.

3.  The policy period will end on the day and hour stated in the cancellation notice. If you have obtained a workers compensation and employers liability insurance policy from another insurance company, or have otherwise secured your obligation to provide compensation, and such insurance or other security becomes effective prior to the expiration of the notice period, the policy period will end on the effective date of such other insurance or security.

4.  If this policy has been renewed or has been in effect for 60 days or more, we may cancel only for one of the following reasons:
    a.  Nonpayment of premium;
    b.  Fraud or a material misrepresentation was made in obtaining the policy, continuing the policy or presenting a claim under the policy;
    c.  The risk accepted when the policy was issued has substantially increased;
    d.  Your failure to comply with reasonable loss control recommendations;
    e.  A substantial breach of contractual duties, conditions or warranties under the policy;
    f.  The Superintendent has determined that continuation of the policy could jeopardize our solvency or place us in violation of the law.

**Nonrenewal**

We may elect not to renew the policy. We will mail or deliver to you not less than 30 days advance written notice. A post office certificate of mailing to you at your last known address will be conclusive proof of receipt of that notice on the third calendar day after mailing.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | 06/30/2017 | | |
| Endorsement Effective | 06/30/2017 | Policy No. WD001486 | Endorsement No. |
| Insured | PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 18 06 03 A**
(Ed. 6-95)

Decl. Barnett, Ex. D-124

© 1995 National Council on Compensation Insurance, Inc.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                 **WC 18 06 04**

(Ed. 5-88)

## MAINE FINAL PREMIUM AUDIT ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Maine is shown in Item 3.A. of the Information Page.

Part Five (Premium), Condition E, **Final Premium**, and Condition G, **Audit**, are changed by adding these Conditions:

E.   **Final Premium**

We are required by Maine regulation to complete our final premium audit not later than 120 days after the policy period ends.

If we are unable to examine and audit your records because of your failure to cooperate, we will mail advance written notice to you stating the reasons for our inability to establish the final premium. Your final premium will be established no later than 120 days from the time we are able to complete the examination and audit of your records.

If we have not established the final premium within the 120-day time limitation, we may not bill or collect any additional premium that exceeds the latest billed annual premium.

G.   **Audit**

You may request a final premium audit to determine whether you are entitled to a refund, if we have not established the final premium within the 120-day time limit. You will mail or deliver written notice to us requesting the audit.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |

Insurance Company **PROTECTIVE INSURANCE COMPANY**   Countersigned by _____

**WC 18 06 04**
(Ed. 5-88)

Decl. Barnett, Ex. D-125

© 1991 National Council on Compensation Insurance.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 18 06 06

(Ed. 8-99)

## MAINE NOTICE OF FILING OF FIRST REPORTS OF INJURY
## WITHIN SEVEN DAYS ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Maine is shown in Item 3.A. of the Information Page.

Employer's First Report of Occupational Injury or Disease, form WCB-1, required to be filed for injuries arising out of and in the course of an employee's employment that has caused the employee to lose a day's work shall be reported to and received by the Workers' Compensation Board within seven (7) days after the employer receives notice or knowledge of the injury, as provided by 39-A M.R.S.A. sec. 303. First Reports of Injury can be mailed, electronically submitted, or faxed to the Workers' Compensation Board at 207-287-5895.

Contact us immediately if an injury occurs that may be required to be reported to the Workers' Compensation Board.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 18 06 06
(Ed. 8-99)
© 1999 National Council on Compensation Insurance, Inc.

Decl. Barnett, Ex. D-126

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

**WC 18 06 07 A**

(Ed. 07-11)

### MAINE SUPPLEMENTAL BENEFITS FUND ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Maine is shown in Item 3.A. of the Information Page.

Title 39-A of Maine Revised Statute Annotated, sections 355A through section 356 establishes the Maine Supplemental Benefits Fund to reimburse insurers and self-insurers for their payments of compensation to employees made pursuant to 39-A M.R.S.A. § 213(3),(4).

We are authorized pursuant to 39-A M.R.S.A. § 356 to collect a surcharge from you to pay the assessments required pursuant to 39-A M.R.S.A. § 154(3). Your surcharge will be calculated in accordance with 39-A M.R.S.A. § 154(3)(B-1).

**Schedule**

Surcharge: _____ %

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 18 06 07 A
(Ed.07-11)

Decl. Barnett, Ex. D-127

© Copyright 2009 National Council on Compensation Insurance, Inc. All Rights Reserved.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY    WC 19 06 01 F

(Ed. 1-16)

## MARYLAND CANCELLATION AND NONRENEWAL ENDORSEMENT

This endorsement applies because Maryland is shown in Item 3.A. of the Information Page.

Part Six—Conditions, Section D. (Cancellation) of the policy is replaced by the following:

### D. Cancellation and Nonrenewal

1. You may cancel this policy. You will mail or deliver advance written notice to us stating when the cancellation is to take effect.

2. We may cancel or nonrenew this policy as follows:

   a. If the policy is cancelled for nonpayment of premium, we will file with the Maryland Workers Compensation Commission's designee, and serve you by certificate of mailing, not less than 10 days' advance written notice stating when the cancellation will take effect.

   b. If the policy is cancelled for reasons other than nonpayment of premium or if the policy is nonrenewed, we will file with the Maryland Workers Compensation Commission's designee, and serve by certified mail or personal service to you, not less than 45 days' advance written notice stating when the cancellation or nonrenewal will take effect.

   Mailing this notice by certified mail to you at your mailing address last known to us creates a presumption of actual delivery of notice. You may be able to rebut this presumption by providing evidence that the notice was not delivered.

3. The effective dates of the cancellation or nonrenewal are determined as follows:

   a. Except for cancellation for nonpayment of premium, the policy period will end on the day and hour stated in the cancellation or nonrenewal notice, or 45 days after the date the notice is received by the Maryland Workers Compensation Commission's designee, whichever date is later.

   b. For cancellation for nonpayment of premium, the policy period will end on the day and hour stated in the cancellation notice, or 10 days after the date the notice is received by the Maryland Workers Compensation Commission's designee, whichever date is later.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 19 06 01 F
(Ed. 1-16)

Decl. Barnett, Ex. D-128

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     **WC 21 03 03 A**

(Ed. 6-97)

### MICHIGAN NOTICE TO POLICYHOLDER ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Michigan is shown in Item 3.A. of the Information Page.

1.  Rates and Premium

    The policy contains rates and classifications that apply to your type of business. If you have any questions regarding the rates or classifications, please contact us or your agent.

    You may obtain pertinent rating information by submitting a written request to us at our address shown on this endorsement. We may require you to pay a reasonable charge for furnishing the information.

    You may also submit a written request for a review of the method by which your rates and premiums were determined. If you are not satisfied with the results of the review, you may appeal to the Commissioner of Insurance at the address shown in this endorsement.

2.  Payroll Audits

    You may request a payroll audit once each calendar year. Your request must be in writing, sent to our address shown in this endorsement. You must state that you believe your payroll expenditures have changed by 20% or more, and you must state the reasons for that belief. We will complete the audit within 120 days of receipt of your request if you provide us with all information we need to perform the audit.

3.  Reserves or Redemption

    You may request reserve and redemption information that relates to the premium for this policy. Your request must be in writing sent to our address shown in this endorsement. We will provide you with that information within thirty (30) days of receipt of your request.

    If you believe that the policy premiums are excessive because we set unreasonable reserves or because of the unreasonable redemption of a claim, you may request a meeting with our management representative. Your request must be in writing sent to our address shown in this endorsement. If you are not satisfied with the results of the meeting, you may appeal to the Insurance Commissioner at the address shown in this endorsement.

Addresses

Commissioner of Insurance
Michigan Insurance Bureau
P.O. Box 30220
Lansing, MI 48909

Company Address
Protective Insurance Company
PO Box 7099
Indianapolis, IN 46207-7099

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 21 03 03 A
(Ed. 6-97)

Decl. Barnett, Ex. D-129

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY     WC 21 03 04

(Ed. 4-84)

### MICHIGAN LAW ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Michigan is shown in Item 3.A. of the Information Page.

Michigan law requires that we attach this paragraph to your policy in the language specified by the statute. To help you understand the paragraph, the following definitions are added:

1.   We are "the insurer issuing this policy"

2.   You are "the insured employer"

3.   "Michigan workmen's compensation act" means the Workers' Disability Compensation Act of 1969"

4.   "Workmen's compensation" means workers compensation"

5.   "The bureau of workmen's compensation" means the Bureau of Workers' Disability Compensation"

"Notwithstanding any language elsewhere contained in this contract or policy of insurance, the accident fund or the insurer issuing this policy hereby contracts and agrees with the insured employer:

**Compensation**

a.   That it will pay to the persons that may become entitled thereto all workmen's compensation for which the insured employer may become liable under the provisions of the Michigan workmen's compensation act for all compensable injuries or compensable occupational diseases happening to his employees during the life of this contract or policy;

**Medical Services**

b.   That it will furnish or cause to be furnished to all employees of the employer all reasonable medical, surgical, and hospital services and medicines when they are needed, which the employer may be obligated to furnish or cause to be furnished to his employees under the provisions of the Michigan workmen's compensation act, and that it will pay to the persons entitled thereto for all such services and medicines when they are needed for all compensable injuries or compensable occupational diseases happening to his employees during the life of this contract or policy;

**Rehabilitation Services**

c.   That it will furnish or cause to be furnished such rehabilitation services for which the insured employer may become liable to furnish or cause to be furnished under the provisions of the Michigan workmen's compensation act for all compensable injuries or compensable occupational diseases happening to his employees during the life of this contract or policy;

**Funeral Expenses**

d.   That it will pay or cause to be paid the reasonable expense of the last sickness and burial of all employees whose deaths are caused by compensable injuries or compensable occupational diseases happening during the life of this contract or policy and arising out of and in the course of their employment with the employer, which the employer may be obligated to pay under the provisions of the Michigan workmen's compensation act;

**Scope of Contract**

e.   That this insurance contract or policy shall for all purposes be held and deemed to cover all the businesses the said employer is engaged in at the time of the issuance of this contract or policy and all other businesses, if any, the employer may engage in during the life thereof, and all employees the employer may employ in any of his businesses during the period covered by this policy;

## Decl. Barnett, Ex. D-130

**WC 21 03 04**       WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 4-84)

**Obligations Assumed**

f.    That it hereby assumes all obligations imposed upon the employer by his acceptance of the Michigan workmen's compensation act, as far as the payment of compensation, death benefits, medical, surgical, hospital care or medicine and rehabilitation services is concerned;

**Termination Notice**

g.    That it will file with the bureau of workmen's compensation at Lansing, Michigan, at least 20 days before the taking effect of any termination or cancelation of this contract or policy, a notice giving the date at which it is proposed to terminate or cancel this contract or policy; and that any termination of this policy shall not be effective as far as the employees of the insured employer are concerned until 20 days after notice of proposed termination or cancelation is received by the bureau of workmen's compensation;

**Conflicting Provisions**

h.    That all the provisions of this contract, if any, which are not in harmony with this paragraph are to be construed as modified hereby, and all conditions and limitations in the policy, if any, conflicting herewith are hereby made null and void."

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 21 03 04**
(Ed. 4-84)

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    **WC 21 04 02 B**

(Ed. 1-15)

## MICHIGAN TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT DISCLOSURE ENDORSEMENT

This endorsement addresses requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2015.

### Definitions

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2015.

"Act of terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States as meeting all of the following requirements:

  a.  The act is an act of terrorism.
  b.  The act is violent or dangerous to human life, property or infrastructure.
  c.  The act resulted in damage within the United States, or outside the United States in the case of the premises of United States missions or certain air carriers or vessels.
  d.  The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss" means any loss resulting from an act of terrorism (including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer Deductible" means: for the period beginning on January 1, 2015, and ending on December 31, 2020, an amount equal to 20% of our direct earned premiums during the immediately preceding calendar year.

### Limitation of Liability

The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a calendar year, and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

Decl. Barnett, Ex. D-132

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WC 21 04 02 B**                    WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 1-15)

**Policyholder Disclosure Notice**

1.  Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses exceed:

    a.  $100,000,000, with respect to such Insured Losses occurring in calendar year 2015, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.

    b.  $120,000,000, with respect to such Insured Losses occurring in calendar year 2016, the United States Government would pay 84% of our Insured Losses that exceed our Insurer Deductible.

    c.  $140,000,000, with respect to such Insured Losses occurring in calendar year 2017, the United States Government would pay 83% of our Insured Losses that exceed our Insurer Deductible.

    d.  $160,000,000, with respect to such Insured Losses occurring in calendar year 2018, the United States Government would pay 82% of our Insured Losses that exceed our Insurer Deductible.

    e.  $180,000,000, with respect to such Insured Losses occurring in calendar year 2019, the United States Government would pay 81% of our Insured Losses that exceed our Insurer Deductible.

    f.  $200,000,000, with respect to such Insured Losses occurring in calendar year 2020, the United States Government would pay 80% of our Insured Losses that exceed our Insurer Deductible.

2.  Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceed $100,000,000,000.

3.  The premium charged for the coverage for Insured Losses under this policy is included in the amount shown in Item 4 of the Information Page or the Schedule below.

**Schedule**

| State | Rate per $100 of Remuneration |
|-------|-------------------------------|
|       |                               |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | 06/30/2017 | | |
| Endorsement Effective | 06/30/2017 | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 21 04 02 B**
(Ed. 1-15)

Decl. Barnett Ex. D-133

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 22 00 00 A**

(Ed. 11-03)

## MINNESOTA AMENDATORY ENDORSEMENT

This endorsement applies only to the insurance provided because Minnesota is shown in Item 3.A. of the Information Page.

## PART TWO—EMPLOYERS LIABILITY INSURANCE

E.   **We Will Also Pay** is amended to read:

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding, or suit we defend:

1.   Reasonable expenses incurred at our request, but not loss of earnings;

2.   Premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3.   Litigation costs taxed against you;

4.   Your share of pre- or postjudgement interest assuming that the principal amount of that judgement is within the applicable policy limits under this insurance; and

5.   Expenses we incur.

H.   **Recovery From Others** is amended to read:

Our ability to exercise your rights to recover our payment from anyone liable for injury covered by this insurance does not apply if that other person is insured for the same loss by us. This limitation applies only if the loss was caused by the nonintentional acts of the person against whom subrogation is sought.

## PART FIVE—PREMIUM

G.   **Audit** is amended to read:

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data.

We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends, except as it pertains to Part Two—Employer's Liability Insurance which shall be one year. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

Decl. Barnett, Ex. D-134

**DEFINITIONS**

As used in this policy, "rate service organization" shall mean the Minnesota Workers' Compensation Insurers Association, Inc.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

**WC 22 00 00 A**
(Ed. 11-03)

Decl. Barnett, Ex. D-135

© 2002 Minnesota Workers' Compensation Insurers Association, Inc.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**   **WC 22 06 01 D**

(Ed. 8-06)

## MINNESOTA CANCELLATION AND NONRENEWAL ENDORSEMENT

This endorsement applies only to the insurance provided because Minnesota is shown in Item 3.A. of the Information Page.

**Cancellation of a New Policy**

If this policy is a new policy and has been in effect for fewer than 90 days, we may cancel for any reason by giving you notice at least 60 days before the effective date of Cancellation.

**Cancellation of Other Policies**

If this policy has been in effect for 90 days or more, or if it is a renewal of a policy we issued, we may cancel **for one or more** of the following reasons:

1.  Nonpayment of premium;

2.  Misrepresentation or fraud made by you or with your knowledge in obtaining the policy or in pursuing a claim under the policy;

3.  An act or omission by you that substantially increases or changes the risk insured;

4.  Refusal by you to eliminate known conditions that increase the potential for loss after notification by us that the condition must be removed;

5.  Substantial change in the risk assumed, except to the extent that we should reasonably have foreseen the change or contemplated the risk in writing this policy;

6.  Loss of reinsurance by us which provided coverage to us for a significant amount of the underlying risk insured. Any notice of cancellation pursuant to this item shall advise you that you have 10 days from the date of receipt of the notice to appeal the cancellation to the commissioner of commerce and that the commissioner will render a decision as to whether the cancellation is justified because of the loss of reinsurance within 30 business days after receipt of the appeal;

7.  A determination by the commissioner that the continuation of the policy could place us in violation of the Minnesota insurance laws; or

8.  Nonpayment of dues to an association or organization, other than an insurance association or organization, where payment of dues is a prerequisite to your obtaining or continuing this policy. This item shall not apply to persons who are retired at 62 years of age or older or who are disabled according to Social Security standards.

If we cancel your policy for any of the reasons listed in (2) through (8), we will give notice at least 60 days before the effective date of cancellation.

**Notice of Cancellation**

Any notice of cancellation under this endorsement shall be in writing and shall be sent by first class mail or delivered to you and any agent, to the last mailing addresses known to us. A cancellation notice for nonpayment of premium must be sent at least 30 days before the actual date of cancellation and shall state the amount of premium due and the due date, and shall state the effect of nonpayment by the due date. Cancellation shall not be effective if payment of the amount due is made prior to the effective date of cancellation in the notice. A cancellation notice for some other reason shall state the specific reason for cancellation and shall state the effective date of cancellation. The policy will end on that date.

**Refunds Due You**

If this policy is canceled, we will send you any premium refund due. If we cancel, the refund will be pro rata. If you cancel, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

Decl. Barnett, Ex. D-136

© 2006 Minnesota Workers' Compensation Insurers Association, Inc.

WC 22 06 01 D                    **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 8-06)

---

## Nonrenewal of Your Policy

Any notice of nonrenewal shall be in writing and shall be sent by first class mail, or delivered to you and any agent, to the last mailing addresses known to us, at least 60 days before the expiration date.

We need not mail or deliver this nonrenewal notice if you have:

1.   Insured elsewhere;

2.   Accepted replacement coverage; or

3.   Requested or agreed not to renew this policy.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 22 06 01 D
(Ed. 8-06)

Decl. Barnett Ex. D-137

© 2006 Minnesota Workers' Compensation Insurers Association, Inc.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**      WC 24 04 06 D

(Ed. 8-16)

## MISSOURI EMPLOYER-PAID MEDICAL ENDORSEMENT

This endorsement applies because Missouri is shown in Item 3.A. of the Information Page.

As a Missouri employer, you have the right, as provided by Section 287.957 of the Revised Statutes of Missouri, to have medical-only claims that do not exceed 20% of the current primary and excess loss split point amount, as shown in the Schedule below, excluded from your experience rating modification calculation. This will only be allowed when you pay all of the employee's medical costs; there is no lost time from the employment, other than the first three days or less of disability; and no claim is filed. The current primary and excess loss split point amount is provided in the rating values of NCCI's *Experience Rating Plan Manual*. **You still must report all injuries, regardless of the dollar amount, to the Division of Workers' Compensation and to us.**

However, it should be noted that if, at any time, the medical expenses that are paid out of pocket due to a particular injury ever exceed 20% of the current primary and excess loss split point amount and/or the employee misses more than three days from work due to the injury, then this injury must be reported to us as a claim. We will pay the full amount of the claim, which includes any reimbursements due to you for past medical expenses incurred by you for this particular claim. As a result, the total amount of losses incurred by us due to this claim will be included in your experience rating modification calculation.

### Schedule

**20% of the Current Primary and Excess Loss Split Point Amount** _____ **$16,500** _____

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 24 04 06 D**
(Ed. 8-16)

Decl. Barnett, Ex. D-138

© Copyright 1998–2016 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                                   **WC 24 06 01 B**

(Ed. 1-96)

## MISSOURI CANCELATION AND NONRENEWAL ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Missouri is shown in Item 3.A. of the Information Page.

The **Cancelation** Condition of the policy is replaced by the following:

**Cancelation**

1. You may cancel this policy. You will mail or deliver advance written notice to us, stating when the cancelation is to take effect.

2. We may cancel this policy. We will mail or deliver to you not less than 60 days advance written notice stating when the cancelation is to take effect and our reason for cancelation. Proof of mailing of this notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3. The 60-day notice requirement does not apply where cancelation is based on one or more of the following reasons:
    a. nonpayment of premium;
    b. fraud or material misrepresentation affecting the policy or in the presentation of a claim under the policy;
    c. a violation of policy terms;
    d. changes in conditions after the effective date of the policy materially increasing the hazards originally insured;
    e. our insolvency;
    f. our involuntary loss of reinsurance for the policy.

4. The policy period will end on the day and hour stated in the cancelation notice.

**Nonrenewal**

1. We may elect not to renew the policy. We will mail to you not less than 60 days advance written notice stating when the nonrenewal will take effect and our reason for nonrenewal. Proof of mailing of this notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

2. If we fail to provide the notice of nonrenewal as required, the policy will still terminate on its expiration date if:
    a. we show you our willingness to renew the policy but you notify us or the agent or broker who procured this policy that you do not want the policy renewed; or
    b. you fail to pay all premiums when due; or
    c. you obtain other insurance as a replacement of the policy.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | 06/30/2017 | | |
| Endorsement Effective | 06/30/2017 | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

**WC 24 06 01 B**
(Ed. 1-96)

Decl. Barnett, Ex. D-139

© 1995 National Council on Compensation Insurance, Inc.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 24 06 02 B

(Ed. 7-06)

### MISSOURI PROPERTY AND CASUALTY GUARANTY ASSOCIATION NOTIFICATION ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Missouri is shown in Item 3.A. of the Information Page.

Missouri Property and Casualty Insurance Guaranty Association Coverage Limits:

1.  Subject to the provisions of the Missouri Property and Casualty Insurance Guaranty Association Act (Act), if we are a member of the Missouri Property and Casualty Insurance Guaranty Association (Association), the Association will pay claims covered under the Act if we become insolvent.

2.  The Act contains various exclusions, conditions and limitations that govern a claimant's eligibility to collect payment from the Association and affect the amount of any payment. The following limitation applies subject to all other provisions of the Act:

    a.  Claims covered by the Association do not include a claim by or against an insured of an insolvent insurer if the insured has a net worth of more than $25 million on the later of the end of the insured's most recent fiscal year or the December thirty-first of the year next preceding the date the insurer becomes an insolvent insurer; provided that an insured's net worth on such date shall be deemed to include the aggregate net worth of the insured and all of its affiliates as calculated on a consolidated basis.

        If the insured prepares an annual report to shareholders, or an annual report to management reflecting net worth, then such report for the fiscal year immediately preceding the date of insolvency of the insurer will be used to determine net worth.

        However, the association will not:

        (1)  Pay an amount in excess of the applicable limit of insurance of the policy from which a claim arises; or

        (2)  Return to an insured any unearned premium in excess of $25,000.

        These limitations have no effect on the coverage we will provide under this policy.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 24 06 02 B
(Ed. 7-06)

Decl. Barnett, Ex. D-140

© Copyright 2006 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 24 06 04 B**

(Ed. 1-17)

## MISSOURI AMENDATORY ENDORSEMENT

This endorsement applies because Missouri is shown in Item 3.A. of the Information Page.

Part Five—Premium, Section G. (Audit) of the policy is replaced by the following:

G. **Audit**

You will let us examine and audit all your records that relate to this policy during regular business hours during and after the policy period ends. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

Audits shall be completed, billed, and premiums returned within 120 days of policy expiration or cancellation. This standard of 120 days shall not be applicable if:

1. A delay is caused by your failure to respond to reasonable audit requests provided that the requests are timely and adequately documented; or
2. A delay is by the mutual agreement of you and us provided that the agreement is adequately documented.

If you or we have any objection to the results of any audit, you or we shall have up to three years from the date of expiration or cancellation of this policy in which to send a written notice demanding a reconsideration of the audit. The written notice shall be based upon sufficiently clear and specific facts as to why the audit should be reconsidered.

If you do not allow us to examine and audit all of your records that relate to this policy, and/or do not provide audit information as timely and reasonably requested, we may apply an Audit Noncompliance Charge equal to a maximum of up to two times the estimated annual premium. The method for determining the Audit Noncompliance Charge is shown in the Schedule below.

If you allow us to examine and audit all of your records after we have applied an Audit Noncompliance Charge, we will revise your premium in accordance with our manuals and Part 5—Premium, E. (Final Premium) of this policy.

Failure to cooperate with this policy provision may also result in the cancellation of your insurance coverage, as specified under the policy and allowed under Missouri law.

Decl. Barnett, Ex. D-141

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

WC 24 06 04 B                 WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 1-17)

## SCHEDULE

| Basis of Audit<br>Noncompliance Charge | Maximum<br>Audit Noncompliance Charge<br>Mulitplier |
|:---:|:---:|
| $14,120 | 2 |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | |
|---|---|---|
| Policy Effective | **06/30/2017** | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ |

**WC 24 06 04 B**
(Ed. 1-17)

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

Decl. Barnett, Ex. D-142

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 25 03 05

(Ed. 7-02)

## MONTANA INTENTIONAL INJURY EXCLUSION ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Montana is shown in Item 3.A. of the Information Page.

Exclusion 5. of Section C. Exclusions of Part Two (Employers Liability Insurance) of the policy is replaced by the following exclusion:

C.   Exclusions

This insurance does not cover:

5.   Bodily injury caused by your intentional, malicious or deliberate act, whether or not the act was intended to cause injury to the employee injured, or whether or not you had actual knowledge that an injury was certain to occur.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 25 03 05
(Ed. 7-02)

Decl. Barnett, Ex. D-143

© 2001 National Council on Compensation Insurance, Inc.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                     WC 25 04 01 A

(Ed. 1-17)

### MONTANA AUDIT NONCOMPLIANCE CHARGE ENDORSEMENT

This endorsement applies because Montana is shown in Item 3.A. of the Information Page.

Part Five—Premium, Section G. (Audit) of the Workers Compensation and Employers Liability Insurance Policy is revised by adding the following:

If you do not allow us to examine and audit all of your records that relate to this policy, and/or do not provide audit information as requested, we will apply an Audit Noncompliance Charge equal to one times the estimated annual premium.

If you allow us to examine and audit all of your records after we have applied an Audit Noncompliance Charge, we will revise your premium in accordance with our manuals and Part 5—Premium, E. (Final Premium) of this policy.

Failure to cooperate with this policy provision may result in the cancellation of your insurance coverage, as specified under the policy.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

WC 25 04 01 A
(Ed. 1-17)

### Decl. Barnett, Ex. D-144

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                WC 25 06 01 B

(Ed. 4-16)

## MONTANA AMENDATORY ENDORSEMENT

This endorsement applies because Montana is shown in Item 3.A. of the Information Page.

General Section, Section C. (Workers Compensation Law) of the policy is changed by adding the following:

The provisions of this policy conform to the minimum requirements of Montana law and control over any conflicting statutes of any state in which the insured resides on or after the effective date of this policy.

Part Six—Conditions, Section D. (Cancellation) of the policy is replaced by the following:

**D.   Cancellation**

1. You may cancel this policy. You will mail or deliver advance written notice to us stating when the cancellation is to take effect.

2. We may cancel this policy. We will provide you and the Montana Department of Labor and Industry not less than 20 days advance written notice stating when the cancellation is to take effect. We will provide the notice to you via mail or via electronic delivery in accordance with the Electronic Delivery of Insurance Notices or Documents Act (MCA 33-15-601 et seq.). Mailing notice to you at your last known address or delivery via electronic means in compliance with the Electronic Delivery of Insurance Notices or Documents Act will be sufficient to prove notice.

3. If this policy has been in effect for 60 days or more, we may cancel only for one of the following reasons:
   a. A nonpayment of premium;
   b. A material misrepresentation;
   c. A substantial change in the risk we assumed under the policy unless it was reasonable for us to foresee the change or contemplate the risk when we issued the policy;
   d. A substantial breach of the duties, conditions or warranties under the policy;
   e. The Commissioner has determined that continuation of the policy would place us in violation of the laws of Montana;
   f. We are financially impaired; or
   g. Any other reason that is approved by the Commissioner.

4. Our notice of cancellation will state our reasons for canceling.

Part Six—Conditions of the policy is changed by adding the following:

**F.   Nonrenewal**

1. We may elect not to renew. We will provide you and your agent not less than 45 days advance written notice stating our intention not to renew this policy. We will provide the notice to you via mail or via electronic delivery in accordance with the Electronic Delivery of Insurance Notices or Documents Act. Mailing notice to you at your last known address or delivery via electronic means in compliance with the Electronic Delivery of Insurance Notices or Documents Act will be sufficient to prove notice.

2. We do not have to renew the policy if you are insured elsewhere, accept replacement insurance, or request or agree to nonrenewal, or if the policy is expressly designated as being nonrenewable.

3. Our notice of nonrenewal will state our reasons for not renewing.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 25 06 01 B
(Ed. 4-16)

Decl. Barnett, Ex. D-145

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 25 06 02

(Ed. 1-94)

### MONTANA SAFETY ENDORSEMENT

This endorsement applies only to the insurance provided by the Policy because insurance is provided to you in Montana.

You must establish and administer an education-based safety program for all employees including temporary workers. The program shall consist of a safety training program which includes new employee general safety orientation, job- or task-specific safety training, and continuous refresher safety training encompassing periodic safety meetings. The education-based safety program will also include periodic hazard assessments, with corrective actions identified, and appropriate documentation of performance of the activities.

If you have more than five employees, then you must have a comprehensive and effective safety program which has a safety committee, established procedures for reporting and investigating all work-related incidents, accidents, injuries, and illnesses, and established procedures that assign specific safety responsibilities and safety performance accountability.

We must provide safety consultation services to you which include consideration of the hazard, experience, and the size of your operations. We will notify you of the type of safety consultation services available and the location where the safety consultation services may be requested. If we furnish or fail to furnish safety consultation services related to, in connection with, or incidental to providing workers compensation, we are not responsible for damages from any injury, loss, or death occurring as a result of any act or omission by us, our employees or our service contractors in the course of providing safety consultation services to you.

However, we may be responsible for any safety consultation services required to be performed under the provisions of a written service contract for which a specific charge is made and not incidental to a policy of insurance; for damages caused by our actions or omission to act in which it was judicially determined that the act or omission constituted a crime or involved actual malice; or if the injury, loss, or death occurred during the actual performance of safety consultation services and was directly and proximately caused by us.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 25 06 02
(Ed. 1-94)

Decl. Barnett, Ex. D-146

© 1993 National Council on Compensation Insurance.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 26 06 01 C

(Ed. 7-96)

## NEBRASKA CANCELATION AND NONRENEWAL ENDORSEMENT

1.  You may cancel this policy within the policy period by giving notice to us, fixing the date on which the cancelation is to be effective.

2.  The notice, from you, is to be sent by certified mail.

3.  We are required by Nebraska Law to give notice of your intent to cancel a policy to the Nebraska Workers' Compensation Court.

4.  The cancelation shall not be effective until ten (10) days after we give notice to the Nebraska Workers' Compensation Court that the policy is being canceled. However, if you have secured insurance with another insurer, the cancelation will be effective as of the effective date of such other notice of coverage.

5.  We may cancel or nonrenew this policy within the policy period by giving notice to you and to the Nebraska Workers' Compensation Court, fixing the date on which the cancelation or nonrenewal is to be effective.

6.  The notice from us will contain a brief statement of the reasons for cancelation or nonrenewal and will be sent to you by certified mail.

7.  The nonrenewal shall not be effective until thirty (30) days after the giving of notice to you and to the Nebraska Workers' Compensation Court.

8.  The cancelation shall not be effective until thirty (30) days after the giving of notice to you and to the Nebraska Workers' Compensation Court, except the cancelation shall be effective ten (10) days after the giving of the notice if the cancelation is based on:
    a.  nonpayment of premiums;
    b.  failure of the insured to reimburse deductible losses as required under the policy; or
    c.  failure of the insured, if covered pursuant to the Assigned Risk Plan, to comply with workplace safety laws found in Nebraska statutes.

9.  All notices shall be provided in writing and shall be deemed given upon mailing by certified mail, except that we may give notice to the Nebraska Workers' Compensation Court by approved electronic means. Notice provided to the Nebraska Workers' Compensation Court by approved electronic means shall be deemed given upon receipt.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 26 06 01 C
(Ed. 7-96)

## Decl. Barnett, Ex. D-147

© 1996 National Council on Compensation Insurance, Inc.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

WC 27 06 01 C

(Ed. 10-08)

### NEVADA CANCELLATION AND NONRENEWAL ENDORSEMENT

This endorsement applies to the insurance provided by this policy, because Nevada is shown in Item 3.A. of the Information Page.

Part Six—Conditions, D. Cancellation of the policy is replaced by the following:

**A.   Midterm Cancellation**

    1.   You may cancel this policy by mailing or delivering advance written notice to us stating when the cancellation is to take effect.

    2.   We will provide you not less than 10 days notice if this policy is cancelled because you failed to pay a premium or remit an amount due because of an endorsement for a deductible when due.

    3.   We will provide you not less than 30 days notice for any other cancellation reason permitted under Nevada law, including failure to pay additional premium charged due to an audit of any payroll under the terms of the current or previous policy.

    4.   No policy of industrial insurance that has been in effect for at least 70 days or that has been renewed may be cancelled, except on any one of the following grounds:

        a.   A failure by the policyholder to pay a premium for the policy of industrial insurance when due, including the failure of the policyholder to remit an amount due because of an endorsement for a deductible;

        b.   A failure by the policyholder to:

            (1)   Report any payroll;

            (2)   Allow the insurer to audit any payroll in accordance with the terms of the policy or any previous policy issued by the insurer; or

            (3)   Pay any additional premium charged because of an audit of any payroll as required by the terms of the policy or any previous policy issued by the insurer;

        c.   A material failure by the policyholder to comply with any federal or state order concerning safety or any written recommendation of the insurer's designated representative for loss prevention;

        d.   A material change in ownership of the policyholder or any change in the policyholder's business or operations that:

            (1)   Materially increases the hazard for frequency or severity of loss;

            (2)   Requires additional or different classifications for the calculation of premiums; or

            (3)   Contemplates an activity that is excluded by any reinsurance treaty of the insurer;

        e.   A material misrepresentation made by the policyholder; or

        f.   A failure by the policyholder to cooperate with the insurer in conducting an investigation of a claim.

    5.   We cannot cancel the policy when the referenced reasons are corrected by you within the time specified in the written notice of cancellation.

**B.   Nonrenewal**

    1.   We may elect not to renew the policy. We will provide to you a written notice of our intention not to renew at least 60 days before the expiration date.

    2.   We need not provide notice of our intention not to renew if you have accepted replacement coverage, if you have requested or agreed to nonrenewal, or if the policy is expressly designated as nonrenewable.

**C.   Information About Claims Paid**

    1.   If you request information for the renewal of the policy, we will provide you with information regarding claims paid on your behalf.

    2.   We will provide the information within 30 working days after we receive your written request. We may charge a reasonable fee for providing the information.

**D.   Notices**

    1.   We will provide advance written notice of cancellation or nonrenewal as provided in A and B above. This notice must be served personally on or sent by first-class mail or electronic transmission to the employer.

    2.   Notices will state the effective date of the cancellation or nonrenewal and will be accompanied by a written explanation of the specific reasons for the cancellation or nonrenewal.

    3.   A written notice of cancellation is not required if we mutually agree with you to cancel the policy and reissue a new policy based upon a material change in the ownership or operation of your business.

Decl. Barnett Ex. D-148

© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WC 27 06 01 C**   **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 10-08)

**E.   Compliance With Law**

1.   Any of these provisions that conflict with a law that controls the cancellation or renewal or nonrenewal of the insurance in this policy is changed by this statement to comply with the law.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | |
|---|---|---|
| Policy Effective | **06/30/2017** | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | Premium |
| Insurance Company | **Protective Insurance Company**   Countersigned by_____ |

**WC 27 06 01 C**
(Ed.10-08)

Decl. Barnett, Ex. D-149

© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    **WC 28 06 04**

(Ed. 4-92)

## NEW HAMPSHIRE AMENDATORY ENDORSEMENT

This endorsement applies only to the New Hampshire coverage provided by the policy because New Hampshire is shown in Item 3.A. of the Information Page.

For New Hampshire coverage, the Cancelation condition of the policy is amended and replaced by:

1.  You may cancel this policy. You must mail or deliver advance written notice to us.

2.  We may cancel this policy. We will file a written termination notice with the Commissioner of the Department of Labor and will send a copy to you.

3.  In case of nonpayment of premium, the cancelation will take effect 30 days after the termination notice is filed.

4.  In case of cancelation for reasons other than nonpayment of premium, cancelation will take effect 45 days after the notice of termination is filed.

5.  If you have obtained coverage from another insurance carrier or have qualified as a self-insurer, cancelation is effective on the date you obtained the coverage or qualified as a self-insurer.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 28 06 04**
(Ed. 4-92)

Decl. Barnett, Ex. D-150

© 1992 National Council on Compensation Insurance.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

*Effective July 1, 2007*                                        **WC 29 03 06 B**

### NEW JERSEY PART TWO LIMIT OF LIABILITY ENDORSEMENT

This endorsement applies only to the insurance provided by Part Two (Employers Liability Insurance) because New Jersey is shown in Item 3.A. of the Information Page.

With respect to Exclusion C5, this insurance does not cover any and all intentional wrongs within the exception allowed by N.J.S.A. 34:15-8 including but not limited to, bodily injury caused or aggravated by an intentional wrong committed by you or your employees, or bodily injury resulting from an act or omission by you or your employees, which is substantially certain to result in injury.

With respect to Exclusion C7, we will defend any claim, proceeding or suit for damages where bodily injury is alleged. We have the right to investigate and settle. We will not defend or continue to defend after the applicable limits of insurance have been paid. Such policy limits include any legal costs assessed against you on behalf of your employee(s).

We may not limit our liability to pay damages for which we become legally liable to pay because of bodily injury to an infant under the age of 18 years in a proceeding made pursuant to Article 2 as provided in N.J.S.A. 34:15-10.

This insurance does not provide for the payment of any common law negligence damages or other damages when the provisions of Article 2 of the New Jersey Workers Compensation Law have been rejected by you and your employee(s) as provided in N.J.S.A. 34:15-9.

With respect to paragraph F., the "Other Insurance" provisions is replaced with the following:

**F.   Other Insurance**

We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

This insurance, however, is excess over any other applicable insurance with respect to claims for bodily injury arising out of employer practices, policies, acts or omissions enumerated in C-7 above, whether such other insurance is stated to be primary, contributory, excess, contingent or otherwise.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. WD001486 | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

Decl. Barnett, Ex. D-151

© Compensation Rating and Inspection Bureau

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 29 04 11 D

*Effective January 1, 2017*

### NEW JERSEY PREMIUM DISCOUNT ENDORSEMENT SCHEDULE Y

The New Jersey premium for this policy and the policies, if any, listed in Item 2 of the Schedule may be eligible for a discount.  This endorsement shows the discount rates in Item 1 of the Schedule.  The final calculation of premium discount will be determined by our Manual and your New Jersey standard premium as determined by audit.

In certain cases where New Jersey retrospective rating applies, all of the premium may not be subject to retrospective rating.  In such cases:

So much of the New Jersey Standard Premium as is subject to retrospective rating shall not be subject to discount. The remainder is subject to discount and the discount is calculated as follows:

(a)  Determine the discount as though none of the standard premium is subject to retrospective rating.

(b)  Determine the discount as though only the premium subject to retrospective rating is discounted.

(c)  The difference between (a) and (b) is the applicable premium discount.

### Schedule

1.

Premium Discount. The first **$10,000** of the Standard Premium shall be charged in full without discount, the next **$190,000** shall be subject to a discount of **9.6%**, the next **$1,550,000** shall be subject to a discount of **11.8%**, and the remainder shall be subject to a discount of **12.5%**.

2.   Other policies:

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. WD001486 | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 29 04 11 D**
(Ed. 1-17)

Decl. Barnett, Ex. D-152

© Compensation Rating and Inspection Bureau

WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY INSURANCE POLICY

WC 29 06 01 A

# NEW JERSEY LARGE RISK—LARGE DEDUCTIBLE ENDORSEMENT

1. This endorsement applies to the insurance provided by:

   Part One (Workers' Compensation Insurance) Part Two (Employers' Liability Insurance) and Part Three (Other States Insurance)

2. This endorsement applies between you and us. It does not affect the rights of others under the policy. Nor does it change our obligations under Part One, Part Two or Part Three of the policy, except as otherwise stated in this endorsement.

3. In consideration of a reduced premium you have agreed to reimburse us up to the deductible amounts stated in the Schedule at the end of this endorsement for all payments legally required, including allocated loss adjustment expense which arises out of any claim or suit we defend, where you elect to include such expense.

4. We will remain responsible for the full payment of all claims under this policy without regard to your ability or intention to reimburse us for the deductible amounts. The contract of insurance shall be fully enforceable by your employees or their dependents against us in accordance with NJSA 34:15-83.

**Deductible—Each Occurrence/Each Claim**

5. The deductible amount stated in the Schedule is the most you must reimburse us for indemnity and medical benefits and damages combined, including allocated loss adjustment expense if elected by you, for bodily injury to one or more employees as the result of any one accident or for disablement of one employee due to bodily injury by disease.

**Deductible—Policy Aggregate**

6. The amount stated in the Schedule as aggregate is the most you must reimburse us for the sum of all indemnity and medical benefits, damages, and allocated loss adjustment expense if elected by you, because of bodily injury by accident or bodily injury by disease for the policy period.

   (a) If we cancel the policy, the aggregate amount stated in the Schedule will be reduced to a pro rata amount based on the time this policy was in force.

   (b) If you cancel the policy as a result of your retiring from business, the aggregate deductible amount will be reduced to a pro rata amount based on the time this policy was in force.

   (c) If you cancel the policy for any reason other

than retiring from business, the aggregate deductible amount will not be reduced.

   (d) If this policy is issued for a term of less than one year, the aggregate deductible amount will not be reduced.

**Effect of Deductible on Limits of Liability**

7. The applicable limits of liability as respects Part Two (Employers' Liability Insurance) are subject to reduction by the application of the loss reimbursement amount(s) applicable to any claim for accident or disease covered by this policy. In the event of a claim, our obligation to pay is the amount available for benefits or damages that remains after the application of the specific loss reimbursement amount. The payment of loss adjustment expense, where such expense is elected by you, will not affect the limits of liability.

**Allocated Loss Adjustment Expense**

8. Allocated loss adjustment expense, which is electible by you, means claim expenses directly allocated by us to a particular claim. Such expense shall not include cost of investigation or the salaries and traveling expenses of our employees other than those salaried employees who perform services which can be directly allocated to the handling of a particular claim.

**Recovery From Others**

9. If we recover any payments made under this policy from anyone liable for the injury, the amount we recover will be applied as follows:

   (a) First, to any payments made by us in excess of the deductible amount and

   (b) Then the remainder, if any, will be applied to reduce the deductible amount reimbursable by you.

**Cancellation**

10. If you fail to reimburse us for any amounts as required by this endorsement, we may cancel this policy for nonpayment in accordance with the provisions of statute. We will remain fully responsible for the full amount of all claims incurred prior to the effective date of cancellation.

**Sole Representation**

11. The first Named Insured stated in the Information Page will act on behalf of all the named insureds with respect to:

   (a) Changes to this endorsement

   (b) Obligations to receive premiums

WC 497a (1-94)
WC 29 06 01 A

Page 1 of 2

(c) Giving or receiving notice of cancellation.

**Your Duties and Understandings**

12. All bodily injuries by accident or disease for which you are responsible shall be promptly reported to us for adjustment and payment, regardless of their severity or cost. You further understand that all such bodily injuries and their cost shall be included in experience data used to determine the experience rating for your policy, regardless of the eligibility of such claims for full or partial reimbursement under the deductible provisions of this policy.

**Other Rights and Duties**

13. All other terms of the policy, including those

which govern the following items, apply irrespective of this deductible endorsement:

(a) Our right and duty to defend any claim, proceeding or suit against you and

(b) Your duties if injury occurs.

**Additional Charges**

14. The surcharges for the Second Injury Fund and Uninsured Employers Fund and the premium charge for the expense constant are not part of the Large Risk—Large Deductible Program but are included in the total cost of the coverage provided by the policy to which this endorsement is attached.

## SCHEDULE

| Coverage | Deductible Amount Basis | |
|---|---|---|
| Bodily Injury By Accident | **$500,000** | each accident |
| Bodily Injury By Disease | **$500,000** | each employee |
| All Covered Bodily Injury | $ None (Dollar Amount or "None") | aggregate |

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy.)

This endorsement, effective on   **06/30/2017**   at 12:01 A.M. standard time, forms a part of
                                            (DATE)

Policy No.   **WD001486**

of the   **Protective Insurance Company**
           (NAME OF INSURANCE COMPANY)

issued to   **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

Premium (if any) $   Incl.                                      _____
                                                                          Authorized Representative

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 30 03 01

(Ed. 4-84)

### NEW MEXICO SAFETY DEVICE COVERAGE ENDORSEMENT

Section 52-1-10 of the New Mexico Workers' Compensation Law may make you liable for the payment of additional benefits in the case of bodily injury to employees resulting from your failure to supply safety devices. The benefits payable under Part One (Workers Compensation Insurance) includes these additional benefits.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

WC 30 03 01
(Ed. 4-84)

Decl. Barnett, Ex. D-155

© 1983 National Council on Compensation Insurance.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 30 06 01 A**

(Ed. 3-15)

## NEW MEXICO CANCELLATION AND NONRENEWAL ENDORSEMENT

This endorsement applies to the insurance provided by the policy because New Mexico is shown in Item 3.A. of the Information Page.

Part Six—Conditions, Section D. Cancellation of the policy is replaced by the following:

### D. Cancellation

1. You may cancel this policy by giving us advance written notice stating when the cancellation is to take effect.

2. At any time during the policy period, regardless of the number of days the policy has been in effect, we may cancel this policy for nonpayment of premium when due. We must give written notice to you at least 10 days prior to the effective date of the cancellation.

3. If the policy has been in effect less than 60 days and is not a renewal policy, we may cancel this policy without cause by giving written notice to you at least 10 days prior to the effective date of the cancellation. The cancellation effective date must fall within this period of less than 60 days.

4. Subject to Subsection 2 above, if the policy has been in effect for 60 days or more or is a renewal, we may cancel this policy only for one or more of the following reasons:

   a. The policy was obtained through material misrepresentation, fraudulent statements, omissions or concealment of fact material to the acceptance of the risk or to the hazard assumed by us. We must give written notice to you at least 15 days prior to the effective date of cancellation.

   b. Willful and negligent acts or omissions by you have substantially increased the hazards insured against. We must give written notice to you at least 15 days prior to the effective date of cancellation.

   c. You presented a claim based on fraud or material misrepresentation. We must give written notice to you at least 15 days prior to the effective date of cancellation.

   d. There has been a substantial change in the risk assumed by us since the policy was issued. We must give written notice to you at least 30 days prior to the effective date of cancellation.

   e. Revocation or suspension of driver's license of the named insured or other operator who either resides in the same household or customarily operates the vehicle. We must give written notice to you at least 15 days prior to the effective date of cancellation.

5. We will give the required Notice of Cancellation stating the reason(s) for cancellation before the cancellation is effective. The notice will state the time that the cancellation is to take effect. The written notice of cancellation will be sent to your last address of record with us.

Part Six— Conditions of the policy is changed by adding the following:

### F. Nonrenewal

1. If we decide not to renew this policy, we must give you written notice of our intention at least 30 days prior to the expiration of the policy. The written notice of nonrenewal will be sent to your last address of record with us.

2. This nonrenewal section does not apply to any policy of insurance issued to an insured that has its principal place of business outside the state of New Mexico.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 30 06 01 A**
(Ed. 3-15)

## Decl. Barnett, Ex. D-156

© Copyright 2014 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 31 03 08**

(Ed. 4-84)

### NEW YORK LIMIT OF LIABILITY ENDORSEMENT

This endorsement applies only to the insurance provided by Part Two (Employers Liability Insurance) because New York is shown in Item 3.A. of the Information Page.

We may not limit our liability to pay damages for which we become legally liable to pay because of bodily injury to your employees if the bodily injury arises out of and in the course of employment that is subject to and is compensable under the Workers' Compensation Law of New York.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

**WC 31 03 08**
(Ed. 4-84)

Decl. Barnett, Ex. D-157

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 31 03 19 H

---

### NEW YORK CONSTRUCTION CLASSIFICATION PREMIUM ADJUSTMENT PROGRAM
### EXPLANATORY ENDORSEMENT

The New York Construction Classification Premium Adjustment Program (NYCCPAP) allows premium credits for some employers in the construction industry. These credits exist to recognize the difference in wage rates between employers within the same construction industries in New York.

The declarations section of this policy will show a credit of 0.00% if you are not eligible for this credit, or if you are eligible for this credit and have not yet applied for a credit. Credits are earned for average wages in excess of $23.24 per hour for each eligible class. If your policy shows one of the following classification codes, and you are experience rated, you are eligible to apply for an NYCCPAP credit:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0042 | 5057 | 5193 | 5429 | 5491 | 5606 | 6003 | 6229 | 6325 | 9526 |
| 3365 | 5059 | 5213 | 5443 | 5506 | 5610 | 6005 | 6233 | 6400 | 9527 |
| 3724 | 5069 | 5221 | 5445 | 5507 | 5645 | 6017 | 6235 | 6701 | 9534 |
| 3726 | 5102 | 5222 | 5462 | 5508 | 5648 | 6018 | 6251 | 7536 | 9539 |
| 3737 | 5160 | 5223 | 5473 | 5536 | 5651 | 6045 | 6252 | 7538 | 9545 |
| 5000 | 5183 | 5348 | 5474 | 5538 | 5701 | 6204 | 6260 | 7601 | 9549 |
| 5022 | 5184 | 5402 | 5479 | 5545 | 5703 | 6216 | 6306 | 7855 | 9553 |
| 5037 | 5188 | 5403 | 5480 | 5547 | 5709 | 6217 | 6319 | 8227 | |
| 5040 | 5190 | 5428 | | | | | | | |

The basis for determining the credit is the limited payroll of each employee for the number of hours worked (excluding overtime premium pay) for each construction classification (other than employees engaged in the construction of one or two-family residential housing) for the third quarter, as reported to taxing authorities, for the year preceding the policy date. Total payroll is to continue to be reported for employees engaged in the construction of one or two-family residential housing. For example:

| Policy Inception Date | Third Quarter Payroll |
|---|---|
| 4/1/14 thru 3/31/15 | 2013 |
| 4/1/15 thru 3/31/16 | 2014 |
| 4/1/16 thru 3/31/17 | 2015 |
| 4/1/17 thru 3/31/18 | 2016 |
| 4/1/18 thru 3/31/19 | 2017 |
| 4/1/19 thru 3/31/20 | 2018 |

If you have any eligible classes on your policy, you should have been notified by your insurance carrier or the New York Compensation Insurance Rating Board approximately four months prior to the inception date of this policy. If you believe you may be eligible for a credit and have not received an application, you should immediately contact your agent, insurance carrier, or the New York Compensation Insurance Rating Board.

Credits are calculated by the New York Compensation Insurance Rating Board. You must submit a completed application to: Attention: Field Services Department, New York Compensation Insurance Rating Board, 733 Third Avenue, New York, New York 10017.

Applications must be received by the Rating Board three (3) months prior to the policy renewal effective date. The Rating Board will accept and process an application if it is received between the policy effective and expiration date, however, it must be accompanied by a letter stating the reason for the delay. Under no circumstances will an application be accepted for any policy if it is received after the expiration date of the policy. For short-term policies the application must be received prior to the expiration date of the short-term policy. If it is received after the policy expiration, no credit will be calculated.

The New York Workers Compensation and Employers Liability Insurance Manual, and not this endorsement, govern the implementation and use of the NYCCPAP.

For online entry of the information requested on this form refer to http://www.nycirb.org/cpap

---

Decl. Barnett, Ex. D-158

© 2011 New York Compensation Insurance Rating Board.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 31 03 19 H

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 31 03 19 H

Decl. Barnett, Ex. D-159

© 2011 New York Compensation Insurance Rating Board.

NEW YORK WORKERS COMPENSATION AND                                        WC 31 06 18
EMPLOYERS LIABILITY MANUAL
Original Printing                          *Effective March 1, 2015*

### NEW YORK WORKERS COMPENSATION
### POLICYHOLDER NOTICE OF RIGHT TO APPEAL

**Policyholder Disputes**

Policyholders are entitled to inquire, challenge and dispute issues relating to classification, ownership, premium auditing, and/or other New York Compensation Insurance Rating Board (NYCIRB) rulings or decisions pertaining to this policy. Please refer to the Employer's Appeal Process noted below.

Inquiries may also be directed to the New York State Department of Financial Services (DFS) at:

http://www.dfs.ny.gov/about/contactus.htm#consumer

or by calling the Consumer Hotline at 800- 342 – 3736 (Monday through Friday, 8:30 AM to 4:30 PM).

**Policyholder Right to Appeal**

An insured, or its representative, (hereafter referred to as "insured"), may appeal the application of a rule or procedure contained in the NY Workers Compensation & Employers Liability Manual.  Rules or procedures are defined as those determinations, either by a carrier or the Rating Board, which define the variables which makeup the policy conditions. Examples include: classification codes, ownership information, premium audits, and any other determination which may affect the policy.

To be considered for review, a written request explaining the reason(s) for the appeal must be submitted to the Rating Board. Upon receipt of the request for review, the following actions will be taken:

1. A staff member will review the request and respond to the insured within sixty (60) days, in writing, acknowledging receipt of the request, granting the insured its request or sustaining its original ruling.

2. The insured, if not satisfied with the outcome in 1. above, may then request, in writing, a conference with members of the Rating Board staff. The request must state the nature of the complaint and contain any supporting documents. The appropriate Department Vice President or his or her designated representative, if appropriate, will preside at the conference.

3. If the dispute is not resolved at the conference, the insured may then appeal to the Underwriting Committee of the Rating Board for a hearing to consider the staff ruling. This appeal must be in writing and must specify the reason(s) for the appeal and the nature of the complaint.

   Following, receipt of the appeal, the insured will be notified regarding the time and place for the hearing. The appeal will be heard at the next Underwriting Committee meeting for which appropriate time can be given for this matter. Subsequent to the hearing, the insured will be advised, in writing, of the Underwriting Committee decision regarding its complaint.

4. If the Underwriting Committee ruling is not satisfactory to the insured, the insured may then request a hearing at the New York State Department of Financial Services to consider the decision of the Rating Board's Underwriting Committee.

5. The New York State Department of Financial Services decision may be appealed to a higher court, by either the insured or the Rating Board

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | |
|---|---|
| Policy Effective | **06/30/2017** |
| Endorsement Effective | **06/30/2017** |

Policy No. **WD001486**          Endorsement No.

Insured          **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**          Premium

Insurance Company          **Protective Insurance Company**          Countersigned by _____

WC 31 06 18
(Ed. 3-15)                          Decl. Barnett, Ex. D-160

© 2015 New York Compensation Insurance Rating Board

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY            WC 32 03 01 C

(Ed. 1-14)

## NORTH CAROLINA AMENDED COVERAGE ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because North Carolina is shown in Item 3.A. of the Information Page.

The **Cancellation** Condition of the policy is replaced by this Condition:

D. **Cancellation and Nonrenewal**

1. You may cancel this policy.

   If you cancel this policy, you must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2. We may cancel this policy.

   (a) If this policy has been in effect for fewer than 60 days and is not a renewal policy, we may cancel this policy for any reason by giving you at least 30 days prior written notice of cancellation and the reasons for cancellation by registered or certified mail, return receipt requested.

   (b) If this policy has been in effect for at least 60 days or is a renewal policy, we may not cancel this policy without your prior written consent, except for any one of the following reasons:

   (1) Nonpayment of premium in accordance with the policy terms.

   (2) An act or omission by you or your representative that constitutes material misrepresentation or nondisclosure of a material fact in obtaining the policy, continuing the policy, or presenting a claim under the policy.

   (3) Increased hazard or material change in the risk assumed that could not have been reasonably contemplated by you and us at the time of assumption of the risk.

   (4) Substantial breach of contractual duties, conditions, or warranties that materially affects the insurability of the risk.

   (5) A fraudulent act against us by you or your representative that materially affects the insurability of the risk.

   (6) Willful failure by you or your representative to institute reasonable loss control measures that materially affect the insurability of the risk after written notice by us.

   (7) Loss of facultative reinsurance or loss of or substantial changes in applicable reinsurance as provided in G.S. 58-41-30.

   (8) Your conviction of a crime arising out of acts that materially affect the insurability of the risk.

   (9) A determination by the Commissioner that the continuation of this policy would place us in violation of the laws of North Carolina.

   (10) You fail to meet the requirements contained in our corporate charter, articles of incorporation, or bylaws, when we are a company organized for the sole purpose of providing members of an organization with insurance coverage in North Carolina.

   (c) If we cancel for any of the reasons listed in paragraph (b), we must provide you with at least 15 days prior written notice of cancellation stating the precise reason for cancellation. We may provide this notice by registered or certified mail, return receipt requested, to you and any other person designated in the policy to receive notice of cancellation at the addresses shown in the policy or, if not indicated in the policy, at the last known addresses. Whenever notice of cancellation is given by registered or certified mail, cancellation will not be effective unless and until that method is employed and completed. Notice of cancellation may also be given by any method permitted for service of process pursuant to Rule 4 of the North Carolina Rules of Civil Procedure. Failure to send notice as provided in this paragraph to any other person designated in the policy to receive notice of cancellation invalidates the cancellation only as to that other person's interest.

Decl. Barnett, Ex. D-161

© Copyright 2001– 2014 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WC 32 03 01 C**        WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 1-14)

    (d)  Cancellation for nonpayment of premium is not effective if the amount due is paid before the effective date stated in the notice of cancellation.

3.  We may refuse to renew this policy:

    (a)  If this policy is for a term of one year or less, we must provide you with notice of nonrenewal at least 45 days prior to the expiration date of the policy.

    (b)  If this policy is for a term of more than one year or for an indefinite term, then to nonrenew the policy at the policy anniversary date we must provide you with notice of nonrenewal at least 45 days prior to the anniversary date of the policy.

    (c)  The notice of nonrenewal must state the precise reason for nonrenewal. Failure to send this notice, as provided in paragraphs 3 and 5, to any other person designated in the policy to receive this notice invalidates the nonrenewal only as to that other person's interest.

    (d)  Any nonrenewal attempted or made that is not in compliance with paragraphs (a), (b) and (c) is not effective. Paragraphs (a), (b) and (c) do not apply if you have obtained insurance elsewhere, have accepted replacement coverage, or have requested or agreed to nonrenewal.

4.  Whenever we lower coverage limits, raise deductibles, or raise premium rates for reasons within our exclusive control and other than at your request, we will mail you written notice of the change at least 30 days in advance of the effective date of the change. As used in this paragraph, the phrase, "reasons within our exclusive control" does not mean experience modification changes, exposure changes, or loss cost rate changes.

5.  We must provide the notice required by paragraphs 3 and 4 by mail to you and any other person designated in the policy to receive this notice at the addresses shown in the policy or, if not indicated in the policy, at the last known addresses. Mailing copies of the notice by regular first-class mail satisfies the notice requirements of paragraphs 3, 4 and 5.

6.  We will also send copies of the notice required by this endorsement to the agent or broker of record, though failure to send copies of the notice to the agent or broker of record will not invalidate a cancellation or nonrenewal. Mailing copies of the notice by regular first-class mail to the agent or broker of record satisfies the requirements of this paragraph. Notice of nonrenewal may also be given by any method permitted for service of process pursuant to Rule 4 of the North Carolina Rules of Civil Procedure.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

**WC 32 03 01 C**
(Ed. 1-14)

2 of 2

© Copyright 2001– 2014 National Council on Compensation Insurance, Inc. All Rights Reserved.

Decl. Barnett, Ex. D-162

**WC 32 06 02**

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 01-10)

### PRO-RATA CANCELLATION ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because North Carolina is shown in item 3.A. of the Information Page.

If the policy is cancelled by the insured for a reason stated in the schedule below, the final premium for the policy shall be calculated pro-rata based on the time this policy was in-force. In no circumstances shall final premium be less than minimum premium.

### SCHEDULE

Notwithstanding the provisions above, in no event will the number of days notice for cancellation or for non-renewal be fewer than the number of days required by North Carolina law.

To the extent that any terms of this endorsement conflict with any other terms or conditions of the policy, the provisions of this endorsement will prevail.

All other terms, conditions, and exclusions of the policy remain the same.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | 06/30/2017 | | |
| Endorsement Effective | 06/30/2017 | Policy No. **WD001486** | Endorsement No. |
| Insured | PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT | | Premium |

Insurance Company **Protective Insurance Company**    Countersigned by _____

**WC 32 06 02**
(Ed. 01-10)

Decl. Barnett, Ex. D-163

© Copyright 2009 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 35 03 02**

(Ed. 1-87)

### OKLAHOMA EMPLOYERS LIABILITY AMENDED COVERAGE ENDORSEMENT

This endorsement applies only to the insurance provided by Part Two (Employers Liability Insurance) because Oklahoma is shown in Item 3.A. of the Information Page.

1.  Section B. **We Will Pay** is replaced by the following:

    B.  **We Will Pay**

    We will pay all sums you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

    The damages we will pay, where recovery is permitted by law, include damages:

    1.  for which you are liable to a third party by reason of a claim or suit against you by the third party to recover the damages claimed against such third party as a result of injury to your employee; and

    2.  for care and loss of services.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

**WC 35 03 02**
(Ed. 1-87)

Decl. Barnett, Ex. D-164

© 1987 National Council on Compensation Insurance.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**  WC 35 06 01 F

(Ed. 2-14)

### OKLAHOMA CANCELLATION, NONRENEWAL AND CHANGE ENDORSEMENT

This endorsement applies to the insurance provided by the policy because Oklahoma is shown in Item 3.A. of the Information Page.

The **Cancellation** Condition in Part Six (Conditions) of the policy is replaced by the following condition:

D. **Cancellation**

1. You may cancel this policy. You must mail or deliver to us not less than 30 days advance written notice stating when the cancellation is to take effect. Cancellation of coverage will be effective at 12:01 a.m. thirty (30) days after the date the cancellation notice is received by us, unless a later date is specified in the notice to us. You may cancel this policy effective less than 30 days after written notice is received by us where you have obtained other coverage or have become a self-insurer.

2. We may cancel this policy. We will mail to you advance written notice stating when the cancellation is to take effect.

   a. At any time during the policy period, we may cancel for nonpayment of premium. If we cancel for nonpayment of premium, we will mail notice of cancellation to you and to the Workers Compensation Commission at least 10 days before the cancellation is to take effect.

   b. If we cancel this policy for a reason other than nonpayment of premium, we will mail notice of cancellation to you and to the Workers Compensation Commission at least 30 days before the cancellation is to take effect.

   c. If this policy has been in effect for more than 45 business days or is a renewal policy, we may cancel for only one or more of the following reasons:

      (1) Nonpayment of premium;

      (2) Discovery of fraud or material misrepresentation in the procurement of the insurance or with respect to any claims submitted under it;

      (3) Discovery of willful or reckless acts or omissions on the part of the named insured which increase any hazard insured against;

      (4) The occurrence of a change in the risk which substantially increases any hazard insured against after insurance coverage has been issued or renewed;

      (5) A violation of any local fire, health, safety, building, or construction regulation or ordinance with respect to any insured property or the occupancy thereof which substantially increases any hazard insured against;

      (6) A determination by the Insurance Commissioner that the continuation of the policy would place the insurer in violation of the insurance laws of this state;

      (7) Conviction of the named insured of a crime having as one of its necessary elements an act increasing any hazard insured against; or

      (8) Loss of or substantial changes in applicable reinsurance.

3. Mailing notice of cancellation to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

4. The policy period will end on the day and hour stated in the cancellation notice.

5. Any of these provisions that conflict with a law that controls the cancellation of the insurance in this policy is changed by this statement to comply with the law.

Part 6 (Conditions) of the policy is amended by adding the following provisions:

F. **Nonrenewal**

1. If we elect not to renew this policy, we will mail or deliver written notice of nonrenewal to you at least 45 days before:

   a. The expiration date of this policy; or

   b. An anniversary date of this policy, if it is written for a term longer than one year or with no fixed expiration date.

2. Any notice of nonrenewal will be mailed or delivered to you at the mailing address shown in Item 1 of the Information Page. If notice is mailed:

   a. It will be considered to have been given to you on the day it is mailed.

   b. Proof of mailing will be sufficient proof of notice.

Decl. Barnett, Ex. D-165

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WC 35 06 01 F**  **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**
(Ed. 2-14)

3. If notice of nonrenewal is not mailed or delivered at least 45 days before the expiration date or an anniversary date of this policy, coverage will remain in effect until 45 days after notice is given. Earned premium for such extended period of coverage will be calculated pro rata based on the rates applicable to the expiring policy.

4. We will not provide notice of nonrenewal if:

   a. We, or another company within the same insurance group, have offered to issue a renewal policy; or

   b. You have obtained replacement coverage or have agreed in writing to obtain replacement coverage.

5. If we have provided the required notice of nonrenewal as described above, and thereafter extend the policy for a period of 90 days or less, we will not provide an additional nonrenewal notice with respect to the period of extension.

G. **Notice of Premium or Coverage Changes Upon Renewal**

   1. If we elect to renew this policy, we will give written notice of any premium increase, change in deductible, or reduction in limits or coverage, to you, at the mailing address shown in Item 1 of the Information Page.

   2. Any such notice will be mailed or delivered to you at least 45 days before:

      a. The expiration date of this policy; or

      b. An anniversary date of this policy, if it is written for a term longer than one year or with no fixed expiration date.

   3. If notice is mailed:

      a. It will be considered to have been given to you on the day it is mailed.

      b. Proof of mailing will be sufficient proof of notice.

   4. If you accept the renewal, the premium increase or deductible, limits or coverage changes will be effective the day following the prior policy's expiration or anniversary date.

   5. If notice is not mailed or delivered at least 45 days before the expiration date or anniversary date of this policy, the premium, deductible, limits and coverage in effect prior to the changes will remain in effect until the earlier of:

      a. 45 days after notice is given; or

      b. The effective date of replacement coverage obtained by you.

   6. If you then elect not to renew, any earned premium for the resulting extended period of coverage will be calculated pro rata at the lower of the new rates or rates applicable to the expiring policy.

   7. We will not provide notice of the following:

      a. Changes in a rate or plan filed with or approved by the Insurance Commissioner or filed pursuant to the Property and Casualty Competitive Loss Cost Rating Act and applicable to an entire class of business; or

      b. Changes based upon the altered nature of extent of the risk insured; or

      c. Changes in policy forms filed with or approved by the Insurance Commissioner and applicable to an entire class of business.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | 06/30/2017 | | |
| Endorsement Effective | 06/30/2017 | Policy No. WD001486 | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 35 06 01 F**
(Ed. 2-14)

Decl. Barnett, Ex. D-166

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                  **WC 35 06 03**

(Ed. 12-93)

### OKLAHOMA FRAUD WARNING ENDORSEMENT

This endorsement applies only to the insurance provided by the Policy because Oklahoma is shown in Item 3.A. of the Information Page.

**WARNING:  ANY PERSON WHO KNOWINGLY, AND WITH INTENT TO INJURE, DEFRAUD OR DECEIVE ANY INSURER, MAKES ANY CLAIM FOR THE PROCEEDS OF AN INSURANCE POLICY CONTAINING ANY FALSE, INCOMPLETE OR MISLEADING INFORMATION IS GUILTY OF A FELONY.**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

**WC 35 06 03**
(Ed. 12-93)

Decl. Barnett, Ex. D-167

© 1993 National Council on Compensation Insurance.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 36 03 06

(Ed. 1-02)

### OREGON LIMITS OF LIABILITY ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Oregon is shown in Item 3.A. of the Information Page.

The limits of our liability under Part Two of the policy are:

| | | |
|---|---|---|
| Bodily Injury by Accident | $500,000 | or the amount shown in Item 3.B. of the Information Page, whichever is greater, each accident |
| Bodily Injury by Disease | $500,000 | or the amount shown in Item 3.B. of the Information Page, whichever is greater, policy limit |
| Bodily Injury by Disease | $500,000 | or the amount shown in Item 3.B. of the Information Page, whichever is greater, each employee |

This change applies to the insurance this policy provides for Oregon operations only.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 36 03 06
(Ed.1-02)

Decl. Barnett, Ex. D-168

© 2001 National Council on Compensation Insurance, Inc.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**       **WC 36 04 06**

(Ed. 10-01)

### OREGON PREMIUM DUE DATE ENDORSEMENT

This endorsement is used to amend:

Section D. of Part Five of the policy is replaced by this provision.

### PART FIVE
### PREMIUM

D.   **Premium** is amended to read:

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid. **The due date for audit and retrospective premiums is the date specified in the billing invoice for the policy.**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

WC 36 04 06
(Ed. 10-01)

Decl. Barnett, Ex. D-169

© 2001 National Council on Compensation Insurance, Inc.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 36 06 01 E**

(Ed. 1-08)

## OREGON CANCELLATION ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Oregon is shown in Item 3.A. of the Information Page.

The **Cancellation** Condition of the policy is replaced by this Condition:

D. **Cancellation**

1. You may cancel this policy. You must mail or deliver advance written notice to us, stating when the cancellation is to take effect. If you provide for other insurance or self-insurance, your cancellation of coverage will take effect upon the effective date of that insurance.

2. We may cancel this policy. We will mail to you advance written notice stating when the cancellation is to take effect.

   a. If we cancel based on our decision not to offer insurance to all employers within your premium category, we will mail the notice of cancellation at least 90 days before the cancellation is to take effect.

   b. If we cancel for other reasons, we will mail the notice of cancellation at least 45 days before the cancellation is to take effect.

   c. If we cancel for nonpayment, we will mail notice of cancellation at least 10 days before the cancellation is to take effect.

3. Mailing notice to you at your last known mailing address will be sufficient to prove notice.

4. The policy period will end at 12:00 midnight on the day stated in the cancellation notice.

5. When coverage is placed with another carrier as of the policy expiration date, a rejected renewal policy shall be withdrawn without charge, provided notice of nonrenewal is mailed and postmarked on or before the expiration date and is received from the insured by the insurer no later than 10 calendar days after said expiration date.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 36 06 01 E**
(Ed. 1-08)

Decl. Barnett, Ex. D-170

© Copyright 2007 National Council on Compensation Insurance, Inc. All Rights Reserved.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY    WC 36 06 04

(Ed. 01-17)

## OREGON AMENDATORY ENDORSEMENT

This endorsement applies because Oregon is shown in Item 3.A. of the Information Page.

Part Two—Employers Liability Insurance, Section C. (Exclusions), Item 5. of the policy is replaced by the following:

5. Any bodily injury intentionally caused or aggravated by you, or that is the result of your engaging in conduct equivalent to an intentional tort, however defined, including as described by ORS 656.156, or other tortious conduct, or conduct or activity as described by ORS 656.018(3), such that you lose your immunity from civil liability under the workers compensation laws of Oregon;

Part Two—Employers Liability Insurance, Section C. (Exclusions) of the policy is revised by adding the following:

13. Any cause of action or remedy arising out of or under ORS 656.019 or ORS 654.305 through ORS 654.336.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

WC 36 06 04
(Ed. 01-17)

Decl. Barnett, Ex. D-171

© Copyright 2016 National Council on Compensation Insurance, Inc. All Rights Reserved.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 37 06 02

(Ed. 4-84)

### PENNSYLVANIA NOTICE

An Insurance Company, its agents, employees, or service contractors acting on its behalf, may provide services to reduce the likelihood of injury, death or loss. These services may include any of the following or related services incident to the application for, issuance, renewal or continuation of, a policy of insurance:

1. surveys;
2. consultation or advice; or
3. inspections.

The "Insurance Consultation Services Exemption Act" of Pennsylvania provides that the Insurance Company, its agents, employees or service contractors acting on its behalf, is not liable for damages from injury, death or loss occurring as a result of any act or omission by any person in the furnishing of or the failure to furnish these services.

The Act does not apply:

1. if the injury, death or loss occurred during the actual performance of the services and was caused by the negligence of the Insurance Company, its agents, employees or service contractors;
2. to consultation services required to be performed under a written service contract not related to a policy of insurance; or
3. if any acts of omissions of the Insurance Company, its agents, employees or service contractors are judicially determined to constitute a crime, actual, malice, or gross negligence.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | 06/30/2017 | | |
| Endorsement Effective | 06/30/2017 | Policy No. WD001486 | Endorsement No. |
| Insured | PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT | | Premium |
| Insurance Company | Protective Insurance Company | Countersigned by | |

**WC 37 06 02**
(Ed. 4-84)

### Decl. Barnett, Ex. D-172

© 1984 Pennsylvania Compensation Rating Bureau.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**  WC 37 06 03 A

(Ed. 8-95)

### PENNSYLVANIA ACT 86-1986 ENDORSEMENT

NONRENEWAL, NOTICE OF INCREASE OF PREMIUM, AND RETURN OF UNEARNED PREMIUM

This endorsement applies only to the insurance provided by the policy because Pennsylvania is shown in Item 3.A. of the Information Page.

The policy conditions are amended by adding the following regarding nonrenewal, notice of increase in premium, and return of unearned premium.

**Nonrenewal**

1.  We may elect not to renew the policy. We will mail to each named insured, by first class mail, not less than 60 days advance notice stating when the nonrenewal will take effect. Mailing that notice to you at your mailing address last known to us will be sufficient to prove notice.

2.  Our notice of nonrenewal will state our specific reasons for not renewing.

3.  If we have indicated our willingness to renew, we will not send you a notice of nonrenewal. However, the policy will still terminate on its expiration date if:

    a.  you notify us or the agent or broker who procured this policy that you do not want the policy renewed; or

    b.  you fail to pay all premiums when due; or

    c.  you obtain other insurance as a replacement of the policy.

**Notice of Increase in Premium**

1.  We will provide you with not less than 30 days advance notice of an increase in renewal premium of this policy, if it is our intent to offer such renewal.

2.  The above notification requirement will be satisfied if we have issued a renewal policy more than 30 days prior to its effective date.

3.  If a policy has been written or is to be written on a retrospective rating plan basis, the notice of increase in premium provision of this endorsement does not apply.

**Return of Unearned Premium**

1.  If this policy is canceled and there is unearned premium due you:

    a.  If the Company cancels, the unearned premium will be returned to you within 10 business days after the effective date of cancelation.

    b.  If you cancel, the unearned premium will be returned within 30 days after the effective date of cancelation.

2.  Because this policy was written on the basis of an estimated premium and is subject to a premium audit, the unearned premium specified in 1.a. and 1.b. above, if any, shall be returned on an estimated basis. Upon our completion of computation of the exact premium, an additional return premium or charge will be made to you within 15 days of the final computation.

3.  These return of unearned premium provisions shall not apply if this policy is written on a retrospective rating plan basis.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 37 06 03 A**
(Ed. 8-95)

Decl. Barnett, Ex. D-173

© 1995 Pennsylvania Compensation Rating Bureau.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY       WC 37 06 04

(Ed. 10-99)

### PENNSYLVANIA EMPLOYER ASSESSMENT ENDORSEMENT

Act 57 of 1997 requires that " . . . the assessments for the maintenance of the Subsequent Injury Fund, the Workmen's Compensation supersedes Fund and the Workmen's Compensation Administration Fund under sections 306.2, 443 and 446 of the act of June 2, 1915 (P.L. 736, No. 338), known as the "Workers' Compensation Act, shall be imposed, collected and remitted through insurers in accordance with regulations promulgated by the Department of Labor and Industry."

### EMPLOYER ASSESSMENT FORMULA:

| **Employer Assessment** | = | Act of 1997 Employer Assessment Factor | X | Employer Assessment Premium Base |
|---|---|---|---|---|

**Act 57 of 1997 Employer Assessment Factor**
A factor expressed to four decimal places proposed by the Pennsylvania Compensation Rating Bureau and approved by the Pennsylvania Insurance Commissioner.

**Employer Assessment Premium Base**
Calculation of Employer Assessment Premium Base proceeds by adding back to the total policy premium the amount of any Small Deductible Premium Credit or Large Deductible Premium Credit.

### CODE 0938

| **EMPLOYER ASSESSMENT FACTOR** | **EMPLOYER ASSESSMENT** |
|---|---|
| 2.32% | $1,380 |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| Policy Effective | **06/30/2017** | | |
|---|---|---|---|
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 37 06 04**
(Ed. 10-99)

Decl. Barnett, Ex. D-174

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 40 06 01 A

(Ed. 07-11)

## SOUTH DAKOTA DIRECT ACTION STATUTE ENDORSEMENT

This endorsement applies only to the insurance provided by Part Two (Employers Liability Insurance) because South Dakota is shown in Item 3.A. of the Information Page.

1. Your injured employee, or the persons entitled to sue you for damages in the event of the death of the employee, may add us as a defendant in a suit against you to recover damages because of bodily injury or death to your employee.

2. We are directly liable to pay to your injured employee, or to the persons entitled to sue you for damages in the event of the death of the employee, the damages for which you are liable.

This endorsement is subject to all provisions of Part Two (Employers Liability Insurance) that do not conflict with the direct action statute (Section 58-20-12) of the South Dakota Workers' Compensation Law.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 40 06 01 A
(Ed. 07-11)

Decl. Barnett, Ex. D-175

© Copyright 2009 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**　　　　　**WC 40 06 03**

(Ed. 1-94)

### SOUTH DAKOTA MANAGED CARE ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because South Dakota is shown in Item 3.A. of the Information Page.

This endorsement provides for the payment of benefits under the workers compensation law of South Dakota to provide medical services and health care to injured workers for compensable injuries and diseases by means of a managed care program which meets the requirements established by the Department of Labor.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 40 06 03**
(Ed. 1-94)

Decl. Barnett, Ex. D-176

© 1995 National Council on Compensation Insurance, Inc.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     WC 40 06 05 B

(Ed. 4-06)

### SOUTH DAKOTA CANCELLATION AND NONRENEWAL ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because South Dakota is shown in Item 3.A. of the Information Page.

The **Cancellation** Condition in Part Six (Conditions) of the policy is replaced by this Condition:

#### Cancellation

1.  You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2.  We may cancel this policy.

    a.  We must file a notice of intention in the office of the State Department of Labor or other officer in charge of the administration of the workers compensation law at least 10 days prior to cancellation due to nonpayment of premiums. Any policy cancelled for reasons other than nonpayment of premium requires at least 20 days notification before the effective cancellation date. This notice of intention must state the date of cancellation.

    b.  We must mail or deliver to you not less than ten days advance written notice stating when the cancellation due to nonpayment of premiums is to take effect. Any policy cancelled for reasons other than nonpayment of premium requires at least 20 days written notification before the effective cancellation date.

    c.  Mailing that notice to you at your last known place of residence will be sufficient to prove notice.

    d.  If the employer is a partnership, the notice may be given to any one of the partners.

    e.  If the employer is a corporation, the notice may be given to any agent or officer of the corporation upon whom legal process may be served.

3.  After sixty days from the effective date of policy issuance, a notice of cancellation may not be issued unless it is based upon at least one of the following reasons:

    a.  Nonpayment of premium

    b.  Discovery of fraud or material misrepresentation made by or with the knowledge of the named insured in obtaining the policy, continuing the policy, or in presenting a claim under the policy

    c.  Discovery of acts or omissions on the part of the named insured that increase any hazard insured against

    d.  The occurrence of a change in the risk that substantially increases any hazard insured against after insurance coverage has been issued

    e.  A violation of any local fire, health, safety, building, or construction regulation or ordinance with respect to any insured property or the occupancy thereof that substantially increases any hazard insured against

    f.  A determination by the director of the Division of Insurance that the continuation of the policy would jeopardize a company's solvency or would place the insurer in violation of the insurance laws of this state

    g.  Violation or breach by the insured of any policy terms or conditions

    h.  Such other reasons as are approved by the director of the Division of Insurance

4.  The policy period will end on the day and hour stated in the cancellation notice.

5.  Any of these provisions that conflict with a law that controls the cancellation of the insurance in this policy is changed by this statement to comply with the law.

Decl. Barrett Ex. D-177

© 2006 National Council on Compensation Insurance, Inc.

WC 40 06 05 B                    WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 4-06)

**Nonrenewal**

1.   We may elect not to renew. We will mail or deliver to you and your agent not less than 60 days advance written notice stating our intention not to renew this policy. Mailing notice to you at your last known address will be sufficient to prove notice.

2.   A notice of nonrenewal is not required if the policyholder is transferred to an insurer that is a member of the same insurance group as the previous insurer and notice of such transfer is given in the form adopted by rule by the Division of Insurance.

3.   The policy provisions control if the policy provides for a notice of refusal to renew that exceeds 60 days.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 40 06 05 B
(Ed. 4-06)

Decl. Barnett, Ex. D-178
Page 2 of 2

© 2006 National Council on Compensation Insurance, Inc.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    **WC 42 03 01 G**

(Ed. 6-14)

## TEXAS AMENDATORY ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Texas is shown in Item 3.A. of the Information Page.

### GENERAL SECTION

B. **Who Is Insured** is amended to read:

You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership or joint venture, and if you are one of its partners or members, you are insured, but only in your capacity as an employer of the partnership's or joint venture's employees.

D. **State** is amended to read:

State means any state or territory of the United States of America, and the District of Columbia.

### PART ONE—WORKERS COMPENSATION INSURANCE

E. **Other Insurance** is amended by adding this sentence:

This Section only applies if you have other insurance or are self-insured for the same loss.

F. **Payments You Must Make**

This Section is amended by deleting the words "workers compensation" from number 4.

H. **Statutory Provisions**

This Section is amended by deleting the words "after an injury occurs" from number 2.

### PART TWO—EMPLOYERS LIABILITY INSURANCE

C. **Exclusions**

Sections 2 and 3 are amended to add:

This exclusion does not apply unless the violation of law caused or contributed to the bodily injury.

Section 6 is amended to read:

6. bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America, Mexico or Canada who is temporarily outside these countries.

D. **We Will Defend**

This Section is amended by deleting the last sentence.

### PART FOUR—YOUR DUTIES IF INJURY OCCURS

Number 6 of this part is amended to read:

6. Texas law allows you to make weekly payments to an injured employee in certain instances. Unless authorized by law, do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

1 of 3

© Copyright 2014 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WC 42 03 01 G**          **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 6-14)

## PART FIVE—PREMIUM

A. **Our Manuals** is amended by adding this sentence:

In this part, "our manuals" means manuals approved or prescribed by the Texas Department of Insurance.

C. **Remuneration**

Number 2 is amended to read:

2.  All other persons engaged in work that would make us liable under Part One (Workers Compensation Insurance) of this policy. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured workers compensation insurance.

E. **Final Premium**

Number 2 is amended to read:

2.  If you cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

## PART SIX—CONDITIONS

A. **Inspection** is amended by adding this sentence:

Your failure to comply with the safety recommendations made as a result of an inspection may cause the policy to be canceled by us.

C. **Transfer of Your Rights and Duties** is amended to read:

Your rights and duties under this policy may not be transferred without our written consent. If you die, coverage will be provided for your surviving spouse or your legal representative. This applies only with respect to their acting in the capacity as an employer and only for the workplaces listed in Items 1 and 4 on the Information Page.

D. **Cancelation** is amended to read:

1.  You may cancel this policy. You must mail or deliver advance notice to us stating when the cancelation is to take effect.

2.  We may cancel this policy. We may also decline to renew it. We must give you written notice of cancelation or nonrenewal. That notice will be sent certified mail or delivered to you in person. A copy of the written notice will be sent to the Texas Department of Insurance—Division of Workers' Compensation.

3.  Notice of cancelation or nonrenewal must be sent to you not later than the 30th day before the date on which the cancelation or nonrenewal becomes effective, except that we may send the notice not later than the 10th day before the date on which the cancelation or nonrenewal becomes effective if we cancel or do not renew because of:

    a.  Fraud in obtaining coverage;

    b.  Misrepresentation of the amount of payroll for purposes of premium calculation;

    c.  Failure to pay a premium when payment was due;

    d.  An increase in the hazard for which you seek coverage that results from an action or omission and that would produce an increase in the rate, including an increase because of failure to comply with reasonable recommendations for loss control or to comply within a reasonable period with recommendations designed to reduce a hazard that is under your control;

    e.  A determination by the Commissioner of Insurance that the continuation of the policy would place us in violation of the law, or would be hazardous to the interests of subscribers, creditors, or the general public.

4.  If another insurance company notifies the Texas Department of Insurance—Division of Workers' Compensation that it is insuring you as an employer, such notice shall be a cancelation of this policy effective when the other policy starts.

Decl. Barnett, Ex. D-180

2 of 3

© Copyright 2014 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 42 03 01 G

(Ed. 6-14)

## PART SEVEN—OUR DUTY TO YOU FOR CLAIM NOTIFICATION

**A. Claims Notification**

We are required to notify you of any claim that is filed against your policy. Thereafter we shall notify you of any proposal to settle a claim or, on receipt of a written request from you, of any administrative or judicial proceeding relating to the resolution of a claim, including a benefit review conference conducted by the Texas Department of Insurance—Division of Workers' Compensation. You may, in writing, elect to waive this notification requirement.

We shall, on the written request from you, provide you with a list of claims charged against your policy, payments made and reserves established on each claim, and a statement explaining the effect of claims on your premium rates. We must furnish the requested information to you in writing no later than the 30th day after the date we receive your request. The information is considered to be provided on the date the information is received by the United States Postal Service or is personally delivered.

**COMPLAINT NOTICE:** SHOULD ANY DISPUTE ARISE ABOUT YOUR PREMIUM OR ABOUT A CLAIM THAT YOU HAVE FILED, CONTACT THE AGENT OR WRITE TO THE COMPANY THAT ISSUED THE POLICY. IF THE PROBLEM IS NOT RESOLVED, YOU MAY ALSO WRITE THE TEXAS DEPARTMENT OF INSURANCE, CONSUMER PROTECTION (111–1A), P.O. BOX 149091, AUSTIN, TEXAS 78714-9091, FAX # (512) 475-1771. THIS NOTICE OF COMPLAINT PROCEDURE IS FOR INFORMATION ONLY AND DOES NOT BECOME A PART OR CONDITION OF THIS POLICY.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 42 03 01 G**
(Ed. 6-14)

Decl. Barnett, Ex. D-181
3 of 3

© Copyright 2014 National Council on Compensation Insurance, Inc. All Rights Reserved.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                          WC 42 04 07

(Ed. 3-02)

### TEXAS—AUDIT PREMIUM AND
### RETROSPECTIVE PREMIUM ENDORSEMENT

Section D of Part Five of the policy is replaced by the following provision:

### PART FIVE—PREMIUM

D.   **Premium Payments**

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid. The billing statement or invoice for audit additional premiums and/or retrospective additional premiums establishes the date that the premium is due.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 42 04 07
(Ed. 3-02)

Decl. Barnett, Ex. D-182

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 44 06 01

(Ed. 4-84)

### VERMONT LAW ENDORSEMENT

This endorsement applies only to the insurance provided by Part Two (Employers Liability Insurance) because Vermont is shown in Item 3.A. of the Information Page.

1.  We may not limit our liability to pay damages if a judgment for damages is entered against you and we continue the suit or other action without your consent.

2.  No action will lie against us to recover for a loss under this insurance unless it is brought within one year after the amount of loss is made certain either by agreement between the parties with our consent or by actual trial and final judgment. If you are bankrupt or insolvent, anyone who obtains such a judgment or agreement has a right of action against us to recover under the policy to the extent that insurance is provided for the damages or loss.

3.  If you pay a judicial judgment or claim for any of our liability under this insurance, that will not bar you from an action or right of action against us.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. WD001486 | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

WC 44 06 01
(Ed. 4-84)

Decl. Barnett, Ex. D-183

© 1983 National Council on Compensation Insurance.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    **WC 44 06 02 B**

(Ed. 7-14)

## VERMONT CANCELLATION AND NONRENEWAL ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Vermont is shown in Item 3.A. of the Information Page.

Part Six—Conditions, Section D. (Cancellation) of the policy is replaced by the following:

**D. Cancellation and Nonrenewal**

1. You may cancel this policy. You will mail or deliver advance written notice to us stating when the cancellation is to take effect.

2. We may cancel this policy. We must mail by certified mail to you and to the Commissioner of Labor (Commissioner) not less than 45 days' advance written notice stating when the cancellation is to take effect. Mailing notice by certified mail to you at your mailing address last known to us will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancellation notice

4. We may elect not to renew the policy. We must mail by certified mail to you and to the Commissioner 45 days' advance written notice stating when the nonrenewal is to take effect. If we do not give 45 days' notice, the policy will automatically be extended for 45 days from the date the notice is received by you and the Commissioner.

5. If we fail to provide the notice of nonrenewal as required, the policy will still terminate on its expiration date if:

   a. We offer to continue the insurance by delivery of a renewal contract to you, or

   b. You notify us in writing that you do not want to renew the policy, or

   c. You obtain other insurance or a guarantee contract, or you establish and maintain, to the satisfaction of the Commissioner, security for compensation.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 44 06 02 B**
(Ed. 7-14)

Decl. Barnett, Ex. D-184

© 2014 National Council on Compensation Insurance, Inc. All Rights Reserved.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 45 06 02

(Ed. 7-93)

### VIRGINIA AMENDATORY ENDORSEMENT

This endorsement applies only to the Virginia insurance provided by the policy because Virginia is shown in Item 3.A. of the Information Page.

For Virginia insurance, Part Six D. (Conditions—Cancelation) is replaced by:

1.  Yours truly, may cancel this policy. You must mail or deliver advance written notice to us. You must provide written notice of your cancelation, including the date of and reasons for the cancelation, to the Workers Compensation Commission.

2.  We may cancel this policy. We will provide you with 30 days notice of cancelation. We will provide the Workers Compensation Commission with immediate notice of such cancelation. This provision does not apply if you have obtained other insurance and that insurer has notified the Workers Compensation Commission that it is now providing your insurance.

3.  In the event of cancelation by you or us, you must provide 30 days written notice of the cancelation to your covered employees.

4.  We may nonrenew your policy. We will provide 30 days notice to you and to the Workers Compensation Commission of our decision to nonrenew. This provision does not apply if you have obtained other insurance and that insurer has notified the Workers Compensation Commission that it is now providing your insurance.

5.  If you fail to pay the premium due on this policy, we may cancel the policy by providing 10 days notice to you and to the Workers Compensation Commission.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

**WC 45 06 02**
(Ed. 7-93)

Decl. Barnett, Ex. D-185

© 1993 National Council on Compensation Insurance.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY           WC 47 03 01 A

Ed. 7-08

## WEST VIRGINIA EMPLOYERS LIABILITY INSURANCE INTENTIONAL ACT EXCLUSION ENDORSEMENT

Part Two—Employers Liability Insurance, C.—Exclusions, 5. is replaced by the following:

This insurance does not cover:

5.   bodily injury intentionally caused or aggravated by you or which is the result of your engaging in conduct equivalent to an intentional tort, however defined, including by your deliberate intention as that term is defined by W. Va. Code § 23-4-2(d)(2).

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company**   Countersigned by | | |

WC 47 03 01 A
(7-08)

Decl. Barnett, Ex. D-186

© Copyright 2007 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

**WC 47 03 02**

(Ed. 7-06)

**WEST VIRGINIA WORKERS COMPENSATION INSURANCE RECOVERY FROM OTHERS ENDORSEMENT**

Part One—Workers Compensation Insurance, G.—Recovery From Others, is replaced by the following:

We have your rights to recover our payments from anyone liable for the injury.  You will do everything necessary to protect those rights for us and to help us enforce them.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company**   Countersigned by _____ | | |

**WC 47 03 02**
(Ed. 7-06)

Decl. Barnett, Ex. D-187

© Copyright 2006 National Council on Compensation Insurance, Inc. All Rights Reserved.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY            WC 47 06 01

(Ed. 7-08)

### WEST VIRGINIA CANCELLATION ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because West Virginia is shown in Item 3.A of the Information Page.

Part Six, D (Conditions—Cancellation) is replaced by:

D. **Cancellation**

1. You may cancel this policy. You must mail or deliver advance written notice to us by stating when the cancellation is to take effect.

2. We may cancel this policy at any time by providing you thirty (30) days advance written notice.

3. Not withstanding #2 above, if you fail to pay any premium due or refuse to comply with a premium audit under this policy, we may cancel the policy by providing you ten (10) days advance written notice.

4. We may also choose not to renew this policy by providing you sixty (60) days advance written notice.

5. Our mailing of the Notice of Cancellation or Non-Renewal to your mailing address as listed in Item 1 of the information page will be sufficient notice of our intent to cancel. We will also provide notice of the cancellation or non-renewal of the policy to the West Virginia Insurance Commissioner at least ten (10) days prior to the effective date of the termination, within ten (10) days of receipt of your request for cancellation, as applicable.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | 06/30/2017 | | |
| Endorsement Effective | 06/30/2017 | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company**   Countersigned by | | |

WC 47 06 01
(Ed. 7-08)

Decl. Barnett, Ex. D-188

© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.



# WORKERS' COMPENSATION
# POLICY

## PREPARED SPECIFICALLY FOR

PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT

June 30, 2017 - June 30, 2018

Decl. Re

**PROTECTIVE**
I N S U R A N C E

# EXHIBIT E

DECLARATION OF DANIEL BARNETT  IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT PROTECTIVE INSURANCE COMPANY'S MOTION TO DISMISS OR STAY PURSUANT TO FRCP 12(b)(1)

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    WC 04 03 01 C

(Ed. 10-14)

## POLICY AMENDATORY ENDORSEMENT–CALIFORNIA

It is agreed that, anything in the policy to the contrary notwithstanding, such insurance as is afforded by this policy by reason of the designation of California in Item 3 of the Information Page is subject to the following provisions:

1. **Minors Illegally Employed – Not Insured.** This policy does not cover liability for additional compensation imposed on you under Section 4557, Division IV, Labor Code of the State of California, by reason of injury to an employee under sixteen years of age and illegally employed at the time of injury.

2. **Punitive or Exemplary Damages – Uninsurable.** This policy does not cover punitive or exemplary damages where insurance of liability therefor is prohibited by law or contrary to public policy.

3. **Increase in Indemnity Payment – Reimbursement.** You are obligated to reimburse us for the amount of increase in indemnity payments made pursuant to Subdivision (d) of Section 4650 of the California Labor Code, if the late indemnity payment which gives rise to the increase in the amount of payment is due less than seven (7) days after we receive the completed claim form from you. You are obligated to reimburse us for any increase in indemnity payments not covered under this policy and will reimburse us for any increase in indemnity payment not covered under the policy when the aggregate total amount of the reimbursement payments paid in a policy year exceeds one hundred dollars ($100).

   If we notify you in writing, within 30 days of the payment, that you are obligated to reimburse us, we will bill you for the amount of increase in indemnity payment and collect it no later than the final audit. You will have 60 days, following notice of the obligation to reimburse, to appeal the decision of the insurer to the Department of Insurance.

4. **Application of Policy.** Part One, "Workers Compensation Insurance", A, "How This Insurance Applies", is amended to read as follows:

   This workers compensation insurance applies to bodily injury by accident or disease, including death resulting therefrom. Bodily injury by accident must occur during the policy period. Bodily injury by disease must be caused or aggravated by the conditions of your employment. Your employee's exposure to those conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5. **Rate Changes.** The premium and rates with respect to the insurance provided by this policy by reason of the designation of California in Item 3 of the Information Page are subject to change if ordered by the Insurance Commissioner of the State of California pursuant to Section 11737 of the California Insurance Code.

6. **Long Term Policy.** If this policy is written for a period longer than one year, all the provisions of this policy shall apply separately to each consecutive twelve-month period or, if the first or last consecutive period is less than twelve months, to such period of less than twelve months, in the same manner as if a separate policy had been written for each consecutive period.

7. **Statutory Provision.** Your employee has a first lien upon any amount which becomes owing to you by us on account of this policy, and in the case of your legal incapacity or inability to receive the money and pay it to the claimant, we will pay it directly to the claimant.

8. Part Five, "Premium", E, "Final Premium", is amended to read as follows:

   The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

   If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:

   a. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.
   b. If you cancel, final premium may be more than pro rata; it will be based on the time this policy was in force, and may be increased by our short-rate cancelation table and procedure. Final premium will not be less than the pro rata share of the minimum premium.

9. **The Insured's Email Address.** The insured's email address must be included in Item 1 of the Information Page if the insurer intends to electronically transmit an offer of renewal for a workers' compensation insurance policy to the insured (California Insurance Code §38.5 (b).

Decl. Barnett, Ex. E-1

**WC 04 03 01 C**          WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

**(Ed. 10-14)**

It is further agreed that this policy, including all endorsements forming a part thereof, constitutes the entire contract of insurance. No condition, provision, agreement, or understanding not set forth in this policy or such endorsements shall affect such contract or any rights, duties, or privileges arising therefrom.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

Decl. Barnett, Ex. E-2

# EXHIBIT F

DECLARATION OF DANIEL BARNETT  IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT PROTECTIVE INSURANCE COMPANY'S MOTION TO DISMISS OR STAY PURSUANT TO FRCP 12(b)(1)

**WORKERS' COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY**
WC 04 03 10 (Ed. 1-95)

# DUTY TO DEFEND—CALIFORNIA

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy.)

This endorsement, effective on      **06/30/2017**      at 12:01 A.M. standard time, forms a part of
                                      (DATE)

Policy No.    **WD001486**          Endorsement No.

of the          **Protective Insurance Company**
                (NAME OF INSURANCE COMPANY)

issued to      **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT**

Premium

_____
                              Authorized Representative

The insurance afforded by Part One, Section C, "We Will Defend," is hereby deleted and replaced with the following:

**WE WILL DEFEND**

We have the right and duty to defend at our expense any claim or proceeding against you before the California Workers' Compensation Appeals Board or its equivalent in any other state (and any appeal of a decision therefrom) for the benefits payable by this workers' compensation insurance. We have the right to investigate and settle these claims or proceedings.

We have no duty to defend a claim, proceeding, or suit that is not covered by this insurance.

Nothing contained in this Section shall amend, modify, restrict or otherwise alter any obligations or conditions under Part Two—Employer's Liability Insurance of the policy.

WC 565 (1-95)
WC 04 03 10 (Ed. 1-95)

## Decl. Barnett, Ex. F-1

Page 1 of 1

# EXHIBIT G

DECLARATION OF DANIEL BARNETT  IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT PROTECTIVE INSURANCE COMPANY'S MOTION TO DISMISS OR STAY PURSUANT TO FRCP 12(b)(1)

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

WC 04 03 60 B

(Ed. 01-15)

### EMPLOYERS' LIABILITY COVERAGE AMENDATORY ENDORSEMENT–CALIFORNIA

The insurance afforded by Part Two (Employers' Liability Insurance) by reason of designation of California in item 3 of the information page is subject to the following provisions:

**A.** **"How This Insurance Applies,"** is amended to read as follows:

A. How This Insurance Applies

This employers' liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury means a physical injury, including resulting death.

1. The bodily injury must arise out of and in the course of the injured employee's employment by you.

2. The employment must be necessary or incidental to your work in California.

3. Bodily injury by accident must occur during the policy period.

4. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5. If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

C. The "**Exclusions**" section is modified as follows (all other exclusions in the "**Exclusions**" section remain as is):

1. Exclusion 1 is amended to read as follows:

   1. liability assumed under a contract.

2. Exclusion 2 is deleted.

3. Exclusion 7 is amended to read as follows:

   7. damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, termination of employment, or any personnel practices, policies, acts or omissions.

4. The following exclusions are added:

   1. bodily injury to any member of the flying crew of any aircraft.

   2. bodily injury to an employee when you are deprived of statutory or common law defenses or are subject to penalty because of your failure to secure your obligations under the workers' compensation law(s) applicable to you or otherwise fail to comply with that law.

   3. liability arising from California Labor Code Section 2810.3 which relates to labor contracting.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |

Insurance Company   **Protective Insurance Company**   Countersigned by _____

### Decl. Barnett, Ex. G-1

# EXHIBIT H

DECLARATION OF DANIEL BARNETT  IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT
PROTECTIVE INSURANCE COMPANY'S MOTION TO DISMISS OR STAY PURSUANT TO FRCP 12(b)(1)

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    **WC 04 04 21**

**(Ed. 01-08)**

### OPTIONAL PREMIUM INCREASE ENDORSEMENT—CALIFORNIA

You must provide us, or our authorized representative, access to records necessary to perform a payroll verification audit. If you fail to provide access within 90 days after expiration of the policy, you are liable to pay a total premium equal to 3 times our current estimate of the annual premium for your policy. In addition, if you fail to provide access after our third request within a 90 day or longer period, you are also liable for our costs in attempting to perform the audit unless you provide a compelling business reason for your failure.

We will contact you to schedule appointments during normal business hours.

We will notify you of your failure to provide access by mailing a certified, return-receipt document stating the increased premium and the total amount of our costs incurred in our attempt(s) to perform an audit. In addition to any other obligations under this contract, 30 days after you receive the notification, you will be obligated to pay the total premium and costs referenced above. If, thereafter, you provide access to your records within three years after the policy expires, or within another mutually agreed upon time, and we succeed in performing the audit to our satisfaction, we will revise your total premium and the costs due to reflect the results of the audit.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by | |

Decl. Barnett, Ex. H-1

# EXHIBIT I

DECLARATION OF DANIEL BARNETT  IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT PROTECTIVE INSURANCE COMPANY'S MOTION TO DISMISS OR STAY PURSUANT TO FRCP 12(b)(1)

**WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY INSURANCE POLICY**

WC 04 06 01 A

# CALIFORNIA CANCELATION ENDORSEMENT

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |

Insurance Company   **Protective Insurance Company**   Countersigned by _____

This endorsement applies only to the insurance provided by the policy because California is shown in Item 3.A. of the Information page.

The cancelation condition in Part Six (Conditions) of the policy is replaced by these conditions:

**Cancelation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy for one or more of the following reasons:

   a. Non-payment of premium;

   b. Failure to report payroll;

   c. Failure to permit us to audit payroll as required by the terms of this policy or of a previous policy issued by us;

   d. Failure to pay any additional premium resulting from an audit of payroll required by the terms of this policy or any previous policy issued by us;

   e. Material misrepresentation made by you or your agent;

   f. Failure to cooperate with us in the investigation of a claim;

   g. Failure to comply with Federal or State safety orders;

   h. Failure to comply with written recommendations of our designated loss control representatives;

   i. The occurrence of a material change in the ownership of your business;

   j. The occurrence of any change in your business or operations that materially increases the hazard for frequency or severity of loss;

   k. The occurrence of any change in your business or operation that requires additional or different classification for premium calculation;

   l. The occurrence of any change in your business or operation which contemplates an activity excluded by our reinsurance treaties.

3. If we cancel your policy for any of the reasons listed in (a) through (f) we will give you 10 days advance written notice, stating when the cancelation is to take effect. Mailing that notice to you at your mailing address shown in item 1 of the Information Page will be sufficient to prove notice. If we cancel your policy for any of the reasons listed in items (g) through (l), we will give you 30 days advance written notice; however, we agree that in the event of cancelation and reissuance of a policy effective upon a material change in ownership or operations, notice will not be provided.

4. The policy period will end on the day and hour stated in the cancelation notice.

Decl. Barnett, Ex. I-1

# EXHIBIT J

DECLARATION OF DANIEL BARNETT  IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT PROTECTIVE INSURANCE COMPANY'S MOTION TO DISMISS OR STAY PURSUANT TO FRCP 12(b)(1)

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**  **WC 04 06 03 B**

**(Ed. 01-15)**

## CALIFORNIA LARGE RISK DEDUCTIBLE ENDORSEMENT

1. This endorsement applies to the workers' compensation insurance coverage, the employers' liability insurance coverage and the other states insurance coverage provided in this policy.

2. This endorsement applies between you and us. It does not affect the rights of others under the policy. Nor does it change our obligations under the policy, except as otherwise stated in this endorsement.

3. In consideration of a reduced premium, you have agreed to reimburse us up to the deductible amounts stated in the Schedule at the end of this endorsement for all payments legally required, including allocated loss adjustment expenses which arise out of any claim or suit we defend, where you elect to include such expenses.

4. We will remain responsible for the full payment of all claims under this policy without regard to your ability or intention to reimburse us for the deductible amounts. The contract of insurance shall be fully enforceable by your employees or their dependents against us.

**Deductible – Each Occurrence**

5. The deductible amount stated in the Schedule is the most you must reimburse us for indemnity and medical benefits and damages combined, including allocated loss adjustment expenses, if elected by you, for bodily injury to one or more employees as the result of any one accident or for disablement of one employee due to bodily injury by disease.

**Deductible – Policy Aggregate**

6. The amount stated in the Schedule as aggregate is the most you must reimburse us for the sum of all indemnity and medical benefits, damages, and allocated loss adjustment expense, if elected by you, because of bodily injury by accident or bodily injury by disease for the policy period.

   (a) If we cancel the policy, the aggregate amount stated in the Schedule will be reduced to a pro rata amount based on the time this policy was in force.

   (b) If you cancel the policy as a result of your retiring from business, the aggregate deductible amount will be reduced to a pro rata amount based on the time this policy was in force.

   (c) If you cancel the policy for any reason other than retiring from business, the aggregate deductible amount will not be reduced.

   (d) If this policy is issued for a term of less than one year, the aggregate deductible amount will not be reduced.

**Effect of Deductible on Limits of Liability**

7. The applicable limits of liability as respects the employers' liability insurance coverage provided in this policy are subject to reduction by the application of the loss reimbursement amount(s) applicable to any claim for accident or disease covered by this policy. In the event of a claim, our obligation to pay is the amount available for benefits or damages that remains after the application of the specific loss reimbursement amount. The payment of loss adjustment expense, where such expense is elected by you, will not affect the limits of the liability.

**WC 04 06 03 B**          **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

**(Ed. 01-15)**

---

**Allocated Loss Adjustment Expenses**

8.  Allocated loss adjustment expenses, which is electable by you, means claims expenses directly allocated by us to a particular claim. Such expenses shall not include cost of investigation or the salaries and traveling expenses of our employees other than those salaried employees who perform services which can be directly allocated to the handling of a particular claim.

**Recovery from Others**

9.  If we recover any payments made under this policy from anyone liable for the injury, the amount we recover will be applied as follows:

    (a) First, to any payments made by us in excess of the deductible amount; and

    (b) Then the remainder, if any, will be applied to reduce the deductible amount reimbursed by you.

**Cancellation**

10. We may cancel this policy for nonpayment of any deductible amounts or for failure to comply with any security-related terms of this policy. Such cancellation of this policy shall be treated in the same manner as nonpayment of premium as provided by the California Insurance Code. We will remain fully responsible for the full amount of all claims incurred prior to the effective date of cancellation.

**Sole Representation**

11. The first Named Insured stated in the Information Page will act on behalf of all the named insureds with respect to:

    (a) Changes to this endorsement;

    (b) Obligations to receive premiums; or

    (c) Giving or receiving notice of cancellation.

**Your Duties and Understanding**

12. All bodily injuries by accident or disease for which you are responsible shall be promptly reported to us for adjustment and payment, regardless of their severity or cost. You further understand that all such bodily injuries and their cost shall be included in experience data used to determine the experience rating for your policy, regardless of the eligibility of such claims for full or partial reimbursement under the deductible provisions of this policy.

**Other Rights and Duties**

13. All other terms of the policy, including those which govern the following items, apply irrespective of this deductible endorsement:

    (a) Our right and duty to defend any claim, proceeding or suit against you; and

    (b) Your duties if injury occurs.

Decl. Barnett, Ex. J-2

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 04 06 03 B**

**(Ed. 01-15)**

---

**Additional Charges**

14. Any assessments pursuant to California statute are not part of this Plan but are included in the cost of the coverage provided by the policy to which this endorsement is attached.

**Schedule**

1. Deductible Amount $ _____500,000_____ Each Accident
   (Dollar Amount)

2. Aggregate Limit $ _____NONE_____ Negotiated Charge $ _____NONE_____
   (Dollar Amount or "None")          (Dollar Amount or "None")

3. Allocated Loss Adjustment Expenses are _____INCLUDED_____
   ("Included" or "Excluded")

4. The Fixed Expense Charge _____WILL_____ be adjusted retroactively, based upon actual costs.
   ("Will or "Will Not")

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | | |
|---|---|---|---|
| Policy Effective | **06/30/2017** | | |
| Endorsement Effective | **06/30/2017** | Policy No. **WD001486** | Endorsement No. |
| Insured | **PERSONNEL STAFFING GROUP, LLC DBA BARNETT MANAGEMENT** | | Premium |
| Insurance Company | **Protective Insurance Company** | Countersigned by _____ | |

**WC 04 06 03 B**
(Ed. 01-15)

Decl. Barnett, Ex. J-3

Page 3 of 3
